**EXHIBIT E**

# UPDATE (Revised Dates): Vaccination and Testing Guidance for Team Members

Health System Announcements

Wed 7/7/2021 9:03 AM

Dear UVA Health Team Members,

UVA Health considers it our duty — and our honor — to protect the health and safety of our patients, team members and community. To that end, UVA Health expects all team members to be vaccinated for COVID-19. Consistent with [Policy OCH-002](), which grants the Medical Center Hospital Epidemiologist authority to require team members to undergo any additional screening, vaccinations or tests as may be necessary for infection control and patient safety, UVA Health is instituting the following enhanced requirements:

- **Newly hired team members** – All newly hired UVA Health faculty and team members receiving an offer as of June 25 or later with a start date of July 11 or later are required to receive the COVID-19 vaccine. New team members can either provide proof of vaccination or receive their first dose at their Employee Health visit or any independent or UVA Health vaccination clinic. Those previously infected with COVID-19 are not exempt from this vaccination requirement. New team members may schedule a vaccination appointment in [VaxTrax]() once they receive their UVA Health user ID.
- **Team members whose work requires them to be physically present in a UVA Health facility at any time** – At this time, unvaccinated team members in this group will be required to undergo weekly prevalence testing beginning **August 2**.
- **Team members whose work does not require them to be physically present in UVA Health facilities at any time** – No change at this time.

In making these decisions, the executive leadership team thoroughly reviewed data and recommendations from the Centers for Disease Control and Prevention and consulted with our own clinical and Infectious Disease leaders. Evidence continues to show that COVID-19 vaccines are very safe and highly effective — preventing transmission, hospitalizations, and serious illness from the virus.

The following procedures apply to the Medical Center, School of Medicine, School of Nursing, UVA Physicians Group and Claude Moore Health Sciences Library:

1. Vaccinated team members who did not schedule their vaccinations through VaxTrax should provide proof of vaccination to Employee Health by **July 12**. Please send a scanned image or photo of your immunization records, such as a CDC card or official medical record, along with your UVA computing ID to [covidvax@hscmail.mcc.virginia.edu](). Employee Health will use this information to validate and update team members' records (VaxTrax data will be available to managers). Any other forms of documentation will be reviewed on a case-by-case basis.
2. Vaccinated team members who have lost their CDC card should contact their vaccination site for a replacement. **Team members who received their COVID vaccination at UVA Health can now download a replacement vaccination card [here]().**
3. Unvaccinated team members should make arrangements to be fully vaccinated at any vaccination site (this is considered paid time for team members). Those who were previously infected with

COVID-19 are encouraged to get vaccinated as soon as they have recovered from clinical illness. Team members may schedule appointments at a UVA Health vaccination site through [VaxTrax](#).

4. Employee Health will monitor the compliance of all unvaccinated team members undergoing weekly prevalence testing.
5. Prevalence testing should not be used for symptomatic tests or post-exposure testing. If there are symptoms or a recent exposure, you should contact Employee Health before testing.
6. Exceptions for the weekly prevalence testing will be granted for team members who:
   - are fully vaccinated (two weeks since final shot) with a vaccine listed on WHO's Emergency Use List (EUL)
   - have tested positive for COVID-19 in the last 150 days
   - are working remotely 100% of the time indefinitely
7. UVA Health team members can view testing location information and self-schedule prevalence tests [online](#) using the [Time2Test application](#). Prevalence testing procedures for UVA Health team members outside of the Charlottesville area are being finalized; testing locations and other details will be shared as soon as they are available.
8. Team members should talk with their manager if they need to schedule vaccination or testing during working hours.

We understand you may have questions about the vaccine. There are many resources available to help answer those questions on our [COVID-19 Vaccination Program page](#).

We are so grateful for your ongoing commitment to delivering exceptional care and service to our patients. Thank you for taking these steps to help protect against COVID-19 here at UVA Health and throughout our community. If you have any questions regarding these new requirements, please contact [CovidVax@hscmail.mcc.virginia.edu](mailto:CovidVax@hscmail.mcc.virginia.edu).

Sincerely,

K. Craig Kent, MD
Executive Vice President for Health Affairs, University of Virginia
Chief Executive Officer, UVA Health

Bobby Chhabra, MD
President, University Physicians Group

Pam Cipriano, PhD
Dean, School of Nursing

Wendy Horton, PharmD, MBA
Chief Executive Officer, Medical Center

David Wilkes, MD
Dean, School of Medicine