**EXHIBIT F**

# UVA Health to Require COVID-19 Vaccination for Team Members Effective Nov. 1

## UVA Health Leadership

Wed 8/25/2021 2:06 PM

📎 2 attachments

COVID-19 Vaccination Timeline.png; Required COVID Vaccination FAQs 8_25_21.pdf;

Dear Colleagues,

After seeing a steady decline in positive COVID-19 tests and hospitalizations this spring and early summer, the increasing number of new COVID-19 cases in recent weeks (particularly the highly transmissible delta variant) is a reminder that we must remain committed to protecting the health and well-being of our teams, communities and every patient who entrusts us with their care. In the interest of keeping our environment as safe and healthy as possible, the University of Virginia is working hard to ensure strong vaccination rates across faculty and staff as well as mandating vaccination for students. At UVA Health, we take this commitment — *and this responsibility* — seriously and will now require all team members without a religious or medical exemption to be vaccinated against COVID-19 by November 1, 2021. Any team member not meeting the vaccination requirement deadline will be subject to disciplinary action up to and including termination.

We firmly believe that a mandatory COVID-19 vaccination program is the most important thing we can do to protect our team members, our patients and our communities. The available vaccines are effective and safe and are proven to prevent against serious infection, hospitalization and death. For any team member who has been reluctant to receive the vaccine, we want to address any questions or concerns you have. Details about the vaccine requirement and resources for more information are available at our COVID-19 Vaccination Program site, including instructions for applying for a medical or religious exemption.

We do not take this important step lightly. We have some of the world's foremost infectious disease experts and epidemiologists, and their expertise continues to guide UVA Health's strong response to COVID-19 as do the recommendations from major public health and professional organizations — including the American Medical Association, the American Hospital Association, the American Nurses Association, the Virginia Hospital and Healthcare Association and many others — regarding the requirement of healthcare workers to get vaccinated.

Unvaccinated team members should make arrangements to be fully vaccinated at any vaccination site (this is considered paid time for team members). Team members may schedule appointments at a UVA Health vaccination site through VaxTrax. Please note that weekly COVID-19 testing is still required between vaccination doses (Moderna and Pfizer) and for 14 days after the last dose (or the first/only dose with the Johnson & Johnson vaccine). Those who were previously infected with COVID-19 are encouraged to get vaccinated as soon as they have recovered from clinical illness. A detailed timeline

Case 3:21-cv-00042-NKM-JCH   Document 1-6   Filed 11/09/21   Page 3 of 3   Pageid#: 222

about key dates in this process is attached. Please take some time to read through the attached details and Frequently Asked Questions.

Thank you for your steadfast dedication to UVA Health and the care of our patients. Together, we have an opportunity and responsibility to take this next important step toward protecting our patients, communities and each other.

Sincerely,

K. Craig Kent, MD
Executive Vice President for Health Affairs, University of Virginia
Chief Executive Officer, UVA Health

Bobby Chhabra, MD
President, University Physicians Group

Pam Cipriano, PhD
Dean, School of Nursing

Wendy Horton, PharmD, MBA
Chief Executive Officer, Medical Center

David Wilkes, MD
Dean, School of Medicine