**EXHIBIT G**

29

From: Antunes, Catherine M *HS
Sent: Sunday, August 29, 2021 10:46 PM
To: CovidVax
Subject: EUA or FDA

To whom it may concern,
Is the FDA approved COMIRNATY (COVID-19 Vaccine, mRNA) BNT162b2 available to employees? Or are we required to take one of the Emergency Authorized Use vaccines to retain employment?
If you are not able to answer this question, to whom should I redirect this question?
Thanks,
Catherine Antunes

From: covidvax@hscmail.mcc.virginia.edu <covidvax@hscmail.mcc.virginia.edu>
Sent: Monday, August 30, 2021 7:57 AM
To: Antunes, Catherine M *HS
Subject: [VaxTrax] Issueid {22017}

Dear Team member, Comirnaty is the same vaccine Pfizer/Biontech vaccine, formulated and manufactured in the same way by the same company. They can't state a brand name until after it is FDA approved. That is the vaccine that will be administered. Currently using vials labeled as EUA. No specific date on when the vial names will change here. Thank you, EH

From: Antunes, Catherine M *HS
Sent: Monday, August 30, 2021 11:18 AM
To: CovidVax
Subject: Re: [VaxTrax] Issueid {22017}

Just to clarify, you will only be administering vaccines, labelled EUA as you put it, that has a liability shield and will have a liability shield for the manufacturer through November 1st?

From: covidvax@hscmail.mcc.virginia.edu <covidvax@hscmail.mcc.virginia.edu>
Sent: Monday, August 30, 2021 3:28 PM
To: Antunes, Catherine M *HS

Subject: [VaxTrax] Issueid {22017}

The pharmacy has told me that they will get the vials labelled as Comirnaty whenever they show up and they can not predict when that will be.

---

From: covidvax@hscmail.mcc.virginia.edu <covidvax@hscmail.mcc.virginia.edu>
Sent: Wednesday, September 1, 2021 11:25 AM
To: Antunes, Catherine M *HS
Subject: [VaxTrax] Issueid {22018}

Hi Catherine, Team members will be able to choose between Pfizer (which has been granted full FDA approval), Moderna, and J&J. Comirnaty is the trade name for the Pfizer vaccine.

---

From: Antunes, Catherine M *HS
Sent: Friday, September 3, 2021 12:08 AM
To: CovidVax
Subject: Re: [VaxTrax] Issueid {22018}

It is my understanding that there are two vaccines made by Pfizer: BNT162 mRNA vaccine and COMIRNATY BNT162b2. The BNT162 Emergency Use Authorization has been extended, and BNT162b2 (Comirnaty) has FDA approval.

Is the BNT162b2 being offered for use before the November 1st deadline for employees?

Thank you for your time in clarifying this.

**From:** Antunes, Catherine M *HS
**Sent:** Wednesday, September 8, 2021 2:56 PM
**To:** CovidVax
**Subject:** Re: [VaxTrax] Issueid {22018}

To whom it may concern,
It is very important for my decision making about the different vaccines that I have this question answered. I sent this question a few days ago, but if you could get back to me ASAP that would be great.

It is my understanding that there are two vaccines made by Pfizer: BNT162 mRNA vaccine and COMIRNATY BNT162b2. The BNT162 Emergency Use Authorization has been extended, and BNT162b2 (Comirnaty) has FDA approval.

Is the BNT162b2 being offered for use before the November 1st deadline for employees?

Thank you for your help,

Catherine Antunes

---

**From:** covidvax@hscmail.mcc.virginia.edu <covidvax@hscmail.mcc.virginia.edu>
**Sent:** Tuesday, September 14, 2021 3:34 PM
**To:** Antunes, Catherine M *HS
**Subject:** [VaxTrax] Issueid {22018}

Hi Catherine, The vaccines you referenced are both the same. There is no chemical difference between the two. Comirnaty is simple the trade name of the Pfizer vaccine, the same as Tylenol is the same thing as Acetaminophen. The Pfizer vaccine (Comirnaty) has full FDA approval.