## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA

| | | |
|---|---|---|
| CATHERINE ANTUNES | ) ) ) ) | AMENDED COMPLAINT FOR DECLARATORY JUDGEMENT AND INJUNCTIVE RELIEF |
| **Plaintiff,** | ) ) ) ) ) | |
| | ) ) | |
| v. | ) ) ) | Civil Action No. 3:21-cv-00042 |
| RECTOR AND VISITORS OF THE UNIVERSITY OF VIRGINIA; THE U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; THE FOOD AND DRUG ADMINISTRATION; XAVIER BECERRA, in his official capacity as Secretary of the U.S. Department of Health and Human Services; and JANET WOODCOCK, in her official capacity as Acting Commissioner of the Food and Drug Administration | ) ) ) ) ) ) ) ) ) | |
| Defendants | ) | |

## AMENDED COMPLAINT

## INTRODUCTION

1.  Catherine Antunes is a nurse with 13 years of experience in the healthcare field, including six as a nurse. She has been employed within the healthcare system at the University of Virginia ("UVA Health" or "UVA") since January of 2020, where she worked mandatory overtime during the height of the COVID-19 pandemic and risked exposure to the SARS-COV-2 virus on a daily basis. UVA Health management's most recent evaluation (6/30/2021) rated her

1

work as "fully meets expectations" and described her as "an exceptional asset to the team," with "astute clinical skills" and "natural leadership ability."

2.   Despite this dedication and performance, Catherine was informed that, as of Tuesday, November 9, she would "face disciplinary action including suspension and possible termination," not because she has failed in her ability to provide needed healthcare; and not because UVA has found that she presents an actual medical risk to her patients and co-workers. UVA Health will be firing her because she has declined to accept a vaccine that, at the time of her termination, had yet to receive full FDA approval.

3.   In respectfully declining the COVID-19 vaccine, Ms. Antunes is simply asking for the treatment that UVA Health is required to afford to its patients as a matter ethics, policy, and law—the ability to accept or decline medicine within a framework of informed consent, which, by definition, excludes any coercive measures. By forcing Ms. Antunes to choose between a relatively new and not-full-approved vaccine and her livelihood, UVA Health is exerting coercive pressure on a private healthcare decision.

4.   Operating within a discriminatory framework that the U.S. Department of Health and Human Services has created and enforces, UVA is not only abandoning its professed commitments to the bedrock principles of medical ethics, UVA Health is also violating applicable laws and the U.S. Constitution.

## JURISDICTION AND VENUE

5.   This Court has jurisdiction over this case pursuant to 28 U.S.C. §§ 1331, 1343(a)(3)-(4), and 42 U.S.C. §§ 1983 and 1988, as well as under nonstatutory equitable jurisdiction. The claims here arise under the Constitution and statutes of the United States and

because the Plaintiff seeks prospective redress against state actors in their official capacity to end the deprivation, under state law, of her rights, privileges, and immunities secured by federal law.

6. Venue for this action properly lies in this District pursuant to 28 U.S.C. § 1391 because a substantial part of the events, actions, or omissions giving rise to the claim occurred in this judicial district, where the University of Virginia is principally located.

7. This Court's equitable powers permit it to issue nonstatutory injunctions to protect the Plaintiff against state actors. *See Trump v. Vance*, 140 S. Ct. 2412, 2428-29 (2020) [citing *Ex parte Young*, 209 U.S. 123, 155–156 (1908) (holding that federal courts may enjoin state officials to conform their conduct to federal law)]. Defendants UVA possess the necessary connection to the establishment and enforcement of UVA Health's vaccine mandate. *See, e.g., Bostic v. Schaefer*, 760 F.3d 352, 371 n.3 (4th Cir. 2014) (Virginia's Registrar of Vital Records could be sued under *Ex parte Young* for unconstitutional actions related to marriage rights because he was charged with ensuring compliance with the Commonwealth's marriage laws).

8. This Court may also issue declaratory relief pursuant to 28 U.S.C. § 2201. Additionally, "[f]urther necessary or proper relief based on a declaratory judgment may [also] be granted ...," including via injunction. *See Powell v. McCormack*, 395 U.S. 486, 499 (1969) ("A declaratory judgment can then be used as a predicate to further relief, including an injunction. 28 U.S.C. § 2202 ....").

9. This Court also has concurrent jurisdiction over the state claims pursuant to 28 U.S.C. § 1367 and Virginia Code §§ 8.01-620 and 8.01-328.

## PARTIES

3

10. Plaintiff Catherine Antunes is a Registered Nurse (2015) with a B.S. in Science and Nursing from Shenandoah University (2014). As a staff and temporary travel nurse, she gained experience working within seven different hospital systems, including John Hopkins Bayview Medical Center in Baltimore, Maryland, before she joined UVA Health. Prior to earning her certification as a Registered Nurse, she worked as a Certified Nurse Aide for a total of thirteen (13) years of healthcare experience total. She joined UVA Medical Center in Charlottesville in January of 2020. Since the beginning of the COVID-19 pandemic, she has worked two rounds of mandatory overtime during a time when the system added 40 beds but lost over 100 nurses.[1]

11. The Rector and Visitors of the University of Virginia is the governing body of the University of Virginia. Health (UVA Health) is the medical division of UVA, and is one of the most well-respected health systems in the nation,[2] including an academic medical center and health system featuring a cancer center, a children's hospital, three community hospitals, and a network of clinics throughout the Commonwealth of Virginia. In 2021, UVA Health employed 8,492 Full-Time Equivalents, including 4,257 professional nurses.

12. The U.S. Department of Health and Human Services (HHS) is a department of the executive branch of the U.S. Government. The mission of HHS is to enhance the health and well-being of all Americans by providing for effective health and human services and by fostering sound, sustained advances in the sciences underlying medicine, public health, and social services. As part of this mission, HHS oversees the drug approval process, including clinical trials.

13. Xavier Becerra is the Secretary of Health and Human Services, charged with

---

1 UVAHealth.com, *Facts & Statistics*, at https://uvahealth.com/about/facts-stats (last visited November 5, 2021).
2 UVAHealth.com, citing U.S. NEWS AND WORLD REPORT, https://uvahealth.com (last visited November 5, 2021).

4

overseeing the operations of HHS. Plaintiff sues him in his official capacity.

14. The Food and Drug Administration (FDA) is an office of HHS that regulates clinical investigations of products under its jurisdiction, such as drugs, biological products, and medical devices, and promotes and protects public health by ensuring the safety, efficacy, and security of products subject to the Food, Drug, and Cosmetic Act.[3] The FDA has direct oversight of the drug approval process.

15. Janet Woodcock is the acting Commissioner of the Food and Drug Administration (FDA), which is an HHS subsidiary. Plaintiff sues her in her official capacity.

## FACTUAL BACKGROUND

16. In a declaration dated March 27, 2020, the then-Secretary of the U.S. Department of Health and Human Services, Alex Azar II, issued a declaration entitled, *Declaration that Circumstances Exist Justifying Authorizations Pursuant to Section 564 of the Federal Food, Drug, and Cosmetic Act, 21 U.S.C. § 360bbb-3* (the "Declaration"). In that Declaration, he stated that, on February 4, 2020, he had determined that,

> [P]ursuant to section 564 of the Federal Food, Drug, and Cosmetic (FD&C) Act there is a significant potential for a public health emergency that has a significant potential to affect national security or the health and security of United States citizens living abroad and that involves a novel (new) coronavirus (nCoV) first detected in Wuhan City, Hubei Province, China in 2019 (2009-nCoV).

17. Upon information and belief, the Secretary of HHS has never stated or implied, that COVID-19 is "a biological, chemical, radiological, or nuclear agent or agents." See Exhibit

---

3 See U.S. FOOD & DRUG ADMIN., WHAT WE DO, https://www.fda.gov/AboutFDA/WhatWeDo/ (last visited Nov. 30, 2021); see also 21 U.S.C. § 393(b).

A.

18. On December 11, 2020, pursuant to the Declaration, the U.S. Food and Drug Administration (FDA) issued an Emergency Use Authorization (EUA) for the pharmaceutical manufacturer Pfizer's vaccine (the "BioNTech" vaccine), which it developed for the prevention of coronavirus disease caused by the severe acute respiratory syndrome coronavirus 2 (SARS-CoV-2)("COVID-19" or "COVID" herein). See Exhibit B.

19. On December 18, 2020, FDA issued an EUA for Moderna's vaccine for the prevention of COVID-19. See Exhibit C.

20. On February 27, 2021, FDA issued an EUA for Janssen (Johnson and Johnson)'s COVID-19 vaccine. See Exhibit D.

21. On April 23, 2021, the FDA amended its Janssen EUA to warn of a "very rare and serious type of blood clot in people who receive the vaccine." See Exhibit E.

22. UVA Health hired Ms. Antunes in January of 2020.

23. From the beginning of her tenure, in response to the COVID-19 pandemic, UVA Health began implementing measures to mitigate the spread of the disease among staff and to patients. This included mandatory Personal Protective Equipment (PPE), but also daily attestation that the employee was not experiencing any symptoms.

24. On July 7 of this year, UVA Health notified its employees via company-wide email co-signed by K. Craig Kent, MD, Chief Executive Officer of UVA Health; Bobby Chhabra, MD, President of University Physicians Group; Pam Cipriano, PhD, Dean of the School of Nursing; Wendy Horton, PharmD, MBA, Chief Executive Officer of the Medical Center; and David Wilkes, MD, Dean of the School of Medicine, that employees who were not vaccinated and whose work required them to be physically present at UVA at any time would have to receive

6

weekly testing for COVID beginning August 2 of this year. See Exhibit F.

25. On August 23, 2021, the Food and Drug Administration (FDA) fully approved Pfizer's COVID vaccine, "Comirnaty."

26. In accompanying literature, FDA noted that "Comirnaty" is "legally distinct" with "certain differences" from Pfizer's BioNTech vaccine that had received an EUA. See Exhibit G.

27. The BioNTech vaccine remains authorized only according the EUA process and has not received full approval from the FDA.

28. On August 25 of this year, the same UVA executives mentioned above, via company-wide email, and citing "the increasing number of new COVID-19 cases in recent weeks" announced that "[W]e…will now require all team members without a religious or medical exemption to be vaccinated against COVID-19 by November 1, 2021." The same email went on to say, "Any team member not meeting the vaccination requirement deadline will be subject to disciplinary action up to and including to termination." See Exhibit H.

29. In University-published material on the matter, UVA expressed that it believed the legality of its vaccine mandate to be "unclear." See Exhibit I.

30. Subsequent to Comirnaty's approval, Ms. Antunes began inquiring about the vaccines that UVA would be making available to its employees. On August 29 of this year, Ms. Antunes began emailing the email account that UVA set up to field questions regarding the COVID vaccine, "covidvax@hscmail.mcc.virginia.edu." In an exchange that went back-and-forth over the course of several days, the administrator of the account (the "Account Administrator," who only identified himself or herself as "EH") informed Ms. Antunes that UVA was not offering the vaccine that had received full FDA approval, "Comirnaty," to its employees because it was not available to UVA, and that UVA would make the Comirnaty available to them when they were

7

able to acquire it. See Exhibit J.

31. Upon information and belief, UVA still had not made Comirnaty available to its employees when it terminated Ms. Antunes.

32. Upon information and belief, UVA has not yet offered Comirnaty, which remains the only vaccine to receive full FDA approval, to its employees.

33. Upon information and belief, the vaccine that may properly be labeled "Comirnaty," is not yet available anywhere in the United States.

34. No other COVID vaccine that has received full approval from the FDA is available to the public. All of the vaccines that are currently available for the treatment of COVID-19, including Comirnaty, remain in clinical trials.[4]

35. UVA is a state University and is the recipient of numerous grants to administer both state and federal health programs, and is otherwise the recipient of a large amount of public funding and benefits, both federal and state.

36. Ms. Antunes has not, to date, received any of the vaccines currently available for the treatment of COVID-19 and currently has no plans to take any.

37. Ms. Antunes does not have a categorical objection to vaccines and is, for example, in the practice of receiving the influenza vaccine every year.

38. On November 1, UVA informed Ms. Antunes that, beginning on November 2 of this year, and lasting for five business days, UVA Health suspended Ms. Antunes pending verification that she had received a COVID vaccine.

39. On November 9 of this year, UVA terminated Ms. Antunes's employment.

---

4 Pfizerclinicaltrials.com, https://www.pfizerclinicaltrials.com/find-a-trial?search=Coronavirus,COVID-19&distance=1000&age=7 (last visited November 5, 2021).

40. UVA Health has granted health and religious exemptions to its vaccine mandate for other employees that, upon information and belief, number in the dozens or hundreds.

41. Those with religious and / or medical exemptions continue to work at UVA Health.

## COUNT ONE

### Violation of provisions of the Food, Drug, and Cosmetic Act

**A. Emergency Use Authorization is not available where the treatment is not for a biological, chemical, radiological, or nuclear agent or agents**

42. 21 U.S.C. §360bbb-3(b) provides, in relevant part that,

[T]he Secretary [of Health and Human Services] may make a declaration that the circumstances exist justifying the authorization under this subsection for a product on the basis of a determination by the Secretary that there is a public health emergency, or a significant potential for a public health emergency, that affects, or has a significant potential to affect, national security or the health and security of United States citizens living abroad, and that involves a biological, chemical, radiological, or nuclear agent or agents, or a disease or condition that may be attributable to such agent or agents

43. As noted above, then-Secretary Alex Azar issued a *Declaration that Circumstances Exist Justifying Authorizations Pursuant to Section 564 of the Federal Food, Drug, and Cosmetic Act, 2 1U.S.C. § 360bbb-3*. In that Declaration, he stated that, on February 4, 2020, he had determined that:

[P]ursuant to section 564 of the Federal Food, Drug, and Cosmetic (FD&C) Act there is a significant potential for a public health emergency that has a significant potential to affect national security or the health and security of United States citizens living abroad and that involves a novel (new) coronavirus (nCoV) first detected in Wuhan City, Hubei Province, China in 2019 (2009-nCoV)

44. The Secretary did not, in his Declaration, nor elsewhere, indicate that the referenced public health emergency involved a biological, chemical, radiological, or nuclear agent or agents,

9

or a disease or condition that may be attributable to such agent or agents, according to the statutory requirement.

### B.  Failure to ensure distribution according to "required conditions."

45. The "required conditions" section of the Food, Drug, & Cosmetic Act under which the three vaccines Ms. Antunes was able to access during her employment at UVA became available, 21 U.S. Code § 360bbb–3(e)(1)(A)(ii)(III), includes the condition that the HHS Secretary "ensure that individuals to whom the product is administered are informed…of the option to accept or refuse administration of the product, of the consequences, if any, of refusing administration of the product, and of the alternatives to the product that are available and of their benefits and risks."

46. The statute binds the Secretary to inform the users of the option to refuse the product, but also to ensure that that option actually exists.

47. In the absence of such conditions, that is, where a person is experiencing economic or other coercion or force to use such a product, as is the case with Ms. Antunes, it is necessary for the Secretary to deny distribution of the drug, or to take some other measures to ensure compliance with the statute, but has not.

**COUNT TWO**
**Violation of the U.S. Constitution**
**Unconstitutional condition**

48. The Supreme Court has, over the years, struck down laws and policies that impose unconstitutional conditions on the expenditure of federal funds. *See, e.g., Federal Communications Commission v. League of Women Voters of California et al.* 468 U.S. 364 (1984).

49. Here, UVA imposes an unconstitutional condition on employment at a public university: that employees surrender their constitutional right to refuse unwanted medical treatment in order to be employed at a public university. Unlike some other rights and privileges, even some that are express in the Constitution, but similar to others, such as political speech and association, the nature of this surrender is complete and irreversible. Ms. Antunes, in other words, cannot be vaccinated at work and unvaccinated in her private life.

**COUNT 3**
**Violation of the U.S. Constitution**
**Equal Protection**

50. When UVA decided to require its employees to receive a COVID-19 vaccine as a condition of employment, it was able to do so because HHS has set up a discriminatory framework for the administration of the vaccines.

21 CFR Part 50 applies to:

[A]ll clinical investigations regulated by the Food and Drug Administration under sections 505(i) and 520(g) of the Federal Food, Drug, and Cosmetic Act, as well as clinical investigations that support applications for research or marketing permits for products regulated by the Food and Drug Administration, including foods, including dietary supplements, that bear a nutrient content claim or a health claim, infant formulas, food and color additives, drugs for human use, medical devices for human use, biological products for human use, and electronic products.

51. The regulation goes on to state that, except in situations where conditions make informed consent impossible (where, for example, there is an immediate danger and a medical condition makes consent impossible):

[N]o investigator may involve a human being as a subject in research covered by these regulations unless the investigator has obtained the legally effective informed consent of the subject or the subject's legally authorized representative. An investigator shall seek such consent only under circumstances that provide the

11

prospective subject or the representative sufficient opportunity to consider
whether or not to participate and that minimize the possibility of coercion or
undue influence.

52. Key to this regulatory passage are the concepts of "coercion" and "undue influence."
Threatening a person's job or livelihood to obtain his or her consent to be a part of a clinical trial
would be, according to HHS' own definitions of its terms, a form of coercion that these
regulations render impermissible.

53. According to this regulatory framework, if UVA, while administering a clinical trial
on behalf of a pharmaceutical company, ordered its employees to participate or lose their jobs,
such a policy would be a clear instance of coercive influence that would constitute a violation of
the relevant regulations and would be impermissible.

54. Although the FDA issued its Emergency Use Authorization alongside clinical trials
that remain ongoing, it acknowledges no such protections against coercion in its administration
of 21 U.S.C. § 360bbb-3, the statue that created the EUA, despite subsection (e)(1)(A)(ii)(III),
which requires "appropriate conditions designed to ensure that individuals to whom the product
is administered are informed of the option to accept or refuse administration of the product, of
the consequences, if any, of refusing administration of the product, and of the alternatives to
the product that are available and of their benefits and risks."

55. In the context of the vaccines in question, HHS and the FDA have, unwittingly or not,
created two similarly situated classes of people, one with more protections against coercion than
the other.

**COUNT FOUR**
**Violation of the U.S. Constitution**

12

**Fourth Amendment prohibition against unreasonable searches and seizures**

56. The Supreme Court in *Cruzan v. Director, Missouri Department of Health*, 497 U.S. 261 (1990) recognized that "[t]he principle that a competent person has a constitutionally protected liberty interest in refusing unwanted medical treatment may be inferred from our prior decisions." *Cruzan v. Director, Missouri Department of Health*, 497 U.S. 261, (1990).

57. The Court rooted this principle in the Due Process clause of the Fourteenth Amendment.

58. This principle is what makes UVA's conduct in this episode unlawful. It is using economic power to secure "consent" to an unwanted medical treatment. This is the same type of "consent" that harassers seek from the harassed in the sex discrimination context.

## COUNT FIVE
### Violation of the U.S. Constitution
### Fourth Amendment prohibition against unreasonable searches and seizures

59. The Fourth Amendment, which provides that, "[t]he right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated [...]"

60. Here, the state, through UVA Health, is using economic coercion to seize and commandeer Ms. Antunes's immune system for its own purposes, and has provided very little explanation or justification for its actions.

## COUNT SIX
### Wrongful termination

61. The Virginia Supreme Court has "recognized a common law cause of action in tort for wrongful termination of employment under an exception to the common-law doctrine of

13

employment-at-will. This exception applies to terminations from employment which violate the

public policy of this Commonwealth. *See*, *Shaw v. Titan Corp.*, 498 S.E.2d 696,

699(1998)(internal citations omitted).

62. Furthermore, Virginia courts have recognized that,

The right to avoid unwanted touching of one's person forms the basis of the doctrine of informed consent. The doctrine of informed consent provides that a patient has a right to be informed of the value and possible consequences of a treatment and to refuse or consent to that treatment.

The right to be free of unwanted physical invasions has been recognized as an integral part of the individual's constitutional freedoms, whether termed a liberty interest protected by the Due Process Clause, or an aspect of the right to privacy contained in the notions of personal freedom which underwrote the Bill of Rights. The right to refuse medical treatment has been specifically recognized as a subject of constitutional protection. *Cavuoto v. Buchanan County*, 605 S.E.2d 287, 289 (Va. App. 2004)[*citing*, *U.S. v. Charters*, 829 F.2d 479 (4th Cir. 1987))

63. By insisting on the unwanted touching and physical invasions of a vaccination at the

price of her job, UVA has engaged in the wrongful termination of Ms. Antunes.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs, on behalf of themselves and all others similarly situated,

respectfully pray for relief as follows:

A.  Hold unlawful and set aside UVA's vaccine mandate

B.  Hold unlawful and set aside Secretary Becerra and Acting Commissioner Woodcock's

unequal treatment of similarly situated classes of vaccine recipients

C.  Issue declaratory relief declaring the Defendants' actions unlawful

D.  Issue permanent injunctive relief enjoining Defendants UVA and their agents from

requiring the COVID-19 vaccine as a condition of employment. See attached Motion for

Temporary Restraining Order and Preliminary Injunction.

14

E. Award compensatory and punitive damages to Ms. Antunes.

F. Award Plaintiff costs and reasonable attorneys' fees.

G. Award such other and further relief as the Court deems equitable and just under the

circumstances.


Dated: November 30, 2021

                                              Respectfully Submitted,




                                              _____
                                                          Counsel

E. Scott Lloyd
Law Office of E. Scott Lloyd, PLLC
Bar # 76989
20 E. 8th Street, Suite 3
Front Royal, VA 22630
(540)631-4081
edwardscottlloyd@protonmail.com
Counsel for the Plaintiff

## CERTIFICATE OF SERVICE

        I HEREBY CERTIFY that on November 30, 2021, that I have cause the foregoing
documents to be served upon Defendants.

_____
SCOTT LLOYD

# VERIFICATION

Pursuant to 28 U.S.C. § 1746, I, CATHERINE ANTUNES, declare under penalty of perjury that the foregoing is true and correct. Executed on November 30, 2021.


CATHERINE ANTUNES

**EXHIBIT A**



THE SECRETARY OF HEALTH AND HUMAN SERVICES

WASHINGTON, D.C. 20201

**DECLARATION THAT CIRCUMSTANCES EXIST JUSTIFYING
AUTHORIZATIONS PURSUANT TO SECTION 564 OF THE FEDERAL FOOD,
DRUG, AND COSMETIC ACT, 21 U.S.C. § 360bbb-3**

On February 4, 2020, I determined pursuant to section 564 of the Federal Food, Drug and
Cosmetic (FD&C) Act that there is a significant potential for a public health emergency that
has a significant potential to affect national security or the health and security of United
States citizens living abroad and that involves a novel (new) coronavirus (nCoV) first
detected in Wuhan City, Hubei Province, China in 2019 (2009-nCoV).  The virus is now
named SARS- CoV-2, which causes the illness COVID-19.

On the basis of this determination, I hereby declare that circumstances exist justifying the
authorization of emergency use of drugs and biological products during the COVID-19
pandemic, pursuant to section 564 of the FD&C Act, subject to the terms of any
authorization issued under that section.

--/s/--

MAR 2 7 2020

Alex M. Azar II

Date

**EXHIBIT B**

## Emergency Use Authorization (EUA) for an Unapproved Product
## Review Memorandum

### Identifying Information

| | |
|---|---|
| Application Type | EUA (Event-driven EUA request) |
| Application Number | 27034 |
| Sponsor | Pfizer, Inc., on behalf of Pfizer and BioNTech |
| Submission Date | November 20, 2020 |
| Receipt Date | November 20, 2020 |
| Signatory Authority | Marion F. Gruber, Ph.D., Director, CBER/OVRR |
| Review Team | Ramachandra Naik, Ph.D., Chair, OVRR/DVRPA;<br>CAPT Michael Smith, Ph.D., Regulatory Project Manager, OVRR/DVRPA;<br>Susan Wollersheim, M.D., Clinical reviewer, OVRR/DVRPA;<br>Nabil Al-Humadi, Ph.D., Toxicology reviewer, OVRR/DVRPA;<br>Lei Huang, Ph.D., Biostatistics reviewer, OBE/DB;<br>Haruhiko Murata, Ph.D., CMC/Product reviewer, OVRR/DVP;<br>Xiao Wang, Ph.D., CMC/Product reviewer, OVRR/DVP;<br>Laura Fontan, Ph.D., CMC/Facility reviewer; OCBQ/DMPQ;<br>Kathleen Jones, Ph.D., CMC/Facility reviewer, OCBQ/DMPQ;<br>Kerry Welsh, M.D., Pharmacovigilance reviewer, OBE/DE;<br>Narayan Nair, M.D., Pharmacovigilance reviewer, OBE/DE;<br>Brenda Baldwin, Ph.D., Data Integrity reviewer, OVRR/DVRPA;<br>Bhanumathi Kannan, Ph.D., BIMO reviewer, OCBQ/DIS/BMB;<br>Oluchi Elekwachi, Ph.D., Labeling reviewer, OCBQ/DCM/APLB |
| Review Completion Date | December 11, 2020 |
| Established Name/Other names used during development | Pfizer-BioNTech COVID-19 Vaccine/ BNT162b2 |
| Dosage Forms/Strengths and Route of Administration | A 0.3 mL Suspension for intramuscular injection |
| Intended Use for EUA | Active immunization to prevent coronavirus disease 2019 (COVID-19) caused by Severe Acute Respiratory Syndrome Coronavirus 2 (SARS-CoV-2) |
| Intended Population | Individuals 16 years of age and older |

Pfizer-BioNTech COVID-19 Vaccine Emergency Use Authorization Review Memorandum

**Table of Contents**

List of Tables ............................................................................................................... 3

List of Figures ............................................................................................................. 4

Glossary....................................................................................................................... 5

1. Executive Summary ................................................................................................ 6

2. Background.............................................................................................................. 8

    2.1. SARS-CoV-2 Pandemic ................................................................................... 8

    2.2. Available Therapies for COVID-19.................................................................... 8

    2.3. EUA Request for the Pfizer-BioNTech COVID-19 Vaccine (BNT162b2)......................... 9

    2.4. U.S. Requirements to Support Issuance of an EUA for a Biological Product.......................................................................................................................... 9

    2.5. Applicable Guidance for Industry ....................................................................10

3. Pfizer-BioNTech COVID-19 Vaccine (BNT162b2)................................................11

    3.1. Vaccine Composition, Dosing Regimen..........................................................11

    3.2. Proposed Use Under EUA ..............................................................................12

4. FDA Review of Clinical Safety and Effectiveness Data .......................................12

    4.1. Overview of Clinical Studies ...........................................................................12

    4.2. Study C4591001 .............................................................................................12

        4.2.1. Design ....................................................................................................12

        4.2.2. FDA Assessment of Phase 2/3 Follow-Up Duration...............................17

        4.2.3. Subject Disposition and Inclusion in Analysis Populations.....................17

        4.2.4. Demographics and Other Baseline Characteristics................................19

        4.2.5. Vaccine Efficacy ...................................................................................23

        4.2.6. Safety.....................................................................................................32

    4.3. Study BNT162-01 ............................................................................................43

5. FDA Review of Other Information Submitted in Support of the EUA.....................44

    5.1. Sponsor's Plans for Continuing Blinded, Placebo-Controlled Follow-Up ......................44

    5.2. Pharmacovigilance Activities ..........................................................................44

    5.3. Non-Clinical Studies ........................................................................................46

    5.4. Chemistry, Manufacturing, and Control (CMC) Information ............................47

    5.5. Clinical Assay Information ...............................................................................48

    5.6. Inspections of Clinical Study Sites ..................................................................49

    5.7. EUA Prescribing Information and Fact Sheets................................................49

6. Benefit/Risk Assessment in the Context of Proposed Indication and Use Under EUA...................................................................................................................49

    6.1. Known Benefits ...............................................................................................49

    6.2. Unknown Benefits/Data Gaps.........................................................................49

6.3. Known Risks ...................................................................................................51

6.4. Unknown Risks/Data Gaps...............................................................................52

7.  VRBPAC Meeting Summary ..................................................................................52

8.  Overall Summary and Recommendation.................................................................54

9.  References .........................................................................................................56

10. Appendix A. Charlson Comorbidity Index .............................................................57

**List of Tables**

Table 1: Clinical Trials Submitted in Support of Efficacy and Safety Determinations of the Pfizer-BioNTech COVID-19 Vaccine...............................................................................12

Table 2. Efficacy Populations, Treatment Groups as Randomized ............................................18

Table 3. Disposition of All Randomized Participants, Phase 2/3 Safety Population ...................19

Table 4. Demographic Characteristics, Participants With or Without Evidence of Infection Prior to 7 Days After Dose 2, Evaluable Efficacy (7 Days) Population .........................................20

Table 5. Demographics and Other Baseline Characteristics, Phase 2/3 Safety Population .......21

Table 6. Final Analysis of Efficacy of BNT162b2 Against Confirmed COVID-19 From 7 Days After Dose 2 in Participants Without Evidence of Prior SARS-CoV-2 Infection, Evaluable Efficacy Population ...................................................................................................23

Table 7. Efficacy of BNT162b2 Against Confirmed COVID-19 From 7 Days After Dose 2 in Participants With and Without Evidence of Prior SARS-CoV-2 Infection, Evaluable Efficacy Population...................................................................................................24

Table 8: Subgroup Analyses of Second Primary Endpoint: First COVID-19 Occurrence From 7 Days After Dose 2, by Subgroup, Participants With and Without Evidence of Infection Prior to 7 Days After Dose 2, Evaluable Efficacy (7 Days) Population .......................................25

Table 9. Demographic Characteristics, Participants With Protocol Defined Case (Without Evidence of Infection Prior to 7 Days After Dose 2)..........................................................27

Table 10. Vaccine Efficacy: First COVID-19 Occurrence From 7 Days After Dose 2, by Comorbidity Status, Among Participants Without Evidence of Infection Prior to 7 Days After Dose 2, Evaluable Efficacy (7 Days) Population ................................................................28

Table 11. First Severe COVID-19 Occurrence from 7 Days after Dose 2, Evaluable Efficacy Population...................................................................................................30

Table 12. First Severe COVID-19 Occurrence After Dose 1, Dose 1 All-Available Efficacy Population...................................................................................................30

Table 13. Primary Efficacy Endpoint, All-Available Efficacy Population .....................................31

Table 14. Study C4591001 Safety Overview, Ages 16 Years and Older ...................................32

Table 15. Frequency of Solicited Local Reactions Within 7 Days After Each Vaccination, Reactogenicity Subset of the Phase 2/3 Safety Population, 18 to 55 Years of Age*..........33

Table 16. Frequency of Solicited Local Reactions Within 7 Days After Each Vaccination, Reactogenicity Subset of the Phase 2/3 Safety Population, >55 Years of Age and Older..34

Table 17. Frequency of Solicited Systemic Adverse Events Within 7 Days After Each Vaccination- Reactogenicity Subset of the Phase 2/3 Safety Population, 18 to 55 Years of Age*...................................................................................................34

Pfizer-BioNTech COVID-19 Vaccine Emergency Use Authorization Review Memorandum

Table 18. Frequency of Solicited Systemic Adverse Events Within 7 Days After Each Vaccination- Reactogenicity Subset of the Phase 2/3 Safety Population, >55 Years of Age and Older ............................................................................................................... 36

Table 19. Frequency of Unsolicited AEs with Occurrence in ≥1% of Participants in any Treatment Group from Dose 1 to 1-month After Dose 2, Phase 2/3 Safety Population, 16 Years of Age and Older ............................................................................................... 37

Table 20. Frequency of Unsolicited Local Reactions and Systemic Adverse Events Reported Within 7 Days After Each Dose, Phase 2/3 Safety Population, 16 and 17 Years of Age ... 38

Table 21. Frequency of Unsolicited AEs with Occurrence in ≥1% of Participants in any Treatment Group from Dose 1 to 1 Month After Dose 2, Phase 2/3 Safety Population*, 65 Years and Older ......................................................................................................... 38

**List of Figures**

Figure 1. Safety Monitoring Plan, Study C4591001 .................................................................. 15

Figure 2. Cumulative Incidence Curves for the First COVID-19 Occurrence After Dose 1, Dose 1 All-Available Efficacy Population ......................................................................................... 29

Pfizer-BioNTech COVID-19 Vaccine Emergency Use Authorization Review Memorandum

**Glossary**

| | |
|---|---|
| AE | adverse event |
| AESI | adverse event of special interest |
| AIDS | acquired immunodeficiency syndrome |
| ARDS | acute respiratory distress syndrome |
| BNT162b2 | Pfizer-BioNTech COVID-19 Vaccine |
| CBRN | chemical, biological, radiological, or nuclear |
| CDC | Centers for Disease Control and Prevention |
| CMC | chemistry, manufacturing, and controls |
| EUA | Emergency Use Authorization |
| FDA | Food and Drug Administration |
| hACE2 | human angiotensin converting enzyme 2 |
| HHS | Health and Human Services |
| HIV | human immunodeficiency virus |
| IM | intramuscular |
| LNP | lipid nanoparticle |
| MERS-CoV | Middle Eastern respiratory syndrome |
| modRNA | nucleoside-modified messenger RNA |
| NAAT | nucleic acid amplification-based test |
| PVP | Pharmacovigilance Plan |
| RBD | receptor binding domain |
| RT-PCR | reverse transcription-polymerase chain reaction |
| SAE | serious adverse event |
| SARS-CoV-2 | severe acute respiratory syndrome coronavirus 2 |
| VE | vaccine efficacy |
| VRBPAC | Vaccines and Related Biological Products Advisory Committee |

Pfizer-BioNTech COVID-19 Vaccine Emergency Use Authorization Review Memorandum

## 1.  Executive Summary

The SARS-CoV-2 pandemic presents an extraordinary challenge to global health and, as of November 30, 2020, has caused more than 60 million cases of COVID-19 and claimed the lives of 1.5 million people worldwide. In the United States, over 13 million cases have been reported to the Centers for Disease Control and Prevention (CDC), with over 260,000 deaths. Based on a declaration by the Secretary of Health and Human Services (HHS) that the COVID-19 pandemic constitutes a public health emergency with a significant potential to affect national security or the health and security of United States citizens living abroad, FDA may issue an EUA for a COVID-19 vaccine after determining that certain statutory requirements are met.

On November 20, 2020, the Sponsor (Pfizer, on behalf of Pfizer and BioNTech) submitted an Emergency Use Authorization (EUA) request to FDA for an investigational COVID-19 vaccine (BNT162b2) intended to prevent COVID-19 caused by severe acute respiratory syndrome coronavirus 2 (SARS-CoV-2). The vaccine is based on the SARS-CoV-2 spike glycoprotein (S) antigen encoded by RNA and formulated in lipid nanoparticles (LNPs). The proposed use under an EUA is "for active immunization for the prevention of COVID-19 caused by SARS-CoV-2 in individuals 16 years of age and older." The proposed dosing regimen is 2 doses, 30 μg each, administered 21 days apart.

The EUA request includes safety and efficacy data from an ongoing Phase 3 randomized, double-blinded and placebo-controlled trial of BNT162b2 in approximately 44,000 participants. The primary efficacy endpoint is incidence of COVID-19 among participants without evidence of SARS-CoV-2 infection before or during the 2-dose vaccination regimen. In a mid-November analysis of 36,621 participants randomized 1:1 to vaccine or placebo who were included in the per-protocol efficacy analysis population of participants without evidence of SARS-CoV-2 infection prior to 7 days after completion of the vaccination regimen, efficacy in preventing confirmed COVID-19 occurring at least 7 days after the second dose of vaccine was 95.0%, with 8 COVID-19 cases in the vaccine group and 162 COVID-19 cases in the placebo group. Subgroup analyses of the primary efficacy endpoint showed similar efficacy point estimates across age groups, genders, racial and ethnic groups, and participants with medical comorbidities associated with high risk of severe COVID-19. Secondary efficacy analyses suggested benefit of the vaccine in preventing severe COVID-19 and in preventing COVID-19 following the first dose, although available data for these outcomes did not allow for firm conclusions.

Safety data from approximately 38,000 participants ≥16 years of age randomized 1:1 to vaccine or placebo with a median of 2 months of follow up after the second dose suggest a favorable safety profile, with no specific safety concerns identified that would preclude issuance of an EUA. Available safety data from all participants enrolled through the November 14, 2020, data cut-off (N=43,252, which includes late enrollment of additional adolescent and adult participants), was consistent with the safety profile for the approximately 38,000 participants with median follow-up of 2 months and also did not raise specific safety concerns. The most common solicited adverse reactions were injection site reactions (84.1%), fatigue (62.9%), headache (55.1%), muscle pain (38.3%), chills (31.9%), joint pain (23.6%), fever (14.2%); severe adverse reactions occurred in 0.0% to 4.6% of participants, were more frequent after Dose 2 than after Dose 1, and were generally less frequent in participants ≥55 years of age (≤ 2.8%) as compared to younger participants (≤4.6%). The frequency of serious adverse events was low (<0.5%), without meaningful imbalances between study arms. Among non-serious unsolicited adverse events, there was a numerical imbalance of four cases of Bell's palsy in the

6

Pfizer-BioNTech COVID-19 Vaccine Emergency Use Authorization Review Memorandum

vaccine group compared with no cases in the placebo group, though the four cases in the vaccine group do not represent a frequency above that expected in the general population. Otherwise, there were no notable patterns or numerical imbalances between treatment groups for specific categories of non-serious adverse events (including other neurologic, neuro-inflammatory, and thrombotic events) that would suggest a causal relationship to BNT162b2 vaccine. With the exception of more frequent, generally mild to moderate reactogenicity in participants <55 years of age, the safety profile of BNT162b2 was generally similar across age groups, genders, ethnic and racial groups, participants with or without medical comorbidities, and participants with or without evidence of prior SARS-CoV-2 infection at enrollment.

While not observed in the clinical trials, two anaphylactic reactions in the immediate post-vaccination period have occurred with use of the vaccine in the United Kingdom, in individuals reported to have prior history of anaphylactic reaction. The component(s) of the vaccine that may have triggered these anaphylactic reactions are unknown at this time, and the two individuals were not reported to have known history of allergy to specific components of the vaccine. Risk of allergic reactions, including the potential for severe allergic reactions and the need for vaccine providers to be able to manage them should they occur and a contraindication for use in individuals with known allergy to any component of the vaccine, are described in the vaccine Fact Sheets and Prescribing Information. Additionally, risk of anaphylaxis will be further evaluated as part of the pharmacovigilance plan for the vaccine.

Non-clinical toxicology studies with BNT162b did not raise specific safety concerns, and other non-clinical studies support the vaccine's immunogenicity, reduction of SARS-CoV-2 pulmonary viral load in animal challenge models, and absence of findings suggesting risk of vaccine-enhanced disease.

FDA has reviewed the CMC data submitted to date for this vaccine and has determined that the CMC information is consistent with the recommendations set forth in FDA's Guidance on Emergency Use Authorization for Vaccines to Prevent COVID-19.  FDA has determined that the Sponsor has provided adequate information to ensure the vaccine's quality and consistency for authorization of the product under an EUA.

A meeting of the Vaccines and Related Biological Products Advisory Committee (VRBPAC) was convened on December 10, 2020. Following a discussion of the data presented, the VRBPAC voted 17-4 (with one abstention) in favor of the determination that based on the totality of scientific evidence available, the benefits of the Pfizer-BioNTech COVID-19 Vaccine outweigh its risks for use in individuals 16 years of age and older.

Following review of information submitted in support of the EUA request and considering VRBPAC recommendations from the December 10, 2020, meeting, the review team concludes that:

- The chemical, biological, radiological, or nuclear (CBRN) agent referred to in the March 27, 2020, EUA declaration by the Secretary of HHS (SARS-CoV-2) can cause a serious or life-threatening disease or condition.
- Based on the totality of scientific evidence available, including data from adequate and well-controlled trials, it is reasonable to believe that the Pfizer-BioNTech COVID-19 vaccine (BNT162b) may be effective to prevent such serious or life-threatening disease or condition that can be caused by SARS-CoV-2.

Pfizer-BioNTech COVID-19 Vaccine Emergency Use Authorization Review Memorandum

- The known and potential benefits of the vaccine outweigh the known and potential risks of the vaccine when used for active immunization to prevent COVID-19 caused by SARS-CoV-2 in individuals 16 years of age and older.
- There is no adequate, approved, and available alternative to the product for preventing COVID-19 caused by SARS-CoV-2.

The review team therefore recommends issuance of an EUA for use of the Pfizer-BioNTech COVID-19 Vaccine for active immunization to prevent COVID-19 caused by SARS-CoV-2 in individuals 16 years of age and older.

## 2.   Background

### 2.1. SARS-CoV-2 Pandemic

The SARS-CoV-2 pandemic presents an extraordinary challenge to global health and, as of November 30, 2020, has caused more than 60 million cases of COVID-19 and claimed the lives of 1.5 million people worldwide. In the United States, over 13 million cases have been reported to the Centers for Disease Control and Prevention (CDC), with over 260,000 deaths. Confirmed cases and mortality continue to rise globally. On January 31, 2020, the U.S. Secretary of HHS declared a public health emergency related to COVID-19 and mobilized the Operating Divisions of HHS. Following the World Health Organization's declaration of the novel coronavirus pandemic on March 11, 2020, the U.S. President declared a national emergency in response to COVID-19 on March 13, 2020. Vaccines to protect against COVID-19 are critical to mitigate the current SARS-CoV-2 pandemic and to prevent future disease outbreaks.

SARS-CoV-2 is a novel, zoonotic coronavirus that emerged in late 2019 in patients with pneumonia of unknown cause.[1] The virus was named SARS-CoV-2 because of its similarity to the coronavirus responsible for severe acute respiratory syndrome (SARS-CoV, a lineage B betacoronavirus).[2] SARS-CoV-2 is an enveloped, positive sense, single stranded RNA virus sharing more than 70% of its sequence with SARS-CoV, and ~50% with the coronavirus responsible for Middle Eastern respiratory syndrome (MERS-CoV).[3] The SARS-CoV-2 spike glycoprotein (S), which is a main target for neutralizing antibody, binds to its receptor human angiotensin converting enzyme 2 (hACE2) to initiate infection.[4] SARS-CoV-2 is the cause of COVID-19, an infectious disease with respiratory and systemic manifestations. Disease symptoms vary, with many persons presenting with asymptomatic or mild disease and some progressing to severe respiratory tract disease including pneumonia and acute respiratory distress syndrome (ARDS), leading to multiorgan failure and death.

In an attempt to prevent the spread of disease and to control the pandemic, numerous COVID-19 vaccine candidates are in development. These vaccines are based on different platforms including mRNA and DNA technologies and include viral vectored, subunit, inactivated, and live attenuated vaccines. Most COVID-19 candidate vaccines express the spike protein or parts of the spike protein, i.e., the receptor binding domain (RBD), as the immunogenic determinant.

### 2.2. Available Therapies for COVID-19

No vaccine or other medical product is FDA approved for prevention of COVID-19. On October 22, 2020, FDA approved remdesivir for use in adult and pediatric patients 12 years of age and older and weighing at least 40 kilograms (about 88 pounds) for the treatment of COVID-19 requiring hospitalization. Several other therapies are currently available under emergency use

authorization, but not FDA approved, for treatment of COVID-19. Thus, there is currently no adequate, approved, and available alternative for prevention of COVID-19.

## 2.3. EUA Request for the Pfizer-BioNTech COVID-19 Vaccine (BNT162b2)

Pfizer, in partnership with BioNTech Manufacturing GmbH, is developing a vaccine to prevent COVID-19 which is based on the SARS-CoV-2 spike glycoprotein (S) antigen encoded by RNA and formulated in lipid nanoparticles (LNP). The Pfizer-BioNTech COVID-19 Vaccine (also referred to as BNT162b2) is administered intramuscularly as a 2-dose series spaced 21 days apart at a dose of 30 μg each. The vaccine is supplied as a multi-dose vial (5 doses) containing a frozen suspension (-80°C to -60°C) of BNT162b2 that must be thawed and diluted with 1.8 mL of sterile 0.9% sodium chloride, allowing for five 0.3 mL doses. The vaccine is preservative free.

A Phase 3 randomized and placebo-controlled trial using BNT162b2 in approximately 44,000 participants is currently ongoing to evaluate the vaccine's safety and efficacy. Vaccine efficacy for the primary endpoint against confirmed COVID-19 occurring at least 7 days after the second dose was 95.0% with 8 COVID-19 cases in the vaccine group compared to 162 COVID-19 cases in the placebo group. Data from about 38,000 participants randomized 1:1 with a median of 2 months of follow-up after the second dose of vaccine showed a favorable safety profile at a dose of 30 μg in participants 16 years of age and older. On November 20, 2020, Pfizer and BioNTech submitted an EUA request to FDA for its investigational COVID-19 vaccine (BNT162b2) intended to prevent COVID-19 caused by SARS-CoV-2.

## 2.4. U.S. Requirements to Support Issuance of an EUA for a Biological Product

Based on the declaration by the Secretary of HHS that the COVID-19 pandemic constitutes a public health emergency with a significant potential to affect national security or the health and security of United States citizens living abroad, FDA may issue an EUA after determining that certain statutory requirements are met (section 564 of the Federal Food, Drug, and Cosmetic Act (the FD&C Act) (21 U.S.C. 360bbb-3)).[5]

- The chemical, biological, radiological, or nuclear (CBRN) agent referred to in the March 27, 2020, EUA declaration by the Secretary of HHS (SARS-CoV-2) can cause a serious or life-threatening disease or condition.
- Based on the totality of scientific evidence available, including data from adequate and well-controlled trials, if available, it is reasonable to believe that the product may be effective in preventing, diagnosing, or treating such serious or life-threatening disease or condition that can be caused by SARS-CoV-2.
- The known and potential benefits of the product, when used to diagnose, prevent, or treat the identified serious or life-threatening disease or condition, outweigh the known and potential risks of the product.
- There is no adequate, approved, and available alternative to the product for diagnosing, preventing, or treating the disease or condition.

If these criteria are met, under an EUA, FDA can allow unapproved medical products (or unapproved uses of approved medical products) to be used in an emergency to diagnose, treat, or prevent serious or life-threatening diseases or conditions caused by threat agents. FDA has been providing regulatory advice to COVID-19 vaccine manufacturers regarding the data needed to determine that a vaccine's benefit outweigh its risks. This includes demonstrating that manufacturing information ensures product quality and consistency along with data from at least

one Phase 3 clinical trial demonstrating a vaccine's safety and efficacy in a clear and compelling manner.

## 2.5. Applicable Guidance for Industry

Risk and benefit considerations are unique for COVID-19 vaccines, given that an EUA may be requested to allow for a vaccine's rapid and widespread deployment for administration to millions of individuals, including healthy people. FDA published in October 2020 guidance for industry entitled "Emergency Use Authorization for Vaccines to Prevent COVID-19" describing FDA's current recommendations regarding the manufacturing, nonclinical, and clinical data and information needed under section 564 of the FD&C Act to support the issuance of an EUA for an investigational vaccine to prevent COVID-19, including a discussion of FDA's current thinking regarding the circumstances under which an EUA for a COVID-19 vaccine would be appropriate.[6] These considerations are summarized below.

**Safety and Effectiveness Information Needed to Support an EUA**

Effectiveness data

Issuance of an EUA requires a determination that the known and potential benefits of the vaccine outweigh the known and potential risks. For a preventive COVID-19 vaccine to be potentially administered to millions of individuals, including healthy individuals, data adequate to inform an assessment of the vaccine's benefits and risks and support issuance of an EUA would include meeting the prespecified success criteria for the study's primary efficacy endpoint, as described in the guidance for industry entitled "Development and Licensure of Vaccines to Prevent COVID-19" (i.e., a point estimate for a placebo-controlled efficacy trial of at least 50%, with a lower bound of the appropriately alpha-adjusted confidence interval around the primary efficacy endpoint point estimate of >30%).[7]

Safety data

An EUA request for a COVID-19 vaccine should include all safety data accumulated from studies conducted with the vaccine, with data from Phase 1 and 2 focused on serious adverse events, adverse events of special interest, and cases of severe COVID-19 among study participants. Phase 3 safety data should include characterization of reactogenicity (common and expected adverse reactions shortly following vaccination) in a sufficient number of participants from relevant age groups and should include a high proportion of enrolled participants (numbering well over 3,000) followed for serious adverse events and adverse events of special interest for at least one month after completion of the full vaccination regimen. The Phase 1 and 2 safety data likely will be of a longer duration than the available safety data from the Phase 3 trial at the time of submission of an EUA request and thus, are intended to complement the available data from safety follow-up from ongoing Phase 3 studies.

Phase 3 follow-up

Data from Phase 3 studies should include a median follow-up duration of at least 2 months after completion of the full vaccination regimen to help provide adequate information to assess a vaccine's benefit-risk profile. From a safety perspective, a 2-month median follow-up following completion of the full vaccination regimen will allow identification of potential adverse events that were not apparent in the immediate postvaccination period. Adverse events considered plausibly linked to vaccination generally start within 6 weeks of vaccine receipt.[8] Therefore, a 2-month follow-up period may allow for identification of potential immune-mediated adverse

events that began within 6 weeks of vaccination. From the perspective of vaccine efficacy, it is important to assess whether protection mediated by early responses has not started to wane. A 2-month median follow-up is the shortest follow-up period to achieve some confidence that any protection against COVID-19 is likely to be more than short-lived. The EUA request should include a plan for active follow-up for safety (including deaths, hospitalizations, and other serious or clinically significant adverse events) among individuals administered the vaccine under an EUA in order to inform ongoing benefit-risk review and assessment to support continuation of the EUA.

**Continuation of Clinical Trials Following Issuance of an EUA for a COVID-19 Vaccine**

FDA does not consider availability of a COVID-19 vaccine under EUA, in and of itself, as grounds for immediately stopping blinded follow-up in an ongoing clinical trial or grounds for offering vaccine to all placebo recipients. To minimize the risk that use of an unapproved vaccine under EUA will interfere with long-term assessment of safety and efficacy in ongoing trials, it is critical to continue to gather data about the vaccine even after it is made available under EUA. An EUA request should therefore include strategies that will be implemented to ensure that ongoing clinical trials of the vaccine are able to assess long-term safety and efficacy (including evaluating for vaccine-associated enhanced respiratory disease and decreased effectiveness as immunity wanes over time) in sufficient numbers of participants to support vaccine licensure. These strategies should address how ongoing trial(s) will handle loss of follow-up information for study participants who choose to withdraw from the study in order to receive the vaccine under an EUA.

FDA is aware that some COVID-19 vaccine developers may wish to immediately unblind their trials upon issuance of an EUA in order to rapidly provide vaccine to trial participants who received placebo. Some developers have proposed maintaining blinding in a crossover design that provides vaccine to previous placebo recipients and placebo to previous vaccine recipients. Such strategies would impact collection of longer-term placebo-controlled safety data and evaluation of the duration of vaccine efficacy. Ethical and scientific issues associated with offering vaccination to placebo recipients have been discussed in recent statements and articles.[9-11]

### 3.  Pfizer-BioNTech COVID-19 Vaccine (BNT162b2)

### 3.1. Vaccine Composition, Dosing Regimen

The Pfizer-BioNTech COVID-19 Vaccine is a white to off-white, sterile, preservative-free, frozen suspension for intramuscular injection. The vaccine contains a nucleoside-modified messenger RNA (modRNA) encoding the viral spike glycoprotein (S) of SARS-CoV-2. The vaccine also includes the following ingredients: lipids ((4-hydroxybutyl)azanediyl)bis(hexane-6,1-diyl)bis(2-hexyldecanoate), 2-[(polyethylene glycol)-2000]-N,N-ditetradecylacetamide, 1,2-distearoyl-sn-glycero-3-phosphocholine, and cholesterol), potassium chloride, monobasic potassium phosphate, sodium chloride, dibasic sodium phosphate dihydrate, and sucrose.

The Pfizer-BioNTech COVID-19 Vaccine is supplied as a frozen [between -80°C to -60°C (-112°F to -76°F)] multi-dose (5-dose) vial. The vaccine must be thawed and diluted in its original vial with 1.8 mL of sterile 0.9% Sodium Chloride Injection, USP prior to administration. After dilution, the vial contains 5 doses of 0.3 mL per dose. After dilution, the multiple-dose vials must be stored between 2°C to 25°C (35°F to 77°F) and used within 6 hours from the time of dilution.

Pfizer-BioNTech COVID-19 Vaccine Emergency Use Authorization Review Memorandum

The Pfizer-BioNTech COVID-19 Vaccine, BNT162b2 (30 µg), is administered intramuscularly (IM) as a series of two 30 µg doses (0.3 mL each) 21 days apart.

## 3.2. Proposed Use Under EUA

The proposed indication and use of the vaccine under an EUA is "for active immunization for the prevention of COVID-19 caused by SARS-CoV-2 in individuals 16 years of age and older."

## 4.   FDA Review of Clinical Safety and Effectiveness Data

## 4.1. Overview of Clinical Studies

Data from two ongoing clinical studies were included in the EUA request, which are summarized in Table 1 below. Study C4591001 is a multi-center, multi-national Phase 1,2,3 randomized, blinded, placebo-controlled safety, immunogenicity, and efficacy study that is the focus of the EUA review. Study BNT162-01 is a Phase 1 study that explored various vaccine candidates and dose levels and will not be discussed in detail.

**Table 1: Clinical Trials Submitted in Support of Efficacy and Safety Determinations of the Pfizer-BioNTech COVID-19 Vaccine**

| Study Number/ Country | Description | BNT162b2 (30 µg)* participants (N) | Placebo participants (N) | Study Status |
|---|---|---|---|---|
| **C4591001** USA, Argentina, Brazil, Germany, S. Africa, Turkey | Phase 1,2,3 randomized, placebo-controlled, observer-blind; to evaluate safety, immunogenicity and efficacy of COVID-19 vaccine | Phase 1: 24 Phase 2/3: 21823 | Phase 1: 6 Phase 2/3: 21828 | Ongoing |
| **BNT162-01** Germany | Phase 1/2 randomized, open-label; to evaluate safety and immunogenicity, dose escalation | 12 | 0 | Ongoing |

N= total number of randomized participants as of November 14, 2020. Placebo: saline.
*Phase 1 studies included additional participants vaccinated with other dose levels and other mRNA vaccine candidates.
Studies C4591001 and BNT162-01 started in April 2020 (first participant, first visit).

## 4.2. Study C4591001

## 4.2.1.  Design

Study C4591001 is an ongoing, randomized, placebo-controlled, Phase 1/2/3 study being conducted in the US, Argentina, Brazil, Germany, South Africa and Turkey. Initially the study was designed as a Phase 1/2 study in healthy adults in the US for vaccine candidate and dosage selection, immunogenicity and preliminary efficacy, but the protocol was revised to expand the study design for inclusion of a Phase 2/3 portion to evaluate clinical disease endpoint efficacy in individuals 12 years of age and older in the US and additional sites outside of the US.

In Phase 1, two age groups were evaluated in separate cohorts, younger participants 18 through 55 years of age (N=45) and older participants 65 through 85 years of age (N=45). The study population included healthy men and women and excluded participants at high risk of SARS-CoV-2 infection or with serological evidence of prior or current SARS-CoV-2 infection. Two different vaccine candidates were evaluated, and younger participants received escalating dose levels with progression to subsequent dose levels and evaluation of escalating dose levels

12

Pfizer-BioNTech COVID-19 Vaccine Emergency Use Authorization Review Memorandum

in the older age group (65 through 85 years), based on recommendations from an internal review committee that reviewed safety and immunogenicity data. For each vaccine candidate and dose level, participants were randomized 4:1, such that 12 participants received the vaccine candidate and 3 participants received placebo. Review of the safety and immunogenicity from Phase 1, in combination with data from Study BNT162-01 (See Section 10), supported the final vaccine candidate and dose level (BNT162b2 at 30 µg, given 21 days apart) to proceed into Phase 2/3.

In Phase 2/3, participants were enrolled with stratification by age (younger adults: 18 through 55 years of age; older adults: over 55 years of age) and a goal of 40% enrollment in the older adult age group. Adolescents were added to the protocol, based on review of safety data in younger adults enrolled in the ongoing study, so the age strata were revised as follows: 12 through 15 years of age, 16 through 54 years of age, and 55 years of age and older. The study population for Phase 2/3 includes participants at higher risk for acquiring COVID-19 and at higher risk of severe COVID-19 disease, such as participants working in the healthcare field, participants with autoimmune disease, and participants with chronic but stable medical conditions such as hypertension, asthma, diabetes, and infection with HIV, hepatitis B or hepatitis C. Participants were randomized 1:1 to receive 2 doses of either BNT162b2 or placebo, 21 days apart. The Phase 2 portion of the study evaluated reactogenicity and immunogenicity for 360 participants enrolled early-on, and these participants also contribute to the overall efficacy and safety data in the Phase 3 portion. The ongoing Phase 3 portion of the study is evaluating the safety and efficacy of BNT162b2 for the prevention of COVID-19 disease occurring at least 7 days after the second dose of vaccine. Efficacy is being assessed throughout a participant's follow-up in the study through surveillance for potential cases of COVID-19. If, at any time, a participant develops acute respiratory illness, an illness visit occurs. Assessments for illness visits include a nasal (midturbinate) swab, which is tested at a central laboratory using a reverse transcription-polymerase chain reaction (RT-PCR) test (e.g., Cepheid; FDA authorized under EUA), or other sufficiently validated nucleic acid amplification-based test (NAAT), to detect SARS-CoV-2. The central laboratory NAAT result is used for the case definition, unless it is not possible to test the sample at the central laboratory. In that case, the following NAAT results are acceptable: Cepheid Xpert Xpress SARS-CoV-2, Roche cobas SARS-CoV-2 real-time RT-PCR test (EUA200009/A001), and Abbott Molecular/RealTime SARS-CoV-2 assay (EUA200023/A001).

The study design includes planned interim analyses of the first primary efficacy endpoint at pre-specified numbers of COVID-19 cases (at least 62, 92, and 120 cases), and all primary and secondary efficacy endpoints were analyzed in the final efficacy analysis after at least 164 COVID-19 cases were accrued (see Statistical Analysis section, below). Participants are expected to participate for a maximum of approximately 26 months.

**Primary efficacy endpoints**

Study C4591001 has two primary endpoints:

**First primary endpoint**: COVID-19 incidence per 1000 person-years of follow-up in participants without serological or virological evidence of past SARS-CoV-2 infection before and during vaccination regimen – cases confirmed ≥7 days after Dose 2
**Second primary endpoint**: COVID-19 incidence per 1000 person-years of follow-up in participants with and without evidence of past SARS-CoV-2 infection before and during vaccination regimen – cases confirmed ≥7 days after Dose 2

Pfizer-BioNTech COVID-19 Vaccine Emergency Use Authorization Review Memorandum

**Secondary Efficacy Endpoints**

Study C4591001 has secondary endpoints based on different approaches to COVID-19 case evaluation criteria as follows:

**COVID-19 confirmed at least 14 days after Dose 2**: COVID-19 incidence per 1000 person-years of follow up in participants either (1) without or (2) with and without serological or virological evidence of past SARS-CoV-2 infection before and during vaccination regimen – cases confirmed ≥14 days after Dose 2

**Severe COVID-19**: incidence per 1000 person-years of follow-up in participants either (1) without or (2) with and without evidence of past SARS-CoV-2 infection before and during vaccination regimen – cases confirmed either (1) ≥7 days after Dose 2 or (2) ≥14 days after Dose 2

**CDC-defined COVID-19**: incidence per 1000 person-years of follow-up in participants either (1) without or (2) with and without evidence of past SARS-CoV-2 infection before and during vaccination regimen – cases confirmed either (1) ≥7 days after Dose 2 or (2) ≥14 days after Dose 2.

For the primary efficacy endpoint, the case definition for a confirmed COVID-19 case was the presence of at least one of the following symptoms and a positive SARS-CoV-2 NAAT within 4 days of the symptomatic period:

- Fever;
- New or increased cough;
- New or increased shortness of breath;
- Chills;
- New or increased muscle pain;
- New loss of taste or smell;
- Sore throat;
- Diarrhea;
- Vomiting.

For a secondary efficacy endpoint, a second definition, which may be updated as more is learned about COVID-19, included the following additional symptoms defined by CDC (listed at https://www.cdc.gov/coronavirus/2019-ncov/symptoms-testing/symptoms.html):

- Fatigue;
- Headache;
- Nasal congestion or runny nose;
- Nausea.

For another secondary endpoint, the case definition for a severe COVID-19 case was a confirmed COVID-19 case with at least one of the following:

- Clinical signs at rest indicative of severe systemic illness (RR ≥30 breaths per minute, HR ≥125 beats per minute, SpO2 ≤93% on room air at sea level, or PaO2/FiO2 <300 mm Hg);
- Respiratory failure (defined as needing high-flow oxygen, noninvasive ventilation, mechanical ventilation, or ECMO);
- Evidence of shock (SBP <90 mm Hg, DBP <60 mm Hg, or requiring vasopressors)

14

Pfizer-BioNTech COVID-19 Vaccine Emergency Use Authorization Review Memorandum

- Significant acute renal, hepatic, or neurologic dysfunction;
- Admission to an ICU;
- Death.

**Evaluation of safety**

The primary safety objective for all phases was to describe the safety of BNT162 vaccine(s) in healthy adults after 1 or 2 doses. All Phase 1 participants (n=30), and then 6653 U.S. participants (360 Phase 2, 6293 Phase 3) and the first ~500 Phase 3 participants/per country with enrollment through October 9, 2020 (Argentina, Brazil and South Africa) recorded local reactions, systemic events, and antipyretic/pain medication usage from Day 1 through Day 7 after each dose. For all participants, unsolicited adverse events (AEs) were collected from Dose 1 to 1 month after the last dose and serious AEs (SAEs) from Dose 1 to 6 months after the last dose. Figure 1 below shows the study safety monitoring plan.

**Figure 1. Safety Monitoring Plan, Study C4591001**



Reactogenicity assessments included solicited injection site reactions (pain, redness, swelling) and systemic AEs (fever, fatigue, headache, chills, vomiting, diarrhea, new or worsened muscle pain, and new or worsened joint pain), and antipyretic/pain medication use were recorded in an e-diary. As of the data cutoff date, reactogenicity assessed as solicited reactions and events are available from a limited number of adolescents 16 and 17 years of age, since enrollment for this age group began with implementation of Protocol Amendment 6 (finalized September 8, 2020) and the Phase 2/3 safety population only participants 16 and 17 years of age enrolled by October 9, 2020. Adolescents enrolled after implementation of Protocol Amendment 9 (finalized 29 October 2020) were included in the reactogenicity subset. For any Phase 3 participants who were not in the reactogenicity subset, local reactions and systemic events consistent with reactogenicity were detected and reported as unsolicited AEs. HIV-positive participants and adolescents 12 through 15 years of age were included in the reactogenicity subset with implementation of protocol amendment 6 (finalized on September 8, 2020) and amendment 7 (finalized on October 6, 2020), respectively. Solicited reactogenicity data in adolescents 16-17 years of age are not available for the reporting period. Reactogenicity data from a total of 100 adolescents 12 through 15 years of age enrolled in C4591001 Phase 2/3 were provided in the EUA submission. However, the Sponsor did not request inclusion of this age group in the EUA because the available data, including number of participants and follow-up duration, were

15

Pfizer-BioNTech COVID-19 Vaccine Emergency Use Authorization Review Memorandum

insufficient to support favorable a benefit-risk determination at this time. Therefore, the reactogenicity data for participants 12 through 15 years of age are not presented in this document.

Clinical laboratory tests were assessed in Phase 1 at 1-week postvaccination. The planned safety follow-up for currently enrolled adolescents and adults is through 24 months after vaccination #2.

Potential COVID-19 illnesses and their sequelae were not to be reported as AEs, with the exception of illnesses that met regulatory criteria for seriousness and were not confirmed to be COVID-19. These illnesses were evaluated and reported as SAEs.

In Phase 2/3, monitoring for risk of vaccine-enhanced disease was performed by an unblinded team supporting the Data Monitoring Committee that reviewed cases of severe COVID-19 as they were received and reviewed AEs at least weekly for additional potential cases of severe COVID-19. The stopping rule was triggered when the 1-sided probability of observing the same or a more extreme case split was 5% or less when the true incidence of severe disease was the same for vaccine and placebo participants, and alert criteria were triggered when this probability was less than 11%.

**Analysis populations**

For the purposes of analysis, the following populations are defined:

| Population | Description |
|---|---|
| Enrolled | All participants who have a signed informed consent document. |
| Randomized | All participants who are assigned a randomization number. |
| Evaluable efficacy | All eligible randomized participants who receive all vaccination(s) as randomized within the predefined window and have no other important protocol deviations as determined by the clinician. |
| All-available efficacy | 1. All randomized participants who receive at least 1 vaccination.<br>2. All randomized participants who complete 2 vaccination doses. |

Phase 2/3 safety analysis populations were as follows:

- Phase 2/3 all-enrolled population: composed of a total of 43,448 (21720 vaccine, 21728 placebo) participants $\geq$16 years of age, regardless of duration of follow-up, for whom written informed consent was obtained. Initial enrollment included individuals 18 years and older, then included individuals as young as 16 years of age and individuals with known HIV (protocol amendment 6; finalized on September 8, 2020). As of November 14, 2020, 43.9% and 79.5% of vaccine recipients completed at least 2 months ($\geq$8 weeks) and at least 1 month ($\geq$4 weeks), respectively, of safety follow-up after Dose 2. The percentages of placebo recipients completing at least 2 months ($\geq$8 weeks) and at least 1 month ($\geq$4 weeks) were similar to the vaccine group.

- Phase 2/3 safety population (median follow-up time of 2 months after vaccination #2): comprised of a total of 37586 (18801 vaccine,18785 placebo) participants >16 years of age enrolled by October 9, 2020 and received at least 1 dose of study vaccine or placebo; overall, 98.1% of participants completed the 2-dose series. As of November 14, 2020, 50.6% and 91.6% of vaccine recipients completed at least 2 months (>8 weeks) and at least 1 month (>4 weeks), respectively, of safety follow-up after Dose 2. The

16

percentages of placebo recipients completing at least 2 months (>8 weeks) and at least 1 month (>4 weeks) were similar to the vaccine group. A total of 283 (138 vaccine, 145 placebo) individuals were 16 to <18 years of age. HIV-positive individuals were included in the all-enrolled population, but not the Phase 2/3 safety population because the number of participants enrolled by October 9, 2020 was small (n=120) and the median duration of safety follow-up was short.

### 4.2.2.  FDA Assessment of Phase 2/3 Follow-Up Duration

Study C4591001 initially enrolled approximately 30,000 participants and then several months later began enrollment of approximately 14,000 additional participants, including adolescents and participants with chronic, stable HIV, hepatitis B, or hepatitis C infections. Because of the gap in enrollment, the entire enrolled study population had a median follow-up of less than 2 months as of the EUA submission data cut-off date of November 14, 2020. However, the analyses submitted to support this EUA request meet the expectation for median duration of follow-up time, as follows:

- Submitted safety analyses for participants enrolled through October 9, 2020, and followed through November 14, 2020 (referred to by Pfizer and in this document as the Phase 2/3 safety population and including a total of 37,586 participants), represent a median follow-up of 2 months. Additionally, this safety database is larger than for the initial planned enrollment of approximately 30,000 participants.

- The date for data cut-off for the first interim analysis for efficacy was November 4, 2020, when a total of 94 confirmed COVID-19 cases were accrued. All of the participants included in the first interim efficacy analysis had at least 7 days of follow-up after Dose 2, and thus were enrolled no later than October 7, 2020. All participants in the first interim efficacy analysis were therefore included in the Phase 2/3 safety population defined above. Although the median follow-up duration for participants included in the first interim efficacy analysis was slightly less than 2 months as of November 4, 2020, these participants were also included in the final efficacy analyses with data cut-off of November 14, 2020, which extended the median follow-up for these participants to greater than 2 months. The results of the final efficacy analysis on data to November 14, 2020, indicate that the conclusions from the first interim efficacy analysis would not change when including additional follow-up to November 14, 2020.

The date for data cut-off for the final efficacy analysis was November 14, 2020, when a total of 170 confirmed COVID-19 cases were accrued. As noted above, the median follow-up duration after completion of the full vaccination regimen for all participants enrolled at that time was less than 2 months for both safety and efficacy populations, due to a gap in enrollment. Because the data for the final efficacy analysis could be submitted in support of the EUA request and could provide data from a greater number of participants than from the interim analysis, FDA has focused its review on the efficacy data from the final efficacy analyses. Additional safety analyses from this larger database of all enrolled participants were also reviewed to evaluate for differences compared with the smaller Phase 2/3 safety population.

### 4.2.3.  Subject Disposition and Inclusion in Analysis Populations

Disposition tables are presented below in Table 2 (efficacy analysis populations) and Table 3 (Phase 2/3 safety population). Overall, few participants were discontinued or lost to follow-up, and these and other analysis population exclusions were generally balanced between treatment

Pfizer-BioNTech COVID-19 Vaccine Emergency Use Authorization Review Memorandum

groups. Of 43,448 participants in the Phase 2/3 all-enrolled population, 94.2% of vaccine recipients and 94.1% of placebo recipients completed 2 doses (data not shown).

**Table 2. Efficacy Populations, Treatment Groups as Randomized**

| Population | BNT162b2 (30 µg) n[a] (%) | Placebo n[a] (%) | Total n[a] (%) |
|---|---|---|---|
| Randomized[b] | 21823 (100.0) | 21828 (100.0) | 43651 (100.0) |
| Dose 1 all-available efficacy population | 21768 (99.7) | 21783 (99.8) | 43551 (99.8) |
|   Participants without evidence of infection before Dose 1 | 20314 (93.1) | 20296 (93.0) | 40610 (93.0) |
| Participants excluded from Dose 1 all-available efficacy population | 55 (0.3) | 45 (0.2) | 100 (0.2) |
| Reason for exclusion[c] | | | |
|   Did not receive at least 1 vaccination | 54 (0.2) | 45 (0.2) | 99 (0.2) |
|   Did not provide informed consent | 1 (0.0) | 0 | 1 (0.0) |
| Dose 2 all-available efficacy population | 20566 (94.2) | 20536 (94.1) | 41102 (94.2) |
|   Participants without evidence of infection prior to 7 days after Dose 2 | 18701 (85.7) | 18627 (85.3) | 37328 (85.5) |
|   Participants without evidence of infection prior to 14 days after Dose 2 | 18678 (85.6) | 18563 (85.0) | 37241 (85.3) |
| Participants excluded from Dose 2 all-available efficacy population | 1257 (5.8) | 1292 (5.9) | 2549 (5.8) |
| Reason for exclusion[c] | | | |
|   Did not receive 2 vaccinations | 1256 (5.8) | 1292 (5.9) | 2548 (5.8) |
|   Did not provide informed consent | 1 (0.0) | 0 | 1 (0.0) |
| Evaluable efficacy (7 days) population | 20033 (91.8) | 20244 (92.7) | 40277 (92.3) |
| Evaluable efficacy (14 days) population | 20033 (91.8) | 20243 (92.7) | 40276 (92.3) |
| Participants excluded from evaluable efficacy (7 days) population | 1790 (8.2) | 1584 (7.3) | 3374 (7.7) |
| Participants excluded from evaluable efficacy (14 days) population | 1790 (8.2) | 1585 (7.3) | 3375 (7.7) |
| Reason for exclusion[c] | | | |
|   Randomized but did not meet all eligibility criteria | 36 (0.2) | 26 (0.1) | 62 (0.1) |
|   Did not provide informed consent | 1 (0.0) | 0 | 1 (0.0) |
|   Did not receive all vaccinations as randomized or did not receive Dose 2 within the predefined window (19-42 days after Dose 1) | 1550 (7.1) | 1561 (7.2) | 3111 (7.1) |
|   Had other important protocol deviations on or prior to 7 days after Dose 2 | 311 (1.4) | 60 (0.3) | 371 (0.8) |
|   Had other important protocol deviations on or prior to 14 days after Dose 2 | 311 (1.4) | 61 (0.3) | 372 (0.9) |

[a] n = Number of participants with the specified characteristic.
[b] These values are the denominators for the percentage calculations.
[c] Participants may have been excluded for more than 1 reason.
Note: 100 participants 12 through 15 years of age with limited follow-up are included in the randomized population (49 in the vaccine group and 51 in the placebo group). Some of these subjects were included in the denominators of efficacy analyses, depending on the population analyzed, but did not contribute primary endpoint cases and do not affect efficacy conclusions for ages 16 years and above.

18

Pfizer-BioNTech COVID-19 Vaccine Emergency Use Authorization Review Memorandum

**Table 3. Disposition of All Randomized Participants, Phase 2/3 Safety Population**

| Population | BNT162b2 N=18904 n (%) | Placebo N=18892) n (%) | Total N=37796 n (%) |
|---|---|---|---|
| Randomized | 18904 (100.0) | 18892 (100.0) | 37796 (100.0) |
| Vaccinated | | | |
|    Completed 1 dose | 18858 (99.8) | 18849 (99.8) | 37707 (99.8) |
|    Completed 2 doses | 18555 (98.2) | 18533 (98.1) | 37088 (98.1) |
| Withdrawn from Study | 180 (1.0) | 259 (1.4) | 439 (1.2) |
| Reason for Withdrawal | | | |
|    Adverse Event | 8 (0.0) | 5 (0.0) | 13 (0.0) |
|    Death | 2 (0.0) | 4 (0.0) | 6 (0.0) |
|    Withdrawal by Subject | 84 (0.4) | 157 (0.8) | 241 (0.6) |
|    Lost to Follow-up | 80 (0.4) | 86 (0.5) | 166 (0.4) |
|    No longer meets eligibility criteria | 1 (0.0) | 2 (0.0) | 3 (0.0) |
|    Refused further study procedures | 0 | 1 (0.0) | 1 (0.0) |

Source: EUA 27036, amendment 3, Table 2; c4591001-safety-tables-cos-reacto.pdf, page 43.
Note: One participant was randomized but did not sign informed consent and therefore not included in any analysis population.
Note: 120 HIV-positive participants included in this table. HIV population analyses were summarized separately from analyses based on the Phase 2/3 safety population, but included in the all-enrolled poplation analyses presented in this briefing document.
%:n/N. n = number of subjects with the specified characteristic. N = number of participants >16 years of age enrolled by October 9, 2020, including 120 HIV-positive participants, and received at least 1 dose of study vaccine or placebo. N is the denominator used for the percentage calculations.
Data analysis cutoff date: November 14, 2020

The numbers of randomized participants contributing to efficacy analyses presented in this document include 100 participants 12 through 15 years of age (49 in the vaccine group and 51 in the placebo group) who had limited follow-up at the time of the November 14, 2020, data cut-off. However, the sponsor did not include this age group in the EUA request. The numbers of participants presented and used as denominators for efficacy calculations were not adjusted to remove participants 12 through 15 years of age. Because the number of participants 12 through 15 years of age is very small relative to the overall efficacy analysis populations, and no primary endpoint COVID-19 cases occurred in this age group, the vaccine efficacy conclusions are not impacted. No participants 12 through 15 years of age are included in the safety analyses. However, the safety disposition table includes 120 HIV-positive participants who were not included in the Phase 2/3 safety population analyses.

### 4.2.4.  Demographics and Other Baseline Characteristics

Overall, the Phase 2/3 evaluable efficacy population included 49.4% females, 81.9% White, 9.8% African American, 4.4% Asian participants, and <3% from other racial groups; 26.2% of participants were Hispanic/Latino; 21.4% of participants were >65 years of age. The median age was 51 years. The most frequently reported comorbidities were obesity (35.1%), diabetes (with and without chronic complications, 8.4%) and pulmonary disease (7.8%). Geographically, 76.7% of participants were from the US, 15.3% from Argentina, 6.1% from Brazil, and 2% from South Africa.

The population for the analysis of the primary efficacy endpoint (evaluable efficacy population) included, 36,621 participants 12 years of age and older (18,242 in the Pfizer BioNTech COVID-19 Vaccine group and 18,379 in the placebo group) who did not have evidence of prior infection with SARS-CoV-2 through 7 days after the second dose. The demographic characteristics among vaccine and placebo participants in the each of the efficacy populations were similar. The demographics of the evaluable efficacy population used for the second primary endpoint is displayed in Table 4.

19

Pfizer-BioNTech COVID-19 Vaccine Emergency Use Authorization Review Memorandum

**Table 4. Demographic Characteristics, Participants With or Without Evidence of Infection Prior to 7 Days After Dose 2, Evaluable Efficacy (7 Days) Population**

| Characteristic | BNT162b2 $N^a$=20033 $n^b$ (%) | Placebo $N^a$=20244 $n^b$ (%) | Total $N^a$=40277 $n^b$ (%) |
|---|---|---|---|
| Sex: Female | 9794 (48.9) | 10107 (49.9) | 19901 (49.4) |
| Sex: Male | 10239 (51.1) | 10137 (50.1) | 20376 (50.6) |
| Age at Vaccination: Mean years (SD) | 50.3 (15.73) | 50.1 (15.78) | 50.2 (15.76) |
| Age at Vaccination: Median (years) | 51.0 | 51.0 | 51.0 |
| Age at Vaccination: Min, max (years) | (12, 89) | (12, 91) | (12, 91) |
| Age Group: 16 to <18 years | 77 (0.4) | 76 (0.4) | 153 (0.4) |
| Age Group: 16 to 55 years | 11589 (57.8) | 11743 (58.0) | 23332 (57.9) |
| Age Group: >55 years | 8396 (41.9) | 8454 (41.8) | 16850 (41.8) |
| Age Group: ≥65 years | 4294 (21.4) | 4319 (21.3) | 8613 (21.38) |
| Age Group: ≥75 years | 860 (4.3) | 852 (4.2) | 1712 (4.3) |
| Race: American Indian or Alaska Native | 131 (0.7) | 122 (0.6) | 253 (0.6) |
| Race: Asian | 880 (4.4) | 883 (4.4) | 1763 (4.4) |
| Race: Black or African American | 1957 (9.8) | 1972 (9.7) | 3929 (9.8) |
| Race: Native Hawaiian or Other Pacific Islander | 54 (0.3) | 29 (0.1) | 83 (0.2) |
| Race: White | 16387 (81.8) | 16619 (82.1) | 33006 (81.9) |
| Race: Multiracial | 523 (2.6) | 493 (2.4) | 1016 (2.5) |
| Race: Not reported | 101 (0.5) | 126 (0.6) | 227 (0.6) |
| Ethnicity: Hispanic or Latino | 5272 (26.3) | 5281 (26.1) | 10553 (26.2) |
| Ethnicity: Not Hispanic or Latino | 14652 (73.1) | 14847 (73.3) | 29499 (73.2) |
| Ethnicity: Not reported | 109 (0.5) | 116 (0.6) | 225 (0.6) |
| Comorbidities[c]: Yes | 9278 (46.3) | 9314 (46.0) | 18592 (46.2) |
| Comorbidities: No | 10755 (53.7) | 10930 (54.0) | 21685 (53.8) |
| Comorbidity: Obesity | 6934 (34.6) | 7093 (35.0) | 14027 (34.8) |

[a] N = number of participants in the specified group, or the total sample. This value is the denominator for the percentage calculations.

[b] n = number of participants with the specified characteristic.

[c] Number of participants who have 1 or more comorbidities that increase the risk of severe COVID-19 disease: defined as patients who had at least one of the Charlson comorbidity index (Appendix A, page 57) category or obesity only (BMI ≥30 kg/m$^2$).

Overall, the Phase 2/3 safety population included 83.1% White, 9.1% African American, 4.3% Asian participants, and <3% from other racial groups; 28.0% of participants were Hispanic/Latino; 21.6% of participants were >65 years of age. The median age was 52 years, and safety data from a total of 103 participants 16 and 17 years of age were included in this submission. The most frequently reported comorbidities were obesity (35.1%), diabetes (without chronic complications, 7.8%) and chronic pulmonary disease (7.8%). Geographically, 76.7% of participants were from the US, 15.3% from Argentina, 6.1% from Brazil, and 2.0% from South Africa.

The demographic characteristics among vaccine and placebo participants in the all-enrolled population were similar and were also enrolled from sites in Germany (1%) and Turkey (1%). There were no significant imbalances in demographic and other baseline characteristics between the all-enrolled population and Phase 2/3 safety population with median 2-month follow-up.

Pfizer-BioNTech COVID-19 Vaccine Emergency Use Authorization Review Memorandum

**Table 5. Demographics and Other Baseline Characteristics, Phase 2/3 Safety Population**

| Characteristic | BNT162b2 N=18801 n (%) | BNT162b2 n (%) | BNT162b2 n (%) | BNT162b2 n (%) | Placebo N=18785 n (%) | Placebo n (%) | Placebo n (%) | Placebo n (%) | Total N=37586 n (%) |
|---|---|---|---|---|---|---|---|---|---|
| Age (years) | 16 to <18 | 18 to <65 | 65 to <75 | ≥75 | 16 to <18 | 18 to <65 | 65 to <75 | ≥75 | |
| **Age (years)** | | | | | | | | | |
| Mean | 16.40 | 44.99 | 68.84 | 78.07 | 16.36 | 44.78 | 68.84 | 78.10 | 50.38 |
| [SD] | [0.49] | [12.66] | [2.80] | [2.78] | [0.48] | [12.72] | [2.78] | [2.81] | [15.70] |
| Median | 16 | 46 | 68 | 77 | 16 | 46 | 69 | 77 | 52 |
| Min, max | 16-17 | 18-64 | 65-74 | 75-89 | 16-17 | 18-64 | 65-74 | 75-91 | 16-91 |
| **Sex** | | | | | | | | | |
| Male | 33 (0.2) | 7385 (39.3) | 1714 (9.1) | 470 (2.5) | 24 (0.1) | 7153 (38.1) | 1724 (9.2) | 498 (2.7) | 19001 (50.6) |
| Female | 20 (0.1) | 7305 (38.9) | 1513 (8.0) | 361 (1.9) | 26 (0.1) | 7539 (40.1) | 1511 (8.0) | 310 (1.7) | 18585 (49.4) |
| **Race** | | | | | | | | | |
| White | 37 (0.2) | 11895 (63.3) | 2908 (15.5) | 775 (4.1) | 38 (0.2) | 11891 (63.3) | 2930 (15.6) | 756 (4.0) | 31230 (83.1) |
| African American | 11 (0.1) | 1477 (7.9) | 186 (1.0) | 20 (0.1) | 7 (0.0) | 1505 (8.0) | 189 (1.0) | 21 (0.1) | 3416 (9.1) |
| Asian | 0 (0.0) | 693 (3.7) | 81 (0.4) | 26 (0.1) | 0 (0.0) | 715 (3.8) | 72 (0.4) | 19 (0.1) | 1606 (4.3) |
| Multiracial | 3 (0.0) | 417 (2.2) | 21 (0.1) | 7 (0.0) | 3 (0.0) | 379 (2.0) | 18 (0.1) | 5 (0.0) | 853 (2.3) |
| Not reported | 0 (0.0) | 82 (0.4) | 11 (0.1) | 0 (0.0) | 1 (0.0) | 98 (0.5) | 10 (0.1) | 5 (0.0) | 207 (0.6) |
| American Indian or Alaska native | 0 (0.0) | 84 (0.4) | 15 (0.1) | 2 (0.0) | 1 (0.0) | 83 (0.4) | 11 (0.1) | 2 (0.0) | 198 (0.5) |
| Nat. HI or Other Pac. Isl. | 2 (0.0) | 42 (0.2) | 5 (0.0) | 1 (0.0) | 0 (0.0) | 21 (0.1) | 5 (0.0) | 0 (0.0) | 76 (0.2) |
| **Ethnicity** | | | | | | | | | |
| Hispanic or Latino | 6 (0.0) | 4595 (24.4) | 549 (2.9) | 103 (0.5) | 5 (0.0) | 4616 (24.6) | 558 (3.0) | 90 (0.5) | 10522 (28.0) |
| Non-Hispanic/non-Latino | 47 (0.2) | 10009 (53.2) | 2658 (14.1) | 722 (3.8) | 44 (0.2) | 10004 (53.3) | 2652 (14.1) | 707 (3.8) | 26843 (71.4) |
| Not reported | 0 (0.0) | 86 (0.5) | 20 (0.1) | 6 (0.0) | 1 (0.0) | 72 (0.4) | 25 (0.1) | 11 (0.1) | 221 (0.6) |
| **Baseline Body Mass Index (BMI)** | | | | | | | | | |
| Obese | 3 (0.0) | 5200 (27.7) | 1079 (5.7) | 248 (1.3) | 14 (0.1) | 5242 (27.9) | 1147 (6.1) | 235 (1.3) | 13168 (35.0) |
| Overweight | 14 (0.1) | 4901 (26.1) | 1278 (6.8) | 368 (2.0) | 9 (0.0) | 4857 (25.9) | 1255 (6.7) | 340 (1.8) | 13022 (34.6) |
| **Baseline Evidence of Prior SARS-CoV-2 Infection** | | | | | | | | | |
| Negative | 48 (0.3) | 13879 (73.8%) | 3109 (16.5) | 805 (4.3) | 47 (0.3%) | 13858 (73.8%) | 3115 (16.6%) | 788 (4.2%) | 35649 (94.8%) |
| Positive | 3 (0.0) | 473 (2.5%) | 53 (0.3) | 16 (0.1) | 3 (0.0%) | 520 (2.8%) | 52 (0.3%) | 5 (0.0%) | 1125 (3.0%) |

21

Pfizer-BioNTech COVID-19 Vaccine Emergency Use Authorization Review Memorandum

| Characteristic | BNT162b2 N=18801 n (%) | BNT162b2 n (%) | BNT162b2 n (%) | BNT162b2 n (%) | Placebo N=18785 n (%) | Placebo n (%) | Placebo n (%) | Placebo n (%) | Total N=37586 n (%) |
|---|---|---|---|---|---|---|---|---|---|
| Age (years) | 16 to <18 | 18 to <65 | 65 to <75 | $\geq$75 | 16 to <18 | 18 to <65 | 65 to <75 | $\geq$75 | |
| Missing | 2 (0.0) | 338 (1.8%) | 65 (0.3) | 10 (0.1) | 0 (0.0%) | 314 (1.7%) | 68 (0.4%) | 15 (0.1%) | 812 (2.2%) |
| Comorbidities | | | | | | | | | |
| No | 48 (0.3) | 12353 (65.7%) | 2081 (11.1) | 444 (2.4) | 37 (0.2%) | 12412 (66.1%) | 2118 (11.3%) | 470 (2.5%) | 29963 (79.7%) |
| Yes | 5 (0.0) | 2337 (12.4%) | 1146 (6.1) | 387 (2.1) | 13 (0.1%) | 2280 (12.1%) | 1117 (5.9%) | 338 (1.8%) | 7623 (20.3%) |
| Diabetes Without Chronic Complication | 0 (0.0) | 814 (4.3%) | 497 (2.6) | 156 (0.8) | 1 (0.0%) | 849 (4.5%) | 491 (2.6%) | 132 (0.7%) | 2940 (7.8%) |
| Chronic Pulmonary Disease | 5 (0.0) | 1093 (5.8%) | 286 (1.5) | 89 (0.5) | 12 (0.1%) | 1060 (5.6%) | 309 (1.6%) | 66 (0.4%) | 2920 (7.8%) |
| Myocardial Infarction | 0 (0.0) | 82 (0.4%) | 71 (0.4) | 41 (0.2) | 0 (0.0%) | 73 (0.4%) | 83 (0.4%) | 31 (0.2%) | 381 (1.0%) |
| Peripheral Vascular Disease | 0 (0.0) | 26 (0.1%) | 67 (0.4) | 31 (0.2) | 0 (0.0%) | 29 (0.2%) | 52 (0.3%) | 33 (0.2%) | 238 (0.6%) |
| Liver Disease (mild, moderate or severe) | 0 (0.0) | 83 (0.4%) | 34 (0.2) | 7 (0.0) | 0 (0.0%) | 67 (0.4%) | 17 (0.1%) | 6 (0.0%) | 214 (0.6%) |
| Diabetes With Chronic Complication | 0 (0.0) | 47 (0.2%) | 36 (0.2) | 15 (0.1) | 0 (0.0%) | 47 (0.3%) | 47 (0.3%) | 18 (0.1%) | 210 (0.6%) |
| Congestive Heart Failure | 0 (0.0) | 44 (0.2%) | 26 (0.1) | 17 (0.1) | 0 (0.0%) | 36 (0.2%) | 30 (0.2%) | 16 (0.1%) | 169 (0.4%) |
| AIDS/HIV | 0 (0.0) | 0 (0.0%) | 0 (0.0) | 0 (0.0) | 0 (0.0%) | 1 (0.0%) | 0 (0.0%) | 0 (0.0%) | 1 (0.0%) |
| Hypertension only | 0 (0.0) | 2569 (13.7%) | 1528 (8.1) | 488 (2.6) | 1 (0.0%) | 2621 (14.0%) | 1569 (8.4%) | 432 (2.3%) | 9208 (24.5%) |

Source: FDA-generated table.
Abbreviations: n = number of participants with the specified characteristic; N = number of participants $\geq$16 years of age enrolled by October 9, 2020 and received at least 1 dose of vaccine or placebo, N is denominator for the percentage calculations; SD = standard deviation; min, max = minimum, maximum; Nat. HI = Native Hawaiian; Pac. Isl. = Pacific Islander
Data analysis cutoff date: November 14, 2020.

22

Pfizer-BioNTech COVID-19 Vaccine Emergency Use Authorization Review Memorandum

### 4.2.5.  Vaccine Efficacy

**Primary efficacy analyses**

Efficacy Results – Primary Endpoint (Evaluable Efficacy Population)

For the first primary efficacy endpoint, vaccine efficacy (VE) for BNT162b2 against confirmed COVID-19 was evaluated in participants <u>without</u> evidence of prior SARS-CoV-2 infection prior to 7 days after Dose 2. For the second primary efficacy endpoint, VE for BNT162b2 against confirmed COVID-19 was evaluated in participants <u>with and without</u> evidence of prior SARS-CoV-2 infection prior to 7 days after Dose 2. Cases were counted from 7 days after Dose 2 for both endpoints. The criterion for success was met if the posterior probability that true vaccine efficacy >30% conditioning on the available data was >99.5% at the final analysis.

The population in the primary efficacy analysis included all participants 12 years of age and older who had been enrolled from July 27, 2020, and followed for the development of COVID-19 through November 14, 2020. Participants 18 to 55 years of age and 56 years of age and older began enrollment from July 27, 2020, 16 to 17 years of age began enrollment from September 16, 2020 and 12 to 15 years of age began enrollment from October 15, 2020.

For participants without evidence of SARS-CoV-2 infection prior to 7 days after Dose 2, VE against confirmed COVID-19 occurring at least 7 days after Dose 2 was 95.0%. The case split was 8 COVID-19 cases in the BNT162b2 group compared to 162 COVID-19 cases in the placebo group (Table 6). The 95% credible interval for the vaccine efficacy was 90.3% to 97.6%, indicating that the true VE is at least 90.3% with a 97.5% probability, which met the pre-specified success criterion.

**Table 6. Final Analysis of Efficacy of BNT162b2 Against Confirmed COVID-19 From 7 Days After Dose 2 in Participants Without Evidence of Prior SARS-CoV-2 Infection, Evaluable Efficacy Population**

| Pre-specified Age Group | BNT162b2 N[a] = 18198 Cases n1[b] Surveillance Time[c] (n2[d]) | Placebo N[a] =18325 Cases n1[b] Surveillance Time[c] (n2[d]) | Vaccine Efficacy % (95% CI) | Met Predefined Success Criterion* |
|---|---|---|---|---|
| All participants | 8 2.214 (17411) | 162 2.222 (17511) | 95.0 (90.3, 97.6)[e] | Yes |
| 16 to 55 years | 5 1.234 (9897) | 114 1.239 (9955) | 95.6 (89.4, 98.6)[f] | NA |
| >55 years | 3 0.980 (7500) | 48 0.983 (7543) | 93.7 (80.6, 98.8)[f] | NA |

*Success criterion: the posterior probability that true vaccine efficacy > 30% conditioning on the available data is >99.5% at the final analysis
[a] N = number of participants in the specified group.
[b] n1 = Number of participants meeting the endpoint definition.
[c] Total surveillance time in 1000 person-years for the given endpoint across all participants within each group at risk for the endpoint. Time period for COVID-19 case accrual is from 7 days after Dose 2 to the end of the surveillance period.
[d] n2 = Number of participants at risk for the endpoint.
[e] Credible interval for VE was calculated using a beta-binomial model with prior beta (0.700102, 1) adjusted for surveillance time.
[f] Confidence interval (CI) for VE is derived based on the Clopper and Pearson method adjusted to the surveillance time.

For participants with and without evidence of SARS-CoV-2 infection before and during vaccination regimen, VE against confirmed COVID-19 occurring at least 7 days after Dose 2 was 94.6%, with 9 and 169 cases in the BNT162b2 and placebo groups respectively (Table 7).

23

Pfizer-BioNTech COVID-19 Vaccine Emergency Use Authorization Review Memorandum

The posterior probability was >99.99% for the true VE being greater than 30%. The 95% credible interval for the vaccine efficacy was 89.9% to 97.3%, indicating that the true VE is at least 89.9% with a 97.5% probability given the available data.

**Table 7. Efficacy of BNT162b2 Against Confirmed COVID-19 From 7 Days After Dose 2 in Participants With and Without Evidence of Prior SARS-CoV-2 Infection, Evaluable Efficacy Population**

| Pre-specified Age Group | BNT162b2 $N^a$ = 19965 Cases n1[b] Surveillance Time[c] (n2[d]) | Placebo $N^a$ =20172 Cases n1[b] Surveillance Time[c] (n2[d]) | Vaccine Efficacy % (95% CI) | Met Predefined Success Criterion* |
|---|---|---|---|---|
| All participants | 9 2.332 (18559) | 169 2.345 (18708) | 94.6 (89.9, 97.3)[e] | Yes |
| 16 to 55 years | 6 1.309 (10653) | 120 1.317 (10738) | 95.0 (88.7, 98.2)[f] | NA |
| >55 years | 3 1.022 (7892) | 49 1.028 (7956) | 93.8 (80.9, 98.8)[f] | NA |

*Success criterion: the posterior probability that true vaccine efficacy >30% conditioning on the available data is >99.5% at the final analysis
[a] N = number of participants in the specified group.
[b] n1 = Number of participants meeting the endpoint definition.
[c] Total surveillance time in 1000 person-years for the given endpoint across all participants within each group at risk for the endpoint. Time period for COVID-19 case accrual is from 7 days after Dose 2 to the end of the surveillance period.
[d] n2 = Number of participants at risk for the endpoint.
[e] Credible interval for VE was calculated using a beta-binomial model with prior beta (0.700102, 1) adjusted for surveillance time.
[f] Confidence interval (CI) for VE is derived based on the Clopper and Pearson method adjusted to the surveillance time.

**Subgroup analyses of vaccine efficacy**

Subgroup analyses of the second primary efficacy endpoint provide additional information about the VE for participants with and without evidence of infection prior to vaccination in specific populations enrolled, which is the endpoint considered to represent the general population who may receive the vaccine, as baseline evidence of prior infection may not be known by all people who might receive the vaccine. The results are displayed below in Table 8. The VE point estimates for the subgroup analyses were comparable to results for the first primary efficacy endpoint.

VE point estimates were uniformly high across the subgroups examined with the exception of participants identifying as multiracial and participants with evidence of prior SARS-CoV-2 infection at enrollment, for which too few COVID-19 cases occurred to interpret efficacy data for these subgroups. Additionally, the numbers of participants and cases in some other specific subgroups, such as the adolescent age group and racial subgroups, limits the interpretability of the VE results because of the wide credible intervals, but are displayed for completeness.

Pfizer-BioNTech COVID-19 Vaccine Emergency Use Authorization Review Memorandum

**Table 8: Subgroup Analyses of Second Primary Endpoint: First COVID-19 Occurrence From 7 Days After Dose 2, by Subgroup, Participants With and Without Evidence of Infection Prior to 7 Days After Dose 2, Evaluable Efficacy (7 Days) Population**

| Efficacy Endpoint Subgroup | BNT162b2 N[a]=19965 Cases n1[b] Surveillance Time[c] (n2[d]) | Placebo N[a]=20172 Cases n1[b] Surveillance Time[c] (n2[d]) | Vaccine Efficacy % (95% CI)[e] |
|---|---|---|---|
| Overall | 9 2.332 (18559) | 169 2.345 (18708) | 94.6 (89.6, 97.6) |
| Age group (years) | | | |
| 16 to 17 | 0 0.003 (58) | 1 0.003 (61) | 100.0 (-3969.9, 100.0) |
| 18 to 64 | 8 1.799 (14443) | 149 1.811 (14566) | 94.6 (89.1, 97.7) |
| 65 to 74 | 1 0.424 (3239) | 14 0.423 (3255) | 92.9 (53.2, 99.8) |
| ≥75 | 0 0.106 (805) | 5 0.109 (812) | 100.0 (-12.1, 100.0) |
| At risk[f] | | | |
| Yes | 4 1.083 (8584) | 87 1.084 (8609) | 95.4 (87.8, 98.8) |
| No | 5 1.250 (9975) | 82 1.261 (10099) | 93.8 (85.0, 98.1) |
| Age group (years) and at risk | | | |
| 16-64 and not at risk | 5 1.012 (8172) | 75 1.019 (8239) | 93.3 (83.6, 97.9) |
| 16-64 and at risk | 3 0.790 (6329) | 75 0.794 (6388) | 96.0 (87.8, 99.2) |
| ≥65 and not at risk | 0 0.238 (1794) | 7 0.241 (1849) | 100.0 (29.5, 100.0) |
| ≥65 and at risk | 1 0.293 (2250) | 12 0.290 (2218) | 91.7 (44.2, 99.8) |
| Obese[g] | | | |
| Yes | 3 0.810 (6445) | 68 0.832 (6582) | 95.5 (86.2, 99.1) |
| No | 6 1.522 (12108) | 101 1.513 (12120) | 94.1 (86.7, 97.9) |
| Age group (years) and obese | | | |
| 16-64 and not obese | 5 1.163 (9380) | 89 1.162 (9422) | 94.4 (86.4, 98.2) |
| 16-64 and obese | 3 0.637 (5116) | 61 0.651 (5199) | 95.0 (84.6, 99.0) |
| ≥65 and not obese | 1 0.358 (2715) | 12 0.351 (2685) | 91.8 (44.7, 99.8) |
| ≥65 and obese | 0 0.172 (1328) | 7 0.180 (1382) | 100.0 (27.4, 100.0) |
| Sex | | | |
| Female | 5 1.149 (9102) | 84 1.176 (9366) | 93.9 (85.2, 98.1) |
| Male | 4 1.183 (9457) | 85 1.170 (9342) | 95.3 (87.6, 98.8) |
| Ethnicity | | | |

25

Pfizer-BioNTech COVID-19 Vaccine Emergency Use Authorization Review Memorandum

| Efficacy Endpoint Subgroup | BNT162b2 Nᵃ=19965 Cases n1ᵇ Surveillance Timeᶜ (n2ᵈ) | Placebo Nᵃ=20172 Cases n1ᵇ Surveillance Timeᶜ (n2ᵈ) | Vaccine Efficacy % (95% CI)ᵉ |
|---|---|---|---|
| Hispanic or Latino | 3 | 55 | 94.5 (83.2, 98.9) |
| | 0.637 (5074) | 0.638 (5090) | |
| Not Hispanic or Latino | 6 | 114 | 94.7 (88.1, 98.1) |
| | 1.681 (13380) | 1.693 (13509) | |
| Race | | | |
| American Indian or Alaska native | 0 | 1 | 100.0 (-3511.0, 100.0) |
| | 0.011 (104) | 0.010 (104) | |
| Asian | 1 | 4 | 74.4 (-158.7, 99.5) |
| | 0.095 (796) | 0.097 (808) | |
| Black or African American | 0 | 7 | 100.0 (30.4, 100.0) |
| | 0.187 (1758) | 0.188 (1758) | |
| Native Hawaiian or Other Pacific Islander | 0 | 1 | 100.0 (-2112.1, 100.0) |
| | 0.006 (50) | 0.003 (29) | |
| White | 7 | 153 | 95.4 (90.3, 98.2) |
| | 1.975 (15294) | 1.990 (15473) | |
| Multiracial | 1 | 1 | 10.4 (-6934.9, 98.9) |
| | 0.047 (467) | 0.042 (424) | |
| Not reported | 0 | 2 | 100.0 (-581.6, 100.0) |
| | 0.010 (90) | 0.013 (112) | |
| Baseline SARS-CoV-2 Status | | | |
| Positiveʰ | 1 | 1 | -7.1 (-8309.9, 98.6) |
| | 0.056 (526) | 0.060 (567) | |
| Negativeⁱ | 8 | 164 | 95.1 (90.1, 97.9) |
| | 2.237 (17637) | 2.242 (17720) | |
| Unknown | 0 | 4 | 100.0 (-68.9, 100.0) |
| | 0.039 (396) | 0.043 (421) | |

ᵃ N = number of participants in the specified group.
ᵇ n1 = Number of participants meeting the endpoint definition.
ᶜ Total surveillance time in 1000 person-years for the given endpoint across all participants within each group at risk for the endpoint. Time period for COVID-19 case accrual is from 7 days after Dose 2 to the end of the surveillance period.
ᵈ n2 = Number of participants at risk for the endpoint.
ᵉ Confidence interval (CI) for VE is derived based on the Clopper and Pearson method adjusted to the surveillance time.
ᶠ At risk is defined as having at least one of the Charlson comorbidity index (Appendix A, page 57) category or obesity (BMI ≥30 kg/m²).
ᵍ Obese is defined as BMI ≥30 kg/m².
ʰ Positive N-binding antibody result at Visit 1, positive NAAT result at Visit 1, or medical history of COVID-19.
ⁱ Negative N-binding antibody result at Visit 1, negative NAAT result at Visit 1, and no medical history of COVID-19.

The demographics of the participants with confirmed COVID-19 cases contributing to the primary efficacy analysis are displayed below in Table 9.

26

Pfizer-BioNTech COVID-19 Vaccine Emergency Use Authorization Review Memorandum

**Table 9. Demographic Characteristics, Participants With Protocol Defined Case (Without Evidence of Infection Prior to 7 Days After Dose 2)**

| Characteristic | BNT162b2 $N^a$=8 $n^b$ (%) | Placebo $N^a$=162 $n^b$ (%) | Total $N^a$=170 $n^b$ (%) |
|---|---|---|---|
| Sex: Female | 5 (62.5) | 81 (50.0) | 86 (50.6) |
| Sex: Male | 3 (37.5) | 81 (50.0) | 84 (49.4) |
| Age at Vaccination: Mean years (SD) | 51.4 (12.47) | 47.4 (15.21) | 47.6 (15.09) |
| Age at Vaccination: Median (years) | 51 | 48 | 48 |
| Age at Vaccination: Min, max (years) | (30, 69) | (18, 79) | (18, 79) |
| Age Group: 16 to < 18 years | 0 | 0 | 0 |
| Age Group: 18 to < 65 years | 7 (87.5) | 143 (88.3) | 150 (88.2) |
| Age Group: ≥ 65 to < 75 years | 1 (12.5) | 14 (8.6) | 15 (8.8) |
| Age Group: ≥ 75 years | 0 | 5 (3.1) | 5 (2.9) |
| Race: American Indian or Alaska Native | 0 | 1 (0.6) | 1 (0.6) |
| Race: Asian | 1 (12.5) | 4 (2.5) | 5 (2.9) |
| Race: Black or African American | 0 | 7 (4.3) | 7 (4.1) |
| Race: Native Hawaiian or Other Pacific Islander | 0 | 1 (0.6) | 1 (0.6) |
| Race: White | 7 (87.5) | 146 (90.1) | 153 (90.0) |
| Race: Multiracial | 0 | 1 (0.6) | 1 (0.6) |
| Race: Not reported | 0 | 2 (1.2) | 2 (1.2) |
| Ethnicity: Hispanic or Latino | 3 (37.5) | 53 (32.7) | 56 (32.9) |
| Ethnicity: Not Hispanic or Latino | 5 (62.5) | 109 (67.3) | 114 (67.1) |
| Ethnicity: Not reported | 0 | 0 | 0 |
| Comorbidities$^c$: Yes | 4 (50.0) | 86 (53.1) | 90 (52.9) |
| Comorbidities: No | 4 (50.0) | 76 (46.9) | 80 (47.1) |
| Comorbidity: Obesity | 3 (37.5) | 67 (41.4) | 70 (41.2) |

$^a$ N = number of participants in the specified group, or the total sample. This value is the denominator for the percentage calculations.
$^b$ n = Number of participants with the specified characteristic.
$^c$ Number of participants who have 1 or more comorbidities that increase the risk of severe COVID-19 disease: defined as patients who had at least one of the Charlson comorbidity index (Appendix A, page 57) category or obesity only (BMI ≥30 kg/m$^2$).

Only 3% of participants had evidence of prior infection at study enrollment, and additional analyses showed that very few COVID-19 cases occurred in these participants over the course of the entire study (9 in the placebo group and 10 in the BNT162b2 group, only 1 of which occurred 7 days or more after completion of the vaccination regimen – data not shown). The placebo group attack rate from enrollment to the November 14, 2020, data cut-off date was 1.3% both for participants without evidence of prior infection at enrollment (259 cases in 19,818 participants) and for participants with evidence of prior infection at enrollment (9 cases in 670 participants). While limited, these data do suggest that previously infected individuals can be at risk of COVID-19 (i.e., reinfection). However, available data are insufficient to determine whether such individuals could benefit from vaccination.

Additional analyses of the first primary efficacy endpoint were conducted to evaluate the vaccine efficacy, by comorbidity status. VE point estimates were uniformly high across the comorbidities examined, though for some interpretation of the results is limited by small numbers of participants and/or cases.

Pfizer-BioNTech COVID-19 Vaccine Emergency Use Authorization Review Memorandum

**Table 10. Vaccine Efficacy: First COVID-19 Occurrence From 7 Days After Dose 2, by Comorbidity Status, Among Participants <u>Without</u> Evidence of Infection Prior to 7 Days After Dose 2, Evaluable Efficacy (7 Days) Population**

| Efficacy Endpoint Subgroup | BNT162b2 Nᵃ=18198 Cases n1ᵇ Surveillance Timeᶜ (n2ᵈ) | Placebo Nᵃ=18325 Cases n1ᵇ Surveillance Timeᶜ (n2ᵈ) | Vaccine Efficacy % (95% CIᵉ) |
|---|---|---|---|
| Overall | 8 2.214 (17411) | 162 2.222 (17511) | 95.0 (90.0, 97.9) |
| Comorbidity | | | |
|   No comorbidity | 4 1.189 (9381) | 76 1.197 (9482) | 94.7 (85.9, 98.6) |
|   Any comorbidityᶠ | 4 1.025 (8030) | 86 1.025 (8029) | 95.3 (87.7, 98.8) |
|     Any malignancy | 1 0.092 (704) | 4 0.090 (681) | 75.7 (-145.8, 99.5) |
|     Cardiovascular | 0 0.067 (534) | 5 0.062 (492) | 100.0 (-0.8, 100.0) |
|     Chronic pulmonary disease | 1 0.175 (1374) | 14 0.171 (1358) | 93.0 (54.1, 99.8) |
|     Diabetes | 1 0.176 (1372) | 19 0.176 (1374) | 94.7 (66.8, 99.9) |
|     Obese (BMI≥30.0 kg/m²) | 3 0.763 (6000) | 67 0.782 (6103) | 95.4 (86.0, 99.1) |
| Hypertension | 2 0.567 (4413) | 44 0.567 (4437) | 95.4 (82.6, 99.5) |
| Diabetes (including gestational diabetes) | 1 0.177 (1381) | 20 0.178 (1384) | 95.0 (68.7, 99.9) |

Abbreviations: N-binding = SARS-CoV-2 nucleoprotein–binding; NAAT = nucleic acid amplification test; SARS-CoV-2 = severe acute respiratory syndrome coronavirus 2; VE = vaccine efficacy.

Note: Participants who had no serological or virological evidence (prior to 7 days after receipt of the last dose) of past SARS-CoV-2 infection (i.e., N-binding antibody [serum] negative at Visit 1 and SARS-CoV-2 not detected by NAAT [nasal swab] at Visits 1 and 2), and had negative NAAT (nasal swab) at any unscheduled visit prior to 7 days after Dose 2 were included in the analysis.

ᵃ N = number of participants in the specified group.

ᵇ n1 = Number of participants meeting the endpoint definition.

ᶜ Total surveillance time in 1000 person-years for the given endpoint across all participants within each group at risk for the endpoint. Time period for COVID-19 case accrual is from 7 days after Dose 2 to the end of the surveillance period.

ᵈ n2 = Number of participants at risk for the endpoint.

ᵉ Confidence interval (CI) for VE is derived based on the Clopper and Pearson method adjusted for surveillance time.

ᶠ Subject who had 1 or more comorbidities that increase the risk of severe COVID-19 disease: defined as participants who had at least one of the Charlson comorbidity index (Appendix A, page 57) category or BMI ≥30 kg/m2.

**Cumulative incidence curves**

Based on the cumulative incidence curve for the all-available efficacy population after Dose 1, (Figure 2), COVID-19 disease onset appears to occur similarly for both BNT162b2 and placebo groups until approximately 14 days after Dose 1, at which time point, the curves diverge, with more cases accumulating in the placebo group than in the BNT162b2 group, and there does not appear to be evidence of waning protection during the follow-up time of approximately 2 months following the second dose that is being evaluated at this point in time.

28

Pfizer-BioNTech COVID-19 Vaccine Emergency Use Authorization Review Memorandum

**Figure 2. Cumulative Incidence Curves for the First COVID-19 Occurrence After Dose 1, Dose 1 All-Available Efficacy Population**



#### Secondary efficacy analyses

The secondary efficacy endpoints evaluate the VE of BNT162b2 for the prevention of COVID-19 disease from 14 days after Dose 2 and based on the CDC's definition of COVID-19 disease from 7 and 14 days after Dose 2. The case splits and VE for each of these secondary efficacy endpoints were each similar to the primary efficacy endpoints described above.

Severe COVID-19 Cases

In the final analysis of the evaluable efficacy population (7 days), four participants had severe COVID-19 disease at least 7 days after Dose 2 (one subject who received BNT162b2 and three participants who received placebo). The vaccine recipient who had severe COVID-19 disease met the severe case definition because oxygen saturation at the COVID-19 illness visit was 93% on room air. The subject was not hospitalized, did not seek further medical care, and did not have risk factors for severe disease. The three placebo recipients who had severe COVID-19 disease met the severe case definition for the following reasons: one subject had an oxygen saturation of 92% on room air without other severe disease criteria, one subject was

29

Pfizer-BioNTech COVID-19 Vaccine Emergency Use Authorization Review Memorandum

hospitalized for noninvasive positive pressure ventilation with bilateral pneumonia, and one subject had an oxygen saturation of 92% and ICU admission for heart block. One of these placebo recipients with severe disease also had a body mass index > 30 kg/m$^2$ as a risk factor, while the other two participants did not have any risk factors for severe disease. The vaccine efficacy of this secondary efficacy endpoint is shown in Table 11.

**Table 11. First Severe COVID-19 Occurrence from 7 Days after Dose 2, Evaluable Efficacy Population**

| Secondary Efficacy Endpoint | BNT162b2 N$^a$=18198 Cases n1$^b$ Surveillance Time$^c$ (n2$^d$) | Placebo N$^a$=18325 Cases n1$^b$ Surveillance Time$^c$ (n2$^d$) | Vaccine Efficacy % (95% CI) | Met Predefined Success Criterion* |
|---|---|---|---|---|
| First severe COVID-19 occurrence from 7 days after Dose 2 in participants without evidence of prior SARS-CoV-2 infection | 1 2.215 (17411) | 3 2.232 (17511) | 66.4 (-124.8, 96.3)$^e$ | No |

*Success criterion: the posterior probability that true vaccine efficacy > 30% conditioning on the available data is >98.6% at the final analysis.
$^a$ N = number of participants in the specified group.
$^b$ n1 = Number of participants meeting the endpoint definition.
$^c$ Total surveillance time in 1000 person-years for the given endpoint across all participants within each group at risk for the endpoint. Time period for COVID-19 case accrual is from 7 or 14 days after Dose 2 to the end of the surveillance period depending on specified endpoint.
$^d$ n2 = Number of participants at risk for the endpoint.
$^e$ Credible interval for VE was calculated using a beta-binomial model with prior beta (0.700102, 1) adjusted for surveillance time.
$^f$ Confidence interval (CI) for VE is derived based on the Clopper and Pearson method adjusted to the surveillance time.

In the all-available efficacy population, ten participants had severe COVID-19 disease after Dose 1 (one subject who received BNT162b2 and nine participants who received placebo). Five of the remaining six placebo recipients who had severe COVID-19 disease were hospitalized, two of whom were admitted to an intensive care unit. Five of these remaining six placebo recipients who had severe disease had at least one risk factor for severe disease. The total number of severe cases is small, which limits the overall conclusions that can be drawn; however, the case split does suggest protection from severe COVID-19 disease.

**Table 12. First Severe COVID-19 Occurrence After Dose 1, Dose 1 All-Available Efficacy Population**

| Secondary Efficacy Endpoint | BNT162b2 N$^a$=21669 Cases n1$^b$ Surveillance Time$^c$ (n2$^d$) | Placebo N$^a$=21686 Cases n1$^b$ Surveillance Time$^c$ (n2$^d$) | Vaccine Efficacy % (95% CI) |
|---|---|---|---|
| First severe case occurrence after Dose 1 | 1 4.021 (21314) | 9 4.006 (21259) | 88.9 (20.1, 99.7)$^f$ |
| After Dose 1 to before Dose 2 | 0 | 4 | 100.0 (-51.5, 100.0) |
| Dose 2 to 6 days after Dose 2 | 0 | 1 | 100.0 (-3800.0, 100.0) |
| ≥7 Days after Dose 2 | 1 | 4 | 75.0 (-152.6, 99.5) |

$^a$ N = number of participants in the specified group.
$^b$ n1 = Number of participants meeting the endpoint definition.
$^c$ Total surveillance time in 1000 person-years for the given endpoint across all participants within each group at risk for the endpoint. Time period for COVID-19 case accrual is from 7 or 14 days after Dose 2 to the end of the surveillance period depending on specified endpoint.
$^d$ n2 = Number of participants at risk for the endpoint.
$^e$ Credible interval for VE was calculated using a beta-binomial model with prior beta (0.700102, 1) adjusted for surveillance time.
$^f$ Confidence interval (CI) for VE is derived based on the Clopper and Pearson method adjusted to the surveillance time.

Pfizer-BioNTech COVID-19 Vaccine Emergency Use Authorization Review Memorandum

**Additional efficacy analyses**

Additional analyses of the first primary efficacy endpoint were conducted to evaluate the all-available efficacy population, for all participants regardless of evidence of prior infection through 7 days after Dose 2 (Table 13).

**Table 13. Primary Efficacy Endpoint, All-Available Efficacy Population**

| Efficacy Endpoint | BNT162b2 $N^a$=21669 Cases $n1^b$ Surveillance Time$^c$ ($n2^d$) | Placebo $N^a$=21686 Cases $n1^b$ Surveillance Time$^c$ ($n2^d$) | Vaccine Efficacy % (95% CI) |
|---|---|---|---|
| First COVID-19 occurrence after Dose 1 – Dose 1 | 50 4.015 (21314) | 275 3.982 (21258) | 82.0 (75.6, 86.9)$^f$ |
| After Dose 1 to before Dose 2 | 39 | 82 | 52.4 (29.5, 68.4) |
| Dose 2 to 6 days after Dose 2 | 2 | 21 | 90.5 (61, 98.9) |
| ≥7 Days after Dose 2 | 9 | 172 | 94.8 (89.8, 97.6) |

$^a$ N = number of participants in the specified group.
$^b$ n1 = Number of participants meeting the endpoint definition.
$^c$ Total surveillance time in 1000 person-years for the given endpoint across all participants within each group at risk for the endpoint. Time period for COVID-19 case accrual is from 7 or 14 days after Dose 2 to the end of the surveillance period depending on specified endpoint.
$^d$ n2 = Number of participants at risk for the endpoint.
$^e$ Credible interval for VE was calculated using a beta-binomial model with prior beta (0.700102, 1) adjusted for surveillance time.
$^f$ Confidence interval (CI) for VE is derived based on the Clopper and Pearson method adjusted to the surveillance time.

VE in participants in the all-available efficacy population was similar to results in the evaluable efficacy population. The VE for the prevention of COVID-19 disease after Dose 1 is 82%, in the all-available efficacy population. Based on the number of cases accumulated after Dose 1 and before Dose 2, there does seem to be some protection against COVID-19 disease following one dose; however, these data do not provide information about longer term protection beyond 21 days after a single dose.

**Efficacy summary**

The data submitted in this EUA request were consistent with the recommendations set forth in the FDA Guidance on Emergency Use Authorization for Vaccines to Prevent COVID-19 and met the prespecified success criteria established in the protocol. In the planned final primary efficacy analysis, vaccine efficacy after 7 days post Dose 2 was 95%, (95% CI 90.3; 97.6) in participants without prior evidence of SARS-CoV-2 infection and >94% in the group of participants with or without prior infection. Efficacy outcomes were consistently robust (≥93%) across demographic subgroups.

Efficacy against severe COVID-19 occurring after the first dose was 88.9% (95% CI 20.1, 99.7), with an estimated VE of 75.0% (95% CI -152.6, 99.5) (1 case in BNT162b2 group and 4 cases in placebo group) against severe COVID-19 occurring at least 7 days after Dose 2.

Among all participants (regardless of evidence of infection before or during the vaccination regimen), 50 cases of COVID-19 occurred after Dose 1 in the BNT162b2 group compared with 275 cases in the placebo group, indicating an estimated VE of 82% (95% CI: 75.6%, 86.9%) against confirmed COVID-19 occurring after Dose 1, with VE of 52.4% (95% CI: 29.5%, 68.4%) between Dose 1 and Dose 2. The efficacy observed after Dose 1 and before Dose 2, from a post-hoc analysis, cannot support a conclusion on the efficacy of a single dose of the vaccine, because the time of observation is limited by the fact that most of the participants received a

31

Pfizer-BioNTech COVID-19 Vaccine Emergency Use Authorization Review Memorandum

second dose after three weeks. The trial did not have a single-dose arm to make an adequate comparison.

### 4.2.6.   Safety

**Overview of adverse events**

Table 14 below presents an overview of all adverse events in the Phase 2/3 safety population. A higher proportion of vaccine recipients reported adverse events compared with placebo recipients, and this imbalance was driven by reactogenicity (solicited adverse events) reported in the 7 days following vaccination and unsolicited adverse events corresponding to reactogenicity symptoms among participants not in the reactogenicity subset (see presentation of unsolicited adverse events in a later section). Proportions of participants with serious adverse events, deaths, and withdrawals due to adverse events were balanced between treatment groups.

**Table 14. Study C4591001 Safety Overview, Ages 16 Years and Older**

| Participants Experiencing at Least One: | BNT162b2 n/N (%) | Placebo n/N (%) |
|---|---|---|
| Immediate unsolicited AE Within 30 minutes after vaccination[a] | | |
|   Dose #1 | 78/18801 (0.4) | 66/18785 (0.4) |
|   Dose #2 | 52/18494 (0.3) | 39/18470 (0.2) |
| Solicited injection site reaction within 7 days[b] | | |
|   Dose #1 | 3216/4093 (78.6) | 525/4090 (12.8) |
|   Dose #2 | 2748/3758 (73.1) | 396/3749 (10.6) |
| Solicited systemic AE within 7 days[b] | | |
|   Dose #1 | 2421/4093 (59.1) | 1922/4090 (47.0) |
|   Dose #2 | 2627/3758 (69.9) | 1267/3749 (33.8) |
| From Dose 1 through 1 month after Dose 2[a] | | |
|   Unsolicited non-serious AE | 5071/18801 (27.0) | 2356/18785 (12.5) |
|   SAE | 103/18801 (0.5) | 81/18785 (0.4) |
| From Dose 1 through cutoff date (safety population) | | |
|   SAE | 124/18801 (0.7) | 101/18785 (0.5) |
| From Dose 1 through cutoff date (all-enrolled)[c] | | |
|   Withdrawal due AEs | 37/21621 (0.6) | 30/21631 (0.5) |
|   SAE | 126/21621 (0.6) | 111/21631 (0.5) |
|   Deaths | 2/21621 (0.0) | 4/21631 (0.0) |

Source: c4591001-safety-tables-ae3.pdf pages 216,446,459,463; c4591001-safety-tables-cos-reacto.pdf, pages 113-114.
n= number of participants with the specified reaction or AE.
[a] N: number of participants in the Phase 2/3 safety population.
[b] N: number of participants in the reactogenicity subset of the Phase 2/3 safety population.
[b] N: number of participants in the all-enrolled population.
Data analysis cutoff date: November 14, 2020.

**Solicited local reactions and systemic adverse events**

As of the cutoff date, solicited reactogenicity data in participants 16 and 17 years of age were not collected by e-diary and are not available. Symptoms consistent with solicited reactogenicity that were reported by these participants were collected and analyzed as unsolicited adverse events and are discussed with review of those data.

Pfizer-BioNTech COVID-19 Vaccine Emergency Use Authorization Review Memorandum

Solicited Local Reactions

For each age group in the reactogenicity subset (younger: 18 to 55 years, older: >55 years) and overall (18 years and older), the median onset of local reactions in the vaccine group was 0 (day of vaccination) to 2 days after either dose and lasted a median duration between 1 and 2 days.

For both age groups, injection site pain was the most frequent solicited local adverse reaction. After dose 2, the younger age group reported any pain more frequently than the older age group (77.8% vs 66.1%) and pain characterized as moderate (27.1% vs. 18.0%); a similar pattern was observed after Dose 1. Injection site redness and swelling after each dose were generally similar for both age groups.

*Subgroup analyses by age*

**Table 15. Frequency of Solicited Local Reactions Within 7 Days After Each Vaccination, Reactogenicity Subset of the Phase 2/3 Safety Population, 18 to 55 Years of Age***

| Local Reaction | BNT162b2 Dose 1 N=2291 n (%) | Placebo Dose 1 N=2298 n (%) | BNT162b2 Dose 2 N=2098 n (%) | Placebo Dose 2 N=2103 n (%) |
|---|---|---|---|---|
| Pain[a] | | | | |
| Any | 1904 (83.1) | 322 (14.0) | 1632 (77.8) | 245 (11.7) |
| Mild | 1170 (51.1) | 308 (13.4) | 1039 (49.5) | 225 (10.7) |
| Moderate | 710 (31.0) | 12 (0.5) | 568 (27.1) | 20 (1.0) |
| Severe | 24 (1.0) | 2 (0.1) | 25 (1.2) | 0 (0.0) |
| Redness[b] | | | | |
| Any | 104 (4.5) | 26 (1.1) | 123 (5.9) | 14 (0.7) |
| Mild | 70 (3.1) | 16 (0.7) | 73 (3.5) | 8 (0.4) |
| Moderate | 28 (1.2) | 6 (0.3) | 40 (1.9) | 6 (0.3) |
| Severe | 6 (0.3) | 4 (0.2) | 10 (0.5) | 0 (0.0) |
| Swelling[b] | | | | |
| Any | 132 (5.8) | 11 (0.5) | 132 (6.3) | 5 (0.2) |
| Mild | 88 (3.8) | 3 (0.1) | 80 (3.8) | 3 (0.1) |
| Moderate | 39 (1.7) | 5 (0.2) | 45 (2.1) | 2 (0.1) |
| Severe | 5 (0.2) | 3 (0.1) | 7 (0.3) | 0 (0.0) |

Source: adapted from EUA 27034, amendment 3, Table 17.
n = number of participants with the specified reaction.
N = number of participants reporting at least 1 yes or no response for the specified reaction after the specified dose.
[a] Mild: does not interfere with activity; moderate: interferes with activity; severe: prevents daily activity.
[b] Mild: 2.0 to $\leq$5.0 cm; moderate: 5.0 to $\leq$10.0 cm; severe: >10.0 cm.
*Includes <10 participants 16 and 17 years of age.
Data analysis cutoff date: November 14, 2020.

33

Pfizer-BioNTech COVID-19 Vaccine Emergency Use Authorization Review Memorandum

**Table 16. Frequency of Solicited Local Reactions Within 7 Days After Each Vaccination, Reactogenicity Subset of the Phase 2/3 Safety Population, >55 Years of Age and Older**

| Local Reaction | BNT162b2 Dose 1 N=1802 n (%) | Placebo Dose 1 N=1792 n (%) | BNT162b2 Dose 2 N=1660 n (%) | Placebo Dose 2 N=1646 n (%) |
|---|---|---|---|---|
| Pain[a] | | | | |
| Any | 1282 (71.1) | 166 (9.3) | 1098 (66.1) | 127 (7.7) |
| Mild | 1008 (55.9) | 160 (8.9) | 792 (47.7) | 125 (7.6) |
| Moderate | 270 (15.0) | 6 (0.3) | 298 (18.0) | 2 (0.1) |
| Severe | 4 (0.2) | 0 (0.0) | 8 (0.5) | 0 (0.0) |
| Redness[b] | | | | |
| Any | 85 (4.7) | 19 (1.1) | 120 (7.2) | 12 (0.7) |
| Mild | 55 (3.1) | 12 (0.7) | 59 (3.6) | 8 (0.5) |
| Moderate | 27 (1.5) | 5 (0.3) | 53 (3.2) | 3 (0.2) |
| Severe | 3 (0.2) | 2 (0.1) | 8 (0.5) | 1 (0.1) |
| Swelling[b] | | | | |
| Any | 118 (6.5) | 21 (1.2) | 124 (7.5) | 11 (0.7) |
| Mild | 71 (3.9) | 10 (0.6) | 68 (4.1) | 5 (0.3) |
| Moderate | 45 (2.5) | 11 (0.6) | 53 (3.2) | 5 (0.3) |
| Severe | 2 (0.1) | 0 (0.0) | 3 (0.2) | 1 (0.1) |

Source: EUA 27036, amendment 3, Table 21.
n = number of participants with the specified reaction.
N = number of participants reporting at least 1 yes or no response for the specified reaction after the specified dose.
[a] Mild: does not interfere with activity; moderate: interferes with activity; severe: prevents daily activity.
[b] Mild: 2.0 to $\leq$5.0 cm; moderate: 5.0 to $\leq$10.0 cm; severe: >10.0 cm.
Data analysis cutoff date: November 14, 2020.

Solicited Systemic AEs

For each age group in the reactogenicity subset (younger: 18 to 55 years, older: >55 years) and overall (18 years and older), the median onset of systemic AEs in the vaccine group in general was 1 to 2 days after either dose and lasted a median duration of 1 day.

The frequency and severity of systemic AEs were higher in the younger than the older age groups. Within each age group, the frequency and severity of systemic AEs was higher after Dose 2 than Dose 1, except for vomiting and diarrhea, which was generally similar regardless of dose. For both age groups, fatigue, headache and new/worsened muscle pain were most common.

*Subgroup analyses by age*

**Table 17. Frequency of Solicited Systemic Adverse Events Within 7 Days After Each Vaccination-Reactogenicity Subset of the Phase 2/3 Safety Population, 18 to 55 Years of Age\***

| Adverse Event | BNT162b2 Dose 1 N=2291 n (%) | Placebo Dose 1 N=2298 n (%) | BNT162b2 Dose 2 N=2098 n (%) | Placebo Dose 2 N=2103 n (%) |
|---|---|---|---|---|
| Fever | | | | |
| ≥38.0℃ | 85 (3.7) | 20 (0.9) | 331 (15.8) | 10 (0.5) |
| >38.0℃ to $\leq$38.4℃ | 64 (2.8) | 10 (0.4) | 194 (9.2) | 5 (0.2) |
| >38.4℃ to $\leq$38.9℃ | 15 (0.7) | 5 (0.2) | 110 (5.2) | 3 (0.1) |
| >38.9℃ to $\leq$40.0℃ | 6 (0.3) | 3 (0.1) | 26 (1.2) | 2 (0.1) |
| >40.0℃ | 0 (0.0) | 2 (0.1) | 1 (0.0) | 0 (0.0) |

Pfizer-BioNTech COVID-19 Vaccine Emergency Use Authorization Review Memorandum

| Adverse Event | BNT162b2 Dose 1 N=2291 n (%) | Placebo Dose 1 N=2298 n (%) | BNT162b2 Dose 2 N=2098 n (%) | Placebo Dose 2 N=2103 n (%) |
|---|---|---|---|---|
| Fatigue[a] | | | | |
| Any | 1085 (47.4) | 767 (33.4) | 1247 (59.4) | 479 (22.8) |
| Mild | 597 (26.1) | 46 (20.3) | 442 (21.1) | 248 (11.8) |
| Moderate | 455 (19.9) | 289 (12.6) | 708 (33.7) | 217 (10.3) |
| Severe | 33 (1.4) | 11 (0.5) | 97 (4.6) | 14 (0.7) |
| Headache[a] | | | | |
| Any | 959 (41.9) | 775 (33.7) | 1085 (51.7) | 506 (24.1) |
| Mild | 628 (27.4) | 505 (22.0) | 538 (25.6) | 321 (15.3) |
| Moderate | 308 (13.4) | 251 (10.9) | 480 (22.9) | 170 (8.1) |
| Severe | 23 (1.0) | 19 (0.8) | 67 (3.2) | 15 (0.7) |
| Chills[a] | | | | |
| Any | 321 (14.0) | 146 (6.4) | 737 (35.1) | 79 (3.8) |
| Mild | 230 (10.0) | 111 (4.8) | 359 (17.1) | 65 (3.1) |
| Moderate | 82 (3.6) | 33 (1.4) | 333 (15.9) | 14 (0.7) |
| Severe | 9 (0.4) | 2 (0.1) | 45 (2.1) | 0 (0.0) |
| Vomiting[b] | | | | |
| Any | 28 (1.2) | 28 (1.2) | 40 (1.9) | 25 (1.2) |
| Mild | 24 (1.0) | 22 (1.0) | 28 (1.3) | 16 (0.8) |
| Moderate | 4 (0.2) | 5 (0.2) | 8 (0.4) | 9 (0.4) |
| Severe | 0 (0.0) | 1 (0.0) | 4 (0.2) | 0 (0.0) |
| Diarrhea[c] | | | | |
| Any | 255 (11.1) | 270 (11.7) | 219 (10.4) | 177 (8.4) |
| Mild | 206 (9.0) | 217 (9.4) | 179 (8.5) | 144 (6.8) |
| Moderate | 46 (2.0) | 52 (2.3) | 36 (1.7) | 32 (1.5) |
| Severe | 3 (0.1) | 1 (0.0) | 4 (0.2) | 1 (0.0) |
| New or worsened muscle pain[a] | | | | |
| Any | 487 (21.3) | 249 (10.8) | 783 (37.3) | 173 (8.2) |
| Mild | 256 (11.2) | 175 (7.6) | 326 (15.5) | 111 (5.3) |
| Moderate | 218 (9.5) | 72 (3.1) | 410 (19.5) | 59 (2.8) |
| Severe | 13 (0.6) | 2 (0.1) | 47 (2.2) | 3 (0.1) |
| New or worsened joint pain[a] | | | | |
| Any | 251 (11.0) | 138 (6.0) | 459 (21.9) | 109 (5.2) |
| Mild | 147 (6.4) | 95 (4.1) | 205 (9.8) | 54 (2.6) |
| Moderate | 99 (4.3) | 43 (1.9) | 234 (11.2) | 51 (2.4) |
| Severe | 5 (0.2) | 0 (0.0) | 20 (1.0) | 4 (0.2) |
| Use of antipyretic or pain medication | 638 (27.8) | 332 (14.4) | 945 (45.0) | 266 (12.6) |

Source: adapted from EUA 27036, amendment 3, Table 19.
n = number of participants with the specified reaction.
N = number of participants in the reactogenicity subset reporting at least 1 yes or no response for the specified reaction after the specified dose.
[a] Mild: does not interfere with activity; moderate: some interference with activity; severe: prevents daily activity.
[b] Mild: 1 to 2 times in 24 hours; moderate: >2 times in 24 hours; severe: requires intravenous hydration.
[c] Mild: 2 to 3 loose stools in 24 hours; moderate: 4 to 5 loose stools in 24 hours; severe: 6 or more loose stools in 24 hours.
*Includes <10 participants 16 and 17 years of age.
Data analysis cutoff date: November 14, 2020.

Pfizer-BioNTech COVID-19 Vaccine Emergency Use Authorization Review Memorandum

**Table 18. Frequency of Solicited Systemic Adverse Events Within 7 Days After Each Vaccination-Reactogenicity Subset of the Phase 2/3 Safety Population, >55 Years of Age and Older**

| Adverse Event | BNT162b2 Dose 1 N=1802 n (%) | Placebo Dose 1 N=1792 n (%) | BNT162b2 Dose 2 N=1660 n (%) | Placebo Dose 2 N=1646 n (%) |
|---|---|---|---|---|
| Fever | | | | |
| ≥38.0℃ | 26 (1.4) | 7 (0.4) | 181 (10.9) | 4 (0.2) |
| >38.0℃ to ≤38.4℃ | 23 (1.3) | 2 (0.1) | 131 (7.9) | 2 (0.1) |
| >38.4℃ to ≤38.9℃ | 1 (0.1) | 3 (0.2) | 45 (2.7) | 1 (0.1) |
| >38.9℃ to ≤40.0℃ | 1 (0.1) | 2 (0.1) | 5 (0.3) | 1 (0.1) |
| >40.0℃ | 1 (0.1) | 0 (0.0) | 0 (0.0) | 0 (0.0) |
| Fatigue[a] | | | | |
| Any | 615 (34.1) | 405 (22.6) | 839 (50.5) | 277 (16.8) |
| Mild | 373 (20.7) | 252 (14.1) | 351 (21.1) | 161 (9.8) |
| Moderate | 240 (13.3) | 150 (8.4) | 442 (26.6) | 114 (6.9) |
| Severe | 2 (0.1) | 3 (0.2) | 46 (2.8) | 2 (0.1) |
| Headache[a] | | | | |
| Any | 454 (25.2) | 325 (18.1) | 647 (39.0) | 229 (13.9) |
| Mild | 348 (19.3) | 242 (13.5) | 422 (25.4) | 165 (10.0) |
| Moderate | 104 (5.8) | 80 (4.5) | 216 (13.0) | 60 (3.6) |
| Severe | 2 (0.1) | 3 (0.2) | 9 (0.5) | 4 (0.2) |
| Chills[a] | | | | |
| Any | 113 (6.3) | 57 (3.2) | 377 (22.7) | 46 (2.8) |
| Mild | 87 (4.8) | 40 (2.2) | 199 (12.0) | 35 (2.1) |
| Moderate | 26 (1.4) | 16 (0.9) | 161 (9.7) | 11 (0.7) |
| Severe | 0 (0.0) | 1 (0.1) | 17 (1.0) | 0 (0.0) |
| Vomiting[b] | | | | |
| Any | 9 (0.5) | 9 (0.5) | 11 (0.7) | 5 (0.3) |
| Mild | 8 (0.4) | 9 (0.5) | 9 (0.5) | 5 (0.3) |
| Moderate | 1 (0.1) | 0 (0.0) | 1 (0.1) | 0 (0.0) |
| Severe | 0 (0.0) | 0 (0.0) | 1 (0.1) | 0 (0.0) |
| Diarrhea[c] | | | | |
| Any | 147 (8.2) | 118 (6.6) | 137 (8.3) | 99 (6.0) |
| Mild | 118 (6.5) | 100 (5.6) | 114 (6.9) | 73 (4.4) |
| Moderate | 26 (1.4) | 17 (0.9) | 21 (1.3) | 22 (1.3) |
| Severe | 3 (0.2) | 1 (0.1) | 2 (0.1) | 4 (0.2) |
| New or worsened muscle pain[a] | | | | |
| Any | 251 (13.9) | 149 (8.3) | 477 (28.7) | 87 (5.3) |
| Mild | 168 (9.3) | 100 (5.6) | 202 (12.2) | 57 (3.5) |
| Moderate | 82 (4.6) | 46 (2.6) | 259 (15.6) | 29 (1.8) |
| Severe | 1 (0.1) | 3 (0.2) | 16 (1.0) | 1 (0.1) |
| New or worsened joint pain[a] | | | | |
| Any | 155 (8.6) | 109 (6.1) | 313 (18.9) | 61 (3.7) |
| Mild | 101 (5.6) | 68 (3.8) | 161 (9.7) | 35 (2.1) |
| Moderate | 52 (2.9) | 40 (2.2) | 145 (8.7) | 25 (1.5) |
| Severe | 2 (0.1) | 1 (0.1) | 7 (0.4) | 1 (0.1) |

Pfizer-BioNTech COVID-19 Vaccine Emergency Use Authorization Review Memorandum

| Adverse Event | BNT162b2 Dose 1 N=1802 n (%) | Placebo Dose 1 N=1792 n (%) | BNT162b2 Dose 2 N=1660 n (%) | Placebo Dose 2 N=1646 n (%) |
|---|---|---|---|---|
| Use of antipyretic or pain medication | 358 (19.9) | 213 (11.9) | 625 (37.7) | 161 (9.8) |

Source: EUA 27036, amendment 3, Table 23.
n = number of participants with the specified reaction.
N = number of participants in the reactogenicity subset reporting at least 1 yes or no response for the specified reaction after the specified dose.
[a] Mild: does not interfere with activity; moderate: some interference with activity; severe: prevents daily activity.
[b] Mild: 1 to 2 times in 24 hours; moderate: >2 times in 24 hours; severe: requires intravenous hydration.
[c] Mild: 2 to 3 loose stools in 24 hours; moderate: 4 to 5 loose stools in 24 hours; severe: 6 or more loose stools in 24 hours.
Data analysis cutoff date: November 14, 2020.

## Unsolicited (non-serious) AEs

A higher frequency of unsolicited, non-serious adverse events was reported in the vaccine group compared to placebo group and was primarily attributed to local reactions and systemic adverse events in subjects not in the reactogenicity subset and are consistent with solicited reactions/events reported by reactogenicity subset participants during the first 7 days following vaccination. Table 19 below presents unsolicited adverse events reported by at least 1% of participants in any treatment group for the Phase 2/3 safety population.

Reports of lymphadenopathy were imbalanced with notably more cases in the vaccine group (64) vs. the placebo group (6), which is plausibly related to vaccination. Bell's palsy was reported by four vaccine participants and none in the placebo group. These cases occurred at 3, 9, 37, and 48 days after vaccination. One case (onset at 3 days postvaccination) was reported as resolved with sequelae within three days after onset, and the other three were reported as continuing or resolving as of the November 14, 2020, data cut-off with ongoing durations of 10, 15, and 21 days, respectively. The observed frequency of reported Bell's palsy in the vaccine group is consistent with the expected background rate in the general population, and there is no clear basis upon which to conclude a causal relationship at this time, but FDA will recommend surveillance for cases of Bell's palsy with deployment of the vaccine into larger populations. There were no other notable patterns or numerical imbalances between treatment groups for specific categories (system organ class or preferred term) of non-serious adverse events, including other neurologic, neuro-inflammatory, and thrombotic events, that would suggest a causal relationship to BNT162b2 vaccine.

Table 19. Frequency of Unsolicited AEs with Occurrence in ≥1% of Participants in any Treatment Group from Dose 1 to 1-month After Dose 2, Phase 2/3 Safety Population, 16 Years of Age and Older

| System Organ Class   Preferred Term | BNT162b2 N=18801 n (%) | Placebo N=18785 n (%) | Total N=37586 n (%) |
|---|---|---|---|
| General disorders and administration site conditions | 3521 (18.7) | 737 (3.9) | 4258 (11.3) |
| Injection site pain | 2125 (11.3) | 286 (1.5) | 2411 (6.4) |
| Fatigue | 1029 (5.5) | 260 (1.4) | 1289 (3.4) |
| Pyrexia | 1146 (6.1) | 61 (0.3) | 1207 (3.2) |
| Chills | 999 (5.3) | 87 (0.5) | 1086 (2.9) |
| Pain | 455 (2.4) | 36 (0.2) | 491 (1.3) |
| Musculoskeletal and connective tissue disorders | 1387 (7.4) | 401 (2.1) | 1788 (4.8) |
| Myalgia | 909 (4.8) | 126 (0.7) | 1035 (2.8) |
| Arthralgia | 212 (1.1) | 82 (0.4) | 294 (0.8) |

Pfizer-BioNTech COVID-19 Vaccine Emergency Use Authorization Review Memorandum

| System Organ Class<br>Preferred Term | BNT162b2<br>N=18801<br>n (%) | Placebo<br>N=18785<br>n (%) | Total<br>N=37586<br>n (%) |
|---|---|---|---|
| Nervous system disorders | 1158 (6.2) | 460 (2.4) | 1618 (4.3) |
|     Headache | 973 (5.2) | 304 (1.6) | 1277 (3.4) |
| Gastrointestinal disorders | 565 (3.0) | 368 (2.0) | 933 (2.5) |
|     Diarrhoea | 194 (1.0) | 149 (0.8) | 343 (0.9) |
|     Nausea | 216 (1.1) | 63 (0.3) | 279 (0.7) |

Source: FDA analysis.
Adverse events in any PT = at least one adverse event experienced (regardless of the MedDRA Preferred Term)
%: n/N. n = number of participants reporting at least 1 occurrence of the specified event.
of any event. N = number of participants in the specified group. This value is the denominator for the percentage calculations.
Data analysis cutoff date: November 14, 2020.

*Subgroup analyses by age*

16 and 17 years of age: the table below represents an FDA-generated summary of unsolicited AEs consistent with reactogenicity and AEs that occurred at ≥1% and higher in the BNT162b2 Vaccine Group, classified by MedDRA System Organ Class and Preferred Term.

**Table 20. Frequency of Unsolicited Local Reactions and Systemic Adverse Events Reported Within 7 Days After Each Dose, Phase 2/3 Safety Population, 16 and 17 Years of Age**

| System Organ Class<br>Preferred Term | BNT162b2<br>Dose 1<br>N=53<br>n (%) | Placebo<br>Dose 1<br>N=50<br>n (%) | BNT162b2<br>Dose 2<br>N=53<br>n (%) | Placebo<br>Dose 2<br>N=50<br>n (%) |
|---|---|---|---|---|
| General disorders and administration site conditions | 4 (7.5%) | 4 (8.0%) | 5 (9.4%) | 2 (4.0%) |
|     Injection site pain | 3 (5.7) | 2 (4.0) | 3 (5.7) | 0 (0.0) |
|     Fatigue | 1 (1.9) | 1 (2.0) | 1 (1.9) | 1 (2.0) |
|     Pyrexia | 1 (1.9) | 0 (0.0) | 4 (7.5) | 0 (0.0) |
|     Chills | 1 (1.9) | 0 (0.0) | 0 (0.0) | 0 (0.0) |
| Nervous system disorders | 0 (0.0) | 1 (2.0) | 1 (1.9) | 0 (0.0) |
|     Headache | 0 (0.0) | 1 (2.0) | 1 (1.9) | 0 (0.0) |
| Gastrointestinal disorders | 0 (0.0) | 0 (0.0) | 0 (0.0) | 1 (2.0) |
|     Diarrhea | 0 (0.0) | 0 (0.0) | 0 (0.0) | 1 (2.0) |

Source: FDA analysis.
Adverse events in any PT = at least one adverse event experienced (regardless of the MedDRA Preferred Term)
%: n/N. n = number of participants reporting at least 1 occurrence of the specified event.
N = number of participants in the specified group. This value is the denominator for the percentage calculations.
Data analysis cutoff date: November 14, 2020.

**Table 21. Frequency of Unsolicited AEs with Occurrence in ≥1% of Participants in any Treatment Group from Dose 1 to 1 Month After Dose 2, Phase 2/3 Safety Population*, 65 Years and Older**

| System Organ Class<br>Preferred Term | BNT162b2<br>N=4058<br>n (%) | Placebo<br>N=4043<br>n (%) | Total<br>N=8101<br>n (%) |
|---|---|---|---|
| General disorders and administration site conditions | 577 (14.2) | 118 (2.9) | 695 (8.6) |
|     Injection site pain | 361 (8.9) | 39 (1.0) | 400 (4.9) |
|     Fatigue | 175 (4.3) | 44 (1.1) | 219 (2.7) |
|     Chills | 143 (3.5) | 19 (0.5) | 162 (2.0) |
|     Pyrexia | 148 (3.6) | 10 (0.2) | 158 (2.0) |
|     Pain | 60 (1.5) | 7 (0.2) | 67 (0.8) |

Pfizer-BioNTech COVID-19 Vaccine Emergency Use Authorization Review Memorandum

| System Organ Class<br>  Preferred Term | BNT162b2<br>N=4058<br>n (%) | Placebo<br>N=4043<br>n (%) | Total<br>N=8101<br>n (%) |
|---|---|---|---|
| Musculoskeletal and connective tissue disorders | 231 (5.7) | 83 (2.1) | 314 (3.9) |
|   Myalgia | 125 (3.1) | 23 (0.6) | 148 (1.8) |
|   Arthralgia | 42 (1.0) | 21 (0.5) | 63 (0.8) |
|   Pain in extremity | 33 (0.8) | 10 (0.2) | 43 (0.5) |
| Nervous system disorders | 179 (4.4) | 87 (2.2) | 266 (3.3) |
|   Headache | 127 (3.1) | 45 (1.1) | 172 (2.1) |
| Gastrointestinal disorders | 127 (3.1) | 72 (1.8) | 199 (2.5) |
|   Diarrhea | 49 (1.2) | 26 (0.6) | 75 (0.9) |
|   Nausea | 40 (1.0) | 13 (0.3) | 53 (0.7) |

Source: FDA analysis.
Adverse events in any PT = at least one adverse event experienced (regardless of the MedDRA Preferred Term)
%: n/N. n = number of participants reporting at least 1 occurrence of the specified event.
of any event. N = number of participants in the specified group. This value is the denominator for the percentage calculations.
* Participants ≥16 years of age enrolled by October 9, 2020 and received at least 1 dose of vaccine or placebo.
Data analysis cutoff date: November 14, 2020.

FDA independently conducted standard MedDRA queries (SMQs) using FDA-developed software (MAED) to evaluate for constellations of unsolicited adverse event preferred terms that could represent various diseases and conditions, including but not limited to allergic, neurologic, inflammatory, and autoimmune conditions. The SMQs, conducted on the Phase 2/3 all-enrolled safety population, revealed a slight numerical imbalance of adverse events potentially representing allergic reactions, with more participants reporting hypersensitivity-related adverse events in the vaccine group (137 [0.63%]) compared with the placebo group (111 [0.51%]). No imbalances between treatment groups were evident for any of the other SMQs evaluated.

During review of the EUA request, FDA became aware of two cases of anaphylactic reactions in vaccine recipients during the start of the vaccination campaign in the United Kingdom following authorization of the vaccine in that country (approximately 15,000 individuals vaccinated). These reactions were reported to have occurred in the immediate post-vaccination period in individuals with medical history of anaphylactic reactions and required treatment with epinephrine. The component(s) of the vaccine that may have triggered these anaphylactic reactions are unknown at this time, and the two individuals were not reported to have known history of allergy to specific components of the vaccine. On further review of hypersensitivity-related adverse events in the BNT162b development program, none occurred during the immediate post-vaccination period, none required epinephrine treatment, and none were otherwise classified as serious (i.e., no reported events of anaphylactoid reactions in the clinical trials). Participants in clinical trials were excluded if they had a history of significant allergic reaction to any vaccine or component of BNT162b but were not excluded for history of other significant allergic reactions.

Immediate AEs (Phase 2/3 safety population)
The frequency of immediate AEs reported in the vaccine group was 0.4% after Dose 1 and <0.3% after Dose 2 and were mainly consistent with solicited reactogenicity events. In both study groups, the most frequently reported immediate AE was injection site pain (BNT162b2 vaccine 0.3%, placebo 0.2%). For both study groups, no participant reported an immediate allergic reaction related to vaccination or to the saline placebo.

Study Withdrawals due to an AE (all-enrolled population)
Of 43,448 enrolled participants, 37 (0.2%) vaccine recipients and 30 (0.1%) placebo recipients (0.1%), and no adolescents 16 to <18 years of age, withdrew from the study due to an AE. AEs

in the SOC of General Disorders and Administration Site Conditions (7 vaccine, 3 placebo) was common, with injection site pain the most frequent (2 vaccine, 0 placebo).

**Serious adverse events**

Deaths

A total of six (2 vaccine, 4 placebo) of 43,448 enrolled participants (0.01%) died during the reporting period from April 29, 2020 (first participant, first visit) to November 14, 2020 (cutoff date). Both vaccine recipients were >55 years of age; one experienced a cardiac arrest 62 days after vaccination #2 and died 3 days later, and the other participant had pre-existing atherosclerotic disease and baseline obesity and died 3 days after vaccination #1 The placebo recipients died from myocardial infarction (n=1), hemorrhagic stroke (n=1) or unknown causes (n=2); three of the four deaths occurred in the older group (>55 years of age). All deaths represent events that occur in the general population of the age groups where they occurred, at a similar rate.

Non-fatal SAEs

In the all-enrolled population of (total N=43,448), the proportions of participants who reported at least 1 SAE during the time period from Dose 1 to the data cutoff date (November 14, 2020) were 0.6% in the BNT162b2 vaccine group and 0.5% in the placebo group. The most common SAEs in the vaccine group which were numerically higher than in the placebo group were appendicitis (0.04%), acute myocardial infarction (0.02%), and cerebrovascular accident (0.02%), and in the placebo arm numerically higher than in the vaccine arm were pneumonia (0.03%), atrial fibrillation (0.02%), and syncope (0.02%). Occurrence of SAEs involving system organ classes and specific preferred terms were otherwise balanced between treatment groups, including no imbalance overall in cardiovascular serious adverse events.

Appendicitis was reported as a SAE for 12 participants, and numerically higher in the vaccine group: 8 vaccine participants ([appendicitis [n=7], appendicitis perforated [n=1]) and 4 placebo participants (appendicitis [n=2], appendicitis perforated [n=1], complicated appendicitis [n=1]). All of the vaccine participants (n=8) and 2 placebo participants were younger than 65 years of age. The cases were considered unrelated to vaccination by the study investigators and occurred no more frequently than expected in the given age groups. FDA agrees that there is no clear basis upon which to suspect that this imbalance represents a vaccine-related risk.

Three SAEs reported in the BNT162 group were considered by the investigator as related to vaccine or vaccine administration: shoulder injury, ventricular arrhythmia, and lymphadenopathy. The investigator and the sponsor thought that the shoulder injury was related to vaccine administration. Two SAEs in the BNT162b2 group and none in the placebo group were considered by the investigator, but not the Sponsor, as related to study vaccination: ventricular arrhythmia in a participant with known cardiac conditions (n=1), and lymphadenopathy temporally following vaccination (n=1). In FDA's opinion following review of the adverse event narratives, two of these events were considered as possibly related to vaccine: shoulder injury possibly related to vaccine administration or to the vaccine itself, and lymphadenopathy involving the axilla contralateral to the vaccine injection site. For lymphadenopathy, the event was temporally associated and biologically plausible.

Among participants 16 to 17 years of age, there was 1 participant in the vaccine group who experienced an SAE of facial bones fracture, which was not considered related to study

Pfizer-BioNTech COVID-19 Vaccine Emergency Use Authorization Review Memorandum

intervention by the investigator.

Suspected COVID-19 Cases

As specified in the protocol, suspected cases of symptomatic COVID-19 that were not PCR-confirmed were not recorded as adverse events unless they met regulatory criteria for seriousness. Two serious cases of suspected but unconfirmed COVID-19 were reported, both in the vaccine group, and narratives were reviewed. In one case, a 36-year-old male with no medical comorbidities experienced fever, malaise, nausea, headache and myalgias beginning on the day of Dose 2 and was hospitalized 3 days later for further evaluation of apparent infiltrates on chest radiograph and treatment of dehydration. A nasopharyngeal PCR test for SARS-CoV-2 was negative on the day of admission, and a chest CT was reported as normal. The participant was discharged from the hospital 2 days after admission. With chest imaging findings that are difficult to reconcile, it is possible that this event represented reactogenicity following the second vaccination, a COVID-19 case with false negative test that occurred less than 7 days after completion of the vaccination series, or an unrelated infectious process. In the other case, a 66-year-old male with no medical comorbidities experienced fever, myalgias, and shortness of breath beginning 28 days post-Dose 2 and was hospitalized one day later with abnormal chest CT showing a small left-sided consolidation. He was discharged from the hospital 2 days later, and multiple nasopharyngeal PCR tests collected over a 10-day period beginning 2 days after symptom onset were negative. It is possible, though highly unlikely, that this event represents a COVID-19 case with multiple false negative tests that occurred more than 7 days after completion of the vaccination regimen, and more likely that it represents an unrelated infectious process.

Among 3,410 total cases of suspected but unconfirmed COVID-19 in the overall study population, 1,594 occurred in the vaccine group vs. 1816 in the placebo group. Suspected COVID-19 cases that occurred within 7 days after any vaccination were 409 in the vaccine group vs. 287 in the placebo group. It is possible that the imbalance in suspected COVID-19 cases occurring in the 7 days postvaccination represents vaccine reactogenicity with symptoms that overlap with those of COVID-19. Overall though, these data do not raise a concern that protocol-specified reporting of suspected, but unconfirmed COVID-19 cases could have masked clinically significant adverse events that would not have otherwise been detected.

Subgroup Analyses

There were no specific safety concerns identified in subgroup analyses by age, race, ethnicity, medical comorbidities, or prior SARS-CoV-2 infection, and occurrence of solicited, unsolicited, and serious adverse events in these subgroups were generally consistent with the overall study population.

**Pregnancies**

Female study participants of childbearing potential were screened for pregnancy prior to each vaccination, with a positive test resulting in exclusion or discontinuation from study vaccination. The study is collecting outcomes for all reported pregnancies that occur after vaccination, or before vaccination and not detected by pre-vaccination screening tests. Twenty-three pregnancies were reported through the data cut-off date of November 14, 2020, (12 vaccine, 11 placebo). Study vaccination occurred prior to the last menstrual period (LMP) in 6 participants (4 vaccine, 2 placebo), within 30 days after LMP in 10 participants (4 vaccine, 6 placebo), >30 days after LMP in 2 participants (0 vaccine, 2 placebo), and date of LMP not known in 5

participants (4 vaccine, 1 placebo). Unsolicited AEs related to pregnancy include spontaneous abortion and retained products of conception, both in the placebo group. Pregnancy outcomes are otherwise unknown at this time.

**Clinical laboratory evaluations**

Clinical laboratory tests (hematology, chemistries) were assessed in study BNT162-01 and C4591001 Phase 1. The only common laboratory abnormality reported throughout the studies was transient decreases in lymphocytes 1-3 days after Dose 1, which increased in frequency with increasing dose, were mostly Grade 1-2, generally normalized at the next laboratory assessment 6-8 days after Dose 1 and did not occur after Dose 2. Among C4591001 Phase 1 participants who received the 30-μg dose of BNT162b2, transient decreases in lymphocytes post-Dose 1 occurred in 5 of 12 participants 18-55 years of age and in 4 of 12 participants 65-85 years of age. These transient hematological changes were not associated with clinical symptoms.

**Safety summary**

The information provided by the Sponsor was adequate for review and to make conclusions about the safety of BNT162b2 in the context of the proposed indication and population for intended use under EUA. The number of participants in the Phase 2/3 safety population (N=37,586; 18,801 vaccine,18,785 placebo) meets the expectations described in FDA's Guidance on Development and Licensure of Vaccines to Prevent COVID-19 for efficacy, and the median duration of at least 2 months follow-up after completion of the 2-dose primary vaccination series meets the agency's expectations described in FDA's Guidance on its Emergency Use Authorization for Vaccines to Prevent COVID-19. The all-enrolled population contained more participants >16 years of age, regardless of duration of follow-up (43,448; 21,720 vaccine, 21,728 placebo). The demographic and baseline characteristics of the all-enrolled population and the safety population were similar. Although the overall median duration of follow-up in the all-enrolled population was less than 2 months, because the protocol was amended to include subpopulations such as individuals with HIV and adolescents, the data from both populations altogether provide a comprehensive summary of safety.

Local site reactions and systemic solicited events after vaccination were frequent and mostly mild to moderate. The most common solicited adverse reactions were injection site reactions (84.1%), fatigue (62.9%), headache (55.1%), muscle pain (38.3%), chills (31.9%), joint pain (23.6%), fever (14.2%); severe adverse reactions occurred in 0.0% to 4.6% of participants, were more frequent after Dose 2 than after Dose 1, and were generally less frequent in adults ≥55 years of age (≤2.8%) as compared to younger participants (≤4.6%). Among adverse events of special interest, which could be possibly related to vaccine, lymphadenopathy was reported in 64 participants (0.3%): 54 (0.5%) in the younger (16 to 55 years) age group; 10 (0.1%) in the older (>55 years) age group; and 6 in the placebo group. The average duration of these events was approximately 10 days, with 11 events ongoing at the time of the data cutoff. Bell's palsy was reported by four vaccine participants. From Dose 1 through 1 month after Dose 2, there were three reports of Bell's palsy in the vaccine group and none in the placebo group. This observed frequency of reported Bell's palsy is consistent with the expected background rate in the general population. There were no other notable patterns or numerical imbalances between treatment groups for specific categories of non-serious adverse events (including other neurologic, neuro-inflammatory, and thrombotic events) that would suggest a causal relationship to BNT162b2 vaccine.

Pfizer-BioNTech COVID-19 Vaccine Emergency Use Authorization Review Memorandum

A total of six deaths occurred in the reporting period (2 deaths in the vaccine group, 4 in placebo). In the vaccine group, one participant with baseline obesity and pre-existing atherosclerosis died 3 days after Dose 1, and the other participant experienced cardiac arrest 60 days after Dose 2 and died 3 days later. Of the four deaths in the placebo arm, the cause was unknown for two of them, and the other two participants died from hemorrhagic stroke (n=1) and myocardial infarction (n=1), respectively; three deaths occurred in the older group (>55 years of age). All deaths represent events that occur in the general population of the age groups where they occurred, at a similar rate.

The frequency of non-fatal serious adverse events was low (<0.5%), without meaningful imbalances between study arms. The most common SAEs in the vaccine arm which were numerically higher than in the placebo arm were appendicitis (0.04%), acute myocardial infarction (0.02%), and cerebrovascular accident (0.02%), and in the placebo arm numerically higher than in the vaccine arm were pneumonia (0.03%), atrial fibrillation (0.02%), atrial fibrillation (0.02%) and syncope (0.02%). Appendicitis was the most common SAE in the vaccine arm. There were 12 participants with SAEs of appendicitis; 8 in the BNT162b2 group. Of the 8 total appendicitis cases in the BNT162b2 group, 6 occurred in the younger (16 to 55 years) age group and 2 occurred in the older (>55 years) age group (one of the cases in the older age group was perforated). One of the 6 participants with appendicitis in the younger age group also had a peritoneal abscess. Cases of appendicitis in the vaccine group were not more frequent than expected in the general population.

While not observed in the clinical trials, two anaphylactic reactions in the immediate post-vaccination period have occurred with use of the vaccine in the United Kingdom, in individuals reported to have prior history of anaphylactic reaction. The component(s) of the vaccine that may have triggered these anaphylactic reactions are unknown at this time, and the two individuals were not reported to have known history of allergy to specific components of the vaccine.

### 4.3. Study BNT162-01

**Design**

Study BNT162-01 is an ongoing, first-in-human, Phase 1 dose-level finding study conducted in Germany to evaluate the safety and immunogenicity of several different candidate vaccines, including BNT162b2. Twelve adults 18 to 55 years of age received 30ug BNT162b2.

Secondary and exploratory objectives were specified to describe the immune response, measured by functional antibody titer, antibody binding assay, and cell-mediated immune responses (cytokines associated with Th1 and Th2 responses to assess for the induction of a balanced versus Th1 or Th2 dominant immune response) at baseline and various time points after vaccination, specifically 7 days post Dose 2. Adverse event monitoring was the same as in study C4591001.

**Results**

No SAEs were reported in the BNT162-01 safety database included in the EUA submission, and the safety profile for BNT162b2 in this study was similar to that in the much larger study, C4591001.

Evaluable ELISPOT data were available from 39 participants across dose levels of BNT162b2 (data cutoff date was September 17, 2020). Evaluable intracellular cytokine staining and FACS data were available from 36 participants across dose levels of BNT162b2 (cutoff date was 04 September 2020). Data for serology results for serum neutralizing titers were available for 45 participants across dose levels of BNT162b2 (data cutoff date was September 18, 2020). Most participants who received both doses of BNT162b2 had evidence of SARS-CoV-2 S protein-specific CD4+ (39/39, 100%) and CD8+ (35/39, 89.7%) T cell responses. These T cell responses were directed against different parts of the antigen, including epitopes in the RBD, indicating the induction of multi-epitope responses by BNT162b2. Functionality and polarization of S-specific BNT162b2-induced SARS-CoV-2 T cells were assessed by intracellular accumulation of cytokines IFNγ, IL-2, and IL-4 measured after stimulation with overlapping peptide pools representing the full-length sequence of the whole SARS-CoV-2 S protein. For benchmarking, PBMC fractions from 15 convalescent patients with virologically confirmed COVID-19 were used. The Th1 polarization of the T helper response was characterized by the IFNγ and IL-2 production, and only minor IL-4, production upon antigen-specific (SARS-CoV-2 S protein peptide pools) re-stimulation. The SARS-CoV-2 neutralizing geometric mean titer (GMTs) increased over baseline after Dose 1, with a boost effect after Dose 2 that was most pronounced at the 30 μg dose level.

Thus, the immunogenicity results from Study BNT162-01 showed evidence of antibody-mediated SARS-CoV-2 neutralization and a Th1 polarization in the cell-mediated cellular immune responses in healthy adults 18 to 55 years of age, which supports the final dose selection and prospect of benefit for the enrollment of larger numbers of participants in Study C4591001.

## 5.   FDA Review of Other Information Submitted in Support of the EUA

### 5.1. Sponsor's Plans for Continuing Blinded, Placebo-Controlled Follow-Up

The Sponsor plans to offer vaccination to participants ≥16 years of age who originally received placebo and who become eligible for receipt of BNT162b2 according to local or national recommendations. The Sponsor proposes that these participants will be unblinded upon request and will have the opportunity to receive BNT162b2 as part of the study. The Sponsor also proposes that all placebo recipients ≥16 years of age will be offered BNT162b2 after completing 6 months of follow-up after Dose 2, if they did not request and receive vaccine previously. The participants will provide consent to receive vaccination and to continue follow-up. For these participants, the Sponsor plans a total follow up period of 18 months, with one visit 1-month postvaccination and subsequent phone contacts at 1, 6, and 18 months postvaccination. Safety and efficacy monitoring during this period will include collection of AEs, SAEs, and screening and diagnosing COVID-19 cases.

### 5.2. Pharmacovigilance Activities

Pfizer submitted a Pharmacovigilance Plan (PVP) to monitor safety concerns that could be associated with Pfizer-BioNTech COVID-19 Vaccine. The Sponsor identified vaccine-associated enhanced disease including vaccine-associated enhanced respiratory disease as an important potential risk.  Use in pregnancy and lactation and vaccine effectiveness are areas the Sponsor identified as missing information.  In addition to the safety concerns specified by the Sponsor, FDA requested that the Sponsor update their PVP to include anaphylaxis (including anaphylactic reactions) as an important potential risk and missing information in pediatric

Pfizer-BioNTech COVID-19 Vaccine Emergency Use Authorization Review Memorandum

participants less than 16 years of age. Division of Epidemiology recommendations are as follows:

- Mandatory reporting by the Sponsor of the following events to Vaccine Adverse Event Reporting System (VAERS) within 15 days:
  - Vaccine administration errors whether or not associated with an adverse event
  - Serious adverse events (irrespective of attribution to vaccination)
  - Cases of Multisystem Inflammatory Syndrome in children and adults
  - Cases of COVID-19 that result in hospitalization or death

- The Sponsor will conduct periodic aggregate review of safety data and submit periodic safety reports at monthly intervals. Each periodic safety report is required to contain descriptive information which includes:
  - A narrative summary and analysis of adverse events submitted during the reporting interval, including interval and cumulative counts by age groups, special populations (e.g., pregnant women), and adverse events of special interest (AESIs)
  - Newly identified safety concerns in the interval
  - Actions taken since the last report because of adverse experiences (for example, changes made to Vaccination Provider fact sheets, changes made to studies or studies initiated)

- Pfizer, Inc. will conduct post-authorization observational studies to evaluate the association between Pfizer-BioNTech COVID-19 Vaccine and a pre-specified list of AESIs, along with deaths and hospitalizations, and severe COVID-19. The study population should include individuals administered the authorized Pfizer-BioNTech COVID-19 Vaccine under this EUA in the general US population (16 years of age and older), populations of interest such as healthcare workers, pregnant women, immunocompromised individuals, and subpopulations with specific comorbidities. The study should be conducted in large scale databases with an active comparator. Pfizer, Inc. will provide protocols and status update reports to the IND 19736 with agreed-upon study designs and milestone dates. The Sponsor has proposed the following three planned active surveillance studies:
  - Study Protocol Number C4591008. The Sponsor proposes to survey 20,000 U.S. health care workers enrolled in the COVID-19 HERO registry about AESI, and other clinically significant events of interest after vaccination with the Pfizer-BioNTech COVID-19 Vaccine. Incidence rates of these events in this cohort will be compared to expected rates. The respondents will receive follow-up surveys for a 30-month period.
  - Study Protocol Number C4591011. This study is an active safety surveillance evaluation conducted within the Department of Defense Health System Databases using data derived from electronic health records and medical service claims among covered U.S. military and their families. Rates of safety events of interest in vaccinated subjects will be compared to unvaccinated comparators. The study will be conducted for 30 months.
  - Study Protocol Number C4591012. This study is an active surveillance study for AESIs and other clinically significant events associated with the Pfizer-BioNTech COVID-19 Vaccine using the Veteran's Health Administration electronic medical record database. Vaccinated subjects will be compared to unvaccinated subjects or to recipients of seasonal influenza vaccine. The study will be conducted for 30 months.

Of note, the Sponsor will submit plans for a clinical study to assess safety and immunogenicity in pregnant women and has proposed active surveillance studies designed to monitor vaccination during pregnancy within populations expected to receive the vaccine under EUA.

- Mandatory reporting by vaccination providers to VAERS for the following events:
  - Vaccine administration errors whether or not associated with an adverse event
  - Serious adverse events (irrespective of attribution to vaccination)
  - Cases of Multisystem Inflammatory Syndrome in children and adults
  - Cases of COVID-19 that result in hospitalization or death

- Active surveillance of vaccine recipients via the v-safe program. V-safe is a new smartphone-based opt-in program that uses text messaging and web surveys from CDC to check in with vaccine recipients for health problems following COVID-19 vaccination. The system also will provide telephone follow-up to anyone who reports medically significant (important) adverse events. Responses indicating missed work, inability to do normal daily activities, or that the recipient received care from a doctor or other healthcare professional will trigger the VAERS Call Center to reach out to the participant and collect information for a VAERS report, if appropriate.

## 5.3. Non-Clinical Studies

### Toxicology studies

To support their EUA request, Pfizer submitted the following general toxicology studies:

- Repeat-dose toxicity study of three LNP-formulated RNA platforms encoding for viral proteins by repeated intramuscular administration to Wistar Han rats. Study number: 38166. Reviewed under IND 19736 amendments 0 and 32.

- 17-day intramuscular toxicity study of BNT162B2 (V9) and BNT162B3C In Wistar Han rats with a 3-week recovery. Study number: 20GR142. Reviewed under IND 19736 amendment 141.

Based on nonclinical toxicity assessments, there are no significant safety issues to report. The following DART study is still in progress and will be reviewed when submitted: Combined Fertility and Developmental Study (Including Teratogenicity and Postnatal Investigations) of BNT162b1, BNT162b2 and BNT162b3 by the Intramuscular Route in the Wistar Rat.

### Other non-clinical studies

Several nonclinical studies in mice and rhesus macaques were conducted to support the safety and efficacy of BNT162b2. BNT162b2 was highly immunogenic in mice with strong antigen-binding IgG and high titer neutralizing antibody responses together with a Th1-phenotype CD4+ response, as well as an IFNγ+, IL-2+, CD8+ T-cell response, after a single immunization. BNT162b2 was also assessed for immunogenicity and for protection against an infectious SARS-CoV-2 challenge in rhesus macaques. Rhesus macaques immunized intramuscularly had readily detectable S1-binding IgG and SARS-CoV-2 neutralizing titers ($NT_{50}$) as early as 14 days after a single immunization, with substantial increases following the second immunization. Animals were challenged with $1.05 \times 10^6$ plaque forming units of SARS-CoV-2 (strain USA-

WA1/2020) and there was a significant decrease in viral RNA detection in bronchoalveolar lavage fluid in the BNT162b2-immunized macaques as compared with the control-immunized rhesus macaques. Further, there was no radiographic evidence of vaccine-elicited enhanced disease in immunized animals. Based on current hypotheses regarding the etiology of vaccine-associated enhanced disease, the provided data are reassuring due to: (1) the robust induction of functional (i.e., neutralizing) antibodies in mice and rhesus macaques; (2) the Th1 bias in T cell responses; and (3) the lack of disease in vaccinated rhesus macaques challenged with SARS-CoV-2.

## 5.4. Chemistry, Manufacturing, and Control (CMC) Information

The manufacturing process for the BNT162b2 drug substance (DS) consists of two major steps: (b) (4)                                                    . The BNT162b2 drug product (DP) is manufactured by mixing the modRNA DS with lipids during lipid particle (LNP) formulation followed by fill/finish. To support the EUA request, in-process, release, and characterization data for a minimum of three process performance qualification (PPQ) DS batches for each DS manufacturing facility were provided. Certificates of Analysis (CoAs) for a minimum of three GMP commercial-scale DP lots from each DP manufacturing node were requested from the Sponsor to demonstrate DP process performance and consistency. DP data from four manufacturing nodes were available during the EUA review. In addition, to support vaccine supply and availability, data from two additional nodes will be submitted to the EUA between December 17 and December 23, 2020. Once authorized, the Sponsor will submit the CoAs of DP lots to be distributed under EUA for review at least 48 hours prior to lot distribution.

The DS manufacturing process underwent changes during vaccine development. (b) (4)

    A comprehensive analytical comparability assessment has been performed and the submitted data support the comparability of (b) (4)    with (b) (4)    for the manufacture of BNT162b2 DS. (b) (4)

                                    For DP, the manufacturing process was changed from a Classical process to an Upscale process involving an increase in batch size (capable of accommodating larger RNA input) to meet commercial need. A comparison of available DP batch release data and an in-depth analytical comparability assessment between six representative Classical process DP batches and one Upscale process DP batch support the use of the Upscale process for DP manufacture under emergency use. A more comprehensive comparability assessment encompassing additional lots from multiple DP manufacturing nodes is ongoing and the results will be provided to the EUA upon completion of the study.

Stability studies have been designed to support the use of vaccine under the EUA. All available stability data generated using the BNT162b2 DS and DP lots support the emergency deployment of the Pfizer-BioNTech COVID-19 Vaccine. All stability studies of the DS and DP lots are ongoing and will continue to be monitored. Data will be submitted to the EUA as they become available.

The analytical procedures developed and used for the release and stability monitoring of BNT162b2 DS and DP include tests to ensure their identity, purity, quality, and potency. The assays are appropriate and acceptable to be used for the control of DS/DP quality. All analytical procedures used for the release of emergency supply DS and DP have been adequately

Pfizer-BioNTech COVID-19 Vaccine Emergency Use Authorization Review Memorandum

qualified. The summaries of the qualification results demonstrate precision, accuracy, sensitivity, specificity, and reproducibility for each evaluated analytical assay, indicating that they are suitable for the intended use.

The manufacture of the Pfizer-BioNTech COVID-19 Vaccine is performed at a number of facilities.  For each of these facilities, FDA requested and reviewed information on equipment, facilities, quality systems and controls, container closure systems as well as other information as per the guidance, "Emergency Use Authorization for Vaccines to Prevent COVID-19, October 2020", to ensure that there is adequate control of the manufacturing processes and facilities.

In particular, the following information was assessed:

- Facilities appear to be adequately designed and maintained and manufacturing process, personnel, air direction and waste flow are suitable for manufacturing.
- Multiple product manufacturing areas and equipment used to manufacture the COVID-19 vaccine were assessed and cleaning and changeover procedures were evaluated and appear adequate.  Cross-contamination controls appear suitable to mitigate risk of cross contamination.
- The successful qualification of critical equipment for drug substance and drug product manufacturing was verified.
- Aseptic process information and validation studies were assessed and appear acceptable.
- Drug product solution sterilization by filtration was reviewed and appears acceptable.
- Sterilization and depyrogenation of pertinent equipment and materials, including container/closure components, description and validation studies appear acceptable.
- Utilities qualification studies including HVAC systems, appear adequate.  Air cleanliness of the manufacturing cleanrooms were adequately controlled and maintained.
- Container/closure integrity studies to ensure sterility of drug product in the final container were conducted and appear adequate.

FDA also reviewed the inspectional histories of each facility in addition to all available information to ascertain whether each facility meets current good manufacturing practice requirements. We find that all the facilities are adequate to support the use of the Pfizer-BioNTech COVID-19 Vaccine under an Emergency Use Authorization.

## 5.5. Clinical Assay Information

Two clinical diagnostic assays (Cepheid Xpert Xpress RT-PCR assay for the detection of SARS-CoV-2 in clinical specimens and Roche Elecsys Anti-SARS-CoV-2 assay for the evaluation of serostatus to SARS-CoV-2) were used to assess clinical endpoints. Both assays have received FDA authorization under EUA. The Cepheid Xpert Xpress RT-PCR assay is used to assess viral infection of the subjects before vaccination and to confirm COVID-19 cases during study follow-up. The Roche Elecsys Anti-SARS-CoV-2 assay is used to assess serostatus of the subjects before vaccination. Data were submitted to support the suitability of both the Cepheid Xpert Xpress assay and the Roche Elecsys Anti-SARS-CoV-2 assay for their intended use in Phase 2/3 clinical studies when performed at Pfizer's testing facility (Pfizer Vaccine Research and Development; Pearl River, NY).

48

### 5.6. Inspections of Clinical Study Sites

Bioresearch Monitoring (BIMO) inspections were conducted at six domestic clinical investigator sites participating in the conduct of study protocol C4591001. Based on the preliminary review of the inspection reports, the inspections did not reveal problems impacting the data submitted in support of this EUA.

### 5.7. EUA Prescribing Information and Fact Sheets

The Prescribing Information, Fact Sheet for Health Care Providers, Fact Sheet for Recipients were reviewed, and suggested revisions sent to the sponsor. The revised Fact Sheets are accurate, not misleading, and appropriate for the proposed use of the product under EUA.

### 6.   Benefit/Risk Assessment in the Context of Proposed Indication and Use Under EUA

### 6.1. Known Benefits

The known benefits among recipients of the proposed vaccine relative to placebo are:

- Reduction in the risk of confirmed COVID-19 occurring at least 7 days after Dose 2
- Reduction in the risk of confirmed COVID-19 after Dose 1 and before Dose 2
- Reduction in the risk of confirmed severe COVID-19 any time after Dose 1

The protocol-specified 2-dose vaccination regimen was highly effective in preventing PCR-confirmed COVID-19 occurring at least 7 days after completion of the vaccination regimen. Additional primary efficacy analyses in the all-available efficacy population, including participants who had protocol violations, showed consistency with outcomes in the primary analysis population. Efficacy findings were also consistent across various subgroups, including racial and ethnic minorities, participants aged 65 years and older, and those with one or more of the following conditions: obesity, diabetes, hypertension, and chronic cardiopulmonary diseases.

Among participants with no evidence of COVID-19 prior to vaccination, the vaccine was effective in reducing the risk of COVID-19 and severe COVID-19 after Dose 1. Fewer severe cases were also observed in the vaccine recipients relative to recipients of placebo during the follow up period after Dose 1. The findings post Dose 1, from a post-hoc analysis, cannot be the basis to assess the potential efficacy of the vaccine when administered as a single dose because the period of observation is limited by the fact that most participants received a second dose three weeks after the first one.

### 6.2. Unknown Benefits/Data Gaps

**Duration of protection**

As the interim and final analyses have a limited length of follow-up, it is not possible to assess sustained efficacy over a period longer than 2 months.

**Effectiveness in certain populations at high-risk of severe COVID-19**

Although the proportion of participants at high risk of severe COVID-19 is adequate for the overall evaluation of safety in the available follow-up period, the subset of certain groups such

Pfizer-BioNTech COVID-19 Vaccine Emergency Use Authorization Review Memorandum

as immunocompromised individuals (e.g., those with HIV/AIDS) is too small to evaluate efficacy outcomes.

### Effectiveness in individuals previously infected with SARS-CoV-2

The primary endpoint was evaluated in individuals without prior evidence of COVID-19 disease, and very few cases of confirmed COVID-19 occurred among participants with evidence of infection prior to vaccination. Therefore, available data are insufficient to make conclusions about benefit in individuals with prior SARS-CoV-2 infection. However, available data, while limited, do suggest that previously infected individuals can be at risk of COVID-19 (i.e., reinfection).

### Effectiveness in pediatric populations

The representation of pediatric participants in the study population is too limited to adequately evaluate efficacy in pediatric age groups younger than 16 years. No efficacy data are available from participants ages 15 years and younger. Although adolescents 16 to 17 years of age were included in the overall efficacy analysis, only one confirmed COVID-19 case was reported in this age group. However, it is biologically reasonable to extrapolate that effectiveness in ages 16 to 17 years would be similar to effectiveness in younger adults. Efficacy surveillance continued beyond November 14, 2020, and the Sponsor has represented that additional data will be provided in a BLA.

### Future vaccine effectiveness as influenced by characteristics of the pandemic, changes in the virus, and/or potential effects of co-infections

The study enrollment and follow-up occurred during the period of July 27 to November 14, 2020, in various geographical locations. The evolution of the pandemic characteristics, such as increased attack rates, increased exposure of subpopulations, as well as potential changes in the virus infectivity, antigenically significant mutations to the S protein, and/or the effect of co-infections may potentially limit the generalizability of the efficacy conclusions over time. Continued evaluation of vaccine effectiveness following issuance of an EUA and/or licensure will be critical to address these uncertainties.

### Vaccine effectiveness against asymptomatic infection

Data are limited to assess the effect of the vaccine against asymptomatic infection as measured by detection of the virus and/or detection of antibodies against non-vaccine antigens that would indicate infection rather than an immune response induced by the vaccine. Additional evaluations will be needed to assess the effect of the vaccine in preventing asymptomatic infection, including data from clinical trials and from the vaccine's use post-authorization.

### Vaccine effectiveness against long-term effects of COVID-19 disease

COVID-19 disease may have long-term effects on certain organs, and at present it is not possible to assess whether the vaccine will have an impact on specific long-term sequelae of COVID-19 disease in individuals who are infected despite vaccination. Demonstrated high efficacy against symptomatic COVID-19 should translate to overall prevention of COVID-19-related sequelae in vaccinated populations, though it is possible that asymptomatic infections may not be prevented as effectively as symptomatic infections and may be associated with sequelae that are either late-onset or undetected at the time of infection (e.g., myocarditis). Additional evaluations will be needed to assess the effect of the vaccine in preventing long-term

effects of COVID-19, including data from clinical trials and from the vaccine's use post-authorization.

**Vaccine effectiveness against mortality**

A larger number of individuals at high risk of COVID-19 and higher attack rates would be needed to confirm efficacy of the vaccine against mortality. However, non-COVID vaccines (e.g., influenza) that are efficacious against disease have also been shown to prevent disease-associated death.[12-15] Benefits in preventing death should be evaluated in large observational studies following authorization.

**Vaccine effectiveness against transmission of SARS-CoV-2**

Data are limited to assess the effect of the vaccine against transmission of SARS-CoV-2 from individuals who are infected despite vaccination. Demonstrated high efficacy against symptomatic COVID-19 may translate to overall prevention of transmission in populations with high enough vaccine uptake, though it is possible that if efficacy against asymptomatic infection were lower than efficacy against symptomatic infection, asymptomatic cases in combination with reduced mask-wearing and social distancing could result in significant continued transmission. Additional evaluations including data from clinical trials and from vaccine use post-authorization will be needed to assess the effect of the vaccine in preventing virus shedding and transmission, in particular in individuals with asymptomatic infection.

## 6.3. Known Risks

The vaccine has been shown to elicit increased local and systemic adverse reactions as compared to those in the placebo arm, usually lasting a few days. The most common solicited adverse reactions were injection site reactions (84.1%), fatigue (62.9%), headache (55.1%), muscle pain (38.3%), chills (31.9%), joint pain (23.6%), fever (14.2%). Adverse reactions characterized as reactogenicity were generally mild to moderate. The number of subjects reporting hypersensitivity-related adverse events was numerically higher in the vaccine group compared with the placebo group (137 [0.63%] vs. 111 [0.51%]). Severe adverse reactions occurred in 0.0-4.6% of participants, were more frequent after Dose 2 than after Dose 1 and were generally less frequent in older adults (>55 years of age) ($\leq$2.8%) as compared to younger participants (≤4.6%). Among reported unsolicited adverse events, lymphadenopathy occurred much more frequently in the vaccine group than the placebo group and is plausibly related to vaccination.

Serious adverse events, while uncommon (<1.0%), represented medical events that occur in the general population at similar frequency as observed in the study. Three SAEs in the BNT162b2 group were considered related by the investigator, but not the Sponsor, as related to study vaccination: shoulder injury (n=1), ventricular arrhythmia in a participant with known cardiac conditions (n=1), and lymphadenopathy temporally related following vaccination (n=1). We considered two of the events as possibly related to vaccine: the shoulder injury possibly due to vaccine administration or the vaccine itself and lymphadenopathy. Lymphadenopathy was temporally associated and biologically plausible.

No specific safety concerns were identified in subgroup analyses by age, race, ethnicity, medical comorbidities, or prior SARS-CoV-2 infection. Although participants 16 to 17 years of age were enrolled in the Phase 3 trial, safety data for this age group is limited. However, available data are consistent with the safety profile in the adult population, and it is biologically

reasonable to extrapolate the greater safety experience in adults, in particular younger adults, to the oldest pediatric age group of 16 to 17 years.

While not observed in the clinical trials, two anaphylactic reactions in the immediate post-vaccination period have occurred with use of the vaccine in the United Kingdom, in individuals reported to have prior history of anaphylactic reaction. The component(s) of the vaccine that may have triggered these anaphylactic reactions are unknown at this time, and the two individuals were not reported to have known history of allergy to specific components of the vaccine. Risk of allergic reactions, including the potential for severe allergic reactions and the need for vaccine providers to be able to manage them should they occur and a contraindication for use in individuals with known allergy to any component of the vaccine, are described in the vaccine Fact Sheets and Prescribing Information. Additionally, risk of anaphylaxis will be further evaluated as part of the pharmacovigilance plan for the vaccine.

### 6.4. Unknown Risks/Data Gaps

### Safety in certain subpopulations

There are currently insufficient data to make conclusions about the safety of the vaccine in subpopulations such as children less than 16 years of age, pregnant and lactating individuals, and immunocompromised individuals.

### Adverse reactions that are very uncommon or that require longer follow-up to be detected

Following authorization of the vaccine, use in large numbers of individuals may reveal additional, potentially less frequent and/or more serious adverse events not detected in the trial safety population of nearly 44,000 participants over the period of follow up at this time. Active and passive safety surveillance will continue during the post authorization period to detect new safety signals.

A numerically greater number of appendicitis cases occurred in the vaccine group but occurred no more frequently than expected in the given age groups and do not raise a clear concern at this time for a causal relationship to study vaccination. Although the safety database revealed an imbalance of cases of Bell's palsy (4 in the vaccine group and none in the placebo group), causal relationship is less certain because the number of cases was small and not more frequent than expected in the general population. Further signal detection efforts for these adverse events will be informative with more widespread use of the vaccine.

### Vaccine-enhanced disease

Available data do not indicate a risk of vaccine-enhanced disease, and conversely suggest effectiveness against severe disease within the available follow-up period. However, risk of vaccine-enhanced disease over time, potentially associated with waning immunity, remains unknown and needs to be evaluated further in ongoing clinical trials and in observational studies that could be conducted following authorization and/or licensure.

### 7. VRBPAC Meeting Summary

The Vaccines and Related Biological Products Advisory Committee (VRBPAC) convened on December 10, 2020, to discuss Pfizer's EUA request. The meeting agenda included: an overview by FDA on EUA and considerations specific to COVID-19 vaccines; updates from

Pfizer-BioNTech COVID-19 Vaccine Emergency Use Authorization Review Memorandum

CDC on COVID-19 epidemiology, plans for further evaluation of vaccine safety and effectiveness monitoring during use under an EUA, and operational distribution plans; a presentation on conduct of placebo-controlled studies in the event that a vaccine becomes available under EUA; a public comment period; presentations of data from studies of the Pfizer-BioNTech COVID-19 Vaccine by representatives of Pfizer, an FDA presentation of its independent review of the data submitted in support of the EUA request, and a discussion and vote by the VRBPAC.

The VRBPAC was asked to discuss the following points, with no vote:

- Pfizer has proposed a plan for continuation of blinded, placebo-controlled follow-up in ongoing trials if the vaccine were made available under EUA. Please discuss Pfizer's plan, including how loss of blinded, placebo-controlled follow-up in ongoing trials should be addressed.
- Please discuss any gaps in plans described today and in the briefing documents for further evaluation of vaccine safety and effectiveness in populations who receive the Pfizer-BioNTech Vaccine under an EUA.

The committee discussed potential implications of loss of blinded, placebo-controlled follow-up in ongoing trials including how this may impact availability of safety data to support a biologics license application.  Some pointed out the importance of long-term safety data for the Pfizer-BioNTech COVID-19 Vaccine as it is made using a technology not used in previously licensed vaccines.  In response to the question whether the ongoing Phase 3 study would still be sufficiently powered if eligible placebo recipients would be vaccinated, Pfizer asserted that even with an anticipated loss of placebo-controlled follow-up of 20%, the study would maintain adequate statistical power and would be positioned to accrue additional data on vaccine efficacy, including efficacy against severe disease, as well as safety, although unblinding of the study would reduce interpretability of results.  It was pointed out that non-random loss of placebo recipients from the study, as would be expected when unblinded placebo recipients would receive vaccination based on Advisory Committee on Immunization Practices (ACIP) recommendations, would further reduce interpretability of results. There was also discussion of a blinded trial design proposed by Dean Follman, Ph.D. of NIH in which duration of efficacy would be compared in clinical trial participants originally vaccinated with the vaccine to those later administered the vaccine as part of a planned cross-over. Pfizer stated that this design was considered but would present logistical challenges including the need for reconsenting subjects and additional study visits.

The lack of data on how the vaccine impacts asymptomatic infection and viral shedding was also pointed out and that this should be addressed prior to study unblinding.  Other committee members were concerned about limited data available in certain subpopulations such as HIV-infected individuals, individuals with prior exposure to SARS-CoV-2 and certain demographic groups.

The committee inquired about information regarding anaphylactoid reactions occurring in 2 individuals vaccinated with the Pfizer-BioNTech vaccine in the UK. Pfizer briefly summarized the available information, i.e., the two cases of anaphylactoid reactions were in individuals with a strong past history of allergic reactions both of whom carried an epinephrine auto injector. These individuals developed symptoms of anaphylactoid reaction shortly after receiving the vaccine. Both recovered after appropriate treatment. FDA referred to its analysis of safety data derived from the ongoing pivotal trial that excluded subjects with allergic reactions to previous vaccine administrations but did not exclude subjects with non-vaccine related allergies. A slight

Pfizer-BioNTech COVID-19 Vaccine Emergency Use Authorization Review Memorandum

numerical imbalance of adverse events potentially representing allergic reactions, with more participants reporting hypersensitivity-related adverse events in the vaccine group compared with the placebo group (137 vs. 111). None of these were considered to be serious, and none of these events occurred in the immediate post-vaccination period.  FDA noted that the fact sheet and prescribing information for Pfizer-BioNTech COVID-19 vaccine will include information under the contraindications section that the vaccine should not be administered to individuals with known history of a severe allergic reaction to any component of the vaccine.  Under the warning section, there will be a statement that appropriate medical treatment used to manage immediate allergic reactions must be immediately available in the event an acute anaphylactic reaction occurs following administration of Pfizer-BioNTech COVID-19 Vaccine.

Following this discussion, the VRBPAC was asked to vote on whether, based on the totality of scientific evidence available, the benefits of the Pfizer-BioNTech COVID-19 Vaccine outweigh its risks for use in individuals 16 years of age and older.

In reference to the voting question, and prior to the committee members casting their votes committee members asked FDA's perspective on use of the vaccine in pregnancy.  FDA explained that data from the preclinical developmental and reproductive toxicity study for this product are expected soon. Even though there are insufficient data to inform vaccine-associated risks in pregnancy, there are also no data warranting a contraindication.  Some committee members expressed concerns about including adolescents 16 and 17 years of age in the indication for the vaccine because of the limited amount of safety and efficacy data available in this population.  Other committee members encouraged authorization of the vaccine under EUA in adolescents because this would support initiating pediatric clinical trials and because benefits would be expected to outweigh any theoretical risks in this population. Inclusion of vaccines against COVID-19 in the pediatric vaccination schedule will ultimately likely be needed to increase the uptake of the vaccine and to reach herd immunity. Pfizer is planning studies in pediatric subjects using an age-stratified step-down approach.  Some committee members raised concerns about the small number of severe COVID-19 cases and limited conclusions about the prevention of severe disease based on the study endpoints.  FDA pointed out that vaccine development has a long history and that FDA is not aware of an example of any vaccine that is effective against mild disease that is not also effective against severe disease and that even though limited, data for Pfizer-BioNTech COVID-19 Vaccine suggest efficacy against severe disease.

The results of the vote were as follows: Yes = 17, No = 4, Abstain = 1. Thus, the committee voted in favor of a determination that based on the totality of scientific evidence available, the benefits of the Pfizer-BioNTech COVID-19 Vaccine outweigh its risks for use in individuals 16 years of age and older.

## 8.   Overall Summary and Recommendation

Following review of information submitted in support of the EUA request and considering VRBPAC recommendations from the December 10, 2020 meeting, the review team concludes that:

- As summarized in Section 2 of this review, the chemical, biological, radiological, or nuclear (CBRN) agent referred to in the March 27, 2020 EUA declaration by the Secretary of HHS (SARS-CoV-2) can cause a serious or life-threatening disease or condition.

Pfizer-BioNTech COVID-19 Vaccine Emergency Use Authorization Review Memorandum

- Based on the totality of scientific evidence available, including data from adequate and well-controlled trials described in Section 4 of this review, it is reasonable to believe that the Pfizer-BioNTech COVID-19 vaccine (BNT162b2) may be effective in preventing such serious or life-threatening disease or condition that can be caused by SARS-CoV-2. In the planned final primary efficacy analysis of an ongoing randomized, blinded, placebo-controlled Phase 1/2/3 clinical trial, vaccine efficacy after 7 days post Dose 2 was 95%, (95% CI 90.3; 97.6) in participants without prior evidence of SARS-CoV-2 infection and >94% in the larger group of participants with or without prior infection. Efficacy outcomes were consistently robust (≥93%) across demographic subgroups. Secondary and post-hoc efficacy analyses also suggested efficacy against severe COVID-19, efficacy against COVID-19 in the time period between Dose 1 and Dose 2, and against COVID-19 in subjects with evidence of SARS-CoV-2 vaccination prior to vaccination.

- Based on the data summarized in Sections 4 and 5 of this review and assessment of benefits and risks in Section 6 of this review, the known and potential benefits of the vaccine outweigh the known and potential risks of the vaccine when used for active immunization to prevent COVID-19 caused by SARS-CoV-2 in individuals 16 years of age and older. Known benefits include reduction in the risk of confirmed COVID-19 occurring at least 7 days after Dose 2, reduction in the risk of confirmed COVID-19 after Dose 1 and before Dose 2, and reduction in the risk of confirmed severe COVID-19 any time after Dose 1. Potential benefits that could be further evaluated but are not necessary to support an EUA include prevention of COVID-19 in individuals with previous SARS-CoV-2 infection, prevention of mortality and long-term complications of COVID-19, reduction in asymptomatic SARS-CoV-2 infection and reduction of SARS-CoV-2 transmission. Known risks include common local and systemic adverse reactions (notably injection site reactions, headache, fever, chills, myalgia, and fatigue, all of which are usually mild to moderate and lasting a few days, with higher frequency in younger vaccine recipients compared with older vaccine recipients) and less commonly lymphadenopathy and allergic reactions. Potential risks that should be further evaluated include uncommon to rare clinically significant adverse reactions that may become apparent with more widespread use of the vaccine and with longer duration of follow-up (including further evaluation of risk of Bell's palsy and allergic reactions following vaccination), risks associated with vaccination of specific populations such as children younger than 16 years of age and pregnant and breastfeeding women, and whether vaccine-enhanced disease could occur with waning of immunity.

- As summarized in Section 2 of this review, there is no adequate, approved, and available alternative to the product to prevent COVID-19 caused by SARS-CoV-2 in individuals 16 years of age and older.

The review team therefore recommends issuance of an EUA for use of the Pfizer-BioNTech COVID-19 Vaccine for active immunization to prevent COVID-19 caused by SARS-CoV-2 in individuals 16 years of age and older.

Pfizer-BioNTech COVID-19 Vaccine Emergency Use Authorization Review Memorandum

## 9.   References

1.   Zhu N, Zhang D, Wang W, et al. A Novel Coronavirus from Patients with Pneumonia in China, 2019. *The New England journal of medicine.* 2020;382(8):727-733.
2.   Coronaviridae Study Group of the International Committee on Taxonomy of V. The species Severe acute respiratory syndrome-related coronavirus: classifying 2019-nCoV and naming it SARS-CoV-2.
3.   Lu R, Zhao X, Li J, et al. Genomic characterisation and epidemiology of 2019 novel coronavirus: implications for virus origins and receptor binding. *Lancet (London, England).* 2020;395(10224):565-574.
4.   Hoffmann M, Kleine-Weber H, Schroeder S, et al. SARS-CoV-2 Cell Entry Depends on ACE2 and TMPRSS2 and Is Blocked by a Clinically Proven Protease Inhibitor. *Cell.* 2020;181(2):271-280.e278.
5.   Federal Food, Drug and Cosmetic Act, 21 U.S.C. § 360bbb–3 and 360bbb-3b. (2011).
6.   FDA. Guidance for Industry: Development and Licensure of Vaccines to Prevent COVID-19. June 2020. https://www.fda.gov/regulatory-information/search-fda-guidance-documents/development-and-licensure-vaccines-prevent-covid-19.
7.   National Vaccine Injury Compensation Program. Vaccine Injury Table, Revised and Effective March 21, 2017. https://www.hrsa.gov/sites/default/files/hrsa/vaccine-compensation/vaccine-injury-table.pdf.
8.   International Coalition of Medicines Regulatory Authorities. Statement on continuation of vaccine trials. http://www.icmra.info/drupal/en/covid-19/statement_on_continuation_of_vaccine_trials. 2020.
9.   Krause PR, Fleming TR, Longini IM, et al. Placebo-Controlled Trials of Covid-19 Vaccines - Why We Still Need Them. *The New England journal of medicine.* 2020.
10.   Wendler D, Ochoa J, Millum J, Grady C, Taylor HA. COVID-19 vaccine trial ethics once we have efficacious vaccines. *Science.* 2020:eabf5084.
11.   Roush SW, Murphy TV, Vaccine-Preventable Disease Table Working Group, the. Historical Comparisons of Morbidity and Mortality for Vaccine-Preventable Diseases in the United States. *JAMA.* 2007;298(18):2155-2163.
12.   Verhees RAF, Dondorp W, Thijs C, Dinant GJ, Knottnerus JA. Influenza vaccination in the elderly: Is a trial on mortality ethically acceptable? *Vaccine.* 2018;36(21):2991-2997.
13.   Flannery B, Reynolds SB, Blanton L, et al. Influenza Vaccine Effectiveness Against Pediatric Deaths: 2010–2014. 2017;139(5):e20164244.
14.   Rolfes MA, Flannery B, Chung JR, et al. Effects of Influenza Vaccination in the United States During the 2017-2018 Influenza Season. *Clinical infectious diseases : an official publication of the Infectious Diseases Society of America.* 2019;69(11):1845-1853.

56

Pfizer-BioNTech COVID-19 Vaccine Emergency Use Authorization Review Memorandum

## 10.  Appendix A. Charlson Comorbidity Index

This index is based on a list of 19 conditions identified from diagnoses in hospital and physician data. Each condition is assigned a weight from 1 to 6. The index score is the sum of the weights for all identified conditions (Charlson et al., 1987). An index score of 0 indicates no comorbid conditions, while higher scores indicate a greater level of comorbidity.

Charlson Index Diagnoses: Cancer, Chronic Pulmonary Disease, Diabetes without Complications, Congestive Heart Failure, Cerebrovascular Disease, Dementia, Renal Disease, Peripheral Vascular Disease, Myocardial Infarction, Diabetes with Complications, Paraplegia and Hemiplegia, Connective Tissue Disease-Rheumatic Disease, Peptic Ulcer Disease, Mild Liver Disease, Metastatic Carcinoma, Moderate or Severe Liver Disease, /AIDS.

Reference: Charlson ME, Pompei P, Ales KL, et al. A new method of classifying prognostic comorbidity in longitudinal studies: development and validation. J Chronic Dis. 1987; 40(5):373–383. [PubMed: 3558716]

**EXHIBIT C**

**Emergency Use Authorization (EUA) for an Unapproved Product**
**Review Memorandum**

## Identifying Information

| | |
|---|---|
| Application Type | EUA (Event-driven EUA request) |
| Application Number | 27073 |
| Sponsor | ModernaTX, Inc. |
| Submission Date | November 30, 2020 |
| Receipt Date | November 30, 2020 |
| Signatory Authority | Marion F. Gruber, Ph.D., Director, CBER/OVRR |
| Principal Discipline Reviewers from the Review Team | Sudhakar Agnihothram, Ph.D., Chair, OVRR/DVRPA; Goutam Sen, Ph.D., Regulatory Project Manager, OVRR/DVRPA; Rachel Zhang, M.D., Clinical reviewer, OVRR/DVRPA; Ching-Long Sun, Ph.D., Toxicology reviewer, OVRR/DVRPA; Ye Yang, Ph.D., Biostatistics reviewer, OBE/DB; Alena Dabrazhynetskaya Ph.D., CMC/Product reviewer, OVRR/DVP; Li-Sheng Fowler Ph.D., CMC/Product reviewer, OVRR/DVP; Obinna Echeozo MPH, MBA, CMC/Facility reviewer; OCBQ/DMPQ; Ekaterina Allen Ph.D., CMC/Facility reviewer; OCBQ/DMPQ; Timothy Martin Ph.D., CMC/Facility reviewer; OCBQ/DMPQ; Jane Baumblatt M.D., Pharmacovigilance reviewer, OBE/DE; Daphne Stewart, Labeling reviewer, OVRR/DVRPA; Brenda Baldwin Ph.D., Data Integrity reviewer, OVRR/DVRPA; Christine Drabick M.S, BIMO reviewer, OCBQ/DIS/BMB; Oluchi Elekwachi, Pharm.D., MPH, Labeling reviewer, OCBQ/DCM/APLB |
| Review Completion Date | December 18, 2020 |
| Established Name/Other names used during development | Moderna COVID-19 Vaccine/mRNA-1273 |
| Dosage Forms/Strengths and Route of Administration | A 0.5 mL Suspension for intramuscular injection |
| Intended Use for EUA | Active immunization to prevent coronavirus disease 2019 (COVID-19) caused by Severe Acute Respiratory Syndrome Coronavirus 2 (SARS-CoV-2) |
| Intended Population | Individuals 18 years of age and older |

**Table of Contents**

List of Tables.........................................................................................................3

List of Figures.......................................................................................................4

Glossary...............................................................................................................5

1. Executive Summary..........................................................................................6

2. Background.......................................................................................................8

   2.1 SARS-CoV-2 Pandemic...............................................................................8

   2.2 Alternatives for Prevention of COVID-19.....................................................9

   2.3 EUA Request for the Moderna COVID-19 Vaccine mRNA-1273.....................9

   2.4 U.S. Requirements to Support Issuance of an EUA for a Biological
       Product....................................................................................................10

   2.5 Applicable Guidance for Industry..............................................................10

3. Moderna COVID-19 Vaccine (mRNA-1273) ......................................................12

   3.1 Vaccine Composition, Dosing Regimen.....................................................12

   3.2 Proposed Use Under EUA.........................................................................13

4. FDA Review of Clinical Safety and Effectiveness Data ......................................13

   4.1 Overview of Clinical Studies.....................................................................13

   4.2 Study mRNA-1273-P301 ..........................................................................13

      4.2.1 Design ...........................................................................................13

      4.2.2 Compliance with Good Clinical Practice............................................18

      4.2.3 FDA Assessment of Phase 3 Follow-Up Duration................................19

      4.2.4 Participant Disposition and Inclusion in Analysis Populations.............19

      4.2.5 Demographics and Other Baseline Characteristics.............................21

      4.2.6 Vaccine Efficacy.............................................................................24

      4.2.7 Safety ............................................................................................33

   4.3 Study DMID Protocol 20-0003 ..................................................................48

   4.4 Study mRNA-1273-P201 ..........................................................................49

5. FDA Review of Other Information Submitted in Support of the EUA ....................50

   5.1 Sponsor's Plans for Continuing Blinded, Placebo-Controlled Follow-Up ......50

   5.2 Pharmacovigilance Activities ...................................................................50

   5.3 Non-Clinical Studies.................................................................................52

   5.4 Chemistry, Manufacturing, and Control (CMC) Information.........................52

   5.5 Clinical Assay Information ........................................................................54

   5.6 Inspections of Clinical Study Sites ...........................................................54

   5.7 EUA Prescribing Information and Fact Sheets ...........................................54

6. Benefit/Risk Assessment in the Context of Proposed Indication and Use
   Under EUA.....................................................................................................55

   6.1 Known Benefits.......................................................................................55

6.2 Unknown Benefits/Data Gaps ..................................................................... 55

6.3 Known Risks ............................................................................................... 57

6.4 Unknown Risks/Data Gaps ........................................................................ 58

7. VRBPAC Meeting Summary ............................................................................. 58

8. Overall Summary and Recommendation .......................................................... 59

9. References ...................................................................................................... 61

**List of Tables**

Table 1. Clinical Trials Submitted in Support of Efficacy and Safety Determinations of the Moderna COVID-19 Vaccine mRNA-1273 ................................................ 13

Table 2. Efficacy Set Definitions ......................................................................... 16

Table 3. Safety Set Definitions ............................................................................ 18

Table 4. Efficacy Analysis Population Study Disposition[a], mRNA-1273-P301 ......... 20

Table 5. Safety Analysis Population Study Disposition[a], mRNA-1273-P301 ........... 21

Table 6. Demographic Characteristics[a], Per-Protocol Set ..................................... 22

Table 7. Demographic Characteristics[a], Safety Set ............................................. 23

Table 8. Protocol-Defined Risk for Severe COVID-19 Disease, Safety Set[a] ........... 24

Table 9. Interim Analysis[a] for Primary Efficacy Endpoint, COVID-19 Starting 14 Days After the 2nd Dose, Per-Protocol Set ......................................................... 25

Table 10. Subgroup Analyses of Vaccine Efficacy[a], COVID-19 14 Days After Dose 2 Per Adjudication Committee Assessments, Per-Protocol Set .............................. 25

Table 11. Demographic Characteristics[a], Participants With COVID-19 Starting 14 Days After Dose 2, Per Adjudication Committee Assessments, Per-Protocol Set .......... 27

Table 12. Vaccine Efficacy by Baseline SARS-CoV-2 Status[a]: First COVID-19 From 14 Days After Dose 2 Per Adjudication Committee Assessment, Full Analysis Set........ 27

Table 13. Vaccine Efficacy by Risk Factor: First COVID-19 Occurrence From 14 Days After Dose 2, Per Adjudication Committee Assessment, Per-Protocol Set .............. 28

Table 14. Severe COVID-19 Cases Starting 14 Days After Second Dose Based on Adjudication Committee Assessment, Per-Protocol Set ....................................... 29

Table 15. Vaccine Efficacy[a] of mRNA-1273 to Prevent COVID-19 From Dose 1 by Time Period in Participants Who Only Received One Dose, mITT Set .......................... 30

Table 16. Vaccine Efficacy[a] of mRNA-1273 to Prevent Severe COVID-19 After Dose 1 in Participants Who Only Received One Dose in mITT Set ................................... 31

Table 17. Final Scheduled Efficacy Analysis, Primary Endpoint, COVID-19 Starting 14 Days After the Second Dose per Adjudication Committee Assessments, Per-Protocol Set....... 31

Table 18. Secondary Efficacy Analysis, Severe COVID-19 Starting 14 Days After the Second Dose per Adjudication Committee Assessments, Per-Protocol Set.................................. 32

Table 19. Participants Reporting at Least One Adverse Event, Among All Participants and by Baseline SARS-COV2 Status (Safety Set)[a] ...................................................... 33

Table 20. Adverse Events Among Adults ≥65 Years of Age (Safety Set)[a] ................ 34

Moderna COVID-19 Vaccine Emergency Use Authorization Review Memorandum

Table 21. Frequency of Solicited Local Adverse Reactions Within 7 Days Following Either the First or Second Dose of Vaccine, Participants Age 18 to <64 years, Solicited Safety Set*a ........................................................................................................................ 36

Table 22. Frequency of Solicited Local Adverse Reactions Within 7 Days Following Either the First or Second Dose of Vaccine, Participants Age ≥65 years, Solicited Safety Set*a ....... 37

Table 23. Frequency of Solicited Systemic Adverse Reactions Within 7 Days Following Either the First or Second Dose of Vaccine, Participants Age 18-64 years, Solicited Safety Set*a ........................................................................................................................ 39

Table 24. Frequency of Solicited Systemic Adverse Reactions Within 7 Days Following Either the First or Second Dose of Vaccine, Participants Age ≥65 Years, Solicited Safety Set*a. 40

Table 25. Summary of Unsolicited AEs Regardless of Relationship to the Investigational Vaccine, Through 28 Days After Any Vaccination, Study 301, Safety Set........................ 41

Table 26. Unsolicited Adverse Events Occurring in ≥1% of Vaccine Group Participants, by MedDRA Primary System Organ Class and Preferred Term (Safety Analysis Set)a ......... 42

Table 27. SAEs Considered Related by Investigator................................................. 45

**List of Figures**

Figure 1. Safety Monitoring Plan, Study 301.......................................................... 17

Figure 2. Cumulative Incidence Curves for the First COVID-19 Occurrence After Randomization, mITT Set ........................................................................................................ 30

Moderna COVID-19 Vaccine Emergency Use Authorization Review Memorandum

## Glossary

| | |
|---|---|
| AE | adverse event |
| AESI | adverse event of special interest |
| AIDS | acquired immunodeficiency syndrome |
| ARDS | acute respiratory distress syndrome |
| CBRN | chemical, biological, radiological, or nuclear |
| CDC | Centers for Disease Control and Prevention |
| EUA | Emergency Use Authorization |
| FDA | Food and Drug Administration |
| hACE2 | human angiotensin converting enzyme 2 |
| HHS | Health and Human Services |
| HIV | human immunodeficiency virus |
| IM | intramuscular |
| LNP | lipid nanoparticle |
| MERS-CoV | Middle Eastern respiratory syndrome |
| mRNA | messenger RNA |
| NAAT | nucleic acid amplification-based test |
| RT-PCR | reverse transcription-polymerase chain reaction |
| SAE | serious adverse event |
| SARS-CoV-2 | severe acute respiratory syndrome coronavirus 2 |
| VE | vaccine efficacy |
| VRBPAC | Vaccines and Related Biological Products Advisory Committee |

Moderna COVID-19 Vaccine Emergency Use Authorization Review Memorandum

## 1.  Executive Summary

The SARS-CoV-2 pandemic presents an extraordinary challenge to global health and, as of December 11, 2020, has caused more than 71 million cases of COVID-19 and claimed the lives of more than 1.6 million people worldwide. In the United States, more than 16 million cases have been reported to the Centers for Disease Control and Prevention (CDC), with over 296,000 deaths. Based on a declaration by the Secretary of Health and Human Services (HHS) that the COVID-19 pandemic constitutes a public health emergency with a significant potential to affect national security or the health and security of United States citizens living abroad, FDA may issue an EUA for a COVID-19 vaccine after determining that certain statutory requirements are met.

On November 30, 2020, ModernaTX (the Sponsor, also referred to as Moderna) submitted an Emergency Use Authorization (EUA) request to FDA for an investigational COVID-19 vaccine (mRNA-1273) intended to prevent COVID-19 caused by severe acute respiratory syndrome coronavirus 2 (SARS-CoV-2). The vaccine is based on the SARS-CoV-2 spike glycoprotein (S) antigen encoded by RNA and formulated in lipid nanoparticles (LNPs). The proposed use under an EUA is for active immunization for the prevention of COVID-19 caused by SARS-CoV-2 in individuals 18 years of age and older. The proposed dosing regimen is 2 doses, 100 µg each, administered 1 month apart.

The EUA request includes safety and efficacy data from an ongoing Phase 3 randomized, double-blinded and placebo-controlled trial of mRNA-1273 in approximately 30,400 participants. The primary efficacy endpoint is the reduction of incidence of COVID-19 among participants without evidence of SARS-CoV-2 infection before the first dose of vaccine in the period after 14 days post-dose 2. In an interim analysis conducted using a data cutoff of November 7, 2020, a total of 27,817 participants randomized 1:1 to vaccine or placebo with a median 7 weeks of follow-up post-dose 2 were included in the per-protocol efficacy analysis population of participants without evidence of SARS-CoV-2 infection prior to vaccination. Efficacy in preventing confirmed COVID-19 occurring at least 14 days after the second dose of vaccine was 94.5.0% (95% CI 86.5%, 97.8%) with 5 COVID-19 cases in the vaccine group and 90 COVID-19 cases in the placebo group. Subgroup analyses of the primary efficacy endpoint showed similar efficacy point estimates across age groups, genders, racial and ethnic groups, and participants with medical comorbidities associated with high risk of severe COVID-19. Secondary efficacy analyses suggested benefit of the vaccine in preventing severe COVID-19 (11 protocol-defined severe COVID-19 cases in the placebo group vs. 0 cases in the vaccine group) and in preventing COVID-19 following the first dose, although available data for some of these outcomes did not allow for firm conclusions. Efficacy data from the final scheduled analysis of the primary efficacy endpoint (data cutoff of November 21, 2020, with a median follow-up of >2 months post-dose 2) demonstrated a VE of 94.1% (95% CI 89.3%, 96.8%), with 11 COVID-19 cases in the vaccine group and 185 COVID-19 cases in the placebo group and was consistent with results obtained from the interim analysis. The VE in this analysis when stratified by age group was 95.6% (95% CI: 90.6%, 97.9%) for participants 18 to <65 years of age and 86.4% (95% CI: 61.4%, 95.5%) for participants ≥65 years of age. A final secondary efficacy analysis also supported efficacy against protocol-defined severe COVID-19, with 30 cases in the placebo group vs. 0 cases in the vaccine group, with one severe case in the vaccine group confirmed after this analysis.

Safety data from a November 11, 2020 interim analysis of approximately 30,350 participants ≥18 years of age randomized 1:1 to vaccine or placebo with a median of 7 weeks of follow-up after the second dose supported a favorable safety profile, with no specific safety concerns

identified that would preclude issuance of an EUA. These safety data are the primary basis of FDA's safety review. On December 7, 2020, the Sponsor submitted additional follow-up data from these participants with a cutoff of November 25, 2020, which represents a median of 9 weeks (>2 months) of follow-up post-dose 2. Key safety data from this later submission, including death, other serious adverse events, and rates and types of solicited and unsolicited adverse events, and unsolicited adverse events of interest were independently verified and confirmed not to change the safety conclusions from the interim safety analysis.

The most common solicited adverse reactions associated with mRNA-1273 were injection site pain (91.6%), fatigue (68.5%), headache (63.0%), muscle pain (59.6%), joint pain (44.8%), and chills (43.4%); severe adverse reactions occurred in 0.2% to 9.7% of participants, were more frequent after dose 2 than after dose 1, and were generally less frequent in participants ≥65 years of age as compared to younger participants. Among unsolicited adverse events of clinical interest, which could be possibly related to vaccine, using the November 25, 2020 data cutoff, lymphadenopathy was reported as an unsolicited event in 173 participants (1.1%) in the vaccine group and 95 participants (0.63%) in the placebo group. Axillary swelling or tenderness of the vaccination arm (indicating presence of lymphadenopathy) was a solicited adverse reaction observed after any dose in 21.4% of vaccine recipients <65 years of age and in 12.4% of vaccine recipients ≥65 years of age, as compared with 7.5% and 5.8% of placebo recipients in those age groups, respectively. There was a numerical imbalance in hypersensitivity adverse events across study groups, with 1.5% of vaccine recipients and 1.1% of placebo recipients reporting such events in the safety population. There were no anaphylactic or severe hypersensitivity reactions with close temporal relation to the vaccine. Throughout the safety follow-up period to date, there were three reports of facial paralysis (Bell's palsy) in the vaccine group and one in the placebo group. Currently available information is insufficient to determine a causal relationship with the vaccine. There were no other notable patterns or numerical imbalances between treatment groups for specific categories of adverse events (including other neurologic, neuro-inflammatory, and thrombotic events) that would suggest a causal relationship to mRNA-1273.

The frequency of serious adverse events was low (1.0% in the mRNA-1273 arm and 1.0% in the placebo arm), without meaningful imbalances between study arms. The most common SAEs in the vaccine group which were numerically higher than the placebo group were myocardial infarction (0.03%), cholecystitis (0.02%), and nephrolithiasis (0.02%), although the small numbers of cases of these events do not suggest a causal relationship. The most common SAEs in the placebo arm which were numerically higher than the vaccine arm, aside from COVID-19 (0.1%), were pneumonia (0.05%) and pulmonary embolism (0.03%).

With the exception of more frequent, generally mild to moderate reactogenicity in participants <65 years of age, the safety profile of mRNA-1273 was generally similar across age groups, genders, ethnic and racial groups, participants with or without medical comorbidities, and participants with or without evidence of prior SARS-CoV-2 infection at enrollment.

Non-clinical toxicology studies with mRNA-1273, including a developmental toxicity study, did not raise specific safety concerns, and other non-clinical studies support the vaccine's immunogenicity, reduction of SARS-CoV-2 pulmonary and nasal viral load in animal challenge models, and absence of findings suggesting risk of vaccine-enhanced disease.

FDA has reviewed the CMC data submitted to date for this vaccine and has determined that the CMC information is consistent with the recommendations set forth in FDA's Guidance on Emergency Use Authorization for Vaccines to Prevent COVID-19. FDA has determined that the

Moderna COVID-19 Vaccine Emergency Use Authorization Review Memorandum

Sponsor has provided adequate information to ensure the vaccine's quality and consistency for authorization of the product under an EUA.

A meeting of the Vaccines and Related Biological Products Advisory Committee (VRBPAC) was convened on December 17, 2020. Following a discussion of the data presented, the VRBPAC voted 20-1 (with 1 abstention) in favor of the determination that based on the totality of scientific evidence available, the benefits of the Moderna COVID-19 Vaccine outweigh its risks for use in individuals 18 years of age and older.

Following review of information submitted in support of the EUA request and considering VRBPAC recommendations from the December 17, 2020, meeting, the review team concludes that:

- The chemical, biological, radiological, or nuclear (CBRN) agent referred to in the March 27, 2020, EUA declaration by the Secretary of HHS (SARS-CoV-2) can cause a serious or life-threatening disease or condition.
- Based on the totality of scientific evidence available, including data from adequate and well-controlled trials, it is reasonable to believe that the Moderna COVID-19 vaccine (mRNA-1273) may be effective to prevent such serious or life-threatening disease or condition that can be caused by SARS-CoV-2.
- The known and potential benefits of the vaccine outweigh the known and potential risks of the vaccine when used for active immunization to prevent COVID-19 caused by SARS-CoV-2 in individuals 18 years of age and older.
- There is no adequate, approved, and available alternative to the product for preventing COVID-19 caused by SARS-CoV-2.

The review team therefore recommends issuance of an EUA for use of the Moderna COVID-19 Vaccine for active immunization to prevent COVID-19 caused by SARS-CoV-2 in individuals 18 years of age and older.

## 2.   Background

## 2.1 SARS-CoV-2 Pandemic

The SARS-CoV-2 pandemic presents an extraordinary challenge to global health and, as of December 11, 2020, has caused more than 71 million cases of COVID-19 and claimed the lives of more than 1.6 million people worldwide. In the United States, more than 16 million cases have been reported to the Centers for Disease Control and Prevention (CDC), with over 296,000 deaths. Confirmed cases and mortality continue to rise globally. On January 31, 2020, the U.S. Secretary of Health and Human Services (HHS) declared a public health emergency related to COVID-19 and mobilized the Operating Divisions of HHS. Following the World Health Organization's declaration of the novel coronavirus pandemic on March 11, 2020, the U.S. President declared a national emergency in response to COVID-19 on March 13, 2020. Vaccines to protect against COVID-19 are critical to mitigate the current SARS-CoV-2 pandemic and to prevent future disease outbreaks.

SARS-CoV-2 is a novel, zoonotic coronavirus that emerged in late 2019 in patients with pneumonia of unknown cause.[1] The virus was named SARS-CoV-2 because of its similarity to the coronavirus responsible for severe acute respiratory syndrome (SARS-CoV, a lineage B betacoronavirus).[2] SARS-CoV-2 is an enveloped, positive sense, single stranded RNA virus sharing more than 70% of its sequence with SARS-CoV, and ~50% with the coronavirus

Moderna COVID-19 Vaccine Emergency Use Authorization Review Memorandum

responsible for Middle Eastern respiratory syndrome (MERS-CoV).[3] The SARS-CoV-2 spike glycoprotein (S), which is the main target for neutralizing antibodies, binds to its receptor human angiotensin converting enzyme 2 (hACE2) to initiate infection.[4] SARS-CoV-2 is the cause of COVID-19, an infectious disease with respiratory and systemic manifestations. Disease symptoms vary, with many persons presenting with asymptomatic or mild disease and some progressing to severe respiratory tract disease including pneumonia and acute respiratory distress syndrome (ARDS), leading to multiorgan failure and death.

In an attempt to prevent the spread of disease and to control the pandemic, numerous COVID-19 vaccine candidates are in development. These vaccines are based on different platforms including mRNA and DNA technologies and include viral vectored, subunit, inactivated, and live-attenuated vaccines. Most COVID-19 candidate vaccines express the spike protein or parts of the spike protein, i.e., the receptor binding domain, as the immunogenic determinant.

## 2.2 Alternatives for Prevention of COVID-19

No vaccine or other medical product is FDA approved for prevention of COVID-19. On December 11, 2020, FDA issued an EUA for the Pfizer-BioNTech COVID-19 vaccine for active immunization for prevention of COVID-19 due to SARS-CoV-2 in individuals 16 years of age and older. However, the Pfizer-BioNTech COVID-19 vaccine is not an approved product, and furthermore is not available in quantity sufficient to vaccinate all persons in the U.S. for whom the vaccine is authorized for use. On October 22, 2020, FDA approved remdesivir for use in adult and pediatric patients 12 years of age and older and weighing at least 40 kilograms for the treatment of COVID-19 requiring hospitalization. Several other therapies are currently available under emergency use authorization, but not FDA approved, for treatment of COVID-19. Thus, there is currently no adequate, approved, and available alternative for prevention of COVID-19.

## 2.3 EUA Request for the Moderna COVID-19 Vaccine mRNA-1273

ModernaTX, Inc. (the Sponsor, also referred to as Moderna) is developing a vaccine to prevent COVID-19 that is based on the pre-fusion stabilized SARS-CoV-2 spike glycoprotein (S) antigen encoded by mRNA and formulated in a lipid nanoparticle (LNP). The Moderna COVID-19 Vaccine (also referred to as mRNA-1273) is a 2-dose series of 100-μg intramuscular injections administered 1 month apart. The vaccine is supplied as a multi-dose vial (10 doses) containing a frozen suspension (-25⁰ to -15⁰C) of mRNA-1273 that must be thawed prior to administration. The vaccine does not contain a preservative.

A Phase 3 randomized and placebo-controlled trial using mRNA-1273 in approximately 30,400 participants is currently ongoing to evaluate the vaccine's safety and efficacy. A prespecified interim efficacy analysis from 27,817 participants using a data cutoff date of November 7, 2020, demonstrated vaccine efficacy (VE) of 94.5% (95% CI: 86.5%, 97.8%) for the prevention of symptomatic confirmed COVID-19 occurring at least 14 days after the second dose. At the time of this interim analysis, the median efficacy follow-up was 7 weeks post completion of the 2-dose series. Safety data from a November 11, 2020, interim analysis with a median of 7 weeks follow-up after the second dose of vaccine were reported to demonstrate an acceptable tolerability profile with no significant safety concerns. On November 30, 2020, Moderna submitted an EUA request to FDA, based on the interim analyses described above, for use of mRNA-1273 to prevent COVID-19 caused by SARS-CoV-2 in individuals 18 years of age and older.

On December 7, 2020, the Sponsor submitted an amendment to the EUA request with additional accrued safety data on all participants with a median of 2 months (9 weeks) follow-up after the second dose, using a data cutoff date of November 25, 2020, and data from the prespecified final efficacy analysis using a data cutoff of November 21, 2020, which met the median follow-up of 2 months after dose 2 and demonstrated vaccine efficacy of 94.1% (95% CI: 89.3%, 96.8%) for the prevention of symptomatic confirmed COVID-19 occurring at least 14 days after the second dose. Safety conclusions were reported by the Sponsor to be unchanged from the interim analysis. FDA considers that the totality of available data is sufficient to support an evaluation of this product for EUA.

## 2.4 U.S. Requirements to Support Issuance of an EUA for a Biological Product

Based on the declaration by the Secretary of HHS that the COVID-19 pandemic constitutes a public health emergency with a significant potential to affect national security or the health and security of United States citizens living abroad, FDA may issue an EUA after determining that certain statutory requirements are met (section 564 of the Federal Food, Drug, and Cosmetic Act (FD&C Act) (21 U.S.C. 360bbb-3)).[5]

- The chemical, biological, radiological, or nuclear (CBRN) agent referred to in the March 27, 2020 EUA declaration by the Secretary of HHS (SARS-CoV-2) can cause a serious or life-threatening disease or condition.

- Based on the totality of scientific evidence available, including data from adequate and well-controlled trials, if available, it is reasonable to believe that the product may be effective to prevent, diagnose, or treat such serious or life-threatening disease or condition that can be caused by SARS-CoV-2.

- The known and potential benefits of the product, when used to diagnose, prevent, or treat the identified serious or life-threatening disease or condition, outweigh the known and potential risks of the product.

- There is no adequate, approved, and available alternative to the product for diagnosing, preventing, or treating the disease or condition.

If these criteria are met, under an EUA, FDA can allow unapproved medical products (or unapproved uses of approved medical products) to be used in an emergency to diagnose, treat, or prevent serious or life-threatening diseases or conditions caused by threat agents. FDA has been providing regulatory advice to COVID-19 vaccine manufacturers regarding the data needed to determine that a vaccine's benefit outweigh its risks. This includes demonstrating that manufacturing information ensures product quality and consistency along with data from at least one phase 3 clinical trial demonstrating a vaccine's safety and efficacy in a clear and compelling manner.

## 2.5 Applicable Guidance for Industry

Risk and benefit considerations are unique for COVID-19 vaccines, given that an EUA may be requested to allow for a vaccine's rapid and widespread deployment for administration to millions of individuals, including healthy people. FDA published in October 2020 guidance for industry entitled "Emergency Use Authorization for Vaccines to Prevent COVID-19" describing FDA's current recommendations regarding the manufacturing, nonclinical, and clinical data and information needed under section 564 of the FD&C Act to support the issuance of an EUA for an investigational vaccine to prevent COVID-19, including a discussion of FDA's current thinking

regarding the circumstances under which an EUA for a COVID-19 vaccine would be appropriate.[6] These considerations are summarized below.

**Safety and Effectiveness Information Needed to Support an EUA**

Effectiveness data

Issuance of an EUA requires a determination that the known and potential benefits of the vaccine outweigh the known and potential risks. For a preventive COVID-19 vaccine to be potentially administered to millions of individuals, including healthy individuals, data adequate to inform an assessment of the vaccine's benefits and risks and support issuance of an EUA would include meeting the prespecified success criteria for the study's primary efficacy endpoint, as described in the guidance for industry entitled "Development and Licensure of Vaccines to Prevent COVID-19" (i.e., a point estimate for a placebo-controlled efficacy trial of at least 50%, with a lower bound of the appropriately alpha-adjusted confidence interval around the primary efficacy endpoint point estimate of >30%).[7]

Safety data

An EUA request for a COVID-19 vaccine should include all safety data accumulated from studies conducted with the vaccine, with data from Phase 1 and 2 focused on serious adverse events, adverse events of special interest, and cases of severe COVID-19 among study participants. Phase 3 safety data should include characterization of reactogenicity (common and expected adverse reactions shortly following vaccination) in a sufficient number of participants from relevant age groups and should include a high proportion of enrolled participants (numbering well over 3,000) followed for serious adverse events and adverse events of special interest for at least one month after completion of the full vaccination regimen. The Phase 1 and 2 safety data likely will be of a longer duration than the available safety data from the Phase 3 trial at the time of submission of an EUA request and thus, are intended to complement the available data from safety follow-up from ongoing Phase 3 studies.

Phase 3 Follow-up

Data from Phase 3 studies should include a median follow-up duration of at least 2 months after completion of the full vaccination regimen to help provide adequate information to assess a vaccine's benefit-risk profile. From a safety perspective, a 2-month median follow-up following completion of the full vaccination regimen will allow identification of potential adverse events that were not apparent in the immediate postvaccination period. Adverse events considered plausibly linked to vaccination generally start within 6 weeks of vaccine receipt.[8] Therefore, a 2-month follow-up period may allow for identification of potential immune-mediated adverse events that began within 6 weeks of vaccination. From the perspective of vaccine efficacy, it is important to assess whether protection mediated by early responses has not started to wane. A 2-month median follow-up is the shortest follow-up period to achieve some confidence that any protection against COVID-19 is likely to be more than short-lived. The EUA request should include a plan for active follow-up for safety (including deaths, hospitalizations, and other serious or clinically significant adverse events) among individuals administered the vaccine under an EUA in order to inform ongoing benefit-risk determinations to support continuation of the EUA.

**Continuation of Clinical Trials Following Issuance of an EUA for a COVID-19 Vaccine**

FDA does not consider availability of a COVID-19 vaccine under EUA, in and of itself, as grounds for immediately stopping blinded follow-up in an ongoing clinical trial or grounds for offering vaccine to all placebo recipients. To minimize the risk that use of an unapproved vaccine under EUA will interfere with long-term assessment of safety and efficacy in ongoing trials, it is critical to continue to gather data about the vaccine even after it is made available under EUA. An EUA request should therefore include strategies that will be implemented to ensure that ongoing clinical trials of the vaccine are able to assess long-term safety and efficacy (including evaluating for vaccine-associated enhanced respiratory disease and decreased effectiveness as immunity wanes over time) in sufficient numbers of participants to support vaccine licensure. These strategies should address how ongoing trial(s) will handle loss of follow-up information for study participants who choose to withdraw from the study in order to receive the vaccine under an EUA.

FDA is aware that some COVID-19 vaccine developers may wish to immediately unblind their trials upon issuance of an EUA in order to rapidly provide vaccine to trial participants who received placebo. Regardless of when vaccination of placebo recipient would occur, there may be advantages to maintaining blinding in a crossover design that provides vaccine to previous placebo recipients and placebo to previous vaccine recipients. Such strategies would impact collection of longer-term placebo-controlled safety data and evaluation of the duration of vaccine efficacy. Ethical and scientific issues associated with offering vaccination to placebo recipients have been discussed in recent statements and articles.[9-11]

## 3.   Moderna COVID-19 Vaccine (mRNA-1273)

### 3.1 Vaccine Composition, Dosing Regimen

The Moderna COVID-19 Vaccine is a white to off-white, sterile, preservative-free frozen suspension for intramuscular injection. The vaccine contains a synthetic messenger ribonucleic acid (mRNA) encoding the pre-fusion stabilized spike glycoprotein (S) of SARS-CoV-2 virus. The vaccine also contains the following ingredients: lipids (SM-102, 1,2-dimyristoyl-rac-glycero-3-methoxypolyethylene glycol-2000 [PEG2000-DMG], cholesterol, and 1,2-distearoyl-sn-glycero-3-phosphocholine [DSPC]), tromethamine, tromethamine hydrochloride, acetic acid, sodium acetate, and sucrose.

The Moderna COVID-19 Vaccine is provided as a frozen suspension [stored between -25⁰ to -15⁰C (-13⁰ to 5⁰F)] multi-dose vial containing 10 doses. The vaccine must be thawed prior to administration. After thawing, 10 doses (0.5 mL each) can be withdrawn from each vial. Vials can be stored refrigerated between 2° to 8°C (36° to 46°F) for up to 30 days prior to first use. Unopened vials may be stored between 8° to 25°C (46° to 77°F) for up to 12 hours. After the first dose has been withdrawn, the vial should be held between 2° to 25°C (36° to 77°F) and discarded after 6 hours.

The Moderna COVID-19 Vaccine, mRNA-1273 (100 µg) is administered intramuscularly as a series of two doses (0.5 mL each), given 28 days apart.

FDA has reviewed the CMC data submitted to date for this vaccine and has determined that the CMC information is consistent with the recommendations set forth in FDA's Guidance on Emergency Use Authorization for Vaccines to Prevent COVID-19. FDA has determined that the

Moderna COVID-19 Vaccine Emergency Use Authorization Review Memorandum

Sponsor has provided adequate information to ensure the vaccine's quality and consistency for authorization of the product under an EUA.

## 3.2 Proposed Use Under EUA

The proposed use of the vaccine under an EUA is for the prevention of COVID-19 in adults 18 years of age and older.

## 4.  FDA Review of Clinical Safety and Effectiveness Data

## 4.1 Overview of Clinical Studies

Data from three ongoing clinical studies were included in the EUA request, which are summarized in Table 1 below. Study mRNA-1273-P301 is a multi-center, Phase 3 randomized, blinded, placebo-controlled safety, immunogenicity, and efficacy study that is the focus of the EUA review. Study mRNA 1273-P201 is a Phase 2 dose-confirmation study that explored 2 dose levels of mRNA-1273 and will not be discussed in detail. Study 20-0003 is a Phase 1 open label, dose-ranging, first-in-human study of mRNA-1273 and will also not be discussed in detail.

**Table 1. Clinical Trials Submitted in Support of Efficacy and Safety Determinations of the Moderna COVID-19 Vaccine mRNA-1273**

| Study Number | Type of Study | Participants randomized (N) | Study Design & Type of Control | Test Product(s); Dosing Regimens | Study Status |
|---|---|---|---|---|---|
| P301 | Efficacy, Safety | 30418 | A Phase 3, randomized, stratified, observer-blind, placebo-controlled study | mRNA-1273 100 µg | Ongoing-vaccine efficacy demonstrated at the 1st interim analysis |
| P201 | Safety, Immunogenicity | 600 | A Phase 2a, randomized, observer-blind, placebo-controlled, dose-confirmation study | mRNA-1273 50ug,100µg | Ongoing-Day 57 primary analysis have completed |
| 20-0003* | Safety, Immunogenicity | 120 | A Phase 1 Open-label dose-ranging study | mRNA-1273 25ug 50ug,100ug 250ug | Ongoing-Day 119 (25ug, 100ug, 250ug), Day 57 (50ug) |

*Sponsor: Division of Microbiology and Infectious Diseases (DMID), National Institute of Allergy and Infectious Diseases (NIAID), National Institutes of Health

## 4.2 Study mRNA-1273-P301

## 4.2.1  Design

Study mRNA-1273-P301 is an ongoing randomized, stratified, observer-blind, placebo-controlled study to evaluate the efficacy, safety and immunogenicity of mRNA-1273 administered in 2 doses 28 days apart in adults 18 years of age and older. The study took place in 99 sites in the United States. Participants (N=30,351) were randomized 1:1 to receive

Moderna COVID-19 Vaccine Emergency Use Authorization Review Memorandum

intramuscular injections of either 100 μg of mRNA-1273 vaccine (n=15,181) or placebo (n=15,170) on Day 1 and Day 29. Participants were stratified by age and health risk into one of three groups: 18 to <65 years of age and not at risk for progression to severe COVID-19, 18 to <65 years of age and at risk for progression to severe COVID-19, and ≥65 years of age, with the latter two groups consisting of 41.4% of the study population. Participants were considered at risk for progression to severe COVID-19 if they had underlying comorbidities including diabetes, chronic lung disease, severe obesity, significant cardiovascular disease, liver disease, or infection with HIV. The study included 24,907 (82.1%) participants considered at occupational risk for acquiring SARS-CoV-2 infection, of whom 7,613 (25.1%) were healthcare workers. Other essential workers were also represented. The primary efficacy endpoint was efficacy of the vaccine to prevent protocol-defined COVID-19 occurring at least 14 days after the second dose in participants with negative SARS-CoV-2 status at baseline (i.e., negative RT-PCR and negative serology against SARS-CoV-2 nucleocapsid on Day 1).

Symptoms of COVID-19 experienced by participants during post-vaccination follow-up prompted an unscheduled illness visit and nasopharyngeal (NP) swab. NP samples were tested for SARS CoV-2 at a central laboratory using a reverse transcription-polymerase chain reaction (RT-PCR) test (Viracor; FDA authorized under EUA), or other sufficiently validated nucleic acid amplification-based test (NAAT). The central laboratory NAAT result is used for the case definition, unless it is not possible to test the sample at the central laboratory.

The case-driven study design required 151 COVID-19 cases to trigger the final scheduled efficacy analysis. Two interim analysis timepoints were pre-specified; the first upon accrual of 53 cases and the second upon accrual of 106 cases. The expected duration of study participation is approximately 25 months.

**Primary Efficacy Endpoint**

The primary efficacy endpoint was efficacy of the vaccine to prevent protocol-defined COVID-19 occurring at least 14 days after the second dose in participants with negative SARS-CoV-2 status at baseline (i.e., negative RT-PCR and negative serology against SARS-CoV-2 nucleocapsid on Day 1). The primary analysis was based on the Per-Protocol Set, defined as all randomized, baseline SARS-CoV-2 negative participants who received planned doses per schedule and have no major protocol deviations. For the primary efficacy endpoint, the case definition for a confirmed COVID-19 case was defined as:

- At least TWO of the following systemic symptoms: Fever (≥38ºC), chills, myalgia, headache, sore throat, new olfactory and taste disorder(s), or
- At least ONE of the following respiratory signs/symptoms: cough, shortness of breath or difficulty breathing, OR clinical or radiographical evidence of pneumonia; and
- NP swab, nasal swab, or saliva sample (or respiratory sample, if hospitalized) positive for SARS-CoV-2 by RT-PCR.

Vaccine efficacy was defined as the percent reduction (mRNA-1273 vs. placebo) in the hazard of the primary endpoint, i.e. $VE = 1 - Hazard Ratio (HR)$. A stratified Cox proportional hazard (PH) model using Efron's method to handle ties and with treatment group as the independent variable was used to estimate the HR, where the same stratification factor used for randomization was applied. The primary objective would be met if the null hypothesis of H0: VE ≤30% is rejected at any of the interim or primary analyses at the respective significance level.

Subjects who had no documented COVID-19 were censored at the last study assessment date. Subjects who discontinued the study, die due to cause unrelated to COVID-19, or were

Moderna COVID-19 Vaccine Emergency Use Authorization Review Memorandum

confirmed to have COVID-19 prior to 14 days after the second dose were censored at the date of discontinuation, death, or documented COVID-19. The documented COVID-19 date was defined as the later date of: 1) the earliest systemic and/or respiratory symptoms reported, and 2) date of positive RT-PCR test, where the two dates must be within 14 days of each other.

The final scheduled efficacy analysis of the primary endpoint was planned when a total of 151 adjudicated cases occurring at least 14 days after the second injection had been accrued. In addition, two interim analyses were planned when 35% (53 cases) and 70% (106 cases) of the total target number of cases had been accrued. The Lan-DeMets spending function was used for approximating O'Brien-Fleming efficacy bounds to preserve the overall Type I error rate at a one-sided $\alpha = 0.025$, yielding nominal one-sided $\alpha$ of 0.0002, 0.0073, and 0.0227 at the first and second interim and the primary analyses, respectively. As conducted, the first and only interim analysis in the study occurred at 95 adjudicated cases of the primary endpoint, where the null hypothesis of H0: VE ≤30% was evaluated at a one-sided alpha of 0.0047.

**Secondary Efficacy Endpoints**

Secondary endpoints based on the Per-Protocol Set included the VE of mRNA-1273 to prevent the following:

- Severe COVID-19 (as defined below)
- COVID-19 based on a less restrictive definition of disease (defined below) occurring at least 14 days after the second dose of vaccine
- Death due to COVID-19
- COVID-19 occurring at least 14 days after the first dose of vaccine (including cases that occurred after the second dose)

One additional secondary endpoint was based on the Full Analysis Set (FAS): VE of mRNA-1273 to prevent COVID-19 occurring at least 14 days after the second dose, regardless of prior SARS-CoV-2 infection.

One of the secondary efficacy endpoints assessed COVID-19 as defined by a less restrictive definition: a positive NP swab, nasal swab, or saliva sample (or respiratory sample, if hospitalized) for SARS-CoV-2 by RT-PCR **and** one of the following systemic symptoms:

- fever (temperature ≥38ºC), or
- chills,
- cough,
- shortness of breath or difficulty breathing,
- fatigue,
- muscle aches or body aches,
- headache,
- new loss of taste or smell,
- sore throat,
- nasal congestion or rhinorrhea,
- nausea or vomiting, or diarrhea

Moderna COVID-19 Vaccine Emergency Use Authorization Review Memorandum

Another secondary endpoint assessed cases of severe COVID-19, defined as a case of confirmed COVID-19 plus at least one of the following:

- Clinical signs at rest indicative of severe systemic illness (RR ≥30 breaths per minute, HR ≥125 beats per minute, SpO2≤93% on room air at sea level, or PaO2/FiO2<300 mm Hg);
- Respiratory failure or Acute Respiratory Distress Syndrome, (defined as needing high-flow oxygen, noninvasive ventilation, mechanical ventilation, or ECMO);
- Evidence of shock (SBP<90 mm Hg, DBP <60 mm Hg, or requiring vasopressors)
- Significant acute renal, hepatic, or neurologic dysfunction;
- Admission to an ICU;
- Death

Vaccine efficacy of secondary endpoints was estimated from the Cox proportional-hazards model when the primary endpoint reached statistical significance. Estimates based on the Per-Protocol Set were presented with nominal two-sided 95% confidence intervals.

**Analysis Populations**

For the purposes of analysis, the following populations are defined:

**Table 2. Efficacy Set Definitions**

| Population | Description |
|---|---|
| Randomized | All participants who are randomized, regardless of the participants' treatment status in the study. |
| Full Analysis Set | All randomized participants who received at least one dose of Investigational Product (IP). |
| mITT Set | All participants in the FAS who had no immunologic or virologic evidence of prior COVID-19 (i.e., negative NP swab test at Day 1 and/or bAb against SARS-CoV-2 nucleocapsid below limit of detection [LOD] or lower limit of quantification [LLOQ]) at Day 1 before the first dose of IP. |
| Per Protocol Set | All participants in the mITT Set who received planned doses of IP per schedule and have no major protocol deviations, as determined and documented by Sponsor prior to DBL and unblinding, that impact critical or key study data. |

**Evaluation of Safety**

The primary safety objective for all phases was to describe the safety of mRNA-1273 after 1 or 2 doses. In all studies, participants recorded local reactions, systemic events, and antipyretic/pain medication usage from Day 1 through Day 7 after each dose. Unsolicited adverse events (AEs) are collected from dose 1 to 28 after the last dose and medically attended adverse events (MAAEs) and serious AEs (SAEs) from dose 1 to the end of the study. Figure 1 below shows the study safety monitoring plan.

Moderna COVID-19 Vaccine Emergency Use Authorization Review Memorandum

**Figure 1. Safety Monitoring Plan, Study 301**



Safety assessments included the following:

- Solicited local and systemic adverse reactions (AR) that occurred during the 7 days following each dose (i.e., the day of vaccination and 6 subsequent days). Solicited ARs were recorded daily using eDiaries.
- Unsolicited AEs observed or reported during the 28 days following each dose (i.e., the day of vaccination and 27 subsequent days). Unsolicited AEs are those not included in the protocol-defined solicited AR.
- AEs leading to discontinuation from vaccination and/or study participation from Day 1 through Day 759 or withdrawal from the study.
- Medically Attended Adverse Events (MAAE) from Day 1 through Day 759 or withdrawal from the study.
- Serious Adverse Events (SAEs) from Day 1 through Day 759 or withdrawal from the study.
- Abnormal vital sign measurements.
- Physical examination findings.
- Pregnancy and accompanying outcomes.

Safety laboratory valuations were not assessed in Study P301 but were collected in the phase 2 Study P201.

Potential COVID-19 illnesses and their sequelae were not to be reported as AEs, with the exception of illnesses that met regulatory criteria for seriousness and were not confirmed to be COVID-19. Such illnesses were evaluated and reported as SAEs.

Monitoring for risk of vaccine-enhanced disease was performed by an unblinded team supporting the Data Monitoring Committee that reviewed cases of severe COVID-19 as they were received and reviewed AEs at least weekly for additional potential cases of severe COVID-19. The stopping rule was triggered when the 1-sided probability of observing the same or a more extreme case split was 5% or less when the true incidence of severe disease was the same for vaccine and placebo participants.

The table below shows the Phase 3 safety analyses populations that were used to determine the proportions of study participants who experienced adverse events, including solicited

17

adverse reactions after each dose, unsolicited adverse events, medically attended adverse events, and serious adverse events.

**Table 3. Safety Set Definitions**

| Population | Description |
|---|---|
| Randomized Set | All participants who are randomized, regardless of the participants treatment status in the study. |
| Safety Set | All randomized participants who received at least one dose of investigational product. The safety set was used for all analyses of safety except solicited adverse reactions. Participants were included in the treatment group corresponding to the investigational product they received. |
| Solicited Safety Set | All randomized participants who received at least one dose of investigational product and contributed any solicited adverse reaction data. The solicited safety set was used for the analyses of solicited adverse reactions. Participants were included in the treatment group corresponding to the investigational product they received. |
| Solicited Safety Set-1st Injection | All randomized participants who received the 1st dose and provided any solicited reaction data. |
| Solicited Safety Set-2nd Injection | All randomized participants who received the 2nd dose and provided any solicited reaction data. |

### 4.2.2   Compliance with Good Clinical Practice

As summarized in Section 5.6 (Inspections of Clinical Study Sites), Bioresearch Monitoring (BIMO) inspections were conducted at nine domestic clinical investigator sites participating in the conduct of the trial. Two of the inspections revealed deficiencies regarding the clinical investigators' conduct of the study. The deficiencies initially gave FDA cause for concern about the adequacy of the Sponsor's study monitoring. Upon further review, including consideration of additional information provided by the Sponsor, however, FDA determined that the Sponsor had a comprehensive system in place to routinely monitor compliance at all sites. FDA also determined that prior to FDA's inspections, this system was effective at independently identifying the deficiencies at the two sites, leading to implementation of corrective action plans at both sites. Following review of study-wide compliance information provided by the Sponsor that included a comprehensive and frequent monitoring plan already in place, FDA did not identify systemic concerns with trial conduct across the other study sites. The Letter of Authorization will include a condition about continued monitoring of the performance of the clinical investigators.

FDA conducted a sensitivity analysis of the primary efficacy endpoint excluding data from these sites. There was only one COVID-19 case, starting 14 days after the second dose, identified from the two sites through the November 21, 2020 efficacy data cutoff. This COVID-19 case was in a placebo recipient. The proportion of subjects enrolled at these two sites was very small relative to the overall study population, representing approximately 2.5% of the total study population. Furthermore, the sites contributed only one COVID-19 case (in the placebo group) to the primary efficacy analysis. Consequently, the study's efficacy conclusions are not materially affected by inclusion or exclusion of data from these two sites. FDA also conducted separate analyses of safety for these two sites, and in general the reported rates of solicited adverse reactions and unsolicited adverse events at these two sites were comparable to those reported in the overall safety database across study groups. Consequently, inclusion of safety data contributed by these two sites, which represent approximately 2.5% of the overall safety database (i.e., the total study population), would not materially change the conclusions of safety analyses, and their inclusion allows for the broadest possible evaluation of vaccine safety in the

trial. In light of the Sponsor's comprehensive system for identifying the deficiencies and the fact that the data from the two sites would not materially affect the safety or efficacy analyses, FDA has confidence in the data from the two sites to include the data in the overall evaluation. Therefore, FDA did not exclude the data from these two sites from either the safety or efficacy analyses presented in this review or in product labeling.

### 4.2.3   FDA Assessment of Phase 3 Follow-Up Duration

As of the interim analysis cutoff (November 7, 2020, for efficacy, November 11, 2020, for safety), the proportion of participants across groups who received one dose of vaccine or placebo was 100%, and the proportion of participants who received two doses was 91.9% (92.1% vaccine, 91.7% placebo). The median follow-up after dose 2 was 7 weeks across groups. (For participants who did not receive a second dose of vaccine or placebo, follow-up after dose 2 was zero. Among participants who received dose 2, the median follow-up after the second dose was 50.0 days.) The proportion of participants with at least 1 month of follow-up after dose 2 was 76.7% (77.2% vaccine, 76.2% placebo) and with at least 2 months follow-up after dose 2 was 25.3% (25.7% vaccine, 24.9% placebo). FDA has completed its independent validation and evaluation of the datasets from which the Sponsor's interim safety and efficacy analyses were derived.

A second safety data cutoff was performed on November 25, 2020, and final efficacy analysis performed with a data cutoff of November 21, 2020, when 196 primary endpoint cases accrued. These data include a median follow-up of 2 months (9 weeks) for both efficacy and safety. The proportion of participants with at least 1 month of follow-up after dose 2 was 87.9% (88.2% vaccine, 87.7% placebo) and with at least 2 months follow-up after dose 2 was 53.6% (53.8% vaccine, 53.5% placebo). The Sponsor submitted analyses from the final efficacy analysis (Tables, Figures and Listings) on December 4, 2020, and safety analyses (Tables, Figures and Listings) on December 7, 2020, for FDA review under the EUA. Datasets were also submitted on December 7, 2020 and validated by FDA by December 8, 2020. The review of the second dataset submission for the final scheduled efficacy analysis and safety data through November 25, 2020, was not as comprehensive as that of the interim efficacy data and safety data first submitted in support of the EUA. However, preliminary assessments of safety and efficacy data and analyses from second data cutoff do not demonstrate any notable differences compared with the efficacy and safety analyses from November 7, 2020, and November 11, 2020, respectively, and key safety and efficacy data (e.g., the primary analysis, cases of severe COVID-19, and serious adverse events) from the December 7, 2020, submission were verified. FDA therefore considers the totality of submitted data to satisfy the expectation of a median of 2 months follow-up after completion of the full vaccination regimen.

### 4.2.4   Participant Disposition and Inclusion in Analysis Populations

Disposition tables are presented below in Table 4 (Per-Protocol Set) and Table 5 (Safety Set). The proportion of participants excluded from the Per-Protocol Set was balanced between treatment groups, with the majority of those excluded due to positive or unknown baseline SARS-CoV-2 status. Overall, few participants were discontinued or lost to follow-up, and these and other analysis population exclusions were generally balanced between treatment groups. In the per protocol population, 26.3% of vaccine recipients and 25.7% of placebo recipients completed at least 2 months follow-up after dose 2.

Moderna COVID-19 Vaccine Emergency Use Authorization Review Memorandum

**Table 4. Efficacy Analysis Population Study Disposition[a], mRNA-1273-P301**

| Disposition | Vaccine Group (N=15208) n (%) | Placebo Group (N=15210) n (%) | Total (N=30418) n (%) |
|---|---|---|---|
| **Randomized** | 15208 | 15210 | 30418 |
| **Full Analysis Set** | 15180 (99.8) | 15170 (99.7) | 30350 (99.8) |
| **Modified Intent-to-Treat Set** | 14312 (94.1%) | 14370 (94.5%) | 28682 (94.3) |
| Participants excluded from PP set | 1274 (8.4%) | 1327 (8.7%) | 2601 (8.6%) |
| Randomized but received no Investigational Product (IP) | 28 (0.2%) | 40 (0.3%) | 68 (0.2%) |
| Baseline SARS-CoV-2 status was positive or not known | 868 (5.7%) | 800 (5.3%) | 1668 (5.5) |
| Received IP other than what the participant was randomized to | 5 (<0.1) | 7 (<0.1) | 12 (<0.1) |
| Discontinued study or study vaccine without receiving the second dose | 136 (0.9) | 203 (1.3) | 339 (1.1) |
| Did not receive second dose of IP | 144 (0.9) | 155 (1.0) | 299 (1.0) |
| Received vaccine out of window | 81 (0.5) | 98 (0.6) | 179 (0.6) |
| Major protocol deviation | 12 (<0.1) | 24 (0.2) | 36 (0.1) |
| **Per Protocol Set** | 13934 (91.6) | 13883 (91.3) | 27817 (91.4) |
| Completed 1 dose** | 13934 (100) | 13883 (100) | 27817 (100) |
| Completed 2 doses** | 13218 (94.9) | 13164 (94.8) | 26382 (94.8) |
| Completed at least 7 weeks follow-up after dose 2** | 7293 (52.3) | 7304 (52.6) | 14597 (52.5) |
| Completed at least 2 months follow-up after dose 2** | 3669 (26.3) | 3568 (25.7) | 7237 (26.0) |
| Discontinued from Study** | 24 (0.2) | 34 (0.2) | 58 (0.2) |
| Reason for Discontinuation** | | | |
| Adverse Event | 0 | 0 | 0 |
| Death | 0 | 1 (<0.1) | 1 (<0.1) |
| Withdrawal by Participant | 18 (0.1) | 22 (0.2) | 40 (0.1) |
| Lost to Follow-up | 2 (<0.1) | 9 (<0.1) | 11 (<0.1) |
| Protocol Deviation | 0 | 0 | 0 |
| Physician Decision | 2 (<0.1) | 0 | 2 (<0.1) |
| Other | 2 (<0.1) | 2 (<0.1) | 4 (<0.1) |

Source: Sponsor's Table 14.1.1.1.1.1, Table 4.1.2.1, Table 14.1.1.1.3.2, Table 14.1.6.2
[a] EUA request (interim analysis): November 11, 2020 cutoff
*Percentage based on number of participants in the Safety Set
**Percentage based on number of participants in the Per-Protocol Set

Based on the November 11, 2020 safety data cutoff, an overview of participant disposition is presented in the table below. The proportion of randomized participants who discontinued from the study was 0.9% (288 participants) across study groups, with a greater number in the placebo group (168) compared with the vaccine group (120). The most frequently reported reason was withdrawal of consent (67 participants in the vaccine group, 120 in the placebo group). In addition, 51 participants were lost to follow-up (20 in the vaccine group, 31 in the placebo group). In the vaccine group, 3 participants withdrew due to an adverse event (<0.1%, including 1 participant who withdrew due to a SAE) and 3 participants died during the study. In the placebo group, no participants withdrew due to an adverse event, and 4 participants died during the study. During review of the EUA request, FDA and the Sponsor identified one additional vaccine recipient and one additional placebo recipient not accounted for in the

Moderna COVID-19 Vaccine Emergency Use Authorization Review Memorandum

November 11, 2020 dataset analyses (Total Safety Set of 30,351, including 15,185 vaccine recipients and 15,166 placebo recipients). These two additional participants to not materially change the conclusions from the analyses of the November 11, 2020 safety dataset, and they are included in analyses of the November 25, 2020 dataset.

**Table 5. Safety Analysis Population Study Disposition[a], mRNA-1273-P301**

| Disposition | Vaccine Group (N=15208) n (%) | Placebo Group (N=15210) n (%) | Total (N=30418) n (%) |
|---|---|---|---|
| Randomized | 15208 | 15210 | 30418 |
|   Completed 1 dose | 15180 (99.8) | 15170 (99.7) | 30350 (99.8) |
|   Completed 2 doses | 13982 (91.9) | 13916 (91.5) | 27898 (91.7) |
| Exposed (Safety Set) | 15184 | 15165 | 30350 (99.8) |
| Discontinued from Study | 120 (0.8) | 168 (1.1) | 288 (0.9) |
| Reason for Discontinuation | | | |
|   Adverse Event | 3 (<0.1) | 0 | 3 (<0.1) |
|   Death | 3 (<0.1) | 4 (<0.1) | 7 (<0.1) |
|   Withdrawal by Participant | 67 (0.4) | 120 (0.8) | 187 (0.6) |
|   Lost to Follow-up | 20 (0.1) | 31 (0.2) | 51 (0.2) |
|   Protocol Deviation | 1 (<0.1) | 1 (<0.1) | 2 (<0.1) |
|   Physician Decision | 17 (0.1) | 2 (<0.1) | 19 (<0.1) |
|   Other | 9 (<0.1) | 10(<0.1) | 19 (<0.1) |
| Completed ≥1 month f/up* | 14354 (94.5) | 14345 (94.6) | 28700 (94.6) |
| Completed ≥2 months f/up* | 12021 (79.2) | 11974 (79.0) | 23995 (79.1) |
| Completed ≥1 months f/up after dose 2* | 11717 (77.2) | 11559 (76.2) | 23276 (76.7) |
| Completed ≥2 months f/up after dose 2* | 3894 (25.7) | 3773 (24.9) | 7667 (25.3) |

Source: Sponsor's Table 14.1.1.1.1.1, Table 4.1.2.1, Table 14.1.1.1.3.2, Table 14.1.6.2.
[a] EUA request (interim analysis): November 11, 2020 cutoff

### 4.2.5   Demographics and Other Baseline Characteristics

The Per-Protocol Set included 47.4% females and 25.3% of individuals ≥65 years of age. There were 36.5% of participants considered as representing communities of color with 9.7% African American, 4.7% Asian, and <3% from other racial groups; 20% of participants were Hispanic/Latino. A majority of the participants (82%) were considered at occupational risk for SARS-CoV-2 exposure, with 25.4% of participants being healthcare workers. At least one protocol-defined high-risk condition for severe COVID-19 was present in 22.3% of participants, and 4% of participants had two or more high risk conditions. The protocol-specified risk factors were those conditions that placed an individual at increased risk for severe complications of COVID-19 and were selected based on CDC recommendations[12] from March 2020. These conditions included the following:

- Chronic lung disease (e.g., emphysema and chronic bronchitis), idiopathic pulmonary fibrosis and cystic fibrosis) or moderate to severe asthma
- Significant cardiac disease (e.g., heart failure, coronary artery disease, congenital heart disease, cardiomyopathies, and pulmonary hypertension)
- Severe obesity (body mass index ≥40 kg/m2)
- Diabetes (Type 1, Type 2 or gestational)
- Liver disease
- HIV infection

There was a similar distribution of demographic characteristics between the treatment groups as well as between the all randomized population, Full Analysis Set, and the Per-Protocol Set.

21

Moderna COVID-19 Vaccine Emergency Use Authorization Review Memorandum

**Table 6. Demographic Characteristics[a], Per-Protocol Set**

| Characteristic | Vaccine Group (N=13934) n (%) | Placebo Group (N=13883) n (%) | Total (N=27817) n (%) |
|---|---|---|---|
| **Sex** | | | |
| Female | 6661 (47.8) | 6514 (46.9) | 13175 (47.4) |
| Male | 7273 (52.2) | 7369 (53.1) | 14642 (52.6) |
| **Age (years)** | | | |
| Mean (SD) | 51.6 (15.45) | 51.5 (15.55) | 51.6 (15.50) |
| Median | 53.0 | 52.0 | 53.0 |
| Min, max | 18, 95 | 18, 95 | 18, 95 |
| **Age- subgroups (years)** | | | |
| 18 to <65 | 10407 (74.7) | 10384 (74.8) | 20791 (74.7) |
| 65 and older | 3527 (25.3) | 3499 (25.2) | 7026 (25.3) |
| **Race** | | | |
| American Indian or Alaska Native | 107 (0.8) | 110 (0.8) | 217 (0.8) |
| Asian | 616 (4.4) | 684 (4.9) | 1300 (4.7) |
| Black or African American | 1369 (9.8) | 1338 (9.6) | 2707 (9.7) |
| Native Hawaiian or Other Pacific Islander | 33 (0.2) | 30 (0.2) | 63 (0.2) |
| White | 11078 (79.5) | 11005 (79.3) | 22083 (79.4) |
| Other | 298 (2.1) | 293 (2.1) | 591 (2.1) |
| **Ethnicity** | | | |
| Hispanic or Latino | 2783 (20.0) | 2769 (19.9) | 5552 (20.0) |
| Not Hispanic or Latino | 11019 (79.1) | 10987 (79.1) | 22006 (79.1) |
| **Race and Ethnicity** | | | |
| Non-Hispanic white | 8858 (63.6) | 8755 (63.1) | 17613 (63.3) |
| Communities of color | 5054 (36.3) | 5102 (36.7) | 10156 (36.5) |
| **Occupational Risk*** | 11397 (81.8) | 11408 (82.2) | 22805 (82.0) |
| Healthcare worker | 3541 (25.4) | 3531 (25.4) | 7072 (25.4) |
| **High Risk Condition**** | | | |
| No high risk condition | 11820 (77.9) | 11788 (77.7) | 23608 (77.8) |
| One high risk condition present | 3116 (22.4) | 3075 (22.1) | 6191 (22.3) |
| Two or more high risk conditions present | 561 (4.0) | 554 (4.0) | 1115 (4.0) |
| **Age and Health Risk for Severe COVID-19*** | | | |
| 18 to <65 years and not at risk | 8309 (59.6) | 8323 (60.0) | 16632 (59.8) |
| 18 to <65 years and at risk | 2098 (15.1) | 2061 (14.8) | 4159 (15.0) |
| ≥65 years | 3527 (25.3) | 3499 (25.2) | 7026 (25.3) |

Source: Sponsor's Table 14.1.3.4.2. [a] EUA request (interim analysis): November 11, 2020 data cutoff.
Occupational risk includes: Healthcare Workers, Emergency Response, Retail/Restaurant Operations, Manufacturing and Production Operations, Warehouse Shipping and Fulfillment centers, Transportation and Delivery Services, Border Protection and Military Personnel, and Personal care and in-home services, Hospitality and Tourism Workers, Pastoral, Social or Public Health Workers, Educators and Students.
** High risk is defined as patients who meet at least one of the following criteria (protocol-defined): Chronic lung disease (eg, emphysema and chronic bronchitis, idiopathic pulmonary fibrosis, and cystic fibrosis) or moderate to severe asthma; Significant cardiac disease (eg, heart failure, coronary artery disease, congenital heart disease, cardiomyopathies, and pulmonary hypertension); Severe obesity (body mass index ≥40 kg/m2); Diabetes (Type 1, Type 2 or gestational); Liver disease; Human Immunodeficiency Virus (HIV) infection
*** Age and health risk for severe COVID-19 is used as stratification factor for randomization.

Moderna COVID-19 Vaccine Emergency Use Authorization Review Memorandum

The demographic characteristics among vaccine and placebo participants in the safety population were similar. There were no significant imbalances in demographic and other baseline characteristics between the per-protocol population and the safety population, with median 7-week follow-up.

**Table 7. Demographic Characteristics[a], Safety Set**

| Characteristic | Vaccine Group (N=15184) n (%) | Placebo Group (N=15165) n (%) | Total (N=30350) n (%) |
|---|---|---|---|
| Sex | | | |
| Female | 7255 (47.8) | 7100 (46.8) | 14355 (47.3) |
| Male | 7929 (52.2) | 8065 (53.2) | 15995 (52.7) |
| Age (years) | | | |
| Mean (SD) | 51.4 (15.50) | 51.3 (15.60) | 51.4 (15.55) |
| Median | 53.0 | 52.0 | 52.0 |
| Min, max | 18, 95 | 18, 95 | 18, 95 |
| Age – Subgroups (years) | | | |
| ≥18 to <65 | 11414 (75.2) | 11415 (75.3) | 22830 (75.2) |
| 65 and older | 3770 (24.8) | 3750 (24.7) | 7520 (24.8) |
| Race | | | |
| American Indian or Alaska Native | 110 (0.7) | 120 (0.8) | 230 (0.8) |
| Asian | 653 (4.3) | 732 (4.8) | 1385 (4.6) |
| Black or African American | 1562 (10.3) | 1528 (10.1) | 3090 (10.2) |
| Native Hawaiian or other Pacific islander | 34 (0.2) | 32 (0.2) | 66 (0.2) |
| White | 12032 (79.2) | 11990 (79.1) | 24023 (79.2) |
| Other | 321 (2.1) | 315 (2.1) | 636 (2.1) |
| Multiracial | 315 (2.1) | 319 (2.1) | 634 (2.1) |
| Ethnicity | | | |
| Hispanic or Latino | 3121 (20.6) | 3112 (20.5) | 6234 (20.5) |
| Not Hispanic or Latino | 11920 (78.5) | 11914 (78.6) | 23834 (78.5) |
| Race and Ethnicity | | | |
| Non-Hispanic White | 9534 (62.8) | 9458 (62.4) | 18992 (62.6) |
| Communities of color | 5624 (37.0) | 5680 (37.5) | 11305 (37.2) |
| Occupational Risk* | 12420 (81.8) | 12487 (82.3) | 24907 (82.1) |
| Healthcare worker | 3787 (24.9) | 3826 (25.2) | 7613 (25.1) |
| High Risk Condition** | | | |
| One high risk condition present | 3360 (22.1) | 3382 (22.3) | 6742 (22.2) |
| No high risk condition | 11824 (77.9) | 11783 (77.7) | 23608 (77.8) |
| Age and Health Risk for Severe COVID-19*** | | | |
| ≥18 to <65 years and not at risk | 8889 (58.5) | 8884 (58.6) | 17773 (58.6) |
| ≥18 to <65 years and at risk | 2530 (16.7) | 2534 (16.7) | 5065 (16.7) |
| ≥65 years | 3765 (24.8) | 3747 (24.7) | 7512 (24.8) |
| Baseline SARS CoV-2 status**** | | | |
| Negative | 14316 (94.3%) | 14366 (94.7) | 26862 (94.5%) |
| Positive | 341 (2.2%) | 334 (2.2%) | 675 (2.2%) |
| Missing | 527 (3.5%) | 465 (3.5%) | 993 (3.3%) |

Source: Sponsor's Table 14.1.3.2.2 [a] EUA request (interim analysis): November 11 2020 cutoff.
* Occupational risk includes: Healthcare Workers, Emergency Response, Retail/Restaurant Operations, Manufacturing and Production Operations, Warehouse Shipping and Fulfillment centers, Transportation and Delivery Services, Border Protection and Military Personnel, and Personal care and in-home services, Hospitality and Tourism Workers, Pastoral, Social or Public Health Workers,  Educators and Students.**
**High risk is defined as patients who meet at least one of the following criteria (protocol-defined): Chronic lung disease (eg, emphysema and chronic bronchitis, idiopathic pulmonary fibrosis, and cystic fibrosis) or moderate to severe asthma; Significant cardiac disease (eg, heart failure, coronary artery disease, congenital heart disease, cardiomyopathies, and pulmonary hypertension); Severe obesity (body mass index ≥40 kg/m2); Diabetes (Type 1, Type 2 or gestational); Liver disease; Human immunodeficiency virus (HIV) infection

The following table provides the proportions of participants randomized to each of the protocol-specified strata based on presence or absence of protocol-defined risk factors for severe COVID-19 disease, including age ≥65 years. The presence of these risk factors was assessed at screening via review of the participants medical history. The protocol specified that at least 25% (and up to 50%) of enrolled participants were to be either ≥65 years of age or 18 through <65 years of age with a protocol-defined risk factor. As of the November 11, 2020 cutoff, ~25% of participants were age ≥65 years, and 16.7% of participants were age 18 to <65 years with a protocol-defined risk factor. The remainder of participants (58.6%) were age 18 to <65 years without risks. The proportions of participants in each of these three strata randomized to vaccine or placebo are shown in the table below.

**Table 8. Protocol-Defined Risk for Severe COVID-19 Disease, Safety Set[a]**

| Participants Risk Categories | Vaccine Group (N=15184) n (%) | Placebo Group (N=15165) n (%) | Total (N=30350) n (%) |
|---|---|---|---|
| Without Any Protocol Risk for Severe COVID-19 | 11824 (77.9) | 11783 (77.7) | 23608 (77.8) |
| With Any Protocol Risk for Severe COVID-19 | 3360 (22.1) | 3382 (22.3) | 6742 (22.2) |
|    Chronic Lung Disease | 707 (4.7) | 741 (4.9) | 1448 (4.8) |
|    Significant Cardiac Disease | 742 (4.9) | 741 (4.9) | 1483 (4.9) |
|    Severe Obesity | 986 (6.5) | 978 (6.4) | 1964 (6.5) |
|    Diabetes | 1427 (9.4) | 1431 (9.4) | 2858 (9.4) |
|    Liver Disease | 100 (0.7) | 96 (0.6) | 196 (0.6) |
|    HIV Infection | 90 (0.6) | 86 (0.6) | 176 (0.6) |

Source: Sponsor's Table 14.1.3.2.2. [a] EUA request (interim analysis): November 11, 2020 cutoff

### 4.2.6  Vaccine Efficacy

**Interim Primary Efficacy Analysis**

The interim primary efficacy analysis was based on the Per-Protocol Set, which consisted of all participants with negative baseline SARS-CoV-2 status (i.e., negative RT-PCR for SARS-CoV-2 at Day 1 and/or negative serology against SARS-CoV-2 nucleocapsid) and who received 2 doses of investigational product per schedule with no major protocol deviations. The primary efficacy endpoint was vaccine efficacy (VE) in preventing protocol defined COVID-19 occurring at least 14 days after dose 2. Cases were adjudicated by a blinded committee. The primary efficacy success criterion would be met if the null hypothesis of VE≤30% was rejected at the O'Brien Fleming boundary at either the interim or primary analysis. The efficacy analysis presented is based on the data at the first pre-specified interim analysis timepoint consisting of 95 adjudicated cases. As shown in Table 9, in participants ≥18 years of age, there were 5 COVID-19 cases in the vaccine group and 90 COVID-19 cases in the placebo group, with a VE of 94.5%, a lower bound of the 95% CI of 86.5%, and a one-sided p-value of <0.0001 for testing H0: VE≤30%, which met the pre-specified success criterion. In participants ≥65 years of age in

Moderna COVID-19 Vaccine Emergency Use Authorization Review Memorandum

the Per-Protocol Set, there were no COVID-19 cases in the vaccine group and 15 COVID-19 cases in the placebo group.

**Table 9. Interim Analysis[a] for Primary Efficacy Endpoint, COVID-19 Starting 14 Days After the 2nd Dose, Per-Protocol Set**

| Primary Endpoint: COVID-19 (per adjudication committee assessment) | Vaccine Group N=13934 Cases /N (%) (Incidence rate per 1,000 person-years) | Placebo Group N=13883 Cases / N (%) (Incidence rate per 1,000 person-years) | Vaccine Efficacy (VE) % (95% CI)* | Met Predefined Success Criterion** |
|---|---|---|---|---|
| All participants | 5 / 13934 (<0.1) 1.840 | 90 / 13883 (0.6) 33.365 | 94.5% (86.5%, 97.8%) | Yes |
| 18 to <65 | 5 / 10407 (<0.1) 2.504 | 75 / 10384 (0.7) 37.788 | 93.4% (83.7%, 97.3%) | NA |
| 65 and older | 0 / 3527 | 15 / 3499 (0.4) 21.046 | 100% | NA |

Source: Sponsor's Table 14.2.2.1.1.1.1, Table 14.2.2.1.1.6.1.1.
COVID-19: symptomatic COVID-19 requiring positive RT-PCR result and at least 2 systemic symptoms or 1 respiratory symptom.
Cases  starting 14 days after the 2nd dose. All potential COVID-19 cases starting 14 days after the 2nd dose in the clinical database as of 07-Nov-2020  have been sent to adjudication committee, and have been adjudicated for this analysis (07-Nov-2020 is the data cutoff date for efficacy). One case (in the placebo group) was assessed as a case by the adjudication committee but did not meet case definition based on statistical analysis plan (participant had body aches, nasal congestion, rhinorrhea, which were not protocol defined symptoms).
* VE is calculated as 1-hazard ratio (mRNA-1273/placebo) and 95% CI from the stratified Cox proportional hazard model. The VE 95% confidence interval is not presented for subgroups for which the lower bound was not evaluable by the statistical methods used for the analysis.
**The one-sided p-value is <0.0001 from the stratified Cox proportional hazard model to test the null hypothesis of VE ≤30%, achieving the pre-specified efficacy boundary: the one-sided nominal alpha of 0.0047 based on 95 cases using the Lan-DeMets O'Brien-Fleming spending function.

There were an additional 18 COVID-19 cases which met the protocol-defined primary efficacy endpoint but were not able to be adjudicated in time for the interim analysis. Of these 18 cases, one was in the vaccine group, and 17 were in the placebo group. Vaccine efficacy for the primary efficacy endpoint including these unadjudicated cases was similar to the results presented above.

**Interim Subgroup Analyses of Vaccine Efficacy**

Subgroup analyses for the primary efficacy endpoint include VE based on age, sex, race and ethnicity, risk factor, and baseline SARS-CoV-2 status and provide additional information on the applicability of these results across the general population. In general, VE among the subgroups are similar to the VE seen in the overall study population. The small number participants and cases in some subgroups, such as participants ≥75 years of age and participants in certain racial subgroups, limits the interpretability of the individual VE results, but are displayed for completeness.

**Table 10. Subgroup Analyses of Vaccine Efficacy[a], COVID-19 14 Days After Dose 2 Per Adjudication Committee Assessments, Per-Protocol Set**

| Subgroup | Vaccine Group Cases / N (%) Incidence rate per 1,000 person-years | Placebo Group Cases / N (%) Incidence rate per 1,000 person-years | VE % (95% CI)* |
|---|---|---|---|
| Age (years) | | | |
| 18 to <65 | 5 / 10407 (<0.1) 2.504 | 75 / 10384 (0.7) 37.788 | 93.4% (83.7%, 97.3%) |

25

Moderna COVID-19 Vaccine Emergency Use Authorization Review Memorandum

| Subgroup | Vaccine Group<br>Cases / N (%)<br>Incidence rate per<br>1,000 person-years | Placebo Group<br>Cases / N (%)<br>Incidence rate per<br>1,000 person-years | VE %<br>(95% CI)* |
|---|---|---|---|
| 65 to <75 | 0 / 2904 | 12/ 2823 (0.4)<br>20.883 | 100% |
| 75 and older | 0 / 623 | 3 / 676 (0.4)<br>21.726 | 100% |
| Age and risk for severe COVID-19** | | | |
| 18 and <65 and not at risk | 4 / 8309 (<0.1)<br>2.524 | 57 / 8323 (0.7)<br>36.034 | 93.0%<br>(80.8%, 97.5%) |
| 18 and <65 and at risk | 1 / 2098 (<0.1)<br>2.428 | 18 / 2061 (0.9)<br>44.673 | 94.6%<br>(59.4%, 99.3%) |
| ≥65 | 0 / 3527 | 15 / 3499 (0.4)<br>21.046 | 100% |
| Sex | | | |
| Female | 3 / 6661 (<0.1)<br>2.271 | 45 / 6514 (0.7)<br>34.991 | 93.5%<br>(79.2%, 98.0%) |
| Male | 2 / 7273 (<0.1)<br>1.433 | 45 / 7369 (0.6)<br>31.883 | 95.5%<br>(81.5%, 98.9%) |
| Race and Ethnicity | | | |
| Non-Hispanic white | 5 / 8858 (<0.1)<br>2.657 | 70 /8755 (0.8)<br>37.721 | 93.0%<br>(82.6%, 97.2%) |
| Communities of color | 0 / 5054 | 20 / 5102 (0.4)<br>23.892 | 100% |
| Ethnicity | | | |
| Hispanic or Latino | 0 / 2783 | 12 / 2769 (0.4)<br>26.346 | 100% |
| Not Hispanic or Latino | 5 / 11019 (<0.1)<br>2.243 | 77 / 10987 (0.7)<br>34.729 | 93.6%<br>(84.1%, 97.4%) |
| Race | | | |
| American Indian or Alaska Native | 0 / 107 | 0 / 110 | |
| Asian | 0 / 616 | 3 / 684 (0.4)<br>26.549 | 100% |
| Black or African American | 0 / 1,369 | 4 / 1338 (0.3)<br>18.566 | 100% |
| Native Hawaiian or Other Pacific Islander | 0 / 33 | 0 / 30 | |
| White | 5 /11078 (<0.1)<br>2.215 | 80 / 11005 (0.7)<br>35.821 | 93.8%<br>(84.8%, 97.5%) |
| Multiple | 0 / 293 | 1 / 304 (0.3) | 100% |
| Other | 0 / 298 | 2 / 293 (0.7)<br>45.645 | 100% |

Source: Sponsor's Table 14.2.2.1.1.6.1.1, Table 14.2.2.1.1.6.3.1, Table 4.2.2.1.1.6.7.1, Table 14.2.2.1.1.6.10.1, Table 14.2.2.1.1.6.4.1, Table 14.2.2.1.1.6.2.1, Table 14.2.2.1.1.6.5.1, Table 14.2.2.1.1.6.6.1

[a] EUA request (interim analysis): November 7, 2020 data cutoff.

* VE is calculated as 1-hazard ratio (mRNA-1273/Placebo) and 95% CI from the stratified Cox proportional hazard model. The VE 95% confidence interval is not presented for subgroups for which the lower bound was not evaluable by the statistical methods used for the analysis.

At risk for severe COVID-19 due to comorbidity, regardless of age. High risk is defined as patients who meet at least one of the following criteria (protocol-defined): Chronic lung disease (eg, emphysema and chronic bronchitis, idiopathic pulmonary fibrosis, and cystic fibrosis) or moderate to severe asthma; Significant cardiac disease (eg, heart failure, coronary artery disease, congenital heart disease, cardiomyopathies, and pulmonary hypertension); Severe obesity (body mass index ≥40 kg/m2); Diabetes (Type 1, Type 2 or gestational); Liver disease; Human Immunodeficiency Virus (HIV) infection

**used as stratification factor for randomization

26

Moderna COVID-19 Vaccine Emergency Use Authorization Review Memorandum

The demographics of the participants with confirmed COVID-19 cases contributing to the primary efficacy analysis are displayed below in Table 11.

**Table 11. Demographic Characteristics[a], Participants With COVID-19 Starting 14 Days After Dose 2, Per Adjudication Committee Assessments, Per-Protocol Set**

| Characteristic | Vaccine (N[a]=5) N[b] (%) | Placebo (N[a]=90) N[b] (%) | Total (N[a]=95) N[b] (%) |
|---|---|---|---|
| Sex | | | |
| Female | 3 (60) | 45 (50) | 48 (50.5) |
| Male | 2 (40) | 45 (50) | 47 (49.5) |
| Age group | | | |
| 18 to <65 years | 5 (100) | 75 (83.3) | 80 (84.2) |
| ≥65 to <75 years | 0 | 12 (13.3) | 12 (12.6) |
| ≥75 years | 0 | 3 (3.3) | 3 (3.2) |
| Race | | | |
| American Indian or Alaska Native | 0 | 0 | 0 |
| Asian | 0 | 3 (3.3) | 3 (3.2) |
| Black or African American | 0 | 4 (4.4) | 4 (4.2) |
| Native Hawaiian or Other Pacific Islander | 0 | 0 | 0 |
| White | 5 (100) | 80 (88.9) | 80 (84.2) |
| Multiracial | 0 | 1 (1.1) | 1 (1.1) |
| Other | 0 | 2 (2.2) | 2 (2.1) |
| Ethnicity | | | |
| Hispanic or Latino | 0 | 12 (13.3) | 12 (12.6) |
| Not Hispanic or Latino | 5 (100) | 77 (85.6) | 82 (86.3) |
| Not reported | 0 | 1 (1.1) | 1 (1.1) |
| At risk for severe COVID-19 | | | |
| Yes | 1 (20) | 24 (26.7) | 25 (26.3) |
| No | 4 (80) | 66 (73.3) | 70 (73.7) |

[a] N = number of participants in the specified group, or the total sample. This value is the denominator for the percentage calculations. [a] EUA request (interim analysis): November 07 2020 efficacy data cutoff. [a] EUA request (interim analysis): November 07 2020 cutoff.
[b] n = Number of participants with the specified characteristic.

Only 2.2% of participants had evidence of prior infection at study enrollment, and there was only one COVID-19 case starting 14 days after dose 2 reported from this subgroup, which was in a participant in the placebo group. There is insufficient data to conclude on the efficacy of the vaccine in previously infected individuals.

**Table 12. Vaccine Efficacy by Baseline SARS-CoV-2 Status[a]: First COVID-19 From 14 Days After Dose 2 Per Adjudication Committee Assessment, Full Analysis Set**

| Subgroup | Vaccine Group Cases / N (%) Incidence rate per 1,000 person-years | Placebo Group Cases / N (%) Incidence rate per 1,000 person-years | VE % (95% CI)* |
|---|---|---|---|
| Baseline SARS-CoV-2 | | | |
| Regardless of baseline SARS-CoV-2 status | 6 / 15180 | 92 / 15170 | 93.5% (85.2, 97.2) |
| Positive | 0 / 341 | 1 / 334 (0.3) 17.038 | 100% |
| Negative | 6 / 14312 (<0.1) 2.154 | 90 / 14370 (0.6) 32.298 | 93.4% (84.8%, 97.1%) |
| Unknown or missing | 0 / 527 | 1 / 465 (0.2) | 100% |

27

Moderna COVID-19 Vaccine Emergency Use Authorization Review Memorandum

* VE is calculated as 1-hazard ratio (mRNA-1273/Placebo) and 95% CI from the stratified Cox proportional hazard model. The VE 95% confidence interval is not presented for subgroups for which the lower bound was not evaluable by the statistical methods used for the analysis.

Additional subgroup analyses of the interim primary efficacy analysis were conducted to evaluate the vaccine efficacy, by risk factor for severe COVID-19. VE point estimates were consistent with the efficacy observed for the overall study population, though interpretation of the results is limited by small numbers of participants and cases.

**Table 13. Vaccine Efficacy by Risk Factor: First COVID-19 Occurrence From 14 Days After Dose 2, Per Adjudication Committee Assessment, Per-Protocol Set**

| Subgroup | Vaccine Group Cases / N (%) Incidence rate per 1,000 person-years | Placebo Group Cases / N (%) Incidence rate per 1,000 person-years | VE % (95% CI)* |
|---|---|---|---|
| At risk for severe COVID-19 due to comorbidity, regardless of age | | | |
| Yes | 1 / 3116 (<0.1) 1.604 | 24 / 3075 (0.8) 39.177 | 95.9% (69.7%, 99.4%) |
| Chronic Lung Disease | 0 / 661 | 6 / 673 (0.9) 42.950 | 100% |
| Significant Cardiac Disease | 0 / 686 | 3 / 678 (0.4) 21.463 | 100% |
| Severe Obesity (BMI $\geq$ 40 kg/m$^2$) | 1 / 901 (0.1) 5.524 | 11 / 884 (1.2) 62.851 | 91.2% (32.0%, 98.9%) |
| Diabetes | 0 / 1338 | 7 / 1309 (0.5) 27.148 | 100% |
| Liver Disease | 0/93 | 0/90 | |
| HIV infection | 0/80 | 1 / 76 (1.3) 91.108 | 100% |
| No | 4 / 10818 (<0.1) 1.911 | 66 / 10808 (0.6) 31.657 | 94.0% (83.5%, 97.8%) |
| Obesity (BMI > 30 kg/m$^2$)** | 2 / 5269 (<0.1%) | 46 / 5207 (0.9) | 95.8% (82.6%, 99.0%) |

ª EUA request (interim analysis): November 7, 2020 efficacy data cutoff
* VE is calculated as 1-hazard ratio (mRNA-1273/Placebo) and 95% CI from the stratified Cox proportional hazard model. The VE 95% confidence interval is not presented for subgroups for which the lower bound was not evaluable by the statistical methods used for the analysis.
** Post hoc analysis.

### Interim Secondary Efficacy Analyses

<u>Severe COVID-19 Cases</u>

All 11 cases of severe COVID-19 at least 14 days after second dose as assessed by the adjudication committee were in the placebo group. Of these 11 participants, 5 had risk factors for severe COVID-19 and 6 did not. Three severe COVID-19 cases resulted in hospitalization and 8 did not. Nine of these cases met the severe COVID-19 case definition based on low oxygen saturation $\leq$ 93% on room air without any other severe disease criteria. One participant had low oxygen saturation as well as systolic blood pressure <90 mmHg.  One participant had low oxygen saturation and missing data on whether other criteria were met. The vaccine efficacy of this secondary efficacy endpoint is shown in Table 14.

Moderna COVID-19 Vaccine Emergency Use Authorization Review Memorandum

**Table 14. Severe COVID-19 Cases Starting 14 Days After Second Dose Based on Adjudication Committee Assessment, Per-Protocol Set**

|  | Vaccine Group<br>N=13934<br>Cases n (%) | Placebo Group<br>N=13883<br>Cases n (%)<br>Incidence rate per<br>1,000 person-years | Vaccine Efficacy (VE) %<br>(95% CI)* |
|---|---|---|---|
| Severe COVID-19 | 0 | 11 (<0.1); 4.072 | 100% |

ᵃ EUA request (interim analysis): Novemer 07 2020 efficacy data cutoff.
* VE is calculated as 1-hazard ratio (mRNA-1273/Placebo) and 95% CI from the stratified Cox proportional hazard model. The VE 95% confidence interval is not presented when the lower bound was not evaluable by the statistical methods used for the analysis.

One participant in the mRNA-1273 group, a participant >65 years of age who had risk factors for severe COVID-19, was hospitalized due to oxygen saturation of 88% on room air 2 months after receiving the second dose of vaccine. There was a verbal report of a positive SARS-CoV-2 RT-PCR test 3 days prior to hospitalization; however, NP swab collected during hospitalization was negative for SARS-CoV-2. Due to absence of a confirmed RT-PCR result at the time of data snapshot, this case was not referred for adjudication and not captured. The pre-hospitalization RT-PCR result was later reported to be positive from an external CLIA-certified laboratory and represents a severe COVID-19 case with hospitalization in the vaccine group.

There were 4 additional severe COVID-19 cases which met the protocol-defined severe COVID-19 endpoint but were not able to be adjudicated in time for the interim analysis. All 4 cases were in the placebo group.

<u>Other Secondary Efficacy Endpoints</u>

The secondary efficacy endpoint of VE of mRNA-1273 for the prevention of COVID-19 disease based on a less restrictive definition of COVID-19 disease from 14 days after dose 2 showed similar case splits and VE to the primary efficacy endpoints described above. Efficacy against COVID-19 occurring at least 14 days after the first dose of vaccine, including cases that occurred after the second dose, was also similar to the primary endpoint. There were no deaths due to COVID-19 at the time of the interim analysis to enable an assessment of vaccine efficacy against death due to COVID-19.

**Cumulative Incidence Curves – Interim Efficacy Analysis**

Based on the cumulative incidence curve for cases in the mITT efficacy population after randomization (same as date of dose 1), COVID-19 cases appear to have occurred similarly at low rates for both the mRNA-1273 and placebo groups until around Day 14 after dose 1. The curves then diverge, with more cases accumulating in the placebo group than the mRNA-1273 group.

Moderna COVID-19 Vaccine Emergency Use Authorization Review Memorandum

**Figure 2. Cumulative Incidence Curves for the First COVID-19 Occurrence After Randomization, mITT Set**



## Additional Interim Efficacy Analyses

Additional analyses were done to assess efficacy against COVID-19 after one dose of mRNA-1273. In participants in the mITT set who only received one dose of the vaccine at the time of the interim analysis, VE after one dose was 80.2% (95% CI 55.2%, 92.5%). These participants had a median follow-up time of 28 days (range: 1 to 108 days). The small, non-random sample and short median follow-up time limits the interpretation of these results. There appears to be some protection against COVID-19 disease following one dose; however, these data do not provide sufficient information about longer term protection beyond 28 days after a single dose.

**Table 15. Vaccine Efficacy[a] of mRNA-1273 to Prevent COVID-19 From Dose 1 by Time Period in Participants Who Only Received One Dose, mITT Set**

| First COVID-19 Occurrence After Dose 1 | Vaccine Group N=996 Cases / N (%) Person-years of follow-up | Placebo Group N=1079 Cases / N (%) Person-years of follow-up | VE (%) (95% CI)* |
|---|---|---|---|
| After dose 1 | 7 / 996 (0.7) 87.5 | 39 / 1079 (3.6) 96.7 | 80.2% (55.2%, 92.5%) |
| After dose 1 to 14 days after dose 1 | 5 / 996 (0.5) 38.0 | 11 / 1079 (1.0) 41.1 | 50.8% (-53.6%, 86.6%) |
| >14 days after dose 1** | 2 / 983 (0.2) 87.2 | 28 / 1059 (2.6) 96.2 | 92.1% (68.8%, 99.1%) |

Surveillance time in person years for given endpoint across all participants within each group at risk for the endpoint
* VE is calculated as 1-incidence rate ratio (mRNA-1273/Placebo). The 95% CI of VE is calculated using the exact method conditional upon the total number of cases, adjusting for person-years
**Participants who were not at risk (cases or censored at prior time period) are excluded from this analysis
[a] Based on interim analysis: November 7, 2020 efficacy data cutoff.

A similar analysis was conducted to look at vaccine efficacy against severe COVID-19 after one dose. In participants in the mITT group who received only one vaccine, 2 participants in the mRNA-1273 group and 4 participants in the placebo group developed severe COVID-19. Both

30

Moderna COVID-19 Vaccine Emergency Use Authorization Review Memorandum

participants in the vaccine group met the case definition for severe COVID-19 based on oxygen saturation $\leq$93% on room air. These results should be interpreted cautiously given the small sample size and case number and the short follow-up duration.

**Table 16. Vaccine Efficacy[a] of mRNA-1273 to Prevent Severe COVID-19 After Dose 1 in Participants Who Only Received One Dose in mITT Set**

| | Vaccine Group N=996 Case n (%) | Control Group N=1079 Case n (%) | Vaccine Efficacy (95% CI) |
|---|---|---|---|
| Number of participants with severe COVID-19 starting after dose 1 | 2 (0.2) | 4 (0.4) | 42.6% (-300.8, 94.8) |

[a] Based on interim analysis: EUA request (interim efficacy analysis): November 7, 2020 efficacy data cutoff.

## Final Scheduled Efficacy Analysis

Data from the final scheduled efficacy analysis were submitted as an amendment to the EUA request on December 7, 2020. Analyses of efficacy endpoints beyond those presented below have not been independently verified by the FDA. The median efficacy and safety follow-up for participants in the study at of the time of the final scheduled efficacy analysis (November 21, 2020 efficacy data cutoff) was 9 weeks. Vaccine efficacy against COVID-19 starting 14 days after the second dose was 94.1% (95% CI 89.3%, 96.8%) and was consistent with results obtained from the interim analysis. The V E in participants ≥65 years of age appears to be lower than in younger adults 18 to <65 years (86.4% compared to 95.6%) and lower than observed in the interim analysis (100% based on a total of 15 cases).

**Table 17. Final Scheduled Efficacy Analysis, Primary Endpoint, COVID-19 Starting 14 Days After the Second Dose per Adjudication Committee Assessments, Per-Protocol Set**

| Primary Endpoint: COVID-19 (per adjudication committee assessment) | Vaccine Group N=13934 Cases / N (%) (Incidence Rate per 1,000 person-years)* | Placebo Group N=13883 Cases / N (%) (Incidence Rate per 1,000 person-years)* | Vaccine Efficacy (VE) % (95% CI)** | Met Predefined Success Criterion*** |
|---|---|---|---|---|
| All participants | 11 / 13934 (<0.1) 3.328 | 185 / 13883 (1.3) 56.510 | 94.1% (89.3%, 96.8%) | Yes |
| 18 to <65 years[1] | 7 / 10551 (<0.1) 2.875 | 156 / 10521 (1.5) 64.625 | 95.6%; (90.6%, 97.9%) | NA |
| 65 years and older[2] | 4 / 3583 (0.1); 4.595 | 29 / 3552 (0.8); 33.728 | 86.4%; (61.4%, 95.5%) | NA |

Source: Sponsor's Table 14.2.2.1.1.1.1, Table 14.2.2.1.1.6.1.1
COVID-19: symptomatic COVID-19 requiring positive RT-PCR result and at least 2 systemic symptoms or 1 respiratory symptom. Cases starting 14 days after the second dose. All potential COVID-19 cases starting 14 days after the second dose in the clinical database as of 21-Nov-2020 have been sent to adjudication committee, and have been adjudicated for this analysis (21-Nov-2020 is the data cutoff date for efficacy). One case (in the vaccine group) was adjudicated as a COVID-19 case by the committee but did was meet the case definition per statistical analysis plan due to documented symptoms and positive PCR being more than 14 days apart.
21-Nov-2020 have been sent to adjudication committee, and have been adjudicated for this analysis (21-Nov-2020 is the data cutoff date for efficacy).
* Incidence rate is defined as the number of participants with an event divided by the number of participants at risk and adjusted by person-years (total time at risk) in each treatment group. The 95% CI is calculated using the exact method (Poisson distribution) and adjusted by person-years.
**VE and 95% CI from the stratified Cox proportional hazard model
***The one-sided p-value is <0.0001 from the stratified Cox proportional hazard model to test the null hypothesis of VE ≤30%,
[1] Percentage based on number of participants in the 18 to <65 years of age group.
[2] Percentage based on number of participants in the ≥65 years of age group.

Moderna COVID-19 Vaccine Emergency Use Authorization Review Memorandum

**Severe COVID-19 Cases**

In the primary efficacy analysis, there were an additional 19 cases of severe COVID-19 (one of which resulted in death from COVID-19), for a total of 30 severe COVID-19 cases starting 14 days after dose 2, per adjudication committee assessment. All 30 cases were in the placebo group. Nine of the total 30 severe COVID-19 cases resulted in hospitalization. Of the 19 additional severe cases since the interim analysis, 12 cases met the severe case definition due to low oxygen saturation ≤93% with no other criteria met. The remaining participants met the definition based on the following reasons: death (1 participant), ARDS requiring ECMO (1 participant), low oxygen saturation and renal and neurologic dysfunction (1 participant), low oxygen saturation and low blood pressure (2 participants), need for high flow oxygen (1 participant), low blood pressure only (1 participants). The COVID-19 case which resulted in death was in a 54-year-old participant with diabetes. The severe COVID-19 case in a mRNA-1273 vaccine recipient described with in the discussion of the interim efficacy analysis (negative SARS-CoV-2 PCR per the study central laboratory but reported positive PCR per a CLIA-certified external lab) is not included in the per-protocol analysis below because it was confirmed after the analysis.

**Table 18. Secondary Efficacy Analysis, Severe COVID-19 Starting 14 Days After the Second Dose per Adjudication Committee Assessments, Per-Protocol Set**

| Severe Cases 14 Days After Dose 2 Based on Adjudication Committee Assessments | Vaccine Group N=13934 Cases n (%) (Incidence rate per 1,000 person-years) | Placebo Group N=13883 Cases n (%) (Incidence rate per 1,000 person-years) | Vaccine Efficacy (VE) % (95% CI)* |
|---|---|---|---|
| All participants | 0 | 30 (0.2) 9.138 | 100% |

ᵃ EUA request (primary analysis): November 21, 2020 efficacy data cutoff.

**Efficacy Summary**

The data from the planned interim efficacy analysis, with a cutoff date of November 7, 2020, and median follow-up for efficacy of 7 weeks post-dose 2, met the prespecified success criteria established in the study protocol. Efficacy of the vaccine to prevent COVID-19 occurring at least 14 days after dose 2 was 94.5%, (95% CI 86.5%; 97.8%) in participants without prior evidence of SARS-CoV-2 infection. VE was >93% in the group of participants with or without prior infection, although interpretation of data in participants with positive SARS-CoV-2 status at baseline is limited by the small sample size and case numbers in this subgroup. Efficacy outcomes across demographic subgroups were consistent with the efficacy seen in the overall study population. All 11 cases of severe COVID-19 occurring 14 days after the second dose were in the placebo group, although one severe COVID-19 occurred in the vaccine group but was not confirmed until after the analysis. Among participants in the mITT set who only received one dose of vaccine or placebo at the time of the interim analysis, efficacy against COVID-19 starting after dose 1 was 80.2% (95% CI: 55.2%, 92.5%). The efficacy observed after dose 1 and before dose 2, from a post-hoc analysis, cannot support a conclusion on the efficacy of a single dose of the vaccine, because the numbers of participants and time of observation are limited. The trial did not have a single-dose arm to make an adequate comparison.

Data from a final efficacy analysis (data cutoff November 21, 2020) was submitted as an amendment after the initial EUA request. The FDA has not independently verified the complete efficacy data from this dataset, beyond those analyses presented above. The final scheduled efficacy analysis on the primary endpoint, demonstrating a VE point estimate of 94.1% (95% CI:

Moderna COVID-19 Vaccine Emergency Use Authorization Review Memorandum

89.3%, 96.8%), appear to align with the data obtained from the interim analysis, except for a lower efficacy observed in participants ≥65 years of age compared to that in younger adults 18 to <65 years of age and compared to the efficacy estimate from the interim analysis. The final scheduled efficacy analysis also corroborated preliminary findings of efficacy against severe COVID-19, with 30 cases in the placebo group and 0 in the vaccine group (though one severe case in the vaccine group was confirmed after the final scheduled efficacy analysis).

### 4.2.7   Safety

The safety analyses presented in this review are largely derived from the November 11, 2020 dataset that was the basis for the November 30, 2020 EUA request. FDA first independently verified the complete safety dataset and analyses from the cutoff date of November 25, 2020, followed by all new deaths, SAEs, unsolicited adverse events of interest, and pregnancies from the cutoff date of November 25, 2020. No additional safety concerns were raised based on the additional data reviewed by FDA or analyses presented by the Sponsor. The remaining safety analyses from the November 25, 2020 cutoff date, were verified in terms of overall rates and types of solicited and unsolicited adverse events.

Adverse events were reported in a higher proportion of vaccine recipients than placebo recipients, and this imbalance was driven by reactogenicity (solicited AEs) reported in the 7 days following each dose of vaccine. The proportions of participants with SAEs, death, and withdrawals due to adverse events were balanced across the study groups. Overall, rates of AEs were lower in participants with baseline positive SARS-CoV-2 status compared with those with baseline negative SARS-CoV-2 status. The tables below provide an overview of the rates of AEs by treatment groups and baseline SARS-CoV-2 status.

**Table 19. Participants Reporting at Least One Adverse Event, Among All Participants and by Baseline SARS-COV2 Status (Safety Set)[a]**

| Adverse Event Type | Vaccine Group n/N (%) | Placebo Group n/N (%) |
|---|---|---|
| **Solicited Safety Set** | **N=15176** | **N=15162** |
| Solicited adverse reactions after any injection | 14338/15176 (94.5) | 9027/15162 (59.5) |
| Baseline SARS-COV-2 negative | 13566/14309 (94.8%) | 8576/14363 (59.7) |
| Baseline SARS-COV-2 positive | 279 /340 (82.1%) | 151/334 (45.2) |
| Solicited local adverse reaction | 13,962/15176 (92.0) | 4,381/15161 (28.9) |
| Baseline SARS-COV-2 negative | 13211/14309 (92.3) | 4147/14362 (28.9) |
| Baseline SARS-COV-2 positive | 268/340 (78.8) | 74/334 (22.2) |
| Grade 3 solicited injection site reaction[a] | 1386/15176 (9.1) | 143/15161 (0.9) |
| Baseline SARS-COV-2 negative | 1307/14309 (9.1) | 131/14362 (0.9) |
| Baseline SARS-COV-2 positive | 23/340 (6.8) | 5/334 (1.5) |
| Solicited systemic adverse reaction | 12553/15176 (82.7) | 8032/15,162 (53.0) |
| Baseline SARS-COV-2 negative | 11893/14309 (83.1) | 7628/14363 (53.1) |
| Baseline SARS-COV-2 positive | 237/340 (69.7) | 137/334 (41.0) |
| Grade 3 or 4 solicited systemic adverse reaction | 2,501/15,176 (16.5) | 560/15,162 (3.7) |
| Baseline SARS-COV-2 negative | 2383/14309 (16.7) | 529/14363 (3.7) |
| Baseline SARS-COV-2 positive | 37/340 (10.9) | 13/334 (3.9) |
| **Safety Set** | **N=15184** | **N=15165** |
| Unsolicited adverse event up to 28 days after any injection | 3325/15184 (21.9) | 2949/15165 (19.4) |
| Baseline SARS-COV-2 negative | 3204/14316 (22.4) | 2846/14366 (19.8) |
| Baseline SARS-COV-2 positive | 49/341 (14.4) | 56/334 (16.8) |
| Unsolicited adverse event | 3283/15184 (21.6) | 2902/15165 (19.1) |
| Grade 3 unsolicited adverse event | 187/15184 (1.2) | 148/15165 (1.0) |
| Related** unsolicited adverse events | 1127/15184 (7.4) | 609/15165 (4.0) |

33

Moderna COVID-19 Vaccine Emergency Use Authorization Review Memorandum

| Adverse Event Type | Vaccine Group n/N (%) | Placebo Group n/N (%) |
|---|---|---|
| Baseline SARS-COV-2 negative | 1095/14316 (7.6) | 585/14366 (4.1) |
| Baseline SARS-COV-2 positive | 16/341 (4.7) | 14/334 (4.2) |
| Related** Grade 3 unsolicited adverse event | 69/15184 (0.5) | 28/15165 (0.2) |
| Medically attended adverse Event | 1215/15184 (8.0) | 1276/15165 (8.4) |
| Baseline SARS-COV-2 negative | 1167/14316 (8.2) | 1243/14366 (8.7) |
| Baseline SARS-COV-2 positive | 19/341 (5.6) | 18/334 (5.4) |
| Related** medically attended adverse events | 122/15184 (0.8) | 73/15165 (0.5) |
| Baseline SARS-COV-2 negative | 118/14316 (0.8) | 68/14366 (0.5) |
| Baseline SARS-COV-2 positive | 0/341 | 5/334 (1.5) |
| Serious adverse event | 82/15184 (0.5) | 86/15165 (0.6) |
| Baseline SARS-COV-2 negative | 79/14316 (0.6) | 82/14366 (0.6) |
| Baseline SARS-COV-2 positive | 0/341 | 3/334 (0.9) |
| Related** serious adverse event | 5/15184 (<0.1) | 4/15165 (<0.1) |
| Baseline SARS-COV-2 negative | 5/14316 (<0.1) | 4/14366 (<0.1) |
| Baseline SARS-COV-2 positive | 0/341 | 0/334 |
| Death* | 4/15184 (<0.1) | 4/15165 (<0.1) |
| Related** deaths | 0 | 0 |
| AE leading to discontinuation of the vaccine | 41/15184 (0.3) | 71/15165 (0.5) |
| Baseline SARS-COV-2 negative | 34/14316 (0.2) | 68/14366 (0.5) |
| Baseline SARS-COV-2 positive | 4/341 (1.2) | 3/334 (0.9) |

Source: Sponsor's Table 14.3.1.1.3, Table 14.3.1.7.1, Table 14.3.1.7.3, Table 14.3.1.7.7
[a] There were no reports of Grade 4 injection site adverse reactions
[a] EUA request (interim analysis)-November 11, 2020
**Related as assessed by investigator

In subgroup analyses of adults ≥65 years of age, rates of solicited reactions (any, Grade 3 or higher) and all other unsolicited adverse events (AEs) (all and related) were comparable to those observed in all participants. Table 20 below summarizes AEs in participants ≥65 years of age, irrespective of baseline serostatus (as less than 1% of ≥65-year-olds were seropositive at baseline).

**Table 20. Adverse Events Among Adults ≥65 Years of Age (Safety Set)[a]**

| Participants Reporting at Least One | Vaccine Group n/N (%) | Placebo Group n/N (%) |
|---|---|---|
| **Solicited Safety Set** | | |
| Solicited adverse reactions after any injection | 3497/3766 (92.9) | 2010/3750 (53.6) |
| Solicited local adverse reaction | 3337/3766 (88.6) | 859/3750 (22.9) |
| Grade 3 solicited local adverse reaction | 279/3766 (7.4) | 66/3750 (1.8) |
| Solicited systemic adverse reaction | 2922/3766 (77.6) | 1754/3750 (46.8) |
| Grade 3 or 4 solicited systemic adverse reaction | 444/3766 (11.8) | 119/3750 (3.2) |
| **Safety Set** | | |
| Unsolicited Adverse Event up to 28 days after any | 872/3770 (23.1) | 734/3750 (19.6) |
| Related** unsolicited adverse events | 261/3770 (6.9) | 138/3750 (3.7) |
| Medically Attended Adverse Event | 336/3770 (8.9) | 376/3750 (10.0) |
| Related** medically attended adverse events | 22/3770 (0.6) | 13/3750 (0.3) |
| Serious Adverse Event | 36/3770 (1.0) | 42/3750 (1.1) |
| Related** serious adverse event | 2/3770 (<0.1) | 1/3750 (<0.1) |
| Death | 1/3768 (<0.1) | 2/3752 (<0.1) |
| Related** deaths | 0 | 0 |
| AE leading to discontinuation of the vaccine | 12/3770 (0.3) | 17/3750 (0.5) |

| Participants Reporting at Least One | Vaccine Group n/N (%) | Placebo Group n/N (%) |
|---|---|---|
| Related** AE leading to discontinuation of the vaccine | 3/3370 (<0.1) | 4/3750 (0.1) |

Source: Sponsor's Table 14.3.1.1.3, Table 14.3.1.7.1, Table 14.3.1.7.3, Table 14.3.1.7.7. [a] EUA request (interim analysis)-November 11 2020. Data provided in response to Information Request (IR),- received December 7 2020
**Related as assessed by investigator

## Solicited Adverse Reactions

Solicited local and systemic adverse reactions with onset within 7 days after each dose were assessed across groups and are presented in the tables below stratified by age (18 to 64 years; ≥65 years) for all participants. Solicited adverse reactions (AR) were recorded daily by study participants using eDiaries and included the assessment of local injection site reactions (pain, erythema, swelling, and axillary swelling or tenderness of the vaccination arm indicating lymphadenopathy) and systemic reactions (fever, headache, fatigue, myalgia, arthralgia, chills, and nausea/vomiting).

<u>Local Adverse Reactions</u>

Solicited local AR were reported by the majority of vaccine recipients and at higher rates than placebo recipients. Vaccine recipients reported higher rates of local reactions after dose 1 than dose 2. The proportions of participants reporting any local AR were 84.2% and 88.8% after dose 1 and dose 2 in vaccine recipients, compared to 19.8% and 18.8% after dose 1 and dose 2 in placebo recipients, respectively. The proportions reporting at least one grade 3 local AR were 3.5% and 7.0% after dose 1 and dose 2, respectively in vaccine recipients and 0.5% after any dose in placebo recipients. There were no reports of Grade 4 local reactions after any dose across groups. The majority of vaccine recipients (57.6%) reported onset of local AR on Day 1 while at home, and the median duration was 2 days after dose and 3 days after dose 2.

Overall across both age cohorts, the most frequently reported local AR was pain, reported by 83.7% vs 19.8% of vaccine/placebo recipients after the first dose (2.8% vs 0.4% reported as Grade 3) and 88.4% vs 17.0% of vaccine/placebo recipients after dose 2 (4.1% vs 0.3% reported as Grade 3). The median durations for pain were 2 days and 3 days after dose 1 and dose 2, respectively. The highest rates of pain were in participants 18 to <64 years after dose 2, with 90.1% reporting any pain and 4.6% reporting Grade 3 pain.

Axillary swelling or tenderness of the vaccination arm was the second most frequently reported local AR overall. It was reported in 10.2% vs 4.8% of vaccine/placebo recipients after dose 1 and 14.0% vs 3.9% of vaccine/placebo recipients after dose 2 respectively. Grade 3 axillary swelling or tenderness was reported in 0.3% vs 0.2% vaccine/placebo recipients after dose 1 and in 0.5% vs 0.1% of vaccine/placebo recipients after dose 2. The median duration after dose 1 was 1 day and after dose 2 was 2 days. The highest rates of axillary swelling or tenderness were reported by participants 18 to 64 years of age after dose 2, with 16.0% reporting any severity lymphadenopathy and 0.4% reporting Grade 3 axillary swelling or tenderness.

Local reactions that persisted beyond 7 days after any dose were reported by both vaccine recipients and placebo recipients. Local reactions that persisted were reported by 3.7% of vaccine recipients and 1.3% of placebo recipients across both age cohorts. In the younger age cohort, 4.2% of vaccine recipients and 1.4% of placebo recipients reported a local reaction that persisted beyond 7 days, of which 0.6% of vaccine recipients and <0.1% of placebo recipients reported a Grade 3 reaction that persisted. In the older age cohort, 2.3% of vaccine recipients compared to 1.1% of placebo recipients reported a local reaction that persisted, including 0.5%

Moderna COVID-19 Vaccine Emergency Use Authorization Review Memorandum

of vaccine recipients, and <0.1% of placebo recipients reporting Grade 3 local reactions. Frequently reported local reactions persisting beyond 7 days in the younger age cohort in vaccine/placebo recipients were pain (1.5%/0.6%) and axillary swelling or tenderness (2.5%/0.7%), and in the older age cohort pain (1.2%/0.6%) and erythema (0.7%/<0.1%).

The tables below present analyses of solicited local AR from the November 11, 2020 data cutoff. FDA has examined the safety dataset from the November 25, 2020 data cutoff and verified that the proportions of subjects reporting solicited local AR are not appreciably different from those presented in the tables below.

**Table 21. Frequency of Solicited Local Adverse Reactions Within 7 Days Following Either the First or Second Dose of Vaccine, Participants Age 18 to <64 years, Solicited Safety Set[*a]**

| Adverse Reaction | Vaccine Group Dose 1 n/N (%) | Placebo Group Dose 1 n/N (%) | Vaccine Group Dose 2 n/N (%) | Placebo Group Dose 2 n/N (%) |
|---|---|---|---|---|
| Any Local | 9960/11401 (87.4) | 2432/11404 (21.3) | 9371/10357 (90.5) | 2134/10317 (20.7) |
| Grade 3 | 452/11401 (4.0) | 39/11404 (0.3) | 766/10357 (7.4) | 41/10317 (0.4) |
| Pain[a] | 9908/11401 (86.9) | 2179/11404 (19.1) | 9335/10357 (90.1) | 1942/10317 (18.8) |
| Grade 3 | 367/11401 (3.2) | 23/11404 (0.2) | 479/10357 (4.6) | 21/10317 (0.2) |
| Erythema[b] (Redness) | 345/11401 (3.0) | 46/11404 (0.4) | 928/10357 (9.0) | 42/10317 (0.4) |
| Grade 3 | 34/11401 (0.3) | 11/11404 (<0.1) | 206/10357 (2.0) | 12/10317 (0.1) |
| Swelling[b] (Hardness) | 768/11401 (6.7) | 33/11404 (0.3) | 1309/10357 (12.6) | 35/10317 (0.3) |
| Grade 3 | 62/11401 (0.5) | 3/11404 (<0.1) | 176/10357 (1.7) | 4/10317 (<0.1) |
| Axillary Swelling/Tenderness[c] | 1322/11401 (11.6) | 567/11404 (5.0) | 1654/10357 (16.0) | 444/10317 (4.3) |
| Grade 3 | 36/11401 (0.3) | 13/11404 (0.1) | 45/10357 (0.4) | 10/10317 (<0.1) |

Source: Sponsor's Table 14.3.1.1.4, Table 14.3.1.1.5
*Safety Analyses Set: all randomized participants who received ≥1 vaccine or control dose
[a] EUA request (interim analysis)-November 11 2020
Note: Adverse reaction data were collected on the electronic diary (eDiary) by participants and those collected on the eCRF indicated as solicited adverse reactions.
n= # of participants with specified reaction
N = number of exposed participants who submitted any data for the event, percentages are based on n/N.
a: Pain- Grade 3: any use of Rx pain reliever/prevents daily activity; Grade 4: requires E.R. visit or hospitalization
b: Erythema and Swelling/Induration- Grade 3: >100mm/>10cm; Grade 4: necrosis/exfoliative dermatitis
c: Axillary Swelling/Tenderness ipsilateral to the vaccination arm - Grade 3: any use of Rx pain reliever/prevents daily activity; Grade 4: requires E.R. visit or hospitalization
Note: No grade 4 solicited local adverse reactions were reported.

Moderna COVID-19 Vaccine Emergency Use Authorization Review Memorandum

**Table 22. Frequency of Solicited Local Adverse Reactions Within 7 Days Following Either the First or Second Dose of Vaccine, Participants Age ≥65 years, Solicited Safety Set[*a]**

| Adverse Reaction | Vaccine Group Dose 1 n/N (%) | Placebo Group Dose 1 n/N (%) | Vaccine Group Dose 2 n/N (%) | Placebo Group Dose 2 n/N (%) |
|---|---|---|---|---|
| Any Local | 2805/3762 (74.6) | 566/3746 (15.1) | 3010/3587 (83.9) | 473/3549 (13.3) |
| Grade 3 | 77/3762 (2.0) | 39/3746 (1.0) | 212/3587 (5.9) | 29/3549 (0.8) |
| Pain[a] | 2782/3762 (74.0) | 481/3746 (12.8) | 2990/3587 (83.4) | 421/3549 (11.9) |
| Grade 3 | 50/3762 (1.3) | 32/3746 (0.9) | 96/3587 (2.7) | 17/3549 (0.5) |
| Erythema[b] (Redness) | 86/3761 (2.3) | 19/3746 (0.5) | 265/3587 (7.4) | 13/3549 (0.4) |
| Grade 3 | 8/3761 (0.2) | 2/3746 (<0.1) | 75/3587 (2.1) | 3/3549 (<0.1) |
| Swelling[b] (Hardness) | 166/3761 (4.4) | 19/3746 (0.5) | 386/3587 (10.8) | 13/3549 (0.4) |
| Grade 3 | 20/3761 (0.5) | 3/3746 (<0.1) | 69/3587 (1.9) | 7/3549 (0.2) |
| Axillary Swelling/Tenderness[c] | 231/3761 (6.1) | 155/3746 (4.1) | 302/3587 (8.4) | 90/3549 (2.5) |
| Grade 3 | 12/3761 (0.3) | 14/3746 (0.4) | 21/3587 (0.6) | 8/3549 (0.2) |

Source: Sponsor's Tables 14.3.1.1.4 and 14.3.1.1.5]
*Safety Analyses Set: all randomized participants who received ≥1 vaccine or control dose.
 [a] EUA request (interim analysis)-November 11 2020.
Note: Adverse reaction data were collected on the electronic diary by participants and those collected on  the eCRF indicated as solicited adverse reactions.
n= # of participants with specified reaction
N = number of exposed participants who submitted any data for the event, percentages are based on n/N.
a: Pain- Grade 3: any use of Rx pain reliever/prevents daily activity; Grade 4: requires E.R. visit or hospitalization
b: Erythema and Swelling/Induration- Grade 3: >100mm/>10cm; Grade 4: necrosis/exfoliative dermatitis
c:  Axillary Swelling/Tenderness ipsilateral to the vaccination arm - Grade 3: any use of Rx pain reliever/prevents  daily activity; Grade 4: requires E.R. visit or hospitalization
Note: No grade 4 solicited local adverse reactions were reported.

Systemic Adverse Reactions

Solicited systemic AR were reported for the majority of vaccine recipients and at higher rates than for placebo recipients. Vaccine recipients had higher rates of systemic reactions after the second dose than the first dose. The proportions of vaccine and placebo participants reporting systemic AR were as follows: reporting any grade was 54.9% vs 42.2% after dose 1 and 79.3% vs 36.5% after dose 2, and reporting Grade 3 was 2.9% vs. 2.0% after dose 1 and 15.7% vs. 2.0% after dose 2, respectively.  Across groups and doses <0.1% reported a Grade 4 systemic reaction (mainly fever > 104 ⁰F). The majority of vaccine recipients reported onset of systemic AR while at home either on Day 1 (33.7%) or on Day 2 (37.0%), and the median duration after any dose was 2 days.

Overall, the most frequently reported systemic AR was fatigue, reported by 68.5% of vaccine recipients and 36.1% of placebo recipients. After any dose, Grade 3 fatigue was reported by 9.6% of vaccine participants and 1.3% of placebo recipients. Grade 4 fatigue was reported by 1 participant in the vaccine group and none in the placebo group. After dose 1, any/Grade 3 fatigue was reported by 37.2%/1.0% of vaccine recipients and after dose 2 any/Grade 3 fatigue w as reported by 65.2%/9.7% of vaccine recipients. The median duration for fatigue in vaccine

37

Moderna COVID-19 Vaccine Emergency Use Authorization Review Memorandum

recipients was 2 days after any dose. The highest rates of fatigue were reported by participants 18 to 64 years after the 2nd dose, with 67.6% reporting any fatigue, 10.6% reporting Grade 3, and 1 participant reporting Grade 4 (after dose 1).

Rates of other solicited systemic AR were: headache 63.0% vaccine group vs. 36.5% placebo group; myalgia 59.6% vaccine group vs. 20.1% placebo group; arthralgia 44.8% vaccine group vs. 17.2% placebo group; and chills 43.4% vaccine group vs. 9.5% placebo group. The rates of Grade 3 AR were: headache 5.5% vaccine group vs. 2.2% placebo group; myalgia 8.6% vaccine group vs. 0.6% placebo group; arthralgia 5.1% vaccine group vs. 0.5% placebo group; and chills 1.3% vaccine group vs. 0.2% of placebo group. The median duration was 1 day after dose 1 and 1 to 2 days after dose 2. The highest rates of solicited reactions were observed in participants 18 to 64 years after dose 2 and included the following: headache 62.8% (5.0% reported Grade 3), myalgia 61.3% (10.0% Grade 3), arthralgia 45.2% (5.8% Grade 3), and chills 45.8% (1.5% Grade 3). There was one vaccine recipient in the younger age cohort who also reported Grade 4 arthralgia after dose 1.

Fever was reported after any dose by 14.8% of vaccine participant and 0.6% of placebo recipients. Fever was reported after dose 1 in 0.8% of vaccine recipients and 15.6% of vaccine recipients after dose 2. Grade 3 ($\geq$102.1 $^\circ$F) was reported by <0.1% (11 participants) of vaccine recipients after dose 1 and 1.3% (186 participants) of vaccine recipients after dose 2. Grade 4 ($\geq$104.0 $^\circ$F) fever were reported by 4 vaccine recipients after dose 1 and 11 vaccine recipients after dose 2. In participants 18 to 64 years after dose 2, any fever, Grade 3 fever, and Grade 4 fever were reported in 1,806 participants (17.4%), 168 participants (1.6%), and 10 participants (<0.1%), respectively.

Systemic reactions persisting longer than 7 days were reported in both age cohorts of vaccine and placebo recipients after any dose. In the vaccine group, 11.9% of participants reported a solicited reaction that persisted beyond 7 days compared to 9.5% of placebo participants. In the younger age cohort, 9.8% of vaccine recipients and 8.9% of placebo recipients reported a systemic reaction that persisted beyond 7 days; and 2.0% of vaccine recipients and 1.2% of placebo recipients reported Grade 3 or 4 systemic reaction that persisted beyond 7 days. In the older age cohort, 9.4% of vaccine recipients and 8.1% of placebo recipients reported a systemic reaction that persisted; 1.7% of vaccine recipients (63 participants) and 0.8% of placebo recipients (31 participants) reported a Grade 3 or 4 reaction that persisted. The most frequently reported systemic reactions that persisted beyond 7 days in vaccine recipients/placebo recipients 18 to 64 years were fatigue (5.7%/5.0%), headache (4.8%/4.0%), myalgia (2.7%/2.7%), and arthralgia (2.6%/2.8%); in the older cohort were fatigue (5.8%/4.5%), arthralgia (3.7%/3.8%), myalgia (2.9%/2.7%), and headache (2.8%/2.7%).

Fever persisted beyond 7 days in 7 vaccine recipients and 4 placebo recipients, all of whom were in the younger age cohort. There were 2 vaccine recipients who reported grade 3 fever that persisted, and none in the placebo group.

The tables below present analyses of solicited systemic AR from the November 11, 2020 data cutoff. FDA has examined the safety dataset from the November 25, 2020 data cutoff and verified that the proportions of subjects reporting solicited systemic AR are not appreciably different from those presented in the tables below.

Moderna COVID-19 Vaccine Emergency Use Authorization Review Memorandum

**Table 23. Frequency of Solicited Systemic Adverse Reactions Within 7 Days Following Either the First or Second Dose of Vaccine, Participants Age 18-64 years, Solicited Safety Set[*a]**

| Adverse Reaction | Vaccine Group Dose 1 n/N (%) | Placebo Group Dose 1 n/N (%) | Vaccine Group Dose 2 n/N (%) | Placebo Group Dose 2 n/N (%) |
|---|---|---|---|---|
| Any Systemic | 6503/11405 (57.0) | 5063/11406 (44.4) | 8484/10358 (81.9) | 3967/10320 (38.4) |
| Grade 3 | 363/11405 (3.2) | 248/11406 (2.2) | 1801/10358 (17.4) | 215/10320 (2.1) |
| Grade 4 | 5/11405 (<0.1) | 4/11406 (<0.1) | 10/10358 (<0.1) | 2/10320 (<0.1) |
| Fever | 105/11403 (0.9) | 39/11404 (0.3) | 1806/10352 (17.4) | 38/10315 (0.4) |
| Grade 3 | 10/11403 (<0.1) | 1/11404 (<0.1) | 168/10352 (1.6) | 1/10315 (<0.1) |
| Grade 4 | 4/11403 (<0.1) | 4/11404 (<0.1) | 10/10352 (<0.1) | 2/10315 (<0.1) |
| Headache | 4031/11401 (35.4) | 3303/11404 (29.0) | 6500/10357 (62.8) | 2617/10317 (25.4) |
| Grade 3 | 219/11401 (1.9) | 162/11404 (1.4) | 515/10357 (5.0) | 124/10317 (1.2) |
| Fatigue | 4384/11401 (38.5) | 3282/11404 (28.8) | 7002/10357 (67.6) | 2530/10315 (24.5) |
| Grade 3 | 120/11401 (1.1) | 83/11404 (0.7) | 1099/10357 (10.6) | 81/10315 (0.8) |
| Grade 4 | 1/11401 (<0.1) | 0 | 0 | 0 |
| Myalgia | 2698/11401 (23.7) | 1626/11404 (14.3) | 6353/10357 (61.3) | 1312/10316 (12.7) |
| Grade 3 | 73/11401 (0.6) | 38/11404 (0.3) | 1032/10357 (10.0) | 39/10316 (0.4) |
| Arthralgia | 1892/11401 (16.6) | 1327/11404 (11.6) | 4685/10357 (45.2) | 1087/10315 (10.5) |
| Grade 3 | 47/11401 (0.4) | 29/11404 (0.3) | 603/10357 (5.8) | 36/10315 (0.3) |
| Grade 4 | 1/11401 (<0.1) | 0 | 0 | 0 |
| Nausea/Vomiting | 1069/11401 (9.4) | 908/11404 (8.0) | 2209/10357 (21.3) | 754/10315 (7.3) |
| Grade 3 | 6/11401 (<0.1) | 8/11404 (<0.1) | 8/10357 (<0.1) | 8/10315 (<0.1) |
| Chills | 1051/11401 (9.2) | 730/11404 (6.4) | 5001/10357 (48.3) | 611/10315 (5.9) |
| Grade 3 | 17/11401 (0.1) | 8/11404 (<0.1) | 151/10357 (1.5) | 14/10315 (0.1) |

Moderna COVID-19 Vaccine Emergency Use Authorization Review Memorandum

Source: Sponsor's Tables 14.3.1.1.4 and 14.3.1.1.5
ᵃ EUA request (interim analysis)-November 11 2020
*Safety Analyses Set: all randomized participants who received ≥1 vaccine or control dose.
Note: Adverse reaction data were collected on the electronic diary (e-Diary) by participants and those collected on the eCRF indicated as solicited adverse reactions.
n=# of participants with specified reaction
N = number of exposed participants who submitted any data for the event, percentages are based on n/N a: Fever - Grade 3: ≥39 0 − ≤40.0°C or ≥102.1 − ≤104.0° F; Grade 4: >40.0°C >104.0°F
b: Headache – Grade 3: Significant; any use of Rx pain reliever or prevents daily activity; Grade 4: Requires E.R. visit or hospitalization
c: Fatigue, Myalgia, Arthralgia – Grade 3: Significant; prevents daily activity; Grade 4: Requires E.R. visit or hospitalization
d: Nausea/Vomiting – Grade 3: Prevents daily activity, requires outpatient intravenous hydration; Grade 4: Requires E.R. visit or hospitalization for hypotensive shock
e: Chills – Grade 3: Prevents daily activity and requires medical intervention; Grade 4: Requires E.R. visit or hospitalization

**Table 24. Frequency of Solicited Systemic Adverse Reactions Within 7 Days Following Either the First or Second Dose of Vaccine, Participants Age ≥65 Years, Solicited Safety Set*ᵃ**

| Adverse Reaction | Vaccine Group Dose 1 n/N (%) | Placebo Group Dose 1 n/N (%) | Vaccine Group Dose 2 n/N (%) | Placebo Group Dose 2 n/N (%) |
|---|---|---|---|---|
| Any Systemic | 1818/3761 (48.3) | 1335/3748 (35.6) | 2580/3589 (71.9) | 1102/3549 (31.1) |
| Grade 3 | 84/3761 (2.2) | 63/3748 (1.7) | 387/3589 (10.8) | 58/3549 (1.6) |
| Grade 4 | 0 | 0 | 2/3589 (<0.1) | 1/3549 (<0.1) |
| Fever | 10/3760 (0.3) | 7/3748 (0.2) | 366/3587 (10.2) | 5/3549 (0.1) |
| Grade 3 | 1/3760 (<0.1) | 1/3748 (<0.1) | 18/3587 (0.5) | 0 |
| Grade 4 | 0 | 2/3748 (<0.1) | 1/3587 (<0.1) | 1/3549 (<0.1) |
| Headache | 921/3761 (24.5) | 724/3745 (19.3) | 1665/3587 (46.4) | 635/3549 (17.9) |
| Grade 3 | 52/3761 (1.4) | 34/3745 (0.9) | 107/3587 (3.0) | 32/3549 (0.9) |
| Fatigue | 1251/3761 (33.3) | 851/3745 (22.7) | 2094/3587 (58.4) | 695/3549 (19.6) |
| Grade 3 | 30/3761 (0.8) | 23/3745 (0.6) | 248/3587 (6.9) | 20/3549 (0.6) |
| Myalgia | 743/3761 (19.8) | 443/3745 (11.8) | 1683/3587 (46.9) | 385/3549 (10.8) |
| Grade 3 | 17/3761 (0.5) | 9/3745 (0.2) | 201/3587 (5.6) | 10/3549 (0.3) |
| Arthralgia | 618/3761 (16.4) | 456/3745 (12.2) | 1252/3587 (34.9) | 381/3549 (10.7) |
| Grade 3 | 13/3761 (0.3) | 8/3745 (0.2) | 122/3587 (3.4) | 7/3549 (0.2) |
| Nausea/Vomiting | 194/3761 (5.2) | 166/3745 (4.4) | 425/3587 (11.8) | 129/3549 (3.6) |
| Grade 3 | 4/3761 (0.1) | 4/3745 (0.1) | 10/3587 (0.3) | 3/3549 (<0.1) |
| Grade 4 | 0 | 0 | 1/3587 (<0.1) | 0 |
| Chills | 202/3761 (5.4) | 148/3745 (4.0) | 1099/3587 (30.6) | 144/3549 (4.1) |
| Grade 3 | 7/3761 (0.2) | 6/3745 (0.2) | 27/3587 (0.8) | 2/3549 (<0.1) |

Source: Sponsor's Tables 14.3.1.1.4 and 14.3.1.1.5
[a] EUA request (interim analysis) November 11 2020
*Safety Analyses Set: all randomized participants who received ≥1 vaccine or control dose.
Note: Adverse reaction data were collected on the electronic diary (e-Diary) by participants and those collected on the eCRF indicated as solicited adverse reactions.
n=# of participants with specified reaction
N = number of exposed participants who submitted any data for the event, percentages are based on n/n a: Fever - Grade 3: ≥39.0 – ≤40.0°C or ≥102.1 – ≤104.0°F; Grade 4: >40.0°C >104.0°F
b: Headache – Grade 3: Significant; any use of Rx pain reliever or prevents daily activity; Grade 4: Requires E.R. visit or hospitalization
c: Fatigue, Myalgia, Arthralgia – Grade 3: Significant; prevents daily activity; Grade 4: Requires E.R. visit or hospitalization
d: Nausea/Vomiting – Grade 3: Prevents daily activity, requires outpatient intravenous hydration; Grade 4: Requires E.R. visit or hospitalization for hypotensive shock
e: Chills – Grade 3: Prevents daily activity and requires medical intervention; Grade 4: Requires E.R. visit or hospitalization

## Unsolicited AEs

Unsolicited AEs from the November 11, 2020 data cutoff include safety data from participants who had at least 1 month of follow-up after dose 2 (76.7% of all participants) those who had at least 2 months of follow-up after dose 2 (25.3% of all participants). The median study duration following dose 2 was 7 weeks across study groups. Table 25 below shows unsolicited AEs reported through the first data cutoff. Treatment emergent adverse events (AEs) were defined as any event that occurred during the study and was not present before exposure (study vaccine or placebo), any event that occurred during the study and was not present before exposure, or any event already present that worsened after exposure. The following unsolicited adverse events were specified in the protocol:

- Unsolicited AEs observed or reported during the 28 days following each vaccine or placebo dose
- AEs leading to discontinuation from vaccination and/or study participation through Day 759 (study completion) or withdrawal from the study
- Serious adverse events and medically attended adverse events through Day 759 (study completion) or withdrawal from study

Determination of severity for all unsolicited AE were made by the investigators based on medical judgement and definitions of severity as mild, moderate, or severe.

The overall proportions of participants who reported an unsolicited adverse event were generally similar, with numerically slightly higher rates of unsolicited AEs in the vaccine group compared to placebo group for some categories of unsolicited nonserious AEs.

**Table 25. Summary of Unsolicited AEs Regardless of Relationship to the Investigational Vaccine, Through 28 Days After Any Vaccination, Study 301, Safety Set**

| Event Type | Nov 11 Dataset[a] mRNA-1273 (N=15184) n (%) | Nov 11 Dataset Placebo (N=15165) n (%) | Nov 25 Dataset[b] mRNA-1273 (N=15185) n (%) | Nov 25 Dataset[b] Placebo (N=15166) n (%) |
|---|---|---|---|---|
| All unsolicited AEs | 3325 (21.9) | 2949 (19.4) | 3632 (23.9) | 3277 (21.6) |
| Medically-attended | 1215 (8.0) | 1276 (8.4) | 1372 (9.0) | 1465 (9.7) |
| Severe unsolicited AEs | 216 (1.4) | 190 (1.3) | 234 (1.5) | 202 (1.3) |
| Leading to discontinuation from study vaccine | 41 (0.3) | 71 (0.5) | 50 (0.3) | 80 (0.5) |
| Serious | 82 (0.5) | 86 (0.6) | 93 (0.6) | 89 (0.6) |
| Death | 2 (<0.1) | 3 (<0.1) | 2 (<0.1) | 3 (<0.1) |

41

Moderna COVID-19 Vaccine Emergency Use Authorization Review Memorandum

Source:
Abbreviation: AE = adverse event.
Note: An AE is defined as any event not present before exposure to study vaccination or any event already present  that worsens in intensity or frequency after exposure. Percentages were based on the number of safety  participants.
[a] EUA request (interim analysis)-November 11 2020
[b] Primary efficacy analysis-November 25, 2020

Unsolicited Adverse Events

The table below shows rates of unsolicited AEs that occurred within 28 days of any vaccination and at rates of ≥1% in the vaccine group through the November 11, 2020 data cutoff. The proportion of vaccine recipients who reported an unsolicited AE was 21.9% (3325 participants) compared to 19.4% of placebo participants. A higher frequency of unsolicited adverse events w as reported in the vaccine group compared to placebo group and was primarily attributed to local and systemic reactogenicity following vaccination.

The tables below present analyses of unsolicited AEs from the November 11, 2020 data cutoff. FDA has examined the safety dataset from the November 25, 2020 data cutoff and verified that the proportions of subjects reporting unsolicited AEs are not appreciably different from those presented in the tables below.

**Table 26. Unsolicited Adverse Events Occurring in ≥1% of Vaccine Group Participants, by MedDRA Primary System Organ Class and Preferred Term (Safety Analysis Set)[a]**

| System Organ Class<br>Preferred Term | Vaccine<br>N=15184<br>n (%) | Vaccine<br>N=15184<br>n (%) | Placebo<br>N=15165<br>n (%) | Placebo<br>N=15165<br>n (%) |
|---|---|---|---|---|
| | Any | Severe | Any | Severe |
| Infections and infestations | 521 (3.4) | 13 (<0.1) | 621 (4.1) | 25 (0.2) |
| Vascular disorders | 149 (1.0) | 28 (0.2) | 138 (0.9) | 39 (0.3) |
| Nervous system disorders | 624 (4.1) | 27 (0.2) | 552 (3.6) | 21 (0.1) |
|     Headache | 435 (2.9) | 19 (0.1) | 409 (2.7) | 13 (<0.1) |
| Respiratory, thoracic and mediastinal disorders | 480 (3.2) | 8 (<0.1) | 522 (3.4) | 9 (<0.1) |
|     Cough | 148 (1.0) | 1 (<0.1) | 143 (0.9) | 1 (<0.1) |
|     Oropharyngeal pain | 137 (0.9) | 1 (<0.1) | 184 (1.2) | 3 (<0.1) |
| Gastrointestinal disorders | 426 (2.8) | 14 (<0.1) | 387 (2.6) | 16 (0.1) |
|     Diarrhea | 178 (1.2) | 2 (<0.1) | 147 (1.0) | 1 (<0.1) |
| Skin and subcutaneous tissue disorders | 213 (1.4) | 4 (<0.1) | 158 (1.0) | 2 (<0.1) |
| Musculoskeletal and connective tissue disorders | 586 (3.9) | 24 (0.2) | 521 (3.4) | 18 (0.1) |
|     Arthralgia | 174 (1.1) | 10 (<0.1) | 152 (1.0) | 2 (<0.1) |
|     Myalgia | 172 (1.1) | 11 (<0.1) | 138 (0.9) | 0 |
| General disorders and administration site | 894 (5.9) | 43 (0.3) | 560 (3.7) | 13 (<0.1) |
|     Fatigue | 344 (2.3) | 12 (<0.1) | 307 (2.0) | 7 (<0.1) |
|     Injection site pain | 147 (1.0) | 6 (<0.1) | 49 (0.3) | 1 (<0.1) |
| Injury, poisoning and procedural complications | 238 (1.6) | 16 (0.1) | 262 (1.7) | 13 (<0.1) |

Source: Sponsor's Tables 14.3.1.8.1 and 14.3.1.17.1
n (%)=number (percentage) of participants reporting the adverse event at least once
[a] EUA request (interim analysis): Novemer 11, 2020 data cutoff.

Unsolicited AEs considered related by the investigator to study vaccination were reported by 7.4% of vaccine recipients and 4.0% of placebo recipients. The proportion of participants who reported severe unsolicited AEs was 1.4% following any vaccine dose (275 participants) and

42

Moderna COVID-19 Vaccine Emergency Use Authorization Review Memorandum

1.3% following any placebo dose (225 participants). The most frequently reported severe AEs that occurred in greater numbers of vaccine than placebo recipients were headache, myalgia, arthralgia, injection site erythema, and injection site pain (Table 26).

Medically attended adverse events (MAAE) from dose 1 through 28 day following any dose were reported for 8.0% of participants in the vaccine group (1,839 events in 1,215 participants) and 8.4% of those in the placebo group (1,837 events in 1,276 participants). The majority of these events were considered not related to study vaccinations and were primarily attributed to local and systemic reactogenicity following vaccinations.

FDA conducted standard MedDRA queries (SMQs) using FDA-developed software to evaluate for constellations of unsolicited adverse events with onset following dose 1 through the November 11, 2020 cutoff. The SMQs were conducted on adverse event Preferred Terms that could represent various conditions, including but not limited to allergic, neurologic, inflammatory, and autoimmune disorders. FDA assessment of additional safety data accrued through the November 25, 2020 cutoff is ongoing, though specific SMQ of adverse events of clinical interest were assessed.

A SMQ evaluating lymphadenopathy-related events (including injection site lymphadenopathy, lymph node pain, and lymphadenitis) through the November 25, 2020 data cut demonstrated a numerical imbalance across study groups, with 1.1% of vaccine recipients (191 events in 173 vaccine recipients) compared to 0.63% of placebo recipients (109 events in 95 participants) reporting such events in the Safety Set. The rates reported in the older cohort (≥65 years) were 0.74% (28 events in 28 participants) in vaccine recipients compared to 0.35% (16 events in 13 participants) in placebo recipients. The rates reported in the younger cohort (18-64 years) were 1.3% (163 events in 145 participants) in vaccine recipients and 0.72% (93 events in 82 participants) in placebo recipients. These events support a plausible relationship to study vaccination and were also reported in the evaluation of solicited local adverse reactions. Local axillary swelling/tenderness was reported in approximately 19% of participants during the 7 days following any dose in the Solicited Safety Set. The median duration following any dose was 1 to 2 days, and <1% reported Grade 3 axillary swelling/tenderness.

A SMQ evaluating hypersensitivity-related adverse events through the November 25, 2020 data cutoff demonstrated a numerical imbalance across study groups, with 1.5% of vaccine recipients (258 events in 233 participants) and 1.1% of placebo recipients (185 events in 166 participants) reporting such events in the Safety Set. In the older cohort (age ≥65 years) which comprised 24.8% of the Safety Set, the rates of hypersensitivity were 1.8% (74 events in 68 participants) in vaccine recipients and 1% (45 events in 38 participants) in placebo recipients. In the younger age cohort (18-64 years), the rates were 1.5% (184 events in 165 participants) in vaccine recipients compared to 1.1% (140 events in 128 participants). Overall, the most frequently reported AEs in the hypersensitivity SMQ were injection site rash (0.24% vaccine, 0.01% placebo), injection site urticaria (0.1% vaccine, 0% placebo), and rash maculo-papular (0.07% vaccine, 0.01% placebo). There were no anaphylactic or severe hypersensitivity reactions with close temporal relation to the vaccine.

A query of specific adverse events of clinical interest in the Safety Set through November 25, 2020 demonstrated a small imbalance in the number of participants reporting Bell's palsy (facial paralysis), with 3 vaccine recipients and 1 placebo recipient reporting this MAAE. One case of Bell's palsy in the vaccine group was considered a SAE; a 67-year-old female with diabetes was hospitalized for stroke due to new facial paralysis 32 days after vaccination. This case was reported as resolving. Another Bell's palsy case in the vaccine group occurred 28 days after

Moderna COVID-19 Vaccine Emergency Use Authorization Review Memorandum

vaccination in a 30-year-old female who reported an upper respiratory infection 27 days prior to onset of her facial paralysis. This case was reported as resolved. An additional case of Bell's palsy in the vaccine group was reported with the primary analysis safety data (November 25, 2020 data cutoff) and occurred 22 days after vaccination in a 72-year-old female; this event was still ongoing at the time of safety report. The case in the placebo group, reported as resolving, occurred 17 days post injection in a 52-year-old-male. Causality assessment is confounded by predisposing factors in these participants. However, considering the temporal association and biological plausibility, a potential contribution of the vaccine to the manifestations of these events of facial palsy cannot be ruled out. FDA will recommend surveillance for cases of Bell's palsy with deployment of the vaccine into larger populations. There were no other notable patterns or numerical imbalances between treatment groups for specific categories of adverse events, including other neurologic, neuro-inflammatory, and thrombotic events, that would suggest a causal relationship to the Moderna COVID-19 vaccine.

Immediate Adverse Events

Immediate solicited reactions occurring within 30 minutes of vaccination were infrequent and there does not appear to be an imbalance between the treatment groups. Review of unsolicited AEs that occurred within 30 minutes of vaccination demonstrated comparable rates across study groups (0.6% vaccine, 0.6% placebo), and none of the events reported in the vaccine group were considered serious.

Study Withdrawals due to an Adverse Event (Safety Set)

Adverse events that led to discontinuation of vaccination were reported in 0.3% in the vaccine group and 0.5% in the placebo group. Following the November 25, 2020 cutoff, 4 participants were withdrawn from the study due to an adverse event (2 vaccine recipients and 2 placebo recipients). The two AEs reported in the vaccine group were acute pancreatitis and road traffic accident, and the two AEs reported in the placebo group were incarcerated hernia and duodenal ulcer hemorrhage.

**Serious Adverse Events**

Deaths

As of December 3, 2020, 13 deaths were reported (6 vaccine, 7 placebo). Two deaths in the vaccine group were in participants >75 years of age with pre-existing cardiac disease; one participant died of cardiopulmonary arrest 21 days after dose 1, and one participant died of myocardial infarction 45 days after dose 2. Another two vaccine recipients were found deceased at home, and the cause of these deaths is uncertain: a 70-year-old participant with cardiac disease was found deceased 57 days after dose 2, and a 56-year-old participant with hypertension, chronic back pain being treated with opioid medication died 37 days after dose 1 (The official cause of death was listed as head trauma). One case was a 72-year-old vaccine recipient with Crohn's disease and short bowel syndrome who was hospitalized for thrombocytopenia and acute kidney failure due to obstructive nephrolithiasis 40 days after dose 2 and developed complications resulting in multiorgan failure and death. One vaccine recipient died of suicide 21 days after dose 1. The placebo recipients died from myocardial infarction (n=3), intra-abdominal perforation (n=1), systemic inflammatory response syndrome in the setting of known malignancy (n=1), COVID-19 (n=1), and unknown cause (n=1). These deaths in both the vaccine and placebo groups represent events and rates that occur in the general population of individuals of these ages and do not suggest a causal relationship to the vaccine.

Moderna COVID-19 Vaccine Emergency Use Authorization Review Memorandum

Non-fatal Serious Adverse Events

Among participants who received at least one dose of vaccine or placebo (N=30,351), the proportion of participants who reported at least one SAE from dose 1 to the primary analysis cutoff date (November 25, 2020) was 1% in the mRNA-1273 group and 1% in the placebo group. The most common SAEs occurring at higher rates in the vaccine group than the placebo group were myocardial infarction (0.03% in vaccine group, 5 cases vs. 3 cases in placebo group), cholecystitis (0.02% in vaccine group, 3 cases vs. 0 cases in placebo group), and nephrolithiasis (0.02% in vaccine group, 3 cases vs. 0 cases in placebo group). The small numbers of cases of these events do not suggest a causal relationship. The most common SAEs occurring at higher rates in the placebo group than the vaccine group, aside from COVID-19 (0.1% in placebo group), were pneumonia (0.05% in placebo group) and pulmonary embolism (0.03% in placebo group). Occurrence of other SAEs, including cardiovascular SAEs, were otherwise balanced between treatment groups.

As of November 25, 2020, 7 SAEs (4.8%) in the mRNA-1273 group and 5 (3.3%) in the placebo group were assessed by the investigator as related to study vaccination (Table 27). Of the 7 SAEs in the mRNA-1273 group, the Sponsor assessed 4 as related and 3 as unrelated to the vaccine.

**Table 27. SAEs Considered Related by Investigator**

| Investigational Product | SAE | Onset (days after last dose) | Demographics/ Risk factors | Resolution | Related per Investigator/ Moderna |
|---|---|---|---|---|---|
| mRNA-1273 | Intractable nausea and vomiting | 1 | 65 F; history of headaches and severe nausea requiring hospitalization | Resolved | Yes/Yes |
| mRNA-1273 | Facial swelling | 1 | 46 F; dermal filler cosmetic injection 6 months prior | Resolved | Yes/Yes |
| mRNA-1273 | Facial swelling | 2 | 51 F; dermal filler cosmetic injection 2 weeks prior | Resolved | Yes/Yes |
| mRNA-1273 | Rheumatoid arthritis | 14 | 57 M; hypothyroid | Unresolved | Yes/Yes |
| mRNA-1273 | Dyspnea with exertion, peripheral edema | 8 | 66 F; diabetes, hypertension | Resolving | Yes/No |
| mRNA-1273 | Autonomic dysfunction | 24 | 46 F; hypothyroid; possible sinus infection | Unresolved | Yes/No |
| mRNA-1273 | B-cell lymphocytic lymphoma | 31 | 75 F; history of metastatic lung cancer, breast cancer | Unresolved | Yes/No |
| Placebo | Polymyalgia rheumatica | 15 | 83 M; chronic low back pain | Resolving | Yes/Yes |
| Placebo | Facial swelling, paresthesia, anxiety | 7 | 41 F; dental procedure 2 weeks prior | Resolved | Yes/No |
| Placebo | Procedural hemorrhage | 16 | 52 M; aortic stenosis, hyperlipidemia; aspirin intake | Resolved | Yes/No |
| Placebo | Pulmonary embolism | 24 | 59 M; smoking | Unresolved | Yes/No |

45

Moderna COVID-19 Vaccine Emergency Use Authorization Review Memorandum

| Investigational Product | SAE | Onset (days after last dose) | Demographics/ Risk factors | Resolution | Related per Investigator/ Moderna |
|---|---|---|---|---|---|
| Placebo | Pneumonia and myocardial infarction | 29 | 70 M; coronary artery disease, chronic kidney disease, diabetes | Resolved | Yes/No |

There was one event of lip angioedema 2 days after vaccination in a 29-year-old female participant in the vaccine group which was classified as medically significant but not considered an SAE. The participant has a history of dermal filler injection in the lips (unknown how long prior to vaccination). She reported having a similar reaction after receipt of an influenza vaccine in the past. Taken in context with the SAEs of facial swelling which occurred in 2 participants who had previous history of cosmetic filler injections, it is possible the localized swelling in these cases is due to an inflammatory reaction from interaction between the immune response after vaccination and the dermal filler. This phenomenon has been reported after natural infection (e.g., after an influenza-like illness).

In FDA's opinion following review of the narratives, 3 SAEs are considered likely related, including the one report of intractable nausea/vomiting and 2 reports of facial swelling. The possibility that the vaccine contributed to the SAE reports of rheumatoid arthritis, peripheral edema/dyspnea with exertion, and autonomic dysfunction cannot be excluded. The vaccine was unlikely to have contributed to the other SAEs assessed by the investigator as related. As described in detail in a previous section, there was one report of Bell's palsy in the vaccine arm which occurred 32 days after vaccination; both the investigator and the Sponsor assessed this event as unrelated to the study vaccine, but in FDA's assessment a causal relationship cannot be definitively excluded.

Subgroup Analyses

There were no specific safety concerns identified in subgroup analyses by age, race, ethnicity, medical comorbidities, or prior SARS-CoV-2 infection, and occurrence of solicited, unsolicited, and serious adverse events in these subgroups were generally consistent with the overall study population.

**Pregnancies**

Study participants of childbearing potential were screened for pregnancy prior to each vaccination, with a positive test resulting in exclusion or discontinuation from study vaccination. The study is collecting outcomes for all reported pregnancies that occur after vaccination, or before vaccination and not detected by pre-vaccination screening tests. Thirteen pregnancies were reported through December 2, 2020 (6 vaccine, 7 placebo). Study vaccination occurred prior to the last menstrual period (LMP) in 5 participants (2 vaccine, 3 placebo), within 30 days after LMP in 5 participants (2 vaccine, 3 placebo), >30 days after LMP in 2 participants (1 vaccine, 1 placebo), and date of LMP not known in 1 participant (1 vaccine, 0 placebo). Unsolicited AEs related to pregnancy include a case of spontaneous abortion and a case of elective abortion, both in the placebo group. One participant in the placebo group is lost to follow-up. Pregnancy outcomes are otherwise unknown at this time.

A combined developmental and perinatal/postnatal reproductive toxicity study of mRNA-1273 in rats was submitted to FDA on December 4, 2020. FDA review of this study concluded that mRNA 1273 given prior to mating and during gestation periods at dose of 100 µg did not have any adverse effects on female reproduction, fetal/embryonal development, or postnatal

Moderna COVID-19 Vaccine Emergency Use Authorization Review Memorandum

developmental except for skeletal variations which are common and typically resolve postnatally without intervention.

## Safety Summary

The information provided by the Sponsor was adequate for review and to make conclusions about the safety of the mRNA-1273 vaccine in the context of the proposed indication and population for intended use under EUA. The number of participants in the Phase 3 safety population (N=30,350; 15,184 vaccine,15,165 placebo) meets the expectations described in FDA's Guidance on Development and Licensure of Vaccines to Prevent COVID-19 for efficacy. The initial EUA request was based on data from the pre-specified interim analysis (November 11, 2020 data cutoff) with a median follow-up duration of 7 weeks after dose 2; this interim analysis data is the primary basis of this EUA review and conclusions. Data and analyses from a November 25, 2020 data cut with a median duration of at least 2 months follow-up after completion of the 2-dose primary vaccination series was submitted as an amendment to the EUA request on December 7, 2020. The FDA has independently verified all new deaths (including those reported through December 3, 2020) and other SAEs, and the rates and types of solicited and unsolicited AEs from the November 25, 2020 dataset. No new safety concerns have been identified. The totality of the data package submitted in the EUA request meets the Agency's expectations on the minimum duration of follow-up.

Local site reactions and systemic solicited events after vaccination were frequent and mostly mild to moderate. The most common solicited adverse reactions were injection site pain (91.6%), fatigue (68.5%), headache (63.0%), muscle pain (59.6%), joint pain (44.8%), and chills (43.4%); 0.2% to 9.7% were reported as severe, with severe solicited adverse reactions being more frequent after dose 2 than after dose 1 and generally less frequent in adults ≥65 years of age as compared to younger participants. Among unsolicited adverse events of clinical interest, lymphadenopathy-related events were reported in 173 participants (1.1%) in the vaccine group and 95 participants (0.63%) in the placebo group, reflecting a similar imbalance in solicited axillary swelling or tenderness indicating lymphadenopathy (reported by 21.4% of vaccine recipients <65 years of age and in 12.4% of vaccine recipients ≥65 years of age, as compared with 7.5% and 5.8% of placebo recipients in those age groups, respectively). There was a numerical imbalance in hypersensitivity adverse events across study groups, with 1.5% of vaccine recipients and 1.1% of placebo recipients reporting such events in the Safety Set. There were no anaphylactic or severe hypersensitivity reactions with close temporal relation to the vaccine. Throughout the safety follow-up period to date, there has been three reports of Bell's palsy in the vaccine group and one in the placebo group. Currently available information is insufficient to determine a causal relationship with the vaccine. There were no other notable patterns or numerical imbalances between treatment groups for specific categories of adverse events (including other neurologic, neuro-inflammatory, and thrombotic events) that would suggest a causal relationship to mRNA-1273.

As of December 3, 2020, there were a total of 13 deaths reported in the study (6 vaccine, 7 placebo). These deaths represent events and rates that occur in the general population of individuals in these age groups. The frequency of non-fatal serious adverse events was low and without meaningful imbalances between study arms (1% in the mRNA-1273 group and 1% in the placebo group). The most common SAEs in the vaccine group which were numerically higher than the placebo group were myocardial infarction (0.03%), cholecystitis (0.02%), and nephrolithiasis (0.02%), although the small numbers of cases of these events do not suggest a causal relationship. The most common SAEs in the placebo arm which were numerically higher

Moderna COVID-19 Vaccine Emergency Use Authorization Review Memorandum

than the vaccine arm, aside from COVID-19 (0.1%), were pneumonia (0.05%) and pulmonary embolism (0.03%).

## 4.3 Study DMID Protocol 20-0003

### Study Design

DMID Protocol 20-0003 is an ongoing Phase 1, open-label, first-in-human, dose-ranging study to evaluate the safety and immunogenicity of mRNA-1273 in healthy adults 18 years of age and older. A total of 120 participants without risk factors for progression to severe COVID-19 were enrolled into one of 10 age and dose cohorts to receive 2 injections of 25 μg, 50 μg, 100 μg, or 250 μg of mRNA-1273 given 28 days apart. The study included 60 participants 18 through 55 years of age, 30 participants 56 through 70 years of age, and 30 participants 71 years and older. Participants will be followed safety and immunogenicity for 12 months after last vaccination.

### Study Objectives/Endpoints Relevant to the EUA

The immunogenicity objectives are to evaluate the binding antibody (bAb) concentrations for spike IgG as measured by ELISA and neutralizing antibody (nAb) titers as measured by PsVNA for all dose levels at baseline and at various time points after vaccination. The study also evaluated T-cell responses elicited by the mRNA-1273 vaccine as assessed by an intracellular cytokine stimulation assay. All participants are followed for solicited adverse reactions through 7 days post each vaccination. Unsolicited AEs are collected through 28 days after each vaccination. All SAEs and medically attended adverse events are collected through the end of the study.

### Statistical Analysis

No formal statistical hypothesis was tested in this study, and all results were descriptive.

### Study Results

The study showed a dose response in participants across all age groups as measured by both binding and neutralizing antibodies after 2 doses. There was a comparable response between the 100-μg and 250-μg dose groups, and both were greater compared to the 25-μg group. The bAb and nAb levels seen after 2 doses of 100 μg or 250 μg of mRNA-1273 were similar in magnitude compared to those seen in pooled convalescent sera from patients recovered from COVID-19. All dose levels elicited CD4+ T-cell responses that were strongly biased toward expression of Th1 cytokines, with minimal Th2 cytokine expression. This Th1-dominant profile was clinically reassuring in terms of risk of developing vaccine-induced disease. These results, along with the interim safety data showing a lower incidence of reactogenicity in the 100-μg group compared to the 250-μg group, led to the selection of the 100 μg dose to advance to Phase 2 and 3. Preliminary safety data from this Phase 1 study show a similar profile to that observed in the Phase 3 study. No SAEs or severe COVID-19 cases have been reported from this study as of November 16, 2020.

Moderna COVID-19 Vaccine Emergency Use Authorization Review Memorandum

**4.4 Study mRNA-1273-P201**

**Study Design**

Study mRNA-1273-P201 is an ongoing phase 2a, randomized, observer-blind, placebo-controlled, dose-confirmation study to evaluate the safety, reactogenicity, and immunogenicity of mRNA-1273 in healthy adults 18 years and older. The study enrolled 600 participants, consisting of 300 participants 18 to <55 years old and 300 participants 55 years and older, who were randomized equally to receive either 2 doses of 50 µg of mRNA-1273, 100 µg of mRNA-1273, or saline placebo given 28 days apart. Participants will be followed for safety and immunogenicity for 12 months post last vaccination.

**Study Objectives/Endpoints Relevant to the EUA**

The immunogenicity objectives are to evaluate the immunogenicity of 2 doses of mRNA-1273 at the 2 dose levels (50 µg and 100 µg) administered 28 days apart as assessed by level of bAb and by nAb titers at baseline and at various time points after vaccination. All participants are followed for solicited adverse reactions through 7 days post each vaccination. Unsolicited AEs are collected through 28 days after each vaccination. All SAEs and medically attended adverse events are collected through the end of the study.

**Statistical Analysis**

No formal statistical hypothesis was tested in this study and all results were descriptive.

**Study Results**

The immune response as assessed by bAb and nAb after 2 doses were comparable in the 50-µg and 100-µg dose groups, with an overall geometric mean fold rise (GMFR)>20-fold in bAB as measured by ELISA and >50-fold in nAb as measured by microneutralization assay at 28 days post-dose 2. In the 100-µg dose group, the older age cohort (≥55 years) had slightly lower bAb response when compared to the younger age cohort (18 to <55 years) at 28 days post-dose 2, but the nAb response was similar between both age groups

Safety profile was similar to that reported in the Phase 3 study. Laboratory evaluations (including complete blood count, liver function tests, kidney functions tests, and coagulation studies) were conducted for participants ≥55 years of age (N=100) at baseline and at 1 month after the second dose (Day 29, Day 57). According to narratives that the Sponsor provided to FDA on December 6, 2020, there were 2 participants in the 100-µg group who experienced Grade 3 decreases in hemoglobin (Grade 0 reported at baseline), but both Grade 3 values were within normal range and not clinically significant. The overall event rates were not provided.

As of December 6, 2020, there were 3 SAEs reported in the vaccine group: a 65-year-old participant with community acquired pneumonia 25 days after vaccination, a 72-year-old participant with arrhythmia after being struck by lightning 28 days after vaccination, and an 87-year-old participant with worsening of chronic bradycardia 45 days after vaccination. On FDA review of the narratives, none of these SAEs are assessed as related. There were no cases of severe COVID-19 reported in the study.

49

Moderna COVID-19 Vaccine Emergency Use Authorization Review Memorandum

## 5.    FDA Review of Other Information Submitted in Support of the EUA

### 5.1 Sponsor's Plans for Continuing Blinded, Placebo-Controlled Follow-Up

Moderna expects that participants, including approximately 25% who are healthcare workers, may request unblinding to receive mRNA-1273 or another vaccine potentially available under EUA external to the trial. More extensive participant-driven crossover would be expected to alter the composition of the trial population, with greatly increased participant dropout due to a large proportion of participants belonging to priority vaccination groups desiring to be vaccinated with vaccine made available under EUA. Moderna is evaluating the opportunity to amend the protocol to proactively reconsent participants who received placebo to be offered open-label mRNA-1273 vaccination and to remain in the trial, enabling Moderna to continue to collect the relevant safety and effectiveness data over the entire two years of follow-up while increasing the likelihood of retaining participants on trial. Moderna has represented that a blinded crossover design is not feasible for them to implement, due to unwillingness of trial participants to engage in such a design, and that availability of vaccine allocated for clinical trials, which will expire soon and cannot be used under EUA, is an argument against a staged crossover approach according to EUA vaccine prioritization and availability for certain subgroups. Adverse events among those vaccinated within the open label crossover will be captured, regardless of the treatment group to which the participants were originally allocated, over the entire follow-up period of 24 months.

### 5.2 Pharmacovigilance Activities

Moderna submitted a Pharmacovigilance Plan (PVP) to monitor safety concerns that could be associated with the Moderna COVID-19 Vaccine. The Sponsor identified vaccine-associated enhanced disease (which includes but is not limited to vaccine-associated enhanced respiratory disease) and anaphylactic reactions (including anaphylaxis) as important potential risks. Use in the pediatric population, use in pregnant and breast-feeding women, immunogenicity in participants with immunosuppression, concomitant administration with non-COVID vaccines, long-term safety and long-term effectiveness are areas the Sponsor identified as missing information. Division of Epidemiology recommendations are as follows:

1. Mandatory reporting by the Sponsor of the following events to Vaccine Adverse Event Reporting System (VAERS) within 15 days:
   * Vaccine administration errors whether or not associated with an adverse event
   * Serious adverse events (irrespective of attribution to vaccination)
   * Cases of Multisystem Inflammatory Syndrome in adults
   * Cases of COVID-19 that result in hospitalization or death

2. The Sponsor will conduct periodic aggregate review of safety data and submit periodic safety reports at monthly intervals. Each periodic safety report is required to contain descriptive information which includes:
   * A narrative summary and analysis of adverse events submitted during the reporting interval, including interval and cumulative counts by age groups, special populations (e.g., pregnant women), and adverse events of special interest
   * Newly identified safety concerns in the interval
   * Actions taken since the last report because of adverse experiences (for example, changes made to Vaccination Provider fact sheets, changes made to studies or studies initiated)

Moderna COVID-19 Vaccine Emergency Use Authorization Review Memorandum

3.   Moderna will conduct post-authorization observational studies for safety to evaluate the association between Moderna COVID-19 Vaccine and a pre-specified list of adverse events of special interest (AESI) along with deaths and hospitalizations, and severe COVID-19 disease. The study population should include individuals administered the authorized Moderna COVID-19 Vaccine under this EUA in the general US population, populations of interest such as healthcare workers, pregnant women, immunocompromised individuals, subpopulations with specific comorbidities. The studies should be conducted in large scale databases with an active comparator. Moderna will provide protocols and status update reports to the IND 19745 with agreed-upon study designs and milestone dates.
The Sponsor has proposed the following three planned surveillance studies:

- Pregnancy Cohort:
  The Sponsor plans to establish a pregnancy registry with an internal unvaccinated comparator cohort to monitor vaccination during pregnancy within populations expected to receive the vaccine under EUA, and to submit a full protocol for FDA review and approval prior to study start.
- Active Follow-up for Safety:
  This study is an active safety surveillance activity conducting retrospective analyses of medical and pharmacy claims data to address three objectives; estimation of background rates of 26 prespecified adverse events of special interest (AESI), descriptive analyses of observed versus expected rates, and self-controlled risk interval analyses that will be conducted if certain criteria are met from the descriptive analyses. The planned study duration is through December 2022.
- Real World Effectiveness Study:
  This study is a prospective cohort study to be conducted at Kaiser Permanente Southern California to evaluate vaccine effectiveness in preventing the following outcomes; laboratory confirmed and clinical COVID-19 infection, hospitalization, and mortality for COVID-19. Vaccinated subjects will receive Moderna COVID-19 Vaccine between January 1, 2021 and December 31, 2021, and the comparator group will be age matched, unvaccinated KPSC members. The planned study duration is through December 31, 2023.

FDA will provide feedback on these studies after further review of protocols once submitted by the Sponsor.

4.   Mandatory reporting by vaccination providers to VAERS for the following events:
- Vaccine administration errors whether or not associated with an adverse event
- Serious adverse events (irrespective of attribution to vaccination)
- Cases of Multisystem Inflammatory Syndrome in children and adults
- Cases of COVID-19 that result in hospitalization or death

5.   Active surveillance of vaccine recipients via the v-safe program. V-safe is a new smartphone-based opt-in program that uses text messaging and web surveys from CDC to check in with vaccine recipients for health problems following COVID-19 vaccination. The system also will provide telephone follow-up to anyone who reports medically significant (important) adverse events.  Responses indicating missed work, inability to do normal daily activities, or that the recipient received care from a doctor or other healthcare professional will trigger the VAERS Call Center to reach out to the participant and collect information for a VAERS report, if appropriate.

Moderna COVID-19 Vaccine Emergency Use Authorization Review Memorandum

## 5.3 Non-Clinical Studies

**Toxicology Studies**

To support their EUA request, Moderna submitted the following toxicology studies:

(1) Repeat-dose toxicity study of five formulated RNA platforms encoding for viral proteins by repeated intramuscular administration to Sprague Dawley rats. Study #5002045 and 5002045 reviewed under MF19622. Study # 5002034 and 5002158 reviewed under IND 17725. Study #5002400 reviewed under IND19088. Study #5002033 reviewed under IND 17741.

(2) Repeat dose toxicity study of mRNA-1273 by intramuscular injection in Sprague Dawley rats. Study #2308-123 reviewed under IND 19745.

(3) Intramuscular combined developmental and perinatal/postnatal reproductive toxicity study of mRNA-1273 in rats. Study#20248897 reviewed under IND 19745.

Based on nonclinical toxicity assessment, there were no significant safety issues to report. Two intramuscular injections of mRNA-1273 at doses up to 100 ug were well tolerated in rats. Intramuscular administrations of mRNA-1273 at dose of 100 ug to rats prior to mating and during gestation period did not reveal effects on female reproduction, fetal/embryonic development and postnatal development.

**Other Non-Clinical Studies**

Several nonclinical studies in mice, hamsters, and rhesus macaques were conducted to support the safety and efficacy of the mRNA-1273 COVID-19 vaccine. mRNA-1273 was assessed for immunogenicity and for protection against SARS-CoV-2 challenge in mice, hamsters, and rhesus macaques. mRNA-1273 was highly immunogenic in all species tested with strong antigen-binding IgG and high titer neutralizing antibody responses together with a Th1-phenotype CD4+ response, as well as an IFNγ+, IL-2+, CD8+ T-cell response, after a single immunization. Animals immunized intramuscularly had readily detectable S-binding IgG and SARS-CoV-2 neutralizing titers (NT50) as early as one week after a single immunization, and these titers were boosted substantially with a second immunization. Immunized mice were challenged with a mouse-adapted SARS-CoV-2, and hamsters and macaques were challenged with wild-type SARS-CoV-2. The mRNA-1273 vaccine was protective in all three species as indicated by a substantial decrease in viral RNA in bronchoalveolar lavage fluid and the nasal turbinates in the immunized animals as compared with the controls. In addition, there was no histopathologic or radiographic evidence of vaccine-elicited enhanced disease in immunized animals. Based on current hypotheses regarding the etiology of vaccine-associated enhanced respiratory disease, the data are reassuring due to: (1) the robust induction of functional (i.e., neutralizing) antibodies in mice, hamsters, and rhesus macaques; (2) the Th1 bias in T-cell responses; and (3) the reduced viral load and lack of disease markers in vaccinated animals challenged with SARS-CoV-2.

## 5.4 Chemistry, Manufacturing, and Control (CMC) Information

The Moderna COVID-19 vaccine (Code number mRNA-1273) is a nucleoside-modified messenger RNA (mRNA)-based vaccine indicated for active immunization for the prevention of coronavirus disease 2019.

The manufacturing process for the drug substance (DS) consists of ██████ (b) (4) ███████████████████████. The mRNA-1273 drug product (DP) is manufactured by ██████ (b) (4) ████████████████ filling of final containers and labeling/packaging. To support the EUA request, process performance qualification (PPQ) data and in-process, release, and characterization data for DS and DP lots were provided for each manufacturing facility. Once authorized, the Sponsor will submit the Certificates of Analysis (CoAs) of DS and DP lots to be distributed under EUA for FDA review at least 48 hours prior to lot distribution.

The DS manufacturing process underwent scale-related changes during vaccine development to increase production capacity. DS and DP Scale A was used for the manufacture of Phase 3 clinical-trial material (CTM), while DS and DP Scale B will be used in the manufacture of vaccine intended for emergency use. An in-depth analytical comparability assessment based on a minimum of 3 DS PPQ lots and 3 DP PPQ lots at each Scale A and Scale B was performed. The submitted data show that the DS and DP lots manufactured at Scale A and Scale B are highly comparable, and the DS lots manufactured at Scale B in different facilities are also comparable. The manufacturing process and controls have been well characterized and qualified. A more comprehensive comparability assessment encompassing additional lots is ongoing and the results will be provided to the EUA upon completion of the study.
Stability studies have been designed to support the use of vaccine under the EUA. All available stability data generated using the mRNA-1273 DS and DP lots support the emergency deployment of the Moderna COVID-19 vaccine. All stability studies of the DS and DP lots are ongoing and will continue to be monitored. Stability data will be submitted to the EUA as they become available.

The analytical procedures developed and used for the release and stability monitoring of mRNA 1273 DS and DP include tests to ensure vaccine safety, identity, purity, quality, and potency. All non-compendial analytical procedures have been adequately validated. The validation results demonstrate acceptable precision, accuracy, sensitivity, specificity, and reproducibility of the analytical assays, indicating that they are suitable for the quality control of DS and DP.

The manufacture of the Moderna COVID-19 Vaccine is performed at a number of facilities. For each of these facilities, FDA requested and reviewed information on equipment, facilities, quality systems and controls, container closure systems as well as other information described in the guidance, "Emergency Use Authorization for Vaccines to Prevent COVID-19, October 2020", to ensure that there is adequate control of the manufacturing processes and facilities.

In particular, the following information was assessed:

- Facilities appear to be adequately designed and maintained and manufacturing process, personnel, air direction and waste flow are suitable for manufacturing.
- Multiple product manufacturing areas and equipment used to manufacture the COVID-19 vaccine were assessed and cleaning and changeover procedures were evaluated and appear adequate. Cross-contamination controls appear suitable to mitigate risk of cross contamination.
- The successful qualification of critical equipment for drug substance and drug product manufacturing was verified.
- Aseptic process information and validation studies were assessed and appear acceptable.

- Drug product solution sterilization by filtration was reviewed and appears acceptable.
- Sterilization and depyrogenation of pertinent equipment and materials, including container/closure components, description and validation studies appear acceptable.
- Utilities qualification studies including HVAC systems, appear adequate.  Air cleanliness of the manufacturing cleanrooms were adequately controlled and maintained.
- Container/closure integrity studies to ensure sterility of drug product in the final container were conducted and appear adequate.

FDA also performed a site visit at one facility, reviewed the inspectional histories of all applicable facilities and all available information to ascertain whether each facility meets current good manufacturing practice requirements. We find that all the facilities are adequate to support the use of the Moderna COVID-19 vaccine under an Emergency Use Authorization.

## 5.5 Clinical Assay Information

Two diagnostic assays were used for the assessment of the Phase 3 clinical study efficacy endpoints. The Roche Elecsys Anti-SARS-CoV-2 assay was used for the evaluation of SARS-CoV-2 serostatus of study participants before vaccination. The Viracor Eurofins Clinical Diagnostics RT-qPCR was used to determine the virus infection status of study participants before vaccination and to confirm COVID-19 cases for the evaluation of clinical-study endpoints. Both assays have received FDA emergency use authorization. Additional data were submitted to support the suitability of both assays for their intended use in the Phase 3 clinical study for mRNA 1273. The Roche Elecsys Anti-SARS-CoV-2 assay is done under contract to PPD Global Central Laboratories, and the RT-qPCR assay is done by Viracor Eurofins Clinical Diagnostics. Both contracting laboratories are CAP-accredited and CLIA certified.

## 5.6 Inspections of Clinical Study Sites

Bioresearch Monitoring (BIMO) inspections were conducted at nine domestic clinical investigator sites participating in the conduct of study protocol mRNA-1273-P301, *A Phase 3, Randomized, Stratified, Observer-Blind, Placebo-Controlled Study to Evaluate the Efficacy, Safety, and Immunogenicity of mRNA-1273 SARS-CoV-2 Vaccine in Adults Aged 18 Years and Older.* Two of the inspections revealed deficiencies regarding the clinical investigators' conduct of the study. The deficiencies initially gave FDA cause for concern about the adequacy of the Sponsor's study monitoring. Upon further review, including consideration of additional information provided by the Sponsor, however, FDA determined that the Sponsor had a comprehensive system in place to routinely monitor compliance at all sites. FDA also determined that prior to FDA's inspections, this system was effective at independently identifying the deficiencies at the two sites, leading to implementation of corrective action plans at both sites. Following review of study-wide compliance information provided by the Sponsor that included a comprehensive and frequent monitoring plan already in place, FDA did not identify systemic concerns with trial conduct across the other study sites. In light of the Sponsor's comprehensive system for monitoring compliance at all sites, FDA has confidence in the data from the sites that were not inspected. The Letter of Authorization will include a condition about continued monitoring of the performance of the clinical investigators.

## 5.7 EUA Prescribing Information and Fact Sheets

The Prescribing Information, Fact Sheet for Health Care Providers, Fact Sheet for Recipients were reviewed, and suggested revisions sent to the sponsor. The revised Fact Sheets are accurate, not misleading, and appropriate for the proposed use of the product under EUA.

## 6.   Benefit/Risk Assessment in the Context of Proposed Indication and Use Under EUA

### 6.1 Known Benefits

The known benefits among recipients of the proposed vaccine relative to placebo are:

- Reduction in the risk of confirmed COVID-19 occurring at least 14 days after the second dose of vaccine
- Reduction in the risk of confirmed severe COVID-19 occurring at least 14 days after the second dose of vaccine

The 2-dose vaccination regimen was highly effective in preventing PCR-confirmed COVID-19 occurring at least 14 days after receipt of the second dose. Secondary efficacy analyses showed consistency with outcomes in the primary efficacy analysis; the vaccine was effective in preventing COVID-19 using a less restrictive definition of the disease and considering all cases starting 14 days after the first injection. Efficacy findings in the interim analysis were also consistent across various subgroups, including racial and ethnic minorities, participants ages 65 years and older, and those at risk for severe COVID-19 disease due to obesity, diabetes, cardiac disease, liver disease, chronic lung disease, mild to severe asthma, and infection with HIV, although the efficacy estimate in participants ages 65 years and older was slightly lower in the primary efficacy analysis.

### 6.2 Unknown Benefits/Data Gaps

#### Duration of protection

As the interim and final analyses have a limited length of follow-up, it is not possible to assess sustained efficacy over a period longer than 2 months.

#### Effectiveness in certain populations at high-risk of severe COVID-19

Although the proportion of participants at high risk of severe COVID-19 is adequate for the overall evaluation of safety in the available follow-up period, the subsets of certain groups such as immunocompromised individuals (e.g., those with HIV/AIDS) are too small to evaluate efficacy outcomes.

#### Effectiveness in individuals previously infected with SARS-CoV-2

Limited data suggest that individuals with prior SARS-CoV-2 infection can be at risk of COVID-19 (i.e., re-infection) and may benefit from vaccination. Regarding the benefit of the mRNA-1273 for individuals with prior infection with SARS-CoV2, participants with a known history of SARS-CoV-2 infection were excluded from the Phase 3 study, and there was only one case of COVID-19 among study participants with positive SARS-COV-2 infection status at baseline. Thus, the study was not designed to assess the benefit in individuals with prior SARS-CoV-2 infection.

#### Effectiveness in pediatric populations

No efficacy data are available for ages 17 years and younger.

Moderna COVID-19 Vaccine Emergency Use Authorization Review Memorandum

**Future vaccine effectiveness as influenced by characteristics of the pandemic, changes in the virus, and/or potential effects of co-infections**

The study enrollment and follow-up occurred during the period of July 27, 2020 to November 21, 2020, in sites across the United States. The evolution of the pandemic characteristics, such as increased attack rates, increased exposure of subpopulations, as well as potential changes in the virus infectivity, antigenically significant mutations to the S protein, and/or the effect of co-infections may potentially limit the generalizability of the efficacy conclusions over time. Continued evaluation of vaccine effectiveness following issuance of an EUA and/or licensure will be critical to address these uncertainties.

**Vaccine effectiveness against asymptomatic infection**

Data are limited to assess the effect of the vaccine in preventing asymptomatic infection as measured by detection of the virus and/or detection of antibodies against non-vaccine antigens that would indicate infection rather than an immune response induced by the vaccine. Additional evaluations will be needed to assess the effect of the vaccine in preventing asymptomatic infection, including data from clinical trials and from the vaccine's use post-authorization.

**Vaccine effectiveness against long-term effects of COVID-19 disease**

COVID-19 disease may have long-term effects on certain organs, and at present it is not possible to assess whether the vaccine will have an impact on specific long-term sequelae of COVID-19 disease in individuals who are infected despite vaccination. Demonstrated high efficacy against symptomatic COVID-19 should translate to overall prevention of COVID-19-related sequelae in vaccinated populations, though it is possible that asymptomatic infections may not be prevented as effectively as symptomatic infections and may be associated with sequelae that are either late-onset or undetected at the time of infection (e.g., myocarditis). Additional evaluations will be needed to assess the effect of the vaccine in preventing long-term effects of COVID-19, including data from clinical trials and from the vaccine's use post-authorization.

**Vaccine effectiveness against mortality**

A larger number of individuals at high risk of COVID-19 and higher attack rates would be needed to confirm efficacy of the vaccine against mortality. However, non-COVID vaccines (e.g., influenza) that are efficacious against disease have also been shown to prevent disease-associated death.[13-16] Benefits in preventing death should be evaluated in large observational studies following authorization.

**Vaccine effectiveness against transmission of SARS-CoV-2**

Data are limited to assess the effect of the vaccine against transmission of SARS-CoV-2 from individuals who are infected despite vaccination. Demonstrated high efficacy against symptomatic COVID-19 may translate to overall prevention of transmission in populations with high enough vaccine uptake, though it is possible that if efficacy against asymptomatic infection were lower than efficacy against symptomatic infection, asymptomatic cases in combination with reduced mask-wearing and social distancing could result in significant continued transmission. Additional evaluations including data from clinical trials and from vaccine use post-authorization will be needed to assess the effect of the vaccine in preventing virus shedding and transmission, in particular in individuals with asymptomatic infection.

Moderna COVID-19 Vaccine Emergency Use Authorization Review Memorandum

**6.3 Known Risks**

The vaccine elicited increased local and systemic adverse reactions as compared to those in the placebo arm, usually lasting a few days. The most common solicited adverse reactions were pain at injection site (91.6%), fatigue (68.5%), headache (63.0%), muscle pain (59.6%), joint pain (44.8%), and chills (43.4%). Adverse reactions characterized as reactogenicity were generally mild to moderate; 0.2% to 9.7% of these events were reported as severe, with severe solicited adverse reactions being more frequent after dose 2 than after dose 1 and generally less frequent in older adults (≥65 years of age) as compared to younger participants. Among reported unsolicited adverse events, lymphadenopathy occurred much more frequently in the vaccine group than the placebo group and is plausibly related to vaccination.

The number of participants reporting hypersensitivity-related adverse events was numerically higher in the vaccine group compared with the placebo group (258 events in 233 participants [1.5%] vs. 185 events in 166 participants [1.1%]). The trial excluded participants with known or suspected history of allergic reaction to components of the mRNA-1273 vaccine but did not exclude participants with other allergies. There were no anaphylactic or severe hypersensitivity reactions with close temporal relation to the vaccine. However, at the time of this review, anaphylactic reactions have been reported following administration of the Pfizer/BioNTech COVID-19 vaccine, which is based on a similar mRNA/LNP platform, during vaccination campaigns in the US and UK. Two of these reports (both in the UK) were in individuals with prior history of severe/anaphylactic reactions to food or drug allergens that are not components of the vaccine. In the US, two individuals without known history of allergic reactions experienced anaphylaxis within minutes after vaccination, one resulting in hospitalization, and several apparently less severe immediate hypersensitivity reactions have also been reported. All of these events were treated with appropriate medical interventions, and none were fatal. Investigation into these events and the potential for mRNA/LNP vaccines to cause severe allergic/anaphylactic reactions is ongoing. The prescribing information and fact sheets for use of mRNA-1273 under EUA will describe the need for post-vaccination monitoring for severe immediate hypersensitivity or anaphylactic reactions and need for facilities where vaccinations are being conducted to have medical treatment immediately available to respond to such reactions. Additionally, surveillance for allergic reactions, including severe or anaphylactic reactions, following vaccination with mRNA-1273 will proceed through established mechanisms (e.g., mandatory reporting of AEs to VAERS by vaccine providers) and investigated rapidly through joint efforts by CDC and FDA.

Serious adverse events, while uncommon (1.0% in both treatment groups), represented medical events that occur in the general population at similar frequency as observed in the study. Of the 7 SAEs in the mRNA-1273 group that were considered as related by the investigator, FDA considered 3 as related: intractable nausea and vomiting (n=1), facial swelling (n=2). For the serious adverse events of rheumatoid arthritis, peripheral edema/dyspnea with exertion, and autonomic dysfunction, a possibility of vaccine contribution cannot be excluded. For the event of B-cell lymphoma, an alternative etiology is more likely. An SAE of Bell's palsy occurred in a vaccine recipient, for which a causal relationship to vaccination cannot be concluded at this time.

No specific safety concerns were identified in subgroup analyses by age, race, ethnicity, medical comorbidities, or prior SARS-CoV-2 infection.

Moderna COVID-19 Vaccine Emergency Use Authorization Review Memorandum

## 6.4 Unknown Risks/Data Gaps

### Safety in certain subpopulations

There are currently insufficient data to make conclusions about the safety of the vaccine in subpopulations such as children less than 18 years of age, pregnant and lactating individuals, and immunocompromised individuals.

FDA review of a combined developmental and perinatal/postnatal reproductive toxicity study of mRNA-1273 in female rats concluded that mRNA1273 given prior to mating and during gestation periods at dose of 100 μg did not have any effects on female reproduction, fetal/embryonal development, or postnatal developmental except for skeletal variations which are common and typically resolve postnatally without intervention

### Adverse reactions that are very uncommon or that require longer follow-up to be detected

Following authorization of the vaccine, use in large numbers of individuals may reveal additional, potentially less frequent and/or more serious adverse events not detected in the trial safety population of approximately 30,000 participants over the period of follow-up at this time. Active and passive safety surveillance will continue during the post-authorization period to detect new safety signals.

Although the safety database revealed an imbalance of cases of Bell's palsy (3 in the vaccine group and 1 in the placebo group), causal relationship is less certain because the number of cases was small and not more frequent than expected in the general population. Further signal detection efforts for these adverse events will be informative with more widespread use of the vaccine.

### Vaccine-enhanced disease

Available data do not indicate a risk of vaccine-enhanced disease, and conversely suggest effectiveness against severe disease within the available follow-up period. However, risk of vaccine-enhanced disease over time, potentially associated with waning immunity, remains unknown and needs to be evaluated further in ongoing clinical trials and in observational studies that could be conducted following authorization and/or licensure.

## 7.   VRBPAC Meeting Summary

The Vaccines and Related Biological Products Advisory Committee (VRBPAC) convened on December 17, 2020, to discuss Moderna's EUA request. The meeting agenda included: an overview by FDA on EUA and considerations specific to COVID-19 vaccines; a presentation on conduct of placebo-controlled studies in the event that a vaccine becomes available under EUA; presentation of data from studies of the Moderna COVID-19 Vaccine by representatives of Moderna; a public comment period; an FDA presentation of its independent review of the data submitted in support of the EUA request; and a discussion and vote by the VRBPAC.

The VRBPAC was asked to discuss the following items, with no vote:

In considering Moderna's plans for unblinding and crossover of placebo recipients, please discuss the most critical data to further inform vaccine safety and effectiveness to support licensure that should be accrued in:

Moderna COVID-19 Vaccine Emergency Use Authorization Review Memorandum

- Ongoing clinical trials with the Moderna COVID-19 vaccine
- Other studies (e.g., additional clinical trials or observational studies) with the Moderna COVID-19 vaccine

Regarding critical data to be obtained in ongoing trials with the Moderna COVID-19 vaccine, committee members discussed the importance of collecting blood specimens obtained from breakthrough cases to evaluate T- and B- cell immunity and to identify correlates of protection, and the importance of collecting respiratory specimens obtained from breakthrough cases to evaluate effect of the vaccine on shedding of infectious virus and to provide information about potential antigenic escape mutants. Members commented that efforts should be made to obtain data on long term safety of the vaccine, waning of immunity, the vaccine's impact on virus transmission, and asymptomatic infection. In addition, they suggested that ongoing studies should collect additional data on vaccine effectiveness in subjects at increased risk for COVID-19, pregnant women and pediatric populations.

Committee members were asked to discuss whether the ongoing Phase 3 trial should be continued using a blinded cross-over design or an open-label design as proposed by Moderna. Some members stressed the importance of using a blinded cross-over design in order to preserve data integrity and to allow an evaluation of waning of immunity and duration of protection. Other members opined that even though a blinded cross-over design would be ideal, it would present with logistical challenges, and that high drop-out rates can be anticipated because clinical trial participants would obtain a vaccine made available under EUA before a blinded cross-over could be implemented. Therefore, open-label unblinded vaccination of placebo recipients, even though not ideal, may be a more realistic option. However, to preserve blinded placebo-controlled follow-up for as long as is practical, some committee members opined that placebo recipients should be offered the vaccine as they become eligible for vaccination according to CDC prioritization groups.

The committee suggested for the following data to be obtained in additional studies (e.g., additional clinical trials or observational studies) with the Moderna COVID-19 vaccine: data on vaccine effectiveness in the elderly, immunogenicity data from dose ranging studies, in particular in immunocompromised subpopulations, effectiveness of the vaccine following one dose, and interchangeability of the two COVID-19 mRNA vaccines. Additional studies should be conducted to obtain data regarding duration of protection, to identify a correlate of protection, to further evaluate Bell's palsy as an adverse event as well as to evaluate other neurological and cardiac outcomes (both in terms of vaccine safety and effect of vaccination on prevention of these outcomes when related to COVID-19), co-administration with other vaccines, and vaccine safety and effectiveness in pregnant and pediatric subjects.

Following this discussion, the VRBPAC was asked to vote on whether, based on the totality of scientific evidence available, the benefits of the Moderna COVID-19 Vaccine outweigh its risks for use in individuals 18 years of age and older. The results of the vote were as follows: Yes = 20, No = 0, Abstain = 1. Thus, the committee voted in favor of a determination that based on the totality of scientific evidence available, the benefits of the Moderna COVID-19 Vaccine outweigh its risks for use in individuals 18 years of age and older.

## 8. Overall Summary and Recommendation

Following review of information submitted in support of the EUA request and considering VRBPAC recommendations from the December 17, 2020 meeting, the review team concludes that:

Moderna COVID-19 Vaccine Emergency Use Authorization Review Memorandum

- As summarized in Section 2 of this review, the chemical, biological, radiological, or nuclear (CBRN) agent referred to in the March 27, 2020 EUA declaration by the Secretary of HHS (SARS-CoV-2) can cause a serious or life-threatening disease or condition.

- Based on the totality of scientific evidence available, including data from adequate and well-controlled trials described in Section 4 of this review, it is reasonable to believe that the Moderna COVID-19 vaccine (mRNA-1273) may be effective in preventing such serious or life-threatening disease or condition that can be caused by SARS-CoV-2. In the final scheduled primary efficacy analysis of PCR-confirmed and adjudicated COVID-19 cases in an ongoing randomized, blinded, placebo-controlled Phase 3 clinical trial, vaccine efficacy after 14 days post dose 2 was 94.1% (95% CI 89.3%, 96.8%). Efficacy outcomes were high across demographic subgroups and in participants with medical comorbidities associated with higher risk of severe COVID-19. A secondary efficacy analysis using a more severe COVID-19 case definition included 30 adjudicated cases in the placebo group and none in the vaccine group (though one severe case in the vaccine group was confirmed after this analysis). Additional post-hoc efficacy analyses also suggested efficacy against COVID-19 in the time period between dose 1 and dose 2.

- Based on the data summarized in Sections 4 and 5 of this review and assessment of benefits and risks in Section 6 of this review, the known and potential benefits of the vaccine outweigh the known and potential risks of the vaccine when used for active immunization to prevent COVID-19 caused by SARS-CoV-2 in individuals 18 years of age and older. Known benefits include reduction in the risk of confirmed COVID-19 occurring at least 14 days after dose 2, reduction in the risk of confirmed COVID-19 after dose 1 and before dose 2, and reduction in the risk of confirmed severe COVID-19 any time after dose 1. Potential benefits that could be further evaluated but are not necessary to support an EUA include prevention of COVID-19 in individuals with previous SARS-CoV-2 infection, prevention of mortality and long-term complications of COVID-19, reduction in asymptomatic SARS-CoV-2 infection and reduction of SARS-CoV-2 transmission. Known risks include common local and systemic adverse reactions (notably injection site reactions, headache, fever, chills, myalgia, and fatigue, all of which are usually mild to moderate and lasting a few days, with higher frequency in younger vaccine recipients compared with older vaccine recipients) and less commonly lymphadenopathy and allergic reactions. Potential risks that should be further evaluated include uncommon to rare clinically significant adverse reactions that may become apparent with more widespread use of the vaccine and with longer duration of follow-up (including further evaluation of risk of Bell's palsy and severe allergic/anaphylactic reactions following vaccination), risks associated with vaccination of specific populations such as children younger than 18 years of age and pregnant and breastfeeding women, and whether vaccine-enhanced disease could occur with waning of immunity.

- As summarized in Section 2 of this review, there is no adequate, approved, and available alternative to the product to prevent COVID-19 caused by SARS-CoV-2 in individuals 18 years of age and older.

The review team therefore recommends issuance of an EUA for use of the Moderna COVID-19 Vaccine for active immunization to prevent COVID-19 caused by SARS-CoV-2 in individuals 18 years of age and older.

Moderna COVID-19 Vaccine Emergency Use Authorization Review Memorandum

## 9.   References

1. Zhu N, Zhang D, Wang W, et al. A Novel Coronavirus from Patients with Pneumonia in China, 2019. *The New England journal of medicine.* 2020;382(8):727-733.
2. Coronaviridae Study Group of the International Committee on Taxonomy of V. The species Severe acute respiratory syndrome-related coronavirus: classifying 2019-nCoV and naming it SARS-CoV-2.
3. Lu R, Zhao X, Li J, et al. Genomic characterisation and epidemiology of 2019 novel coronavirus: implications for virus origins and receptor binding. *Lancet (London, England).* 2020;395(10224):565-574.
4. Hoffmann M, Kleine-Weber H, Schroeder S, et al. SARS-CoV-2 Cell Entry Depends on ACE2 and TMPRSS2 and Is Blocked by a Clinically Proven Protease Inhibitor. *Cell.* 2020;181(2):271-280.e278.
5. Federal Food, Drug and Cosmetic Act, 21 U.S.C. § 360bbb−3 and 360bbb-3b. (2011).
6. FDA. Guidance for Industry: Emergency Use Authorization for Vaccines to Prevent COVID-19. October 2020. https://www.fda.gov/regulatory-information/search-fda-guidance-documents/emergency-use-authorization-vaccines-prevent-covid-19.
7. FDA. Guidance for Industry: Development and Licensure of Vaccines to Prevent COVID-19. June 2020. https://www.fda.gov/regulatory-information/search-fda-guidance-documents/development-and-licensure-vaccines-prevent-covid-19.
8. National Vaccine Injury Compensation Program. Vaccine Injury Table, Revised and Effective March 21, 2017. https://www.hrsa.gov/sites/default/files/hrsa/vaccine-compensation/vaccine-injury-table.pdf.
9. International Coalition of Medicines Regulatory Authorities. Statement on continuation of vaccine trials. http://www.icmra.info/drupal/en/covid-19/statement_on_continuation_of_vaccine_trials. 2020.
10. Krause PR, Fleming TR, Longini IM, et al. Placebo-Controlled Trials of Covid-19 Vaccines - Why We Still Need Them. *The New England journal of medicine.* 2020.
11. Wendler D, Ochoa J, Millum J, Grady C, Taylor HA. COVID-19 vaccine trial ethics once we have efficacious vaccines. *Science.* 2020:eabf5084.
12. Centers for Disease Control and Prevention. Evidence used to update the list of underlying medical conditions that increase a person's risk of severe illness from COVID-19. 2020. https://www.cdc.gov/coronavirus/2019-ncov/need-extra-precautions/evidence-table.html.
13. Roush SW, Murphy TV, Vaccine-Preventable Disease Table Working Group, the. Historical Comparisons of Morbidity and Mortality for Vaccine-Preventable Diseases in the United States. *JAMA.* 2007;298(18):2155-2163.
14. Verhees RAF, Dondorp W, Thijs C, Dinant GJ, Knottnerus JA. Influenza vaccination in the elderly: Is a trial on mortality ethically acceptable? *Vaccine.* 2018;36(21):2991-2997.
15. Flannery B, Reynolds SB, Blanton L, et al. Influenza Vaccine Effectiveness Against Pediatric Deaths: 2010–2014. 2017;139(5):e20164244.
16. Rolfes MA, Flannery B, Chung JR, et al. Effects of Influenza Vaccination in the United States During the 2017-2018 Influenza Season. *Clinical infectious diseases : an official publication of the Infectious Diseases Society of America.* 2019;69(11):1845-1853.

**Emergency Use Authorization (EUA) for an Unapproved Product**
**Review Memorandum**

## Identifying Information

| | |
|---|---|
| Application Type | EUA (Event-driven EUA request) |
| Application Number | 27205 |
| Sponsor | Janssen Biotech, Inc. |
| Submission Date | February 4, 2021 |
| Receipt Date | February 4, 2021 |
| Signatory Authority | Marion F. Gruber, Ph.D., Director, CBER/OVRR |
| Principal Discipline Reviewers from the Review Team | Sudhakar Agnihothram, Ph.D., Committee chair, OVRR/DVRPA; Bharat Khurana, DVM, Ph.D., MBA, Regulatory Project Manager, OVRR/DVRPA; Rachel Zhang, M.D., Clinical reviewer, OVRR/DVRPA; Yosefa Hefter, M.D., Clinical reviewer, OVRR/DVRPA; Claudia Wrzesinski, Ph.D., Toxicology reviewer, OVRR/DVRPA; Ye Yang, Ph.D., Biostatistics reviewer, OBE/DB; Lei Huang, Ph.D., Biostatistics reviewer, OBE/DB; Marian Major, Ph.D., CMC/Product reviewer, OVRR/DVP; Alla Kachko, Ph.D., CMC/Product reviewer, OVRR/DVP; Pankaj (Pete) Amin, B.S., CMC/Facility reviewer; OCBQ/DMPQ; Holly Brevig, Ph.D., CMC/Facility reviewer; OCBQ/DMPQ; Jane Woo, M.D., Pharmacovigilance reviewer, OBE/DE; Brenda Baldwin, Ph.D., Data Integrity reviewer, OVRR/DVRPA; Haecin Chun, M.S., BIMO reviewer, OCBQ/DIS/BMB; Bhanu Kannan, M.S., BIMO reviewer, OCBQ/DIS/BMB; Oluchi Elekwachi, Pharm.D., MPH, Labeling reviewer, OCBQ/DCM/APLB |
| Review Completion Date | February 27, 2021 |
| Established Name/Other names used during development | Janssen COVID-19 vaccine (Ad26.COV2.S) |
| Dosage Forms/Strengths and Route of Administration | A 0.5 mL suspension administered as a single intramuscular injection at the dose level of $5\times10^{10}$ virus particles (vp) |
| Intended Use for EUA | Active immunization to prevent coronavirus disease 2019 (COVID-19) caused by severe acute respiratory syndrome coronavirus 2 (SARS-CoV-2) |
| Intended Population | Individuals 18 years of age and older |

**EXHIBIT D**

Janssen Ad26.COV2.S (COVID-19) Vaccine
VRBPAC Briefing Document

**Table of Contents**

List of Tables..............................................................................................................3

List of Figures ...........................................................................................................4

Glossary....................................................................................................................5

1.  Executive Summary ...............................................................................................6

2.  Background.............................................................................................................8

    2.1 SARS-CoV-2 Pandemic ..................................................................................8

    2.2 Available Vaccines and Therapies for COVID-19 ...........................................9

    2.3 EUA Request for the Janssen COVID-19 Vaccine .........................................9

    2.4 U.S. Requirements to Support Issuance of an EUA for a Biological
       Product........................................................................................................10

    2.5 Applicable Guidance for Industry .................................................................11

3.  Janssen COVID-19 Vaccine .................................................................................12

    3.1 Vaccine Composition, Dosing Regimen.......................................................12

    3.2 Safety Experience of Ad26-based Vaccines ................................................13

    3.3 Proposed Use Under EUA ...........................................................................13

4.  FDA Review of Clinical Safety and Effectiveness Data .......................................13

    4.1 Overview of Clinical Studies.........................................................................13

    4.2 Study 3001 ..................................................................................................14

        4.2.1  Design...............................................................................................14

        4.2.2  Compliance with Good Clinical Practice ...........................................18

        4.2.3  FDA Assessment of Phase 3 Follow-Up Duration .............................18

        4.2.4  Participant Disposition and Inclusion in Analysis Populations ...........19

        4.2.5  Demographics and Other Baseline Characteristics ...........................20

        4.2.6  Vaccine Efficacy................................................................................25

        4.2.7  Safety................................................................................................39

5.  FDA Review of Other Information Submitted in Support of the EUA.....................54

    5.1 Sponsor's Plans for Continuing Blinded, Placebo-Controlled Follow-up.......54

    5.2 Pharmacovigilance Activities........................................................................55

    5.3 Non-Clinical Studies.....................................................................................56

    5.4 Chemistry, Manufacturing, and Control (CMC) Information ..........................57

    5.5 Clinical Assay Information ............................................................................58

    5.6 Inspections of Clinical Study Sites ...............................................................58

    5.7 EUA Prescribing Information and Fact Sheets..............................................59

6.  Benefit/Risk Assessment in the Context of Proposed Indication and Use
Under EUA...............................................................................................................59

    6.1 Known Benefits ............................................................................................59

    6.2 Unknown Benefits/Data Gaps ......................................................................59

    6.3 Known Risks ................................................................................................61

    6.4 Unknown Risks/Data Gaps ..........................................................................61

Janssen COVID-19 Vaccine Emergency Use Authorization Review Memorandum

7.  VRBPAC Meeting Summary ............................................................................62
8.  Overall Summary and Recommendation..........................................................63
9.  References .....................................................................................................65
10. Appendix A. Other Clinical Studies Ad26.COV2.S .........................................67
11. Appendix B. Case Definitions for Mild COVID-19 and FDA Harmonized
COVID-19 .......................................................................................................69

**List of Tables**

Table 1. Clinical Trials Submitted in Support of Efficacy and Safety Determinations of the
    Janssen COVID-19 Vaccine ..............................................................................13
Table 2. Analysis Populations ............................................................................17
Table 3. Participant Disposition by Age Group and Comorbidities, Full Analysis Set,
    Study 3001 ........................................................................................................18
Table 4. Disposition[a], Efficacy Analysis Population, Study 3001 .................................19
Table 5. Disposition, Safety Analysis Population, Study 3001....................................20
Table 6. Demographic Characteristics, Per-Protocol Set, Study 3001 .......................21
Table 7. Demographic Characteristics, Full Analysis Set, Study 3001 .......................22
Table 8. Participants With Comorbidities, Full Analysis Set, Study 3001 ...................23
Table 9. Demographic Characteristics, Safety Subset, Study 3001 ...........................24
Table 10. Vaccine Efficacy Against Centrally Confirmed Moderate to Severe/Critical
    COVID-19 With Onset at Least 14 and at Least 28 Days After Vaccination, Per-
    Protocol Set, Study 3001 ..................................................................................25
Table 11. Demographic Characteristics of Participants With Moderate to Severe/Critical
    COVID-19, Including Non-centrally Confirmed Cases, With Onset at Least 14 days
    After Vaccination, Per-Protocol Set .................................................................26
Table 12. Vaccine Efficacy of First Occurrence of Moderate to Severe/Critical COVID-19,
    Including Non-centrally Confirmed Cases, With Onset at Least 14 or at Least 28 Days
    After Vaccination, by Demographic Characteristics, Per-Protocol Set, Study 3001 ..........27
Table 13. Vaccine Efficacy of First Occurrence of Moderate to Severe/Critical COVID-19,
    Including Non-centrally Confirmed Cases, With Onset at Least 14 or at Least 28 Days
    After Vaccination, by Risk Factors for Severe COVID-19, Per-Protocol Set, Study
    3001 ..................................................................................................................29
Table 14. Vaccine Efficacy of First Occurrence of Moderate to Severe/Critical COVID-19,
    Including Non-centrally Confirmed Cases, With Onset at Least 14 or at Least 28 Days
    After Vaccination, by Baseline SARS-CoV-2 Status[a], Per-Protocol Set ............................30
Table 15. Vaccine Efficacy Against Centrally Confirmed COVID-19[a] With Onset at Least 14
    or at Least 28 Days After Vaccination, Per-Protocol Set, Study 3001 ..............................31
Table 16. Vaccine Efficacy Against Adjudicated Severe/Critical COVID-19 With Onset at
    Least 14 or at Least 28 Days After Vaccination, Per-Protocol Set, Study 3001 ................32
Table 17. Vaccine Efficacy of First Occurrence COVID-19 Requiring Medical Intervention
    Based on MRU, With Onset at Least 14 or at Least 28 Days After Vaccination,
    Per-Protocol Set, Study 3001 ............................................................................33

Table 18. Vaccine Efficacy of First Occurrence COVID-19 Requiring Hospitalization, With Onset at Least 14 or at Least 28 Days After Vaccination, Per-Protocol Set, Study 3001 (Post Hoc Analysis) ...................................................................................34

Table 19. COVID-19 Related Deaths.........................................................................................35

Table 20. Vaccine Efficacy Against Asymptomatic SARS-CoV-2 Infections, Full Analysis Set......................................................................................................36

Table 21. Effect on All-Cause Mortality, Full Analysis Set ......................................................36

Table 22. Vaccine Efficacy of First Occurrence of Moderate to Severe/Critical and Severe/Critical COVID-19 Including Non-centrally Confirmed Cases With Onset at Least 14 or at Least 28 Days After Vaccination, by Country of Participation, Per-Protocol Set, Study 3001 ....................................................................37

Table 23. Participants Reporting at Least One Adverse Event, Among All Participants and by Age Group.............................................................................................39

Table 24. Frequency of Solicited Local Adverse Reactions Within 7 Days Following Vaccination, Safety Subset[a], Study 3001 .........................................................42

Table 25. Time (Days) to Onset and Duration of Solicited Local Adverse Events, Safety Subset[a], Study 3001 .............................................................................42

Table 26. Frequency of Solicited Systemic Adverse Reactions Within 7 Days Following Vaccination, Safety Subset[a], Study 3001 .........................................................43

Table 27. Time (Days) to Onset and Duration of Solicited Adverse Events, Safety Subset[a], Study 3001...............................................................................................44

Table 28. Unsolicited Adverse Events Occurring in ≥1% of Vaccine Group Participants Within 28 Days Following Vaccination, by MedDRA Primary System Organ Class and Preferred Term, Safety Subset[a], Study 3001........................................45

Table 29. Thromboembolic Events in Vaccine and Placebo Recipients, Full Analysis Set, Study 3001......................................................................................................47

Table 30. Tinnitus in Vaccine Recipients, Full Analysis Set, Study 3001 ...................................49

Table 31. SAEs Considered Related by Investigator, Full Analysis Set, Study 3001 .................51

**List of Figures**

Figure 1. Cumulative Incidence Curve of Centrally Confirmed Moderate to Severe/Critical COVID-19 Cases With Onset at Least 1 Day After Vaccination, Full Analysis Set ...........31

Figure 2. Sponsor's Proposed Crossover Design Following Issuance of an EUA ......................54

Janssen COVID-19 Vaccine Emergency Use Authorization Review Memorandum

**Glossary**

| | |
|---|---|
| Ad26 | adenovirus type 26 |
| AE | adverse event |
| AR | adverse reaction |
| AESI | adverse event of special interest |
| BIMO | Bioresearch Monitoring |
| CBRN | chemical, biological, radiological, or nuclear |
| CDC | Centers for Disease Control and Prevention |
| CMC | chemistry, manufacturing and control |
| COVID-19 | coronavirus disease 2019 |
| CT | computed tomography |
| DP | drug product |
| DS | drug substance |
| ECMO | extracorporeal membrane oxygenation |
| EUA | Emergency Use Authorization |
| FAS | full analysis set |
| FDA | Food and Drug Administration |
| FD&C | Federal Food, Drug, and Cosmetic Act |
| hACE2 | human angiotensin converting enzyme 2 |
| HHS | Health and Human Services |
| LMP | last menstrual period |
| MAAE | medically attended adverse event |
| MedDRA | Medical Dictionary for Regulatory Activities |
| MRU | Medical Resource Utilization |
| PT | preferred term |
| RT-PCR | reverse transcription-polymerase chain reaction |
| SAE | serious adverse event |
| SARS-CoV-2 | severe acute respiratory syndrome coronavirus 2 |
| SMQ | standard MedDRA query |
| SAP | statistical analysis plan |
| VAERS | Vaccine Adverse Event Reporting System |
| VE | vaccine efficacy |
| vp | virus particles |
| VRBPAC | Vaccines and Related Biological Products Advisory Committee |

Janssen COVID-19 Vaccine Emergency Use Authorization Review Memorandum

## 1.    Executive Summary

The severe acute respiratory syndrome coronavirus 2 (SARS-CoV-2) pandemic presents an extraordinary challenge to global health and, as of February 26, 2021, has caused more than 113 million cases of COVID-19 and claimed the lives of more than 2.5 million people worldwide. In the United States, more than 28 million cases and 503,000 deaths have been reported to the Centers for Disease Control and Prevention (CDC). Based on a declaration by the Secretary of Health and Human Services (HHS) that the COVID-19 pandemic constitutes a public health emergency with a significant potential to affect national security or the health and security of United States citizens living abroad, FDA may issue an Emergency Use Authorization (EUA) for a COVID-19 vaccine after determining that certain statutory requirements are met.

On February 4, 2021, Janssen Biotech, Inc. (the Sponsor, also referred to as Janssen) submitted an EUA request to FDA for an investigational vaccine intended to prevent COVID-19 caused by SARS-CoV-2. The Janssen COVID-19 vaccine, also referred to as Ad26.COV2.S, is a replication-incompetent adenovirus type 26 (Ad26) vectored vaccine encoding a stabilized variant of the SARS-CoV-2 S protein. The proposed use under an EUA is for active immunization to prevent COVID-19 caused by SARS-CoV-2 in individuals 18 years of age and older. The proposed dosing regimen is a single intramuscular injection at the dose level of $5{\times}10^{10}$ virus particles (vp).

The EUA request includes safety and efficacy data from an ongoing multi-national Phase 3 randomized, double-blind and placebo-controlled trial of a single dose ($5x10^{10}$ vp) of Ad26.COV2.S in approximately 40,000 participants. The protocol-specified primary analysis evaluated co-primary efficacy endpoints of molecularly confirmed, moderate to severe/critical COVID-19 with onset at least 14 and 28 days, respectively, after vaccination in participants without evidence of SARS-CoV-2 infection prior to vaccination. The co-primary efficacy analysis (data cutoff of January 22, 2021) included 39,321 randomized (1:1) participants with a median follow-up time of 2 months post-vaccination.

Vaccine efficacy (VE) against central laboratory-confirmed moderate to severe/critical COVID-19 across all geographic areas in which the trial was conducted was 66.9% (95% CI 59.0, 73.4) when considering cases occurring at least 14 days after the single-dose vaccination and 66.1% (55.0, 74.8) when considering cases occurring at least 28 days after vaccination. For the vaccine and placebo groups, respectively, there were 116 and 348 COVID-19 cases that occurred at least 14 days after vaccination, and 66 and 193 cases that occurred at least 28 days after vaccination. Analyses of secondary endpoints demonstrated vaccine efficacy against central laboratory confirmed and blind-adjudicated severe/critical COVID-19 occurring at least 14 days and at least 28 days after vaccination of 76.7% (54.6, 89.1) and 85.4% (54.2, 96.9), respectively. VE estimates for prevention of moderate to severe/critical COVID-19 and for prevention of severe/critical COVID-19 including positive PCR results still awaiting confirmation by the central laboratory were similar (but with narrower confidence intervals) to the VE estimates that included only centrally confirmed cases. In a post hoc analysis of all COVID-19 related hospitalizations starting 14 days after vaccination, including non-centrally confirmed cases, there were 2 cases in the vaccine group (with no cases after 28 days) compared with 29 cases in the placebo group (with 16 cases after 28 days). As of February 5, 2021, there were 7 COVID-19 related deaths in the study in the placebo group and no COVID-19 related deaths in the vaccine group.

In general, VE among the subgroups (age, comorbidity, race, ethnicity) appears to be similar to the VE in the overall study population. A lower VE estimate was observed for the subgroup of

Janssen COVID-19 Vaccine Emergency Use Authorization Review Memorandum

participants 60 years of age and older with comorbidities compared with the overall population, but with an observed trend of increasing VE with narrower confidence intervals as numbers of cases included in the analysis increased (i.e., counting cases from 14 days rather than 28 days and including cases not yet centrally confirmed). There were no COVID-19-related deaths and no COVID-19 cases requiring medical intervention occurring 28 days or more post-vaccination among participants age 60 years or older with medical comorbidities in the vaccine group. The VE results for some other subgroups with small numbers of participants (≥75 years of age, certain racial subgroups) have limited interpretability. Data were insufficient to assess VE in participants with evidence of prior SARS-CoV-2 infection.

There was country-to-country variation in VE estimates for the prevention of moderate to severe/critical COVID-19 and severe/critical COVID-19, but the confidence intervals were overlapping. Predominant strains among those sequenced were Wuhan-H1 variant D614G in the U.S. (96.4% of sequenced cases), 20H/501Y.V2 variant (B.1.351) in South Africa (94.5% of sequenced cases), and variant of the P.2 lineage in Brazil (69.4% of sequenced cases, with the remaining 30.6% Wuhan-H1 variant D614G). There were no cases identified as B.1.1.7 or P1 lineages as of February 12, 2021.

Safety analysis through the January 22, 2021 data cutoff included 43,783 randomized (1:1) participants ≥18 years of age with 2-month median follow-up. The analysis supported a favorable safety profile with no specific safety concerns identified that would preclude issuance of an EUA.

A subset of participants (N=6,736) was followed for solicited reactions within 7 days following vaccination and unsolicited reactions within 28 days following vaccination. The most common solicited adverse reactions associated with Ad26.COV2.S were injection site pain (48.6%), headache (38.9%), fatigue (38.2%), and myalgia (33.2%); these were predominantly mild and moderate, with 0.7% and 1.8% of local and systemic solicited adverse reactions, respectively, reported as grade 3. Reports of solicited reactions were less common among participants ≥60 years of age. Reactogenicity to Ad26.COV2.S in adults ≥18 years of age was demonstrated to be transient, and most solicited adverse events (AEs) generally resolved in 1 to 2 days post-vaccination. There were no meaningful imbalances between vaccine and placebo recipients in unsolicited adverse events reported during the 28 days following vaccination.

Among all adverse events collected through the January 22, 2021 data cutoff, a numerical imbalance was seen in non-serious urticaria events reported in the vaccine group (n=5) compared to placebo group (n=1) within 7 days following vaccination which is possibly related to the vaccine. Numerical imbalances were observed between vaccine and placebo recipients for thromboembolic events (15 versus 10) and tinnitus (6 versus 0). Data at this time are insufficient to determine a causal relationship between these events and the vaccine. There were no other notable patterns or numerical imbalances in the available data as of the cutoff date between treatment groups for specific categories of adverse events that would suggest a causal relationship to Ad26.COV2.S.

Non-fatal serious adverse events, excluding those attributed to COVID-19, were infrequent and balanced between study groups with respect to rates and types of events (0.4% in both groups). One serious event of a hypersensitivity reaction, not classified as anaphylaxis, beginning two days following vaccination was likely related to receipt of the vaccine. During FDA review of the EUA request, the Sponsor reported a case of anaphylaxis following vaccination with Ad26.COV2.S, the details of which are still under investigation, in an ongoing, open-label study in South Africa.

There was more frequent, generally mild to moderate reactogenicity in participants 18 to 59 years of age compared to older participants. There were no specific safety concerns identified in subgroup analyses by age, race, ethnicity, medical comorbidities, or prior SARS-CoV-2 infection. Occurrence of solicited, unsolicited, and serious adverse events in these subgroups was generally consistent with the overall study population.

Non-clinical toxicology studies with Ad26.COV2.S including a combined developmental and perinatal/postnatal reproductive toxicity study did not raise specific safety concerns, and other non-clinical studies support the vaccine's immunogenicity, reduction of SARS-CoV-2 pulmonary and nasal viral load in animal challenge models, and absence of findings suggesting risk of vaccine-enhanced disease.

FDA has reviewed the CMC data submitted to date for this vaccine and has determined that the CMC information is consistent with the recommendations set forth in FDA's Guidance on Emergency Use Authorization for Vaccines to Prevent COVID-19 (February 2021, originally issued October 2020).[1] FDA has determined that the Sponsor has provided adequate information to ensure the vaccine's quality and consistency for authorization of the product under an EUA.

A meeting of the Vaccines and Related Biological Products Advisory Committee (VRBPAC) was convened on February 26, 2021. Following a discussion of the data presented, the VRBPAC voted 22-0 in favor of a determination that based on the totality of scientific evidence available, the benefits of the Janssen COVID-19 vaccine outweigh its risks for use in individuals 18 years of age and older. Following review of information submitted in support of the EUA request and considering the VRBPAC's recommendations, the review team concludes that:

- The chemical, biological, radiological, or nuclear (CBRN) agent referred to in the March 27, 2020, EUA declaration by the Secretary of HHS (SARS-CoV-2) can cause a serious or life-threatening disease or condition.
- Based on the totality of scientific evidence available, including data from adequate and well-controlled trials, it is reasonable to believe that the Janssen COVID-19 vaccine may be effective to prevent such serious or life-threatening disease or condition that can be caused by SARS-CoV-2.
- The known and potential benefits of the vaccine outweigh the known and potential risks of the vaccine when used for active immunization to prevent COVID-19 caused by SARS-CoV-2 in individuals 18 years of age and older.
- There is no adequate, approved, and available alternative to the product for preventing COVID-19 caused by SARS-CoV-2.

The review team therefore recommends issuance of an EUA for use of the Janssen COVID-19 vaccine for active immunization to prevent COVID-19 caused by SARS-CoV-2 in individuals 18 years of age and older.

## 2.   Background

## 2.1 SARS-CoV-2 Pandemic

The SARS-CoV-2 pandemic presents an extraordinary challenge to global health and, as of February 26, 2021, has caused more than 113 million cases of COVID-19 and claimed the lives of more than 2.5 million people worldwide. In the United States, more than 28 million cases and

Janssen COVID-19 Vaccine Emergency Use Authorization Review Memorandum

503,000 deaths have been reported to the Centers for Disease Control and Prevention (CDC). On January 31, 2020, the U.S. Secretary of Health and Human Services (HHS) declared a public health emergency related to COVID-19 and mobilized the Operating Divisions of HHS. Following the World Health Organization's declaration of the novel coronavirus pandemic on March 11, 2020, the U.S. President declared a national emergency in response to COVID-19 on March 13, 2020. Vaccines to protect against COVID-19 are critical to mitigate the current SARS-CoV-2 pandemic and to prevent future disease outbreaks.

SARS-CoV-2 is a novel, zoonotic coronavirus that emerged in late 2019 in patients with pneumonia of unknown cause.[2] The virus was named SARS-CoV-2 because of its similarity to the coronavirus responsible for severe acute respiratory syndrome (SARS-CoV, a lineage B betacoronavirus).[3] SARS-CoV-2 is an enveloped, positive sense, single stranded RNA virus sharing more than 70% of its sequence with SARS-CoV, and ~50% with the coronavirus responsible for Middle Eastern respiratory syndrome.[4] The SARS-CoV-2 spike glycoprotein (S), which is the main target for neutralizing antibodies, binds to its receptor human angiotensin converting enzyme 2 (hACE2) to initiate infection.[5] SARS-CoV-2 is the cause of COVID-19, an infectious disease with respiratory and systemic manifestations. Disease symptoms vary, with many persons presenting with asymptomatic or mild disease and some progressing to severe respiratory tract disease including pneumonia and acute respiratory distress syndrome, leading to multiorgan failure and death.

In an attempt to prevent the spread of disease and to control the pandemic, numerous COVID-19 vaccine candidates are in development. FDA issued emergency use authorizations for two mRNA vaccines, developed by Pfizer and Moderna, respectively, in December 2020. Other COVID-19 vaccines currently in development are based on various platforms and include mRNA, DNA, viral vectored, subunit, inactivated, and live-attenuated vaccines. Most COVID-19 candidate vaccines express the spike protein or parts of the spike protein, i.e., the receptor binding domain, as the immunogenic determinant.

## 2.2 Available Vaccines and Therapies for COVID-19

No vaccine or other medical product is FDA approved for prevention of COVID-19. On October 22, 2020, FDA approved remdesivir for use in adult and pediatric patients 12 years of age and older and weighing at least 40 kilograms for the treatment of COVID-19 requiring hospitalization. Several other therapies are currently available under EUA, but not FDA approved, for treatment of COVID-19. On December 11, 2020, FDA issued an EUA for the Pfizer-BioNTech COVID-19 vaccine for active immunization for prevention of COVID-19 due to SARS-CoV-2 in individuals 16 years of age and older, administered as 2 doses 3 weeks apart. On December 18, 2020, FDA issued an EUA for the Moderna COVID-19 vaccine for use in individuals 18 years of age and older, administered as 2 doses 4 weeks apart. These COVID-19 vaccines are considered unapproved products, and current supplies are insufficient to vaccinate all persons in the U.S. for whom use of the vaccines are authorized. Thus, there is no adequate, approved, and available alternative to the product for diagnosing, preventing, or treating the disease or condition.

## 2.3 EUA Request for the Janssen COVID-19 Vaccine

Janssen Biotech, Inc. is developing a replication-incompetent adenovirus type 26 (Ad26)-vectored vaccine encoding a stabilized variant of the SARS-CoV-2 S protein, to prevent COVID-19 caused by SARS-CoV-2 in individuals 18 years of age and older. Janssen's Ad26.COV2.S vaccine is administered as a single intramuscular injection of $5\times10^{10}$ vp. The vaccine is supplied

as a multidose vial (5 doses) containing a refrigerated suspension with a shelf life of 3 months when stored at 2⁰ to 8⁰ C. The vaccine does not contain a preservative.

A Phase 3 randomized and placebo-controlled trial of the single-dose Ad26.COV2.S in approximately 40,000 participants is currently ongoing to evaluate the vaccine's safety and efficacy. The primary analysis of 39,321 participants using a data cutoff date of January 22, 2021 demonstrated vaccine efficacy (VE) of 66.9% (adjusted 95% CI 59.0%, 73.4%) for the prevention of moderate to severe/critical COVID-19 occurring at least 14 days vaccination, and 66.1% (adjusted 95% CI 55.0%, 74.8%) for the prevention of cases occurring at least 28 days after vaccination. Safety data from a January 22, 2021 data cutoff with a median of 58 days follow-up after vaccination were reported to demonstrate an acceptable tolerability profile with no significant safety concerns. On February 4, 2021, Janssen Biotech, Inc. submitted an EUA request to FDA, based on the primary analyses described above, for Ad26.COV2.S for active immunization for the prevention of COVID-19 in adults 18 years of age and older.

## 2.4 U.S. Requirements to Support Issuance of an EUA for a Biological Product

Based on the declaration by the Secretary of HHS that the COVID-19 pandemic constitutes a public health emergency with a significant potential to affect national security or the health and security of United States citizens living abroad, FDA may issue an EUA after determining that certain statutory requirements are met (section 564 of the FD&C Act (21 U.S.C. 360bbb-3)).[6]

- The chemical, biological, radiological, or nuclear (CBRN) agent referred to in the March 27, 2020 EUA declaration by the Secretary of HHS (SARS-CoV-2) can cause a serious or life-threatening disease or condition.

- Based on the totality of scientific evidence available, including data from adequate and well-controlled trials, if available, it is reasonable to believe that the product may be effective to prevent, diagnose, or treat such serious or life-threatening disease or condition that can be caused by SARS-CoV-2, or to mitigate a serious or life-threatening disease or condition caused by an FDA-regulated product used to diagnose, treat, or prevent a disease or condition caused by SARS-CoV-2.

- The known and potential benefits of the product, when used to diagnose, prevent, or treat the identified serious or life-threatening disease or condition, outweigh the known and potential risks of the product.

- There is no adequate, approved, and available alternative to the product for diagnosing, preventing, or treating the disease or condition.

If these criteria are met, under an EUA, FDA can allow unapproved medical products (or unapproved uses of approved medical products) to be used in an emergency to diagnose, treat, or prevent serious or life-threatening diseases or conditions caused by threat agents. FDA has been providing regulatory advice to COVID-19 vaccine manufacturers regarding the data needed to determine that a vaccine's benefit outweigh its risks. This includes demonstrating that manufacturing information ensures product quality and consistency along with data from at least one Phase 3 clinical trial demonstrating a vaccine's safety and efficacy in a clear and compelling manner.

In the event an EUA is issued for this product, it would still be considered unapproved and would continue under further investigation (under an Investigational New Drug Application). Licensure of a COVID-19 vaccine will be based on review of additional manufacturing, efficacy, and safety data, providing greater assurance of the comparability of licensed product to product

tested in the clinical trials, greater assurance of safety based on larger numbers of vaccine recipients who have been followed for a longer period of time, and additional information about efficacy that addresses, among other questions, the potential for waning of protection over time.

## 2.5 Applicable Guidance for Industry

An EUA for a COVID-19 vaccine allows for the rapid and widespread deployment for administration to millions of individuals, including healthy people and thus, data are needed demonstrating that the known and potential benefits of the vaccine outweigh its known and potential risks. FDA published guidance for industry Emergency Use Authorization for Vaccines to Prevent COVID-19 (February 2021, originally issued October 2020) describing FDA's current recommendations regarding the manufacturing, nonclinical, and clinical data and information needed under section 564 of the FD&C Act to support the issuance of an EUA for an investigational vaccine to prevent COVID-19, including a discussion of FDA's current thinking regarding the circumstances under which an EUA for a COVID-19 vaccine would be appropriate.[7]

### Safety and Effectiveness Information Needed to Support an EUA

Effectiveness data

Issuance of an EUA requires a determination that the known and potential benefits of the vaccine outweigh the known and potential risks. Data adequate to inform an assessment of the vaccine's benefits and risks, and thus support issuance of an EUA, would include meeting the prespecified success criteria for the study's primary efficacy endpoint, as described in the guidance for industry Development and Licensure of Vaccines to Prevent COVID-19 (June 2020) (i.e., a point estimate for a placebo-controlled efficacy trial of at least 50%, with a lower bound of the appropriately alpha-adjusted confidence interval around the primary efficacy endpoint point estimate of >30%).[7]

Safety data

An EUA request for a COVID-19 vaccine should include all safety data accumulated from studies conducted with the vaccine, with data from Phase 1 and 2 focused on serious adverse events, adverse events of special interest, and cases of severe COVID-19 among study participants. Phase 3 safety data should include characterization of reactogenicity (common and expected adverse reactions shortly following vaccination) in a sufficient number of participants from relevant age groups and should include a high proportion of enrolled participants (numbering well over 3,000) followed for serious adverse events and adverse events of special interest for at least one month after completion of the full vaccination regimen. The Phase 1 and 2 safety data likely will be of a longer duration than the available safety data from the Phase 3 trial at the time of submission of an EUA request and thus, are intended to complement the available data from safety follow-up from ongoing Phase 3 studies.

Phase 3 follow-up

Data from Phase 3 studies should include a median follow-up duration of at least 2 months after completion of the full vaccination regimen to provide adequate information to assess a vaccine's benefit-risk profile. From a safety perspective, a 2-month median follow-up following completion of the full vaccination regimen will allow identification of potential adverse events that were not apparent in the immediate postvaccination period. Adverse events considered plausibly linked to vaccination generally start within 6 weeks of vaccine receipt.[8] From the perspective of

vaccine efficacy, a 2-month median follow-up is the shortest follow-up period to achieve some confidence that any protection against COVID-19 is likely to be more than short-lived. The EUA request should include a plan for active follow-up for safety (including deaths, hospitalizations, and other serious or clinically significant adverse events) among individuals administered the vaccine under an EUA in order to inform ongoing benefit-risk determinations to support continuation of the EUA.

**Continuation of Clinical Trials Following Issuance of an EUA for a COVID-19 Vaccine**

FDA does not consider availability of a COVID-19 vaccine under EUA, in and of itself, as grounds for immediately stopping blinded follow-up in an ongoing clinical trial or grounds for offering vaccine to all placebo recipients. To minimize the risk that use of an unapproved vaccine under EUA will interfere with long-term assessment of safety and efficacy in ongoing trials, it is critical to continue to gather data about the vaccine even after it is made available under EUA. An EUA request should therefore include strategies that will be implemented to ensure that ongoing clinical trials of the vaccine are able to assess long-term safety and efficacy (including evaluating for vaccine-associated enhanced respiratory disease and decreased effectiveness as immunity wanes over time) in sufficient numbers of participants to support vaccine licensure. These strategies should address how ongoing trial(s) will handle requests for unblinding and crossover of placebo recipients to receive vaccine in the trial and loss of follow-up information for study participants who choose to withdraw from the study in order to receive the vaccine under an EUA.

### 3.   Janssen COVID-19 Vaccine

### 3.1 Vaccine Composition, Dosing Regimen

The Janssen COVID-19 vaccine is a colorless to slightly yellow, clear to very opalescent sterile suspension for intramuscular injection. The vaccine consists of a replication-incompetent recombinant adenovirus type 26 (Ad26) vector expressing the SARS-CoV-2 spike (S) protein in a stabilized conformation. The vaccine also contains the following inactive ingredients: citric acid monohydrate, trisodium citrate dihydrate, ethanol, 2-hydroxypropyl-β-cyclodextrin (HBCD), polysorbate 80, sodium chloride.

The Ad26 vector expressing the SARS-CoV-2 S protein is grown in PER.C6 TetR cells in media containing amino acids and no animal-derived proteins. After propagation, the vaccine is processed through several purification steps, formulated with inactive ingredients and filled into vials. Each 0.5 mL dose of Janssen COVID-19 vaccine is formulated to contain $5\times10^{10}$ virus particles. The Janssen COVID-19 vaccine is administered intramuscularly as a single-dose (0.5 mL). The vaccine is provided as a refrigerated suspension [stored at 2°C to 8°C (36°F to 46°F)] in a multi-dose vial containing 5 doses (0.5 mL each). The vials should be protected from light. Unpunctured vials may be stored between 9°C to 25°C (47°F to 77°F) for up to 12 hours. After the first dose has been withdrawn, the vial should be held between 2° to 8°C (36° to 46°F) for up to 6 hours or at room temperature (maximally 25°C/77°F) for up to 2 hours. The vial should be discarded if the vaccine is not used within these times.

FDA has reviewed the CMC data submitted to date for this vaccine and has determined that the CMC information is consistent with the recommendations set forth in FDA's guidance Emergency Use Authorization for Vaccines to Prevent COVID-19 (February 2021, originally issued October 2020). As such, FDA has determined that the Sponsor has provided adequate

information to ensure the vaccine's quality and consistency for authorization of the product under an EUA.

## 3.2 Safety Experience of Ad26-based Vaccines

The Janssen COVID-19 vaccine is based on the Ad26 vector platform. Clinical experience with the Ad26 platform consists of the Ad26.ZEBOV/MVA-BN-Filo Ebola vaccine regimen (approved by the European Medicines Agency on July 1, 2020) and investigational vaccines against Zika, filovirus, HIV, HPV, malaria, and respiratory syncytial virus. As of 31 December 2020, Ad26-based vaccines have been used to vaccinate 193,831 participants in clinical studies and vaccination programs. Overall, these vaccines have been shown to have an acceptable clinical safety profile to date.

## 3.3 Proposed Use Under EUA

The proposed use of the Ad26.COV2.S vaccine under an EUA is for active immunization to prevent coronavirus disease 2019 (COVID-19) caused by severe acute respiratory syndrome coronavirus 2 (SARS-CoV-2) in individuals 18 years of age and older.

## 4.   FDA Review of Clinical Safety and Effectiveness Data

## 4.1 Overview of Clinical Studies

There are five ongoing clinical studies with Ad26.COV2.S, which are summarized in Table 1 below. All listed trials are randomized, double-blind, and placebo-controlled. Study VAC31518COV3001 (Study 3001) is a Phase 3 efficacy and safety study with a single-dose regimen and is the focus of the EUA review. Study 3009 is a Phase 3 efficacy and safety study with a 2-dose regimen than began in November 2020, for which only blinded safety data was available at the time of the EUA request. Study 2001 is a Phase 2a dose-ranging study exploring 4 dose levels and 1-dose and 2-dose regimens in adults and adolescents and will not be discussed in detail. Studies 1002 and 1001 are Phase 1 dose-ranging studies and will also not be discussed in detail. Summaries of the designs and results to date of Studies 1001, 1002, 2001, and 3009 may be found in Appendix A, page 67.

**Table 1. Clinical Trials Submitted in Support of Efficacy and Safety Determinations of the Janssen COVID-19 Vaccine**

| Study Number | Phase Type (Efficacy, Safety) | Participants Planned (N) | Test Product(s); Dosing Regimens | Study Status |
|---|---|---|---|---|
| 3001 | Phase 3 efficacy, safety | 40,000 adults | Ad26.COV2.S $5\times10^{10}$ vp 1-dose regimen | Enrollment complete |
| 3009 | Phase 3, efficacy, safety | 30,000 adults | Ad26.COV2.S $5\times10^{10}$ vp 2-dose regimen | Enrollment ongoing |
| 2001 | Phase 2a safety, immunogenicity | 550 adults 660 adolescents | Ad26.COV2.S $1\times10^{11}$ vp $5\times10^{10}$ vp $2.5\times10^{10}$ vp $1.25\times10^{10}$ vp; 1-dose and 2-dose regimens | Enrollment of adults ongoing; enrollment of adolescents not started |

Janssen COVID-19 Vaccine Emergency Use Authorization Review Memorandum

| Study Number | Phase Type (Efficacy, Safety) | Participants Planned (N) | Test Product(s); Dosing Regimens | Study Status |
|---|---|---|---|---|
| 1002 | Phase 1 safety, immunogenicity | 250 adults | Ad26.COV2.S $5\times10^{10}$ vp, $1\times10^{11}$ vp; 2-dose regimen | Enrollment complete |
| 1001 | Phase 1/2a safety, immunogenicity | 1045 adults | Ad26.COV2.S $5\times10^{10}$ vp and $1\times10^{11}$ vp; 1-dose and 2-dose regimens, with booster in 1 cohort | Enrollment complete |

## 4.2 Study 3001

### 4.2.1   Design

Study 3001 is an ongoing randomized, double-blind, placebo-controlled study to evaluate the efficacy, safety and immunogenicity of Ad26.COV2.S administered as a single dose in adults ≥18 years of age. A target of 40,000 adults were to be randomized 1:1 to receive intramuscular injections of either vaccine ($5\times10^{10}$ vp) or saline placebo. At least 30% of the total study population was to consist of participants ≥60 years of age, and enrollment of participants 18 to 40 years of age was limited to approximately 20% of the total study population.

A staged enrollment strategy was specified in the protocol. Following acceptable safety and immunogenicity data from Study 1001 to support the dosing regimen, Study 3001 enrolled approximately 2000 participants 18 to 59 years of age without comorbidities (stage 1a). As no safety issues were identified during the Data Safety Monitoring Board's examination of safety data through Day 3 post-vaccination, participants 18 to 59 years with and without co-morbidities were enrolled (stage 1b). In parallel, approximately 2000 participants ≥60 years of age without comorbidities were enrolled (stage 2a) followed by a pause in vaccination for evaluation safety data through Day 3 post-vaccination prior to enrollment of ≥60-year-olds with and without comorbidities (stage 2b).

Symptoms of COVID-19 experienced by participants during post-vaccination follow-up prompted an unscheduled illness visit and nasopharyngeal swab. For the initial diagnosis of SARS-CoV-2 infection, FDA-authorized PCR tests were used, irrespective whether the test was performed locally at study sites or at the central laboratory (University of Washington [UW Virology laboratory]). Samples from locally diagnosed COVID-19 cases were to be sent to the central laboratory for confirmatory testing. Molecular confirmation of SARS-CoV-2 infection (using the Abbott Real Time SARS-CoV-2 reverse transcription-polymerase chain reaction (RT-PCR) assay) by the central laboratory was required to meet the co-primary and secondary efficacy endpoint case definitions.

The co-primary endpoints were efficacy of a single dose of vaccine to prevent centrally confirmed, moderate to severe/critical COVID-19 occurring (1) at least 14 days after vaccination and (2) at least 28 days after vaccination in study participants without evidence of prior SARS-CoV-2 infection at baseline. Evaluation of the co-primary endpoints was triggered by prespecified criteria:

1.  The first 50% of participants have at least 2 months of follow-up after vaccination

Janssen COVID-19 Vaccine Emergency Use Authorization Review Memorandum

2. At least 42 moderate to severe/critical cases of COVID-19 with onset at least 28 days after vaccination
3. At least 6 cases of COVID-19 among participants ≥60 years of age (onset ≥28 days after vaccination)
4. At least 5 severe/critical cases of COVID-19 in the placebo group (onset ≥28 days after vaccination) with a favorable vaccine-to-placebo split for both co-primary endpoints.

The protocol-specified "final analysis" will be performed when the last participant completes the visit 12 months post-vaccination or discontinues earlier. The end-of-study analysis will be performed when all participants have completed the visit 24 months post-vaccination or discontinued earlier. The expected duration of study participation is approximately 25 months.

**Case Definitions**

The case definition for moderate COVID-19 was a SARS-CoV-2 positive RT-PCR or molecular test result from any available respiratory tract sample (e.g., nasal, throat, sputum, saliva) or other sample, **and** at any time during the course of observation:

**Any 1 of the following new or worsening signs or symptoms:**

- Respiratory rate ≥20 breaths/minute
- Abnormal saturation of oxygen (SpO$_2$) but still >93% on room air at sea level
- Clinical or radiologic evidence of pneumonia
- Radiologic evidence of deep vein thrombosis
- Shortness of breath or difficulty breathing

**OR**

**Any 2 of the following new or worsening signs or symptoms:**

- Fever (≥38.0°C or ≥100.4°F)
- Heart rate ≥90 beats/minute
- Shaking chills or rigors
- Sore throat
- Cough
- Malaise as evidenced by loss of appetite, fatigue, physical weakness, and/or feeling unwell
- Headache
- Muscle pain (myalgia)
- Gastrointestinal symptoms (diarrhea, vomiting, nausea, abdominal pain)
- New or changing olfactory or taste disorders
- Red or bruised looking feet or toes

The case definition for severe/critical COVID-19 was a RT-PCR or molecular test result from samples described above **and** any one of the following at any time during the course of observation:

- Clinical signs at rest indicative of severe systemic illness (respiratory rate ≥30 breaths/minute, heart rate ≥125 beats/minute, oxygen saturation [SpO$_2$] ≤93% on room air at sea level, or partial pressure of oxygen/fraction of inspired oxygen [PaO$_2$/FiO$_2$] <300 mmHg)
- Respiratory failure (defined as needing high-flow oxygen, non-invasive ventilation, mechanical ventilation, or extracorporeal membrane oxygenation [ECMO])
- Evidence of shock (defined as systolic blood pressure <90 mmHg, diastolic blood pressure <60 mmHg, or requiring vasopressors)
- Significant acute renal, hepatic, or neurologic dysfunction
- Admission to the ICU
- Death

Janssen COVID-19 Vaccine Emergency Use Authorization Review Memorandum

All cases meeting the severe/critical criteria were adjudicated by a blinded clinical severity adjudication committee to determine if the case was severe/critical in their judgement. Additionally, all cases meeting the moderate case definition and that included >3 signs and/or symptoms from the list of signs and symptoms were evaluated by the clinical severity adjudication committee to determine if the case was severe/critical in their judgement.

**Primary Efficacy Endpoint**

The originally specified primary endpoint was efficacy of the vaccine to prevent centrally confirmed, moderate to severe/critical COVID-19 occurring at least 14 days post-vaccination in SARS-CoV-2 seronegative adults (with "seronegative" defined as negative RT-PCR and negative serology against SARS-CoV-2 nucleocapsid on Day 1). Study protocol amendment 3 (December 14, 2020) added a co-primary endpoint counting COVID-19 cases from 28 days post-vaccination.

The primary analysis was based on the per-protocol set defined as those participants in the full analysis set (FAS) who received study vaccine, were seronegative at the time of vaccination, and had no major protocol deviations that were judged to possibly impact the efficacy of the vaccine.

A successful primary efficacy conclusion required two conditions:

1. Rejecting the null hypothesis $H_0$: VE ≤30% for each co-primary endpoint at a 2.5% one-sided significance level and a VE point estimate ≥50% for each co-primary endpoint;

    and

2. A favorable split vaccine:placebo for the subset of primary endpoints meeting the severe/critical COVID-19 case definition (expressed as a VE point estimate against severe/critical COVID-19 molecularly confirmed endpoints ≥50%) and a minimum of 5 events in the placebo group. This requirement needed to be met for severe/critical events with onset at least 14 days after vaccination and 28 days after vaccination.

Both conditions 1 and 2 simultaneously had to be met for both co-primary endpoints at the same calendar timepoint. Exact Poisson regression was used to estimate VE and associated confidence intervals taking into account the follow-up time.

**Secondary Efficacy Endpoints**

Secondary endpoints included vaccine efficacy to prevent or vaccine impact on:

- Severe/critical COVID-19
- COVID-19 requiring medical intervention
- COVID-19-related death
- Any symptomatic COVID-19
- Asymptomatic COVID-19 as inferred through seroconversion
- COVID-19 per the FDA harmonized COVID-19 case definition

Vaccine efficacy of selected secondary endpoints was evaluated against a null hypothesis employing a lower limit VE >0% once hypothesis testing met the respective success criteria and data requirements for both co-primary endpoints. The case definition for mild COVID-19 (included in any symptomatic disease) and the FDA harmonized COVID-19 case definition may be found in Appendix B, page 69.

16

## Evaluation of Safety

In Study 3001, the safety objective was evaluation of the safety of Ad26.COV2.S following vaccination. In a subset of participants (n=6736), local and systemic reactions were recorded from for 7 days following vaccination, and unsolicited AEs were collected from vaccination to day 28 after vaccination. In all participants, medically attended adverse events (MAAEs) were collected from vaccination to 6 months after vaccination, and MAAEs leading to study discontinuation and serious AEs (SAEs) were collected from vaccination to the end of the study.

Safety assessments included the following:
- Solicited local and systemic adverse reactions (ARs) that occurred during the 7 days following vaccination. Solicited ARs were recorded daily using eDiaries
- Unsolicited AEs observed or reported during the 28 days following vaccination. Unsolicited AEs are those not included in the protocol-defined solicited ARs
- Medically attended adverse events (MAAEs) from Day 1 through 6 months after vaccination
- MAAEs leading to discontinuation from study participation from Day 1 through 104 weeks following vaccinations
- SAEs from Day 1 through 104 weeks following vaccination or withdrawal from the study
- Vital sign measurements
- Physical examination findings
- Pregnancy and accompanying outcomes

AEs, including SAEs, associated with molecularly confirmed SARS-CoV-2 infection were removed from the analysis of adverse events.

Monitoring for risk of vaccine-enhanced disease was performed by an unblinded team supporting the Data Monitoring Committee that reviewed cases of severe COVID-19 as they were received and reviewed AEs at least weekly for additional potential cases of severe COVID-19. A stopping rule would be triggered if the 1-sided probability of observing the same or a more extreme case split was 5% or less when the true incidence of severe disease was the same for vaccine and placebo participants.

## Analysis Populations

For the purposes of analysis, the following populations are defined:

**Table 2. Analysis Populations**

| Population | Description |
|---|---|
| Randomized | All participants who are randomized, regardless of the treatment status during the study. |
| Full analysis set | All randomized participants with a documented study vaccine administration. The FAS was used for all analyses of safety except solicited adverse reactions. |
| Per-protocol set | All participants in the FAS who had no immunologic or virologic evidence of prior COVID-19 at the time of vaccination and no major protocol deviations that were judged to possibly impact the efficacy of the vaccine. |
| Safety subset | Subset of the full analysis set for the analysis of solicited and unsolicited AEs. |

Janssen COVID-19 Vaccine Emergency Use Authorization Review Memorandum

### 4.2.2   Compliance with Good Clinical Practice

As summarized in Section 5.6 (Inspections of Clinical Study Sites), Bioresearch Monitoring (BIMO) inspections were conducted at five domestic clinical investigator sites participating in the conduct of the trial.

### 4.2.3   FDA Assessment of Phase 3 Follow-Up Duration

At the time of the primary analysis, the median follow-up duration for participants in the efficacy and safety analysis populations was 8 weeks after vaccination, which FDA considers to be equivalent to 2 months and which meets the FDA expectation for follow-up after completion of the full vaccination regimen. Phased enrollment by age group and comorbidity risk resulted in slight differences in follow-up time between participants in these groups, with an approximately 2-week difference in the median follow up time between the first group enrolled (18-59 without comorbidities) and last group enrolled (60 years and older with comorbidities). Table 3 shows the median follow-up time by age and comorbidities in the FAS. Follow-up time in the per-protocol set is similar (data not shown).

**Table 3. Participant Disposition by Age Group and Comorbidities, Full Analysis Set, Study 3001**

| Participant Group<br>Follow-up | Ad26.COV2.S<br>N=21895 | Placebo<br>N=21888 | All Participants<br>N=43783 |
|---|---|---|---|
| **18-59 overall** | 14564 | 14547 | 29111 |
| Participants with at least 8 weeks follow-up | 62.8% | 63.1% | 63.0% |
| Median follow-up after vaccination in days | 61.0 | 61.0 | 61.0 |
| 18-59, no comorbidities | 9332 | 9371 | 18703 |
| Participants with at least 8 weeks follow-up | 70.0% | 69.9% | 70.0% |
| Median follow-up after vaccination in days | 64.0 | 64.0 | 64.0 |
| 18-59, with comorbidities | 5232 | 5176 | 10408 |
| Participants with at least 8 weeks follow-up | 49.9% | 50.8% | 50.4% |
| Median follow-up after vaccination in days | 56.0 | 57.0 | 57.0 |
| **≥60 years overall** | 7331 | 7341 | 14672 |
| Participants with at least 8 weeks follow-up | 38.2% | 37.8% | 38.0% |
| Median follow-up after vaccination in days | 52.0 | 52.0 | 52.0 |
| ≥60 years, no comorbidities | 3627 | 3595 | 7222 |
| Participants with at least 8 weeks follow-up | 47.6% | 49.0% | 48.3% |
| Median follow-up after vaccination in days | 54.0 | 55.0 | 54.0 |

18

Janssen COVID-19 Vaccine Emergency Use Authorization Review Memorandum

| Participant Group Follow-up | Ad26.COV2.S N=21895 | Placebo N=21888 | All Participants N=43783 |
|---|---|---|---|
| ≥60 years, with comorbidities | 3704 | 3746 | 7450 |
| Participants with at least 8 weeks follow-up | 29.0% | 27.1% | 28.0% |
| Median follow-up after vaccination in days | 50.0 | 50.0 | 50.0 |

Source:Sponsor table TSIDS08

## 4.2.4   Participant Disposition and Inclusion in Analysis Populations

The tables below show the disposition of participants in the efficacy analysis population (Table 4) and safety analysis population (Table 5). The proportions of participants excluded from the per-protocol set were balanced between treatment groups, with the majority of those excluded due to positive baseline SARS-CoV-2 status. Overall, few participants were discontinued or lost to follow-up, and these and other analysis population exclusions were generally balanced between treatment groups. In the per-protocol set, 54.6% of vaccine recipients and 54.7% of placebo recipients completed at least 8 weeks follow-up after vaccination. As of the data cutoff date, 5.3% of participants in the vaccine group and 5.8% of participants in the placebo group in the per-protocol set were unblinded by request after they became eligible to receive an authorized COVID-19 vaccine under EUA. A slightly greater proportion of participants ≥60 years of age were unblinded (6.6%) compared to those 18 to 59 years of age (4.4%). The vast majority (93.0%) of participants who were unblinded were from US study sites. These participants were included in the per-protocol set until the time of the unblinding.

**Table 4. Disposition[a], Efficacy Analysis Population, Study 3001**

| Disposition | Ad26.COV2.S n (%) | Placebo n (%) | Total n (%) |
|---|---|---|---|
| **Randomized** | 22174 | 22151 | 44325 |
| **Vaccinated[a]** | 21895 | 21888 | 43783 |
| **Full analysis set** | 21895 (100.0) | 21888 (100.0) | 43783 (100.0) |
| Participants excluded from per-protocol set | 2265 (10.3) | 2197 (10.0) | 4462 (10.2) |
| Positive SARS-CoV-2 status at time of vaccination based on serology and/or PCR | 2233 (10.2) | 2166 (9.9) | 4399 (10.0) |
| Major protocol deviation evaluated to possibly impact efficacy | 33 (0.2) | 36 (0.2) | 69 (0.2) |
| In/exclusion criteria | 18 (0.1) | 23 (0.1) | 41 (0.1) |
| Received wrong treatment or incorrect dose | 9 (<0.1) | 11 (0.1) | 20 (<0.1) |
| Received a disallowed concomitant medication | 2 (<0.1) | 2 (<0.1) | 4 (<0.1) |
| Other | 4 (<0.1) | 1 (<0.1) | 5 (<0.1) |
| **Per-protocol set** | 19630 (89.7) | 19691 (90.0) | 39321 (89.8) |
| Participants with at least 8 weeks follow-up[b] | 10715 (54.6) | 10776 (54.7) | 21491 (54.7) |
| Discontinued from study[b] | 41 (0.2) | 89 (0.5) | 130 (0.3) |
| Reason for discontinuation[b] | | | |
| Withdrawal by participant | 30 (0.2) | 62 (0.3) | 92 (0.2) |
| Death | 1 (<0.1) | 11 (0.1) | 12 (<0.1) |

19

Janssen COVID-19 Vaccine Emergency Use Authorization Review Memorandum

| Disposition | Ad26.COV2.S<br>n (%) | Placebo<br>n (%) | Total<br>n (%) |
|---|---|---|---|
| Lost to follow-up | 6 (<0.1) | 4 (<0.1) | 10 (<0.1) |
| Physician decision | 2 (<0.1) | 1 (<0.1) | 3 (<0.1) |
| Protocol deviation | 0 | 1 (<0.1) | 1 (<0.1) |
| Other | 2 (<0.1) | 10 (0.1) | 12 (<0.1) |
| Participants included in per-protocol set until treatment unblinding[b] | 1046 (5.3) | 1138 (5.8) | 2184 (5.6) |

Source: Sponsor table TSIDS02_A
[a] These values are denominators for the percentage calculations
[b] Based on the per-protocol set

The table below summarizes the disposition of the safety analysis population. In the FAS, 54.6% of participants completed at least 8 weeks follow-up. The proportion of participants who discontinued from the study was 0.3% (n=145) across study groups, with a greater number in the placebo group (n=96) compared with the vaccine group (n=49). The most frequently reported reason was withdrawal by participant. In the safety subset, almost all (99.9%) participants completed assessments through 29 days post-vaccination. As of the data cutoff date of January 22, 2021, in the FAS, 4.9% of participants in the vaccine group and 5.4% of participants in the placebo group were unblinded due to request by participant after the participant became eligible to receive an authorized COVID-19 vaccine under EUA.

**Table 5. Disposition, Safety Analysis Population, Study 3001**

| Disposition | Ad26.COV2.S<br>n (%) | Placebo<br>n (%) | Total<br>n (%) |
|---|---|---|---|
| **Randomized** | 22174 | 22151 | 44325 |
| **Vaccinated**[a] | 21895 | 21888 | 43783 |
| Vaccinated with incorrect vaccine | 6 | 5 | 11 |
| **Full analysis set** | 21895 (100.0) | 21888 (100.0) | 43783 (100.0) |
| Participants with at least 8 weeks follow-up | 11948 (54.6) | 11955 (54.6) | 23903 (54.6) |
| Participants unblinded to treatment | 1080 (4.9) | 1177 (5.4) | 2257 (5.2) |
| Discontinued from study | 49 (0.2%) | 96 (0.4%) | 145 (0.3) |
| Reason for discontinuation | | | |
| Withdrawal by participant | 35 (0.2) | 66 (0.3) | 101 (0.2) |
| Death | 2 (<0.1) | 12 (0.1) | 14 (<0.1) |
| Lost to follow-up | 6 (<0.1) | 5 (<0.1) | 11 (<0.1) |
| Physician decision | 2 (<0.1) | 1 (<0.1) | 3 (<0.1) |
| Protocol deviation | 0 | 1 (<0.1) | 1 (<0.1) |
| Other | 4 (<0.1) | 11 (0.1) | 15 (<0.1) |
| **Safety subset** | 3356 (15.3) | 3380 (15.4) | 6736 (15.4) |
| Completed post-vaccination (Day 1-29)[b] | 3354 (99.9) | 3376 (99.9) | 6730 (99.9) |

[a] These values are denominators for the percentage calculations
[b] Percentage based on Safety subset

### 4.2.5   Demographics and Other Baseline Characteristics

In the per-protocol set, 44.5% of participants were female and 20.4% were ≥65 years of age. Overall, 62.1% of participants were white, 17.2% Black or African American, 8.3% American Indian or Alaska Native, 3.5% Asian, 0.3% Native Hawaiian or other Pacific Islander, and 5.4% multiracial; 45.1% of participants were Hispanic/Latino. At least one comorbidity was present for 39.9% of participants. Geographically, 46.7% of subjects participated in the United States, 17.3% in Brazil, 12.7% in South Africa, and the remaining 23.3% in 5 different countries in Latin America. Baseline demographics in U.S. participants included in the study were similar to that of

Janssen COVID-19 Vaccine Emergency Use Authorization Review Memorandum

the global demographics, with the exception of lower percentages of participants who were American Indian or Alaska Native (1.0%) and participants who identified as Hispanic or Latino (14.2%). There was a similar distribution of demographic characteristics between the treatment groups.

**Table 6. Demographic Characteristics, Per-Protocol Set, Study 3001**

| Subgroup | Ad26.COV2.S | Placebo | All Participants |
|---|---|---|---|
| Per-protocol set | 19630 | 19691 | 39321 |
| Age (years) | | | |
|   Mean (SD) | 51.1 (15.0) | 51.2 (15.0) | 51.1 (15.0) |
|   Median | 52.0 | 53.0 | 53.0 |
|   Range | (18, 100) | (18, 94) | (18, 100) |
| Age group (years) | | | |
|   18-59 | 12830 (65.4%) | 12881 (65.4%) | 25711 (65.4%) |
|   ≥60 | 6800 (34.6%) | 6810 (34.6%) | 13610 (34.6%) |
|   ≥65 | 3984 (20.3%) | 4018 (20.4%) | 8002 (20.4%) |
|   ≥75 | 755 (3.8%) | 693 (3.5%) | 1448 (3.7%) |
| Sex | | | |
|   Female | 8702 (44.3%) | 8777 (44.6%) | 17479 (44.5%) |
|   Male | 10924 (55.6%) | 10910 (55.4%) | 21834 (55.5%) |
|   Undifferentiated | 2 (<0.1%) | 4 (<0.1%) | 6 (<0.1%) |
|   Unknown | 2 (<0.1%) | 0 | 2 (<0.1%) |
| Race | | | |
|   American Indian or Alaska Native | 1643 (8.4%) | 1628 (8.3%) | 3271 (8.3%) |
|   Asian | 720 (3.7%) | 663 (3.4%) | 1383 (3.5%) |
|   Black or African American | 3374 (17.2%) | 3390 (17.2%) | 6764 (17.2%) |
|   Native Hawaiian or other Pacific Islander | 54 (0.3%) | 45 (0.2%) | 99 (0.3%) |
|   White | 12200 (62.1%) | 12216 (62.0%) | 24416 (62.1%) |
|   Multiple | 1036 (5.3%) | 1087 (5.5%) | 2123 (5.4%) |
|   Unknown | 603 (3.1%) | 662 (3.4%) | 1265 (3.2%) |
| Ethnicity | | | |
|   Hispanic or Latino | 8793 (44.8%) | 8936 (45.4%) | 17729 (45.1%) |
|   Not Hispanic or Latino | 10344 (52.7%) | 10259 (52.1%) | 20603 (52.4%) |
|   Unknown | 493 (2.5%) | 496 (2.5%) | 989 (2.5%) |
| Region and Country | | | |
|   Latin America | 7967 (40.6%) | 8014 (40.7%) | 15981 (40.6%) |
|     Brazil | 3399 (17.3%) | 3390 (17.2%) | 6789 (17.3%) |
|     Chile | 531 (2.7%) | 540 (2.7%) | 1071 (2.7%) |
|     Argentina | 1402 (7.1%) | 1414 (7.2%) | 2816 (7.2%) |
|     Colombia | 1858 (9.5%) | 1869 (9.5%) | 3727 (9.5%) |
|     Peru | 571 (2.9%) | 581 (3.0%) | 1152 (2.9%) |
|     Mexico | 206 (1.0%) | 220 (1.1%) | 426 (1.1%) |
|   Northern America | 9185 (46.8%) | 9171 (46.6%) | 18356 (46.7%) |
|     United States | 9185 (46.8%) | 9171 (46.6%) | 18356 (46.7%) |
|   Southern Africa | 2478 (12.6%) | 2506 (12.7%) | 4984 (12.7%) |
|     South Africa | 2478 (12.6%) | 2506 (12.7%) | 4984 (12.7%) |
| Presence of baseline comorbidity | | | |
|   One or more | 7830 (39.9%) | 7867 (40.0%) | 15697 (39.9%) |
|   None | 11800 (60.1%) | 11824 (60.0%) | 23624 (60.1%) |

Source: Sponsor table TSIDEM01_A

21

Janssen COVID-19 Vaccine Emergency Use Authorization Review Memorandum

The demographic characteristics among vaccine and placebo participants in the FAS were similar. There were no significant imbalances in demographic or other baseline characteristics between the per-protocol set and FAS. Overall, 9.6% of vaccinated participants in the study had evidence of previous infection with SARS-CoV-2 at baseline, as assessed by serology prior to vaccination.

**Table 7. Demographic Characteristics, Full Analysis Set, Study 3001**

| Subgroup | Ad26.COV2.S | Placebo | All Participants |
|---|---|---|---|
| **Full analysis set** | **21895** | **21888** | **43783** |
| Age (years) | | | |
| Mean (SD) | 50.7 (15.1) | 50.7 (15.0) | 50.7 (15.1) |
| Median | 52.0 | 52.0 | 52.0 |
| Range | (18, 100) | (18, 94) | (18, 100) |
| Age group | | | |
| 18-59 | 14564 (66.5%) | 14547 (66.5%) | 29111 (66.5%) |
| ≥60 | 7331 (33.5%) | 7341 (33.5%) | 14672 (33.5%) |
| ≥65 | 4259 (19.5%) | 4302 (19.7%) | 8561 (19.6%) |
| ≥75 | 809 (3.7%) | 732 (3.3%) | 1541 (3.5%) |
| Sex | | | |
| Female | 9820 (44.9%) | 9902 (45.2%) | 19722 (45.0%) |
| Male | 12071 (55.1%) | 11982 (54.7%) | 24053 (54.9%) |
| Undifferentiated | 2 (<0.1%) | 4 (<0.1%) | 6 (<0.1%) |
| Unknown | 2 (<0.1%) | 0 | 2 (<0.1%) |
| Race | | | |
| American Indian or Alaska Native | 2083 (9.5%) | 2060 (9.4%) | 4143 (9.5%) |
| Asian | 743 (3.4%) | 687 (3.1%) | 1430 (3.3%) |
| Black or African American | 4251 (19.4%) | 4264 (19.5%) | 8515 (19.4%) |
| Native Hawaiian or other Pacific Islander | 58 (0.3%) | 48 (0.2%) | 106 (0.2%) |
| White | 12858 (58.7%) | 12838 (58.7%) | 25696 (58.7%) |
| Multiple | 1204 (5.5%) | 1245 (5.7%) | 2449 (5.6%) |
| Unknown | 308 (1.4%) | 315 (1.4%) | 623 (1.4%) |
| Ethnicity | | | |
| Hispanic or Latino | 9874 (45.1%) | 9963 (45.5%) | 19837 (45.3%) |
| Not Hispanic or Latino | 11472 (52.4%) | 11362 (51.9%) | 22834 (52.2%) |
| Unknown | 197 (0.9%) | 199 (0.9%) | 396 (0.9%) |
| Region and country | | | |
| Latin America | 8954 (40.9%) | 8951 (40.9%) | 17905 (40.9%) |
| Argentina | 1498 (6.8%) | 1498 (6.8%) | 2996 (6.8%) |
| Brazil | 3644 (16.6%) | 3634 (16.6%) | 7278 (16.6%) |
| Chile | 563 (2.6%) | 570 (2.6%) | 1133 (2.6%) |
| Colombia | 2125 (9.7%) | 2123 (9.7%) | 4248 (9.7%) |
| Mexico | 238 (1.1%) | 241 (1.1%) | 479 (1.1%) |
| Peru | 886 (4.0%) | 885 (4.0%) | 1771 (4.0%) |
| Northern America | 9655 (44.1%) | 9647 (44.1%) | 19302 (44.1%) |
| United States | 9655 (44.1%) | 9647 (44.1%) | 19302 (44.1%) |
| Southern Africa | 3286 (15.0%) | 3290 (15.0%) | 6576 (15.0%) |
| South Africa | 3286 (15.0%) | 3290 (15.0%) | 6576 (15.0%) |

Janssen COVID-19 Vaccine Emergency Use Authorization Review Memorandum

| Subgroup | Ad26.COV2.S | Placebo | All Participants |
|---|---|---|---|
| **Full analysis set** | **21895** | **21888** | **43783** |
| SARS-CoV-2 serostatus status at baseline | | | |
|   Positive | 2151 (9.8%) | 2066 (9.4%) | 4217 (9.6%) |
|   Negative | 19104 (87.3%) | 19191 (87.7%) | 38295 (87.5%) |
|   Missing | 640 (2.9%) | 631 (2.9%) | 1271 (2.9%) |
| Presence of baseline comorbidity | | | |
|   One or more | 8936 (40.8%) | 8922 (40.8%) | 17858 (40.8%) |
|   None | 12959 (59.2%) | 12966 (59.2%) | 25925 (59.2%) |

Source: Sponsor table TSIDEM01_B

The following table provides the proportions of participants with one or more comorbidities associated with an increased risk of progression to severe COVID-19. In the FAS, 40.8% of participants had one or more comorbidities at baseline. The most common comorbidities were obesity (28.5%) and hypertension (10.3%). The study also included participants who were HIV positive (2.8%). The proportions of individuals with comorbidities were similar between the vaccine and placebo groups and between the FAS and per-protocol set.

**Table 8. Participants With Comorbidities, Full Analysis Set, Study 3001**

| Baseline Comorbidity Category | Ad26.COV2.S (N=21895) n (%) | Placebo (N=21888) n (%) | Total (N=43783) n (%) |
|---|---|---|---|
| No comorbidity | 12959 (59.2) | 12966 (59.2) | 25925 (59.2) |
| With one or more comorbidity | 8936 (40.8) | 8922 (40.8) | 17858 (40.8) |
| Asthma | 262 (1.2) | 300 (1.4) | 562 (1.3) |
| Cancer | 112 (0.5) | 114 (0.5) | 226 (0.5) |
| Cerebrovascular disease | 78 (0.4) | 80 (0.4) | 158 (0.4) |
| Cystic fibrosis | 1 (<0.1) | 3 (<0.1) | 4 (<0.1) |
| Chronic kidney disease | 112 (0.5) | 118 (0.5) | 230 (0.5) |
| COPD | 231 (1.1) | 206 (0.9) | 437 (1.0) |
| Serious heart conditions | 497 (2.3) | 511 (2.3) | 1008 (2.3) |
| HIV infection[a] | 601 (2.7) | 617 (2.8) | 1218 (2.8) |
| Hypertension[b] | 2225 (10.2) | 2296 (10.5) | 4521 (10.3) |
| Immunocompromised state from blood transplant | 43 (0.2) | 36 (0.2) | 79 (0.2) |
| Immunocompromised state from organ transplant | 7 (<0.1) | 3 (<0.1) | 10 (<0.1) |
| Liver disease | 103 (0.5) | 103 (0.5) | 206 (0.5) |
| Neurologic conditions | 82 (0.4) | 125 (0.6) | 207 (0.5) |
| Obesity[c] | 6277 (28.7) | 6215 (28.4) | 12492 (28.5) |
| Pulmonary fibrosis | 10 (<0.1) | 9 (<0.1) | 19 (<0.1) |
| Sickle cell disease | 13 (0.1) | 5 (<0.1) | 18 (<0.1) |
| Type 1 diabetes mellitus | 105 (0.5) | 90 (0.4) | 195 (0.4) |
| Type 2 diabetes mellitus | 1600 (7.3) | 1594 (7.3) | 3194 (7.3) |
| Thalassemia | 16 (0.1) | 30 (0.1) | 46 (0.1) |

Source: Sponsor table TSIDEM01_B
[a] HIV status not collected for participants with no-comorbidities and no medical history of HIV
[b] >150 mm Hg systolic and/or >95 mm Hg diastolic
[c] body mass index >30 kg/m$^2$

Participants in the safety subset were enrolled from 45 sites in 3 Tier 1 countries (US, Brazil and South Africa). The Tier 1 countries were selected based on rapid start-up capacity and projected incidence rates for COVID-19 that would allow for rapid efficacy signal detection. At the site level, investigators questioned participants on their willingness to be part of the safety subset.

Janssen COVID-19 Vaccine Emergency Use Authorization Review Memorandum

Selection and randomization of the participants was then completed through a web-based randomization system. In safety subset, 48.3% of participants were female, and 23.0% were ≥65 years of age, which is similar to the FAS. A larger percentage of participants in the safety subset were white (83.4%) compared to the FAS (58.7%). Geographically, the safety subset was limited to participants in the United States (51.4%), South Africa (10.2%), and Brazil (38.5%). Fewer participants in the safety subset compared to the FAS were seropositive at baseline (4.5% versus 9.6%) and had a least one comorbidity (34.1% versus 40.8%).

**Table 9. Demographic Characteristics, Safety Subset, Study 3001**

| Subgroup | Ad26.COV2.S | Placebo | Total |
|---|---|---|---|
| **Safety Subset** | **3356** | **3380** | **6736** |
| Age (years) | | | |
|    Mean (SD) | 51.4 (15.9) | 51.1 (16.1) | 51.2 (16.0) |
|    Median | 54.0 | 54.0 | 54.0 |
|    Range | (18, 90) | (18, 91) | (18, 91) |
| Age group (years) | | | |
|    18-59 | 2036 (60.7%) | 2049 (60.6%) | 4085 (60.6%) |
|    ≥60 | 1320 (39.3%) | 1331 (39.4%) | 2651 (39.4%) |
|    ≥65 | 763 (22.7%) | 786 (23.3%) | 1549 (23.0%) |
|    ≥75 | 150 (4.5%) | 138 (4.1%) | 288 (4.3%) |
| Sex | | | |
|    Female | 1637 (48.8%) | 1615 (47.8%) | 3252 (48.3%) |
|    Male | 1719 (51.2%) | 1765 (52.2%) | 3484 (51.7%) |
|    Undifferentiated | 0 | 0 | 0 |
|    Unknown | 0 | 0 | 0 |
| Race | | | |
|    American Indian or Alaska Native | 9 (0.3%) | 9 (0.3%) | 18 (0.3%) |
|    Asian | 114 (3.4%) | 105 (3.1%) | 219 (3.3%) |
|    Black or African American | 267 (8.0%) | 260 (7.7%) | 527 (7.8%) |
|    Native Hawaiian or other Pacific Islander | 9 (0.3%) | 10 (0.3%) | 19 (0.3%) |
|    White | 2798 (83.4%) | 2823 (83.5%) | 5621 (83.4%) |
|    Multiple | 97 (2.9%) | 112 (3.3%) | 209 (3.1%) |
|    Unknown | 20 (0.6%) | 17 (0.5%) | 37 (0.5%) |
| Ethnicity | | | |
|    Hispanic or Latino | 1284 (38.3%) | 1287 (38.1%) | 2571 (38.2%) |
|    Not Hispanic or Latino | 2024 (60.3%) | 2038 (60.3%) | 4062 (60.3%) |
|    Unknown | 12 (0.4%) | 14 (0.4%) | 26 (0.4%) |
| Region and country | | | |
|    Latin America | 1291 (38.5%) | 1299 (38.4%) | 2590 (38.5%) |
|      Argentina | 0 | 0 | 0 |
|      Brazil | 1291 (38.5%) | 1299 (38.4%) | 2590 (38.5%) |
|      Chile | 0 | 0 | 0 |
|      Colombia | 0 | 0 | 0 |
|      Mexico | 0 | 0 | 0 |
|      Peru | 0 | 0 | 0 |
|    Northern America | 1727 (51.5%) | 1735 (51.3%) | 3462 (51.4%) |
|      United States | 1727 (51.5%) | 1735 (51.3%) | 3462 (51.4%) |
|    Southern Africa | 338 (10.1%) | 346 (10.2%) | 684 (10.2%) |
|      South Africa | 338 (10.1%) | 346 (10.2%) | 684 (10.2%) |

Janssen COVID-19 Vaccine Emergency Use Authorization Review Memorandum

| Subgroup | Ad26.COV2.S | Placebo | Total |
|---|---|---|---|
| **Safety Subset** | **3356** | **3380** | **6736** |
| SARS-CoV-2 serostatus status at baseline | | | |
| Positive | 154 (4.6%) | 147 (4.3%) | 301 (4.5%) |
| Negative | 3117 (92.9%) | 3129 (92.6%) | 6246 (92.7%) |
| Missing | 85 (2.5%) | 104 (3.1%) | 189 (2.8%) |
| Presence of baseline comorbidity | | | |
| One or more | 1135 (33.8%) | 1164 (34.4%) | 2299 (34.1%) |
| None | 2221 (66.2%) | 2216 (65.6%) | 4437 (65.9%) |

Source: Sponsor table TSIDEM01_D

### 4.2.6   Vaccine Efficacy

**Primary Efficacy Analysis**

The primary efficacy analysis was based on the per-protocol set, which consisted of all vaccinated participants who were SARS-CoV-2 seronegative at time of vaccination and who had no major protocol deviations. The co-primary efficacy endpoints were vaccine efficacy (VE) in preventing protocol-defined moderate to severe/critical COVID-19, confirmed by the central laboratory, occurring at least 14 days and at least 28 days after vaccination, respectively. The primary efficacy success criterion would be met if the null hypothesis of VE ≤30% is rejected and the VE point estimate is ≥50% for both co-primary endpoints at the primary analysis. As shown in Table 10, in participants ≥18 years of age, VE against moderate to severe/critical COVID-19 with onset at least 14 days after vaccination was 66.9% (a lower bound of the 95% CI of 59.03), and VE against moderate to severe/critical COVID-19 with onset at least 28 days after vaccination was 66.1% (a lower bound of 95% CI of 55.01), which together met the pre-specified success criteria. Vaccine efficacy was similar between the two age groups of participants 18 to 59 and ≥60 years of age.

**Table 10. Vaccine Efficacy Against Centrally Confirmed Moderate to Severe/Critical COVID-19 With Onset at Least 14 and at Least 28 Days After Vaccination, Per-Protocol Set, Study 3001**

| Co-primary Endpoint Subgroup | Onset at Least 14 Days | | | Onset at Least 28 Days | | |
|---|---|---|---|---|---|---|
| | Ad26.COV2.S Cases (N)[a] Person-yrs[b] | Placebo Cases (N) Person-yrs | VE% (95% CI) | Ad26.COV2.S Cases (N) Person-yrs | Placebo Cases (N) Person-yrs | VE% (95% CI) |
| All participants | 116 (19514) 3116.6 | 348 (19544) 3096.1 | 66.9% (59.0, 73.4) | 66 (19306) 3102.0 | 193 (19178) 3070.7 | 66.1% (55.0, 74.8) |
| Age 18-59 years | 95 (12750) 2106.8 | 260 (12782) 2095.0 | 63.7% (53.9, 71.6) | 52 (12617) 2097.6 | 152 (12527) 2077.0 | 66.1% (53.3, 75.8) |
| Age ≥60 years | 21 (6764) 1009.8 | 88 (6762) 1001.2 | 76.3% (61.6, 86.0) | 14 (6689) 1004.4 | 41(6651) 993.6 | 66.2% (36.7, 83.0) |

Source: Sponsor tables GEFPE02_A and GEFPE02_C
[a] N=Total number of participants at risk per category
[b] Person-years include time from vaccination to the onset of moderate to severe/critical COVID-19, discontinuation from study, major protocol deviation, unblinding to receive alternative vaccine, or data cutoff, whichever comes first.

Due to the high incidence rate of COVID-19 during the study, not all positive PCR tests had been confirmed by the central laboratory at the time of data cutoff. Of 682 primary endpoint cases with positive PCR from any lab accrued at the time of the data cutoff date, 464 were centrally confirmed. The statistical analysis plan specified that the primary and secondary endpoints would be based on centrally confirmed COVID-19, and thus only centrally confirmed cases were included in analyses of vaccine efficacy. For the subgroup analyses for the primary and secondary endpoints, positive PCR results from any source were used to increase the

Janssen COVID-19 Vaccine Emergency Use Authorization Review Memorandum

number of cases and the precision of the estimate. At the time of the data cutoff, there was high concordance between all local and central laboratory PCR results (90.3%). Evaluation of the primary efficacy endpoint including non-centrally-confirmed cases yielded results similar to those reported above (66.3% and 65.5% for onset at least 14 days and at least 28 days after vaccination, respectively). On February 12, the Sponsor submitted an update on centrally confirmed cases as an amendment to the EUA request; based on cases accrued by the time of the data cutoff and analyzed by the central laboratory by February 8, 582 primary endpoint cases were centrally confirmed. Vaccine efficacy based on this updated dataset was similar to that reported above (67.4% and 66.2% for onset at least 14 days and at least 28 days after vaccination, respectively). The high rate of concordance between local and central lab PCR tests and similar co-primary analysis results regardless of inclusion or exclusion of non-centrally confirmed cases support the inclusion of cases awaiting central laboratory confirmation in subgroup analyses to increase their robustness and improve interpretability.

The demographics of participants with moderate to severe/critical COVID-19, including non-centrally confirmed cases, with onset at least 14 days after vaccination are displayed below. The majority of COVID-19 cases were among participants in the United States, South Africa, and Brazil. Study participants with comorbidities were not over-represented among COVID-19 cases as compared to the overall study population.

**Table 11. Demographic Characteristics of Participants With Moderate to Severe/Critical COVID-19, Including Non-centrally Confirmed Cases, With Onset at Least 14 days After Vaccination, Per-Protocol Set**

| Subgroup | Ad26.COV2.S N (%) | Placebo N (%) | All Participants N (%) |
|---|---|---|---|
| All participants | 173 | 509 | 682 |
| Age group (years) | | | |
| 18-59 | 137 (79.2%) | 389 (76.4%) | 526 (77.1%) |
| ≥60 | 36 (20.8%) | 120 (23.6%) | 156 (22.9%) |
| Sex | | | |
| Female | 88 (50.9%) | 240 (47.2%) | 328 (48.1%) |
| Male | 85 (49.1%) | 269 (52.9%) | 354 (51.9%) |
| Race | | | |
| American Indian or Alaska Native | 21 (12.1%) | 41 (8.1%) | 62 (9.1%) |
| Asian | 6 (3.5%) | 12 (2.4%) | 18 (2.6%) |
| Black or African American | 37 (21.4%) | 101 (19.8%) | 138 (20.2%) |
| Native Hawaiian or other Pacific Islander | 1 (0.6%) | 0 (0.0%) | 1 (0.2%) |
| White | 94 (54.3%) | 288 (56.6%) | 382 (56.0%) |
| Multiple | 10 (5.8%) | 48 (9.4%) | 58 (8.5%) |
| Unknown/ not reported | 4 (2.3%) | 19 (3.7%) | 23 (3.4%) |
| Ethnicity | | | |
| Hispanic or Latino | 81 (46.8%) | 237 (46.6%) | 318 (46.6%) |
| Not Hispanic or Latino | 88 (50.9%) | 257 (50.5%) | 345 (50.6%) |
| Unknown/ not reported | 4 (2.3%) | 15 (3.0%) | 19 (2.8%) |

Janssen COVID-19 Vaccine Emergency Use Authorization Review Memorandum

| Subgroup | Ad26.COV2.S N (%) | Placebo N (%) | All Participants N (%) |
|---|---|---|---|
| All participants | 173 | 509 | 682 |
| Country | | | |
|   United States | 51 (29.5%) | 196 (38.5%) | 247 (36.2%) |
|   South Africa | 43 (24.9%) | 90 (17.7%) | 133 (19.5%) |
|   Brazil | 39 (22.5%) | 114 (22.4%) | 153 (22.4%) |
|   Colombia | 22 (12.7%) | 62 (12.2%) | 84 (12.3%) |
|   Argentina | 8 (4.6%) | 30 (5.9%) | 38 (5.6%) |
|   Peru | 7 (4.1%) | 13 (2.6%) | 20 (2.9%) |
|   Chile | 2 (1.2%) | 4 (0.8%) | 6 (0.9%) |
|   Mexico | 1 (0.6%) | 0 (0.0%) | 1 (0.2%) |
| Presence of baseline comorbidity | | | |
|   None | 103 (59.5%) | 315 (61. 9%) | 418 (61.3%) |
|   One or more | 70 (40.5%) | 194 (38.1%) | 264 (38.7%) |
|     Obesity | 51 (29.5%) | 151 (29.7%) | 202 (29.6%) |
|     Hypertension | 14 (8.1%) | 38 (7.5%) | 52 (7.6%) |
|     Type 2 diabetes mellitus | 15 (8.7%) | 32 (6.3%) | 47 (6.9%) |
|     Serious heart condition | 3 (1.7%) | 13 (2.6%) | 16 (2.4%) |
|     Asthma | 1 (0.6%) | 9 (1.8%) | 10 (1.5%) |
|     HIV infection | 5 (2.9%) | 5 (1.0%) | 10 (1.5%) |
|     COPD | 1 (0.6%) | 5 (1.0%) | 6 (0.9%) |
|     Liver disease | 1 (0.6%) | 2 (0.4%) | 3 (0.4%) |
|     Cancer | 0 (0.0%) | 2 (0.4%) | 2 (0.3%) |
|     Immunocompromised from blood transplant | 2 (1.2%) | 0 (0.0%) | 2 (0.3%) |
|     Neurologic conditions | 0 (0.0%) | 1 (0.2%) | 1 (0.2%) |

Source: Sponsor response to IR 17

## Subgroup Analyses of Vaccine Efficacy

Subgroup analyses for the co-primary efficacy endpoints provide additional information on the applicability of these results across the general population. For the subgroup analyses, cases with any positive PCR, including those still awaiting confirmation by the central laboratory, were included. In general, VE among the subgroups are similar to the VE in the overall study population. The VE results for subgroups with small numbers of participants (e.g., participants ≥75 years of age, certain racial subgroups) have limited interpretability but are displayed for completeness.

**Table 12. Vaccine Efficacy of First Occurrence of Moderate to Severe/Critical COVID-19, Including Non-centrally Confirmed Cases, With Onset at Least 14 or at Least 28 Days After Vaccination, by Demographic Characteristics, Per-Protocol Set, Study 3001**

| | Onset at Least 14 Days | | | Onset at Least 28 Days | | |
|---|---|---|---|---|---|---|
| Subgroup | Ad26.COV2.S Cases (N) Person-yrs | Placebo Cases (N) Person-yrs | VE%[a] (95% CI) | Ad26.COV2.S Cases (N) Person-yrs | Placebo Cases (N) Person-yrs | VE%[a] (95% CI) |
| Sex | | | | | | |
| Male | 85 (10861) 1739.0 | 269 (10832) 1715.9 | 68.8% (60.1, 75.9) | 54 (10764) 1732.4 | 176 (10649) 1704.2 | 69.8% (58.9, 78.2) |
| Female | 88 (8649) 1374.2 | 240 (8708) 1372.6 | 63.4% (53.1, 71.7) | 59 (8538) 1367.1 | 148 (8525) 1361.1 | 60.3% (46.0, 71.2) |

27

Janssen COVID-19 Vaccine Emergency Use Authorization Review Memorandum

| | Onset at Least 14 Days | | | Onset at Least 28 Days | | |
|---|---|---|---|---|---|---|
| Subgroup | Ad26.COV2.S Cases (N) Person-yrs | Placebo Cases (N) Person-yrs | VE%[a] (95% CI) | Ad26.COV2.S Cases (N) Person-yrs | Placebo Cases (N) Person-yrs | VE%[a] (95% CI) |
| Age group (yrs) | | | | | | |
| 18-64 | 157 (15544) 2527.8 | 441 (15552) 2504.8 | 64.7% (57.6, 70.8) | 101 (15378) 2517.1 | 286 (15253) 2485.9 | 65.1% (56.1, 72.5) |
| ≥65 | 16 (3970) 586.1 | 68 (3992) 584.3 | 76.5% (59.1, 87.3) | 12 (3928) 583.1 | 38 (3925) 580.0 | 68.6% (38.6, 85.1) |
| ≥75 | 1 (751) 107.3 | 9 (690) 99.1 | 89.7% (26.0, 99.8) | 0 (740) 106.4 | 4 (673) 98.0 | |
| Race | | | | | | |
| Amer. Indian/ Alaskan | 21 (1634) 279.0 | 41 (1621) 275.4 | 49.4% (12.4, 71.6) | 18 (1628) 278.4 | 26 (1604) 274.4 | 31.7% (-29.4, 64.8) |
| Asian | 6 (714) 99.5 | 12 (649) 90.6 | 54.4% (-31.1, 86.0) | 2 (689) 97.9 | 7 (626) 89.1 | 74.0% (-36.5, 97.4) |
| Black or African Amer. | 37 (3362) 495.7 | 101 (3361) 491.4 | 63.7% (46.6, 75.8) | 21 (3330) 493.7 | 66 (3300) 487.3 | 68.6% (48.0, 81.8) |
| Native Hawaiian/ Other | 1 (54) 8.0 | 0 (44) 6.6 | | 1 (54) 8.0 | 0 (43) 6.6 | |
| White | 94 (12123) 1975.4 | 288 (12133) 1958.3 | 67.6% (59.0, 74.6) | 64 (11994) 1967.0 | 187 (11912) 1944.4 | 66.2% (54.8, 74.9) |
| Multiple | 10 (1028) 166.6 | 48 (1080) 170.8 | 78.6% (57.3, 90.4) | 4 (1018) 166.0 | 28 (1055) 169.2 | 85.4% (58.4, 96.3) |
| Ethnicity | | | | | | |
| Hispanic/ Latino | 81 (8733) 1418.6 | 237 (8869) 1429.3 | 65.6% (55.5, 73.6) | 59 (8688) 1415.7 | 153 (8741) 1421.4 | 61.3% (47.4, 71.8) |
| Not Hispanic/ Latino | 88 (10289) 1620.3 | 257 (10184) 1587.7 | 66.4% (57.1, 74.0) | 52 (10131) 1610.1 | 163 (9957) 1573.1 | 68.8% (57.2, 77.6) |
| Region | | | | | | |
| Northern America (U.S.) | 51 (9119) 1414.0 | 196 (9086) 1391.3 | 74.4% (65.0, 81.6) | 32 (8958) 1403.4 | 112 (8835) 1375.6 | 72.0% (58.2, 81.7) |
| Southern Africa (South Africa) | 43 (2473) 377.6 | 90 (2496) 379.2 | 52.0% (30.3, 67.4) | 23 (2449) 376.1 | 64 (2463) 376.9 | 64% (41.2, 78.7) |
| Latin America | 79 (7922) 1322.2 | 223 (7962) 1318.5 | 64.7% (54.1, 73.0) | 58 (7899) 1320.8 | 148 (7880) 1313.3 | 61.0% (46.9, 71.8) |

N=Total number of participants at risk per category
[a] If fewer than 6 cases are observed for an endpoint then the VE is not shown.
Source: Sponsor tables GEFPE09A, GEFPE09C

Additional subgroup analyses were conducted to evaluate vaccine efficacy by risk factor for severe COVID-19. Vaccine efficacy against moderate to severe/critical COVID-19 with onset at least 28 days after vaccination was lower for individuals with comorbid conditions than for those without such conditions, especially in the subgroup of participants ≥60 years of age. However, the confidence intervals are wide, and the uncertainty of the point estimate is large, as shown in Table 13. The wide confidence intervals for the ≥28 days endpoint are attributable to lower

Janssen COVID-19 Vaccine Emergency Use Authorization Review Memorandum

numbers of cases due to the relatively shorter follow up duration (median of approximately 7 weeks) and with a greater proportion of participants in this subgroup who were unblinded (6.0% compared to 4.4% for 18-59 years cohort overall) due to eligibility for authorized COVID-19 vaccine under EUA, smaller number of participants, and lower incidence of COVID-19 in the cohort of those ≥60 years with comorbidities. For this and several other subgroups, the VE estimate increased and the confidence interval narrowed as the number of cases included in the analysis increased (with inclusion of non-centrally confirmed cases and with cases starting after 14 days), indicating that the apparent lower VE estimates in certain analyses potentially reflect imprecision associated with smaller numbers of cases. For a majority of individual comorbid conditions, interpretation of the results is limited by small sample size and low incidence of COVID-19. However, for subgroups with higher incidence of COVID-19, such as participants with obesity, the VE was similar to the VE estimate in the overall study population.

**Table 13. Vaccine Efficacy of First Occurrence of Moderate to Severe/Critical COVID-19, Including Non-centrally Confirmed Cases, With Onset at Least 14 or at Least 28 Days After Vaccination, by Risk Factors for Severe COVID-19, Per-Protocol Set, Study 3001**

| Subgroup | Onset at Least 14 Days | | | Onset at Least 28 Days | | |
|---|---|---|---|---|---|---|
| | Ad26.COV2.S Cases (N) Person-yrs | Placebo Cases (N) Person-yrs | VE%[a] (95% CI) | Ad26.COV2.S Cases (N) Person-yrs | Placebo Cases (N) Person-yrs | VE%[a] (95% CI) |
| Comorbidity, presence | | | | | | |
| Yes | 70 (7777) 1138.8 | 194 (7798) 1130.9 | 64.2% (52.7, 73.1) | 44 (7684) 1133.0 | 105 (7626) 1120.0 | 58.6% (40.6, 71.6) |
| No | 103 (11737) 1975.1 | 315 (11746) 1958.2 | 67.6% (59.4, 74.3) | 69 (11622) 1967.3 | 219 (11552) 1945.9 | 68.8% (59.0, 76.6) |
| Age group and comorbidity presence | | | | | | |
| 18-59, no | 89 (8346) 1433.5 | 258 (8411) 1428.2 | 65.6% (56.1, 73.3) | 58 (8267) 1428.2 | 180 (8254) 1418.3 | 68.0% (56.8, 76.6) |
| 18-59, yes | 48 (4404) 671.5 | 131 (4371) 661.0 | 63.9% (49.4, 74.7) | 29 (4350) 668.1 | 79 (4273) 654.8 | 64.0% (44.3, 77.3) |
| ≥60, no | 14 (3391) 541.6 | 57 (3335) 530.0 | 76.0% (56.3, 87.6) | 11 (3355) 539.0 | 39 (3298) 527.6 | 72.4% (45.0, 87.3) |
| ≥60, yes | 22 (3373) 467.4 | 63 (3427) 469.9 | 64.9% (42.2, 79.4) | 15 (3334) 464.9 | 26 (3353) 465.2 | 42.3% (-13.1, 71.6) |
| Comorbidity, type[b] | | | | | | |
| Asthma | 1 (238) 34.3 | 9 (278) 39.5 | 87.2% (7.6, 99.7) | 0 (235) 34.1 | 4 (270) 38.9 | |
| Cancer | 0 (104) 14.2 | 2 (108) 15.0 | | 0 (102) 14.1 | 0 (105) 14.8 | |
| Chronic kidney disease | 0 (106) 15.1 | 1 (109) 15.3 | | 0 (102) 14.8 | 0 (106) 15.1 | |
| COPD | 1 (213) 30.2 | 5 (195) 28.0 | 81.5% (-65.2, 99.6) | 1 (211) 30.1 | 3 (192) 27.8 | |
| Serious heart conditions | 3 (460) 65.3 | 13 (487) 67.7 | 76.1% (12.9, 95.6) | 1 (455) 64.9 | 5 (472) 66.8 | 79.4% (-83.7, 99.6) |
| HIV infection | 5 (467) 69.1 | 5 (498) 72.4 | -4.8% (-355.2, 75.9) | 2 (461) 68.7 | 4 (493) 72.2 | 47.5% (-266.0, 95.3) |

29

Janssen COVID-19 Vaccine Emergency Use Authorization Review Memorandum

| | Onset at Least 14 Days | | | Onset at Least 28 Days | | |
|---|---|---|---|---|---|---|
| Subgroup | Ad26.COV2.S Cases (N) Person-yrs | Placebo Cases (N) Person-yrs | VE%[a] (95% CI) | Ad26.COV2.S Cases (N) Person-yrs | Placebo Cases (N) Person-yrs | VE%[a] (95% CI) |
| Hypertension | 14 (1999) 283.3 | 38 (2019) 282.8 | 63.2% (30.6, 81.6) | 11 (1978) 281.9 | 17 (1977) 280.2 | 35.7% (-45.6, 72.8) |
| Immuno-compromised from blood transplant | 2 (38) 4.9 | 0 (33) 4.6 | | 1 (35) 4.7 | 0 (32) 4.5 | |
| Liver disease | 1 (97) 14.5 | 2 (100) 14.7 | | 1 (96) 14.4 | 0 (98) 14.6 | |
| Neurologic conditions | 0 (77) 11.1 | 1 (115) 16.5 | | 0 (77) 11.1 | 1 (114) 16.5 | |
| Obesity | 51 (5383) 794.1 | 151 (5352) 780.3 | 66.8% (54.1, 76.3) | 30 (5318) 790.0 | 86 (5223) 772.0 | 65.9% (47.8, 78.3) |
| Type 2 diabetes mellitus | 15 (1399) 198.7 | 32 (1410) 199.5 | 52.9% (10.5, 76.3) | 10 (1380) 197.5 | 13 (1378) 197.7 | 23.0% (-90.1, 69.8) |

Source: Sponsor tables GEFPE09A, GEFPE09C
N=Total number of participants at risk per category
[a] If fewer than 6 cases are observed for an endpoint then the VE is not shown.
[b] Results not shown for comorbidities which did not have any cases in either arm for either of the two time periods

Among the 4,156 participants with positive baseline SARS-CoV-2 status who would have otherwise fulfilled the criteria for the per-protocol set, there were 7 moderate to severe/critical COVID-19 cases which occurred at least 14 days post-vaccination (3 in vaccine group, 4 in placebo group), of which 3 cases occurred at least 28 days post-vaccination (1 in vaccine group, 2 in placebo group). One case, in a participant in the vaccine group, was assessed as severe. Of the 7 cases, only one case was centrally confirmed at the time of the data cutoff. There is insufficient data at this time to evaluate vaccine efficacy in previously infected individuals.

**Table 14. Vaccine Efficacy of First Occurrence of Moderate to Severe/Critical COVID-19, Including Non-centrally Confirmed Cases, With Onset at Least 14 or at Least 28 Days After Vaccination, by Baseline SARS-CoV-2 Status[a], Per-Protocol Set**

| | Onset at Least 14 Days | | | Onset at Least 28 Days | | |
|---|---|---|---|---|---|---|
| Baseline SARS-CoV-2 Serostatus[a] | Ad26.COV2.S Cases (N) Person-yrs | Placebo Cases (N) Person-yrs | VE% (95% CI) | Ad26.COV2.S Cases (N) Person-yrs | Placebo Cases (N) Person-yrs | VE%[b] (95% CI) |
| Regardless of baseline SARS-CoV-2 status | 176 (21636) 3450.2 | 513 (21574) 3409.8 | 66.1% (59.7, 71.6) | 114 (21424) 3436.3 | 326 (21199) 3385.9 | 65.5% (57.2, 72.4) |
| Positive | 3 (2122) 336.3 | 4 (2030) 320.8 | 28.5% (-322.8, 89.5) | 1 (2118) 336.1 | 2 (2021) 320.0 | |
| Negative | 173 (19514) 3113.9 | 509 (19544) 3089.1 | 66.3% (59.9, 71.8) | 113 (19306) 3100.3 | 324 (19178) 3065.9 | 65.5% (57.2, 72.4) |

Source: Sponsor tables GEFPE07A, GEFPE07C
N=Total number of participants at risk per category
[a] Based on serological test at baseline
[b] If fewer than 6 cases are observed for an endpoint then the VE is not shown

Janssen COVID-19 Vaccine Emergency Use Authorization Review Memorandum

**Cumulative Incidence Curves –Primary Efficacy Analysis**

Cumulative incidence of moderate to severe/critical COVID-19 in the FAS was similar in both the vaccine and placebo groups until around Day 14, following which the curves diverge, with more cases accumulating in the placebo group than the vaccine group.

**Figure 1. Cumulative Incidence Curve of Centrally Confirmed Moderate to Severe/Critical COVID-19 Cases With Onset at Least 1 Day After Vaccination, Full Analysis Set**



**Secondary Efficacy Analyses**

**Efficacy Against Any Symptomatic COVID-19**

Efficacy against any symptomatic COVID-19 (including mild disease) and efficacy based on a less restrictive case definition (FDA harmonized case definition), with onset at least 14 days or 28 days after vaccination, were overall similar to results obtained for the primary efficacy endpoint of efficacy against moderate to severe/critical COVID-19. There were only 4 centrally confirmed mild COVID-19 cases (1 in vaccine group, 3 in placebo group) with onset ≥14 days post-vaccination, indicating that the moderate to severe/critical primary efficacy endpoint captured almost all cases of symptomatic COVID-19.

**Table 15. Vaccine Efficacy Against Centrally Confirmed COVID-19[a] With Onset at Least 14 or at Least 28 Days After Vaccination, Per-Protocol Set, Study 3001**

| | Onset at Least 14 Days | | | Onset at Least 28 Days | | |
|---|---|---|---|---|---|---|
| | Ad26.COV2.S Cases (N) Person-yrs | Placebo Cases (N) Person-yrs | VE% (95% CI) | Ad26.COV2.S Cases (N) Person-yrs | Placebo Cases (N) Person-yrs | VE% (95% CI) |
| Symptomatic COVID-19, any severity[a] | 117 (19514) 3116.5 | 351 (19544) 3095.9 | 66.9% (59.1, 73.4) | 66 (19306) 3102.0 | 195 (19178) 3070.5 | 66.5% (55.5, 75.1) |

Janssen COVID-19 Vaccine Emergency Use Authorization Review Memorandum

| | Onset at Least 14 Days | | | Onset at Least 28 Days | | |
|---|---|---|---|---|---|---|
| | Ad26.COV2.S Cases (N) Person-yrs | Placebo Cases (N) Person-yrs | VE% (95% CI) | Ad26.COV2.S Cases (N) Person-yrs | Placebo Cases (N) Person-yrs | VE% (95% CI) |
| FDA harmonized COVID-19 cases | 114 (19514) 3116.6 | 345 (19544) 3096.3 | 67.2% (59.3, 73.7) | 65 (19306) 3102.0 | 193 (19178) 3070.6 | 66.7% (55.6, 75.2) |

Source: Sponsor tables TEFSUM01_A, TEMSUM01_C
N=Total number of participants at risk per category
[a] Includes mild, moderate, and severe/critical cases

### Severe COVID-19 Cases

All COVID-19 cases which met the severe/critical definition as specified by the study protocol and all moderate cases with a total of 3 or more signs and/or symptoms were assessed independently by a clinical severity adjudication committee. Only cases classified as severe/critical by the adjudication committee are included in the severe/critical endpoint. Table 16 shows efficacy against severe/critical COVID-19 including only centrally confirmed cases and efficacy against severe/critical COVID-19 when non-centrally confirmed cases are also included.

As of the cutoff date for adjudication (January 19, 2021), there were 74 centrally confirmed, adjudicated severe/critical COVID-19 cases with an onset at least 14 days after vaccination and 39 cases with an onset at least 28 days after vaccination. Efficacy against severe disease appears to be greater when cases that occurred before 28 days are excluded. Point estimates of efficacy were lower in participants ≥60 years of age compared to participants 18 to 59 years-old when evaluating only centrally confirmed cases; however, the confidence intervals are wide. When non-centrally confirmed cases were included, the VE estimate for participants ≥60 years of age increased (and the confidence interval narrowed) and was more similar to the VE estimates for 18 to 59 year-olds and the overall population.

**Table 16. Vaccine Efficacy Against Adjudicated Severe/Critical COVID-19 With Onset at Least 14 or at Least 28 Days After Vaccination, Per-Protocol Set, Study 3001**

| | Onset at Least 14 Days | | | Onset at Least 28 Days | | |
|---|---|---|---|---|---|---|
| | Ad26.COV2.S Cases (N) Person-yrs | Placebo Cases (N) Person-yrs | VE% (95% CI) | Ad26.COV2.S Cases (N) Person-yrs | Placebo Cases (N) Person-yrs | VE% (95% CI) |
| Centrally confirmed cases[a] | | | | | | |
| Overall | 14 (19514) 3125.1 | 60 (19544) 3122.0 | 76.7% (54.6, 89.1)[b] | 5 (19306) 3106.2 | 34 (19178) 3082.6 | 85.4% (54.2, 96.9)[b] |
| 18-59 years | 8 (12750) 2114.3 | 41 (12782) 2115.1 | 80.5% (57.8, 92.1) | 2 (12617) 2101.0 | 24 (12527) 2086.7 | 91.7% (66.7, 99.1) |
| ≥60 | 6 (6764) 1010.7 | 19 (6762) 1006.9 | 68.5% (18.1, 89.7) | 3 (6689) 1005.1 | 10 (6651) 995.9 | 70.3% (-15.5, 94.7) |

Janssen COVID-19 Vaccine Emergency Use Authorization Review Memorandum

| | Onset at Least 14 Days | | | Onset at Least 28 Days | | |
|---|---|---|---|---|---|---|
| | Ad26.COV2.S Cases (N) Person-yrs | Placebo Cases (N) Person-yrs | VE% (95% CI) | Ad26.COV2.S Cases (N) Person-yrs | Placebo Cases (N) Person-yrs | VE% (95% CI) |
| Including non-centrally confirmed cases | | | | | | |
| Overall | 19 (19514) 3124.7 | 80 (19544) 3121.0 | 76.3% (57.9, 87.5) | 8 (19306) 3106.0 | 48 (19178) 3082.0 | 83.5% (54.2, 96.9) |
| 18-59 years | 12 (12750) 2114.0 | 52 (12782) 2114.5 | 76.9% (56.2, 88.8) | 5 (12617) 2100.9 | 33 (12527) 2086.3 | 85.0% (61.2, 95.4) |
| ≥60 years | 7 (6764) 1010.7 | 28 (6762) 1006.4 | 75.1% (41.7, 90.8) | 3 (6689) 1005.1 | 15 (6651) 995.7 | 80.2% (30.0, 96.3) |

Source: Sponsor tables GEFBO06_A, GEFBO06_C, GEFBO05NC_A, GEFBO05NC_C
N=Total number of participants at risk per category
[a] Endpoint for severe/critical disease as specified in SAP
[b] Adjusted 95% CI

Severe cases which occurred after the cutoff date for adjudication were included in the primary efficacy analysis but were not included as severe/critical cases, which is based on adjudicated cases only.

**COVID-19 Requiring Medical Intervention**

The endpoint of COVID-19 requiring medical intervention is defined as participant requiring hospitalization, ICU admission, mechanical ventilation, and/or ECMO, linked to objective measures such as decreased oxygenation, X-ray or computed tomography (CT) findings, and linked to any molecularly confirmed, COVID-19 with onset at least 14 days and at least 28 days post-vaccination. This endpoint was collected using the Medical Resource Utilization (MRU) form to be completed by the investigator on Days 3 through 5 and/or Day 29 of the COVID-19 episode. The vaccine appears to offer protection against COVID-19 requiring medical intervention starting at least 14 days post-vaccination. In the vaccine group, there were no COVID-19 cases requiring medical intervention, per MRU forms, after 28 days post-vaccination, compared to 5 such cases in the placebo group counting only centrally confirmed cases (7 cases in the placebo group counting any positive PCR).

**Table 17. Vaccine Efficacy of First Occurrence COVID-19 Requiring Medical Intervention Based on MRU, With Onset at Least 14 or at Least 28 Days After Vaccination, Per-Protocol Set, Study 3001**

| | Onset at Least 14 Days | | | Onset at Least 28 Days | | |
|---|---|---|---|---|---|---|
| | Ad26.COV2.S Cases (N) Person-yrs | Placebo Cases (N) Person-yrs | VE% (95% CI) | Ad26.COV2.S Cases (N) Person-yrs | Placebo Cases (N) Person-yrs | VE%[a] (95% CI) |
| Centrally Confirmed | 2 (19514) 3126.9 | 8 (19544) 3126.1 | 75.0% (-25.3, 97.4) | 0 (19306) 3106.4 | 5 (19178) 3084.4 | |
| Any positive PCR | 2 (19514) 3125.9 | 14 (19544) 3125.8 | 85.7% (37.8, 98.4) | 0 (19306) 3106.4 | 7 (19178) 3084.4 | 100% (31.1, 100.0) |

Source: Sponsor tables GEFMI03, GEFMI01, GEFMI01NCA, GEFMI01NCC
N=Total number of participants at risk per category
[a] If fewer than 6 cases are observed for an endpoint then the VE is not shown.
Abbreviation: MRU, Medical Resource Utilization

33

Janssen COVID-19 Vaccine Emergency Use Authorization Review Memorandum

The Day 29 timepoint included in the MRU forms resulted in some cases requiring medical intervention not having MRU forms returned by the data cutoff date, and these cases were not included in the analysis above. A post hoc analysis of all COVID-19 hospitalizations was performed by counting all hospitalizations recorded in MRU forms, SAEs, and clinical event listings (e.g., during a severe/critical COVID-19 episode), in the setting of a positive PCR at the onset of the COVID-19 episode or onset of the AE. In total, 48 COVID-19 hospitalizations were identified among participants without evidence of SARS-CoV-2 PCR infection at baseline. The totality of these data indicates vaccine efficacy in the prevention of severe COVID-19 requiring hospitalization, with no COVID-19 related hospitalizations in the vaccine group following 28 days after vaccination.

**Table 18. Vaccine Efficacy of First Occurrence COVID-19 Requiring Hospitalization, With Onset at Least 14 or at Least 28 Days After Vaccination, Per-Protocol Set, Study 3001 (Post Hoc Analysis)**

| Onset After Vaccination | Ad26.COV2.S No. of Cases (Person-yrs) | Placebo No. of Cases (Person-yrs) | VE% (95% CI) |
|---|---|---|---|
| At least 1 day (FAS-seronegative at baseline) | | | |
| Centrally confirmed | 6 (3202.8) | 18 (3213.1) | 66.6% (12.1, 89.1) |
| Any positive PCR | 6 (3202.8) | 42 (3211.6) | 85.7% (66.1, 95.0) |
| At least 14 days | | | |
| Centrally confirmed | 2 (3125.8) | 11 (3125.9) | 81.8% (16.7, 98.0) |
| Any positive PCR | 2 (3125.8) | 29 (3125.1) | 93.1% (72.7, 99.2) |
| At least 28 days | | | |
| Centrally confirmed | 0 (3106.3) | 6 (3084.4) | 100% (15.7, 100.0) |
| Any positive PCR | 0 (3106.3) | 16 (3083.9) | 100% (74.3, 100.0) |

Source: TEFMI04

The 2 COVID-19 related hospitalizations that occurred at least 14 days after vaccination in the vaccine group were both participants ≥60 years of age with comorbidities (obesity and hypertension). In the subgroup of participants ≥60 years with comorbidities, 2 of 22 total moderate to severe/critical COVID-19 cases in vaccine recipients resulted in hospitalization (both prior to 28 days) compared to 11 of 63 moderate to severe/critical cases in placebo recipients (with 5 occurring after 28 days).

**COVID-19 Related Deaths**

As of February 5, 2021, there were 7 COVID-19-related deaths reported in the study. All participants had a documented positive SARS-CoV-2 RT-PCR around the time of the event, but not all have been centrally confirmed to date. All 7 deaths occurred in the placebo group and were in study sites in South Africa. All of these participants had one or more comorbidities which placed them at higher risk for severe COVID-19. One death was in a participant PCR positive at baseline, who had onset of illness 10 days after vaccination. These results suggest that the vaccine is efficacious against mortality associated with COVID-19. Outcomes related to an exploratory all-cause mortality endpoint are discussed in a separate section below.

34

Janssen COVID-19 Vaccine Emergency Use Authorization Review Memorandum

**Table 19. COVID-19 Related Deaths**

| Arm | Study Day[c] | Age | Comorbidity |
|-----|--------------|-----|-------------|
| Placebo | 15 | 63 | Obesity, Hypertension |
| Placebo | 18[a] | 52 | Obesity, Diabetes |
| Placebo | 31 | 54 | Obesity, Hypertension, Diabetes, Heart failure |
| Placebo | 38 | 49 | Obesity, Hypertension |
| Placebo | 39 | 68 | Obesity |
| Placebo | 49[b] | 60 | Obesity |
| Placebo | 55 | 60 | Asthma |

[a] Participant with positive SARS-CoV-2 PCR at baseline
[b] Reported after the primary analysis cutoff date of January 22, 2021
[c] Study day of death

**Vaccine Efficacy Against Asymptomatic Infections**

The secondary endpoint for asymptomatic infection was defined in the protocol as a participant who does not fulfill the criteria for suspected COVID-19 based on signs and symptoms (further specified as no symptoms on the day preceding, the day of, or any time after the positive PCR test) AND has a SARS-CoV-2 positive RT-PCR test result OR develops a positive serology based on a SARS-CoV-2 N-specific immunoglobulin assay (Elecsys®, Roche) during the study. SARS CoV-2 seropositivity by non-S protein was assessed at Day 1 (pre-vaccination), Day 29 (28 days post-vaccination), and Day 71. On manual review of the cases included in this endpoint, the Sponsor identified multiple cases in which the participants were symptomatic 2 days or more prior to the positive PCR or serology test. Manual review identified 2 centrally-confirmed cases in the vaccine group which were classified as asymptomatic based on the statistical analysis plan (SAP) but would meet the moderate case definition, and one centrally-confirmed SAP-classified asymptomatic case in the placebo group which would meet the mild case definition, with onset after 14 days post-vaccination. These cases were not included in the primary or secondary efficacy analyses, which are based on SAP-defined cases, but are not expected to significantly change the efficacy results. To remove possibly symptomatic COVID-19 cases from the analysis of asymptomatic infection, the Sponsor conducted a post hoc analysis including only participants without COVID-19 symptoms since screening.

As specified in the SAP, the secondary endpoint of efficacy against all SARS-CoV-2 infection with onset from Day 29 (including asymptomatic infection) will only be tested when at least 15,000 participants with Day 71 serology are available, and the secondary endpoint of efficacy against asymptomatic or undetected infection with onset from Day 29 will only be tested when all participants have at least 6 months of follow-up.

From Day 1 through Day 29, the data show only modest, non-statistically significant vaccine efficacy against asymptomatic SARS-CoV-2 infection. Analysis of the Day 29 and after timepoint shown below is based on an interim analysis of Day 71 serology results from 2,892 participants. These individuals represent 28.8% of the 10,045 participants who had completed the Day 71 visit by the data cutoff date of January 22 (serology results cutoff February 8). The percentage of available serology results are not evenly distributed across study sites (range: 16.9% of study participants in Chile to 68.4% of participants in South Africa). Although these results may suggest potential efficacy against asymptomatic infection after Day 29, this observation should be interpreted with caution as follow-up time is limited, and only a small percentage of participants had available N-serology data to contribute to this endpoint. This analysis was also done at an interim time point not pre-specified by the SAP.

Janssen COVID-19 Vaccine Emergency Use Authorization Review Memorandum

**Table 20. Vaccine Efficacy Against Asymptomatic SARS-CoV-2 Infections, Full Analysis Set**

| | Day 1-Day 29 | | | After Day 29[e] | | |
|---|---|---|---|---|---|---|
| | Ad26.COV2.S No. of Cases (Person-yrs) | Placebo No. of Cases (Person-yrs) | VE% (95% CI) | Ad26.COV2.S No. of Cases (Person-yrs) | Placebo No. of Cases (Person-yrs) | VE% (95% CI) |
| FAS seronegative at baseline | N=19739 | N=19809 | | N=19301 | N=19162 | |
| +PCR and/or serology[b] | 159 (1561.3) | 182 (1564.1) | 12.5% (-8.9, 29.7) | 22 (3099.7) | 54 (3064.2) | 59.7% (32.8; 76.6) |
| +PCR and/or serology without previous symptoms[b,d] | 87 (1556.2) | 109 (1559.3) | 20.0% (-7.0, 40.4) | 10 (3098.0) | 38 (3061.5) | 74.0% (46.8; 88.4) |
| Serology risk set[a] | N=14084 | N=14019 | | N=1346 | N=1304 | |
| Seroconverted[c] | 153 (1114.3) | 175 (1108.2) | 13.1% (-8.6, 30.5) | 18 (312.2) | 50 (298.8) | 65.5% (39.9; 81.1) |
| Seroconverted without previous symptoms[c,d] | 84 (1109.4) | 108 (1103.7) | 22.6% (-3.9, 42.5) | 10 (310.9) | 37 (296.6) | 74.2% (47.1; 88.6) |

[a] Serology risk set: Participants with a non-S protein serology result available on Day 29 or Day 71
[b] A participant will be considered to have experienced asymptomatic or undetected COVID-19 if the participant does not fulfil the criteria for suspected COVID-19 based on signs and symptoms as detected by the algorithm described in the SAP; 1) no symptoms on the day before, at or after the PCR positive test and 2) has a SARS-CoV-2 positive RT-PCR/molecular test result or develops a positive serology (non-S protein) test
[c] A participant will be considered serologically converted if the participant develops a positive serology (non-S protein) test without a SARS-CoV-2 positive RT-PCR before the positive serology test irrespective of whether previous symptoms occurred
d A participant is considered without previous symptoms if no COVID-19 symptoms occurred before the positive PCR or serology test at any point in time during the study
[e] N (for at risk set and serology risk set) for >Day 29 analysis based on per-protocol Set
Source: Sponsor tables TEFSUM02B, TEFSUM02C, CSR addendum submitted February 12, 2021

## Exploratory Efficacy Analyses

Additional vaccine efficacy analyses were conducted and described below.

### Effect on All-Cause Mortality

As of the cutoff date for the primary analysis, 19 deaths were reported in the study. Of these 19 deaths, 6 were related to COVID-19, all in the placebo group. There is suggestion of a positive effect on all-cause mortality; however, the confidence interval is wide, with a lower bound below 0 after 28 days post-vaccination.

**Table 21. Effect on All-Cause Mortality, Full Analysis Set**

| | Ad26.COV2.S N=21895 No. of Cases (Person-yrs) | Placebo N=21888 No. of Cases (Person-yrs) | VE% (95% CI) |
|---|---|---|---|
| At least 1 day after vaccination[a] | 3 (3544.8) | 16 (3542.2) | 81.3% (34.6, 96.5) |
| At least 14 days after vaccination | 3 (3544.8) | 15 (3541.9) | 80.0% (29.4, 96.3) |
| At least 28 days after vaccination | 2 (3544.3) | 8 (3540.7) | 75% (-25.2, 97.4) |

[a] Cases in the later timepoints are included in the earlier timepoint
Source: GEFACM01B1, GEFACM01B28, GEFACM01B14

An update on deaths reported from the time period of January 22 to February 5 included an additional 6 deaths. Of these 6 deaths, 2 occurred in the vaccine group and 4 occurred in the

Janssen COVID-19 Vaccine Emergency Use Authorization Review Memorandum

placebo group. One of the cases in the placebo group and none in the vaccine group was related to COVID-19.

**Sequencing Data from Centrally Confirmed COVID-19 Cases**

During the conduct of Study 3001 (September 21, 2020 through the data cutoff date of January 22, 2021), new SARS-CoV-2 variants emerged in geographical regions where the study took place. In a subgroup analysis of vaccine efficacy against moderate to severe/critical COVID-19 in the United States, South Africa, and Brazil, there was lower efficacy observed in South Africa compared to the United States. Vaccine efficacy against severe/critical COVID-19 was comparably high across the three countries, although there was a wide confidence interval around the point estimates for the United States and Brazil.

**Table 22. Vaccine Efficacy of First Occurrence of Moderate to Severe/Critical and Severe/Critical COVID-19 Including Non-centrally Confirmed Cases With Onset at Least 14 or at Least 28 Days After Vaccination, by Country of Participation, Per-Protocol Set, Study 3001**

| | Onset at Least 14 Days | | | Onset at Least 28 Days | | |
|---|---|---|---|---|---|---|
| Country Subgroup | Ad26.COV2.S Cases (N) Person-yrs | Placebo Cases (N) Person-yrs | VE%[a] 95% CI | Ad26.COV2.S Cases (N) Person-yrs | Placebo Cases (N) Person-yrs | VE%[a] (95% CI) |
| **United States** | | | | | | |
| Moderate to severe/critical | 51 (9119) 1414.0 | 196 (9086) 1391.3 | 74.4% (65.0, 81.6) | 32 (8958) 1403.4 | 112 (8835) 1375.6 | 72.0% (58.2, 81.7) |
| Severe/critical | 4 (9119) 1417.2 | 18 (9086) 1404.8 | 78.0% (33.1, 94.6) | 1 (8958) 1405.2 | 7 (8835) 1382.2 | 85.9% (-9.4, 99.7) |
| **South Africa** | | | | | | |
| Moderate to severe/critical | 43 (2473) 377.6 | 90 (2496) 379.2 | 52.0% (30.3, 67.4) | 23 (2449) 376.1 | 64 (2463) 376.9 | 64.0% (41.2, 78.7) |
| Severe/critical | 8 (2473) 380.2 | 30 (2496) 382.9 | 73.1% (40.0, 89.4) | 4 (2449) 377.0 | 22 (2463) 379.0 | 81.7% (46.2, 95.4) |
| **Brazil** | | | | | | |
| Moderate to severe/critical | 39 (3370) 555.7 | 114 (3355) 548.8 | 66.2% (51.0, 77.1) | 24 (3354) 554.8 | 74 (3312) 546.1 | 68.1% (48.8, 80.7) |
| Severe/critical | 2 (3370) 558.9 | 11 (3355) 556.8 | 81.9% (17.0, 98.1) | 1 (3354) 556.2 | 8 (3312) 549.8 | 87.6% (7.8, 99.7) |

Source: Sponsor tables GEFPE09A, GEFPE09C, GEFBO05NC_A, GEFBO05NC_C
N=Total number of participants at risk per category

Strain sequencing of COVID-19 cases in Study 3001 to inform the vaccine efficacy analysis by region is ongoing. As of February 12, 2021, 71.7% of centrally confirmed primary analysis cases have been sequenced. In the United States, 73.5% of cases have been sequenced, of which 96.4% were identified as the SARS-CoV-2 Wuhan-H1 variant D614G. In South Africa, 66.9% of cases have been sequenced, of which 94.5% were identified as 20H/501Y.V2 variant (B.1.351). In Brazil, 69.3% of cases have been sequenced, of which 69.4% were identified as variant of the P.2 lineage and 30.6% were identified as the Wuhan-H1 variant D614G. As of February 12, 2021, there were no sequenced cases from the B1.1.7 or P.1 lineages. Because strain sequencing of all COVID-19 cases in the study is incomplete at the time of this analysis, and due to selection bias involved in prioritizing the cases to be sequenced first (moderate to

Janssen COVID-19 Vaccine Emergency Use Authorization Review Memorandum

severe/critical cases, cases with onset at least 14 days after vaccination, samples with viral load >200 copies/mL), vaccine efficacy against specific SARS-CoV-2 variants cannot be evaluated at this time.

**Efficacy Summary**

The data from the primary efficacy analysis, with a cutoff date of January 22, 2021, and median follow-up for efficacy of 2 months post-vaccination, met the prespecified success criteria established in the study protocol. Efficacy of the vaccine to prevent protocol-defined moderate to severe/critical COVID-19 occurring at least 14 days after vaccination was 66.9% (95% CI 59.0; 73.4), and 66.1% (95% CI 55.0; 74.8) for moderate to severe/critical COVID-19 occurring at least 28 days after vaccination, in participants without prior evidence of SARS-CoV-2 infection. Results for the secondary endpoint of vaccine efficacy against protocol-defined symptomatic COVID-19 of any severity (mild, moderate, or severe/critical) were similar to those of the primary endpoint of vaccine efficacy against moderate to severe/critical disease. For prevention of centrally confirmed, adjudicated severe/critical disease, vaccine efficacy (95% CI) was 76.7% (54.6, 89.1) with onset at least 14 days after vaccination and 85.4% (54.2, 96.9) with onset at least 28 days after vaccination. In a post hoc analysis of all COVID-19 related hospitalizations starting 14 days after vaccination, including non-centrally confirmed cases, there were 2 cases in the vaccine group (with no cases after 28 days) compared with 29 cases in the placebo group (with 16 cases after 28 days). The evaluation of vaccine efficacy against asymptomatic disease and its interpretation are limited at this time, since the measurements were performed in a small subset of participants.

Efficacy estimates across demographic subgroups in supportive analyses of primary and secondary endpoints were generally consistent with the efficacy estimates in the overall study population, but the small numbers of participants and cases in certain subgroups (e.g., certain racial subgroups, individual comorbid conditions) limit the interpretability of subgroup-specific efficacy results. Neither age nor presence of comorbidities alone impacted the efficacy estimates for the primary endpoints of moderate to severe/critical COVID-19, with the exception of a lower efficacy estimate for COVID-19 with onset at least 28 days post-vaccination in participants with comorbidities compared to those without comorbidities (Table 10 and Table 13).

The efficacy estimate for moderate to severe/critical COVID-19 with onset at least 28 days post-vaccination was lower for the subgroup of participants ≥60 years of age with comorbidities than for younger participants and participants ≥60 years of age without comorbidities (Table 13). Confidence intervals for efficacy estimates across subgroups generally overlapped, and efficacy estimates in participants ≥60 years of age with comorbidities increased as the number of cases included in the analysis increased (i.e., with inclusion of non-centrally confirmed cases and cases starting at 14 days post-vaccination), indicating that lower efficacy estimates in this subgroup potentially reflect imprecision associated with smaller numbers of cases. Efficacy estimates against centrally confirmed severe/critical COVID-19 were reduced in participants ≥60 years of age as compared to younger participants, but there was no meaningful reduction when cases not yet centrally confirmed were included in the analysis (Table 16). The two hospitalizations in vaccine recipients due to COVID-19 with onset at least 14 days post-vaccination occurred in participants ≥60 years of age with comorbidities (as compared to 11 hospitalizations in placebo recipients ≥60 years of age with comorbidities). No vaccine recipients were hospitalized due to COVID-19 with onset at least 28 days post-vaccination.

Janssen COVID-19 Vaccine Emergency Use Authorization Review Memorandum

To explore the possible impact of circulation of variant strains on vaccine efficacy, a subgroup analysis of vaccine efficacy against moderate to severe/critical and severe/critical COVID-19 was done for the United States, South Africa, and Brazil. There was a lower efficacy against moderate to severe/critical disease endpoints observed in South Africa [52.0% (95% CI 30.3, 67.4) and 64.0% (95% CI 41.2, 78.7) starting 14 days and 28 days after vaccination, respectively] compared to the United States (74.4% (65.0, 81.6) and 72.0% (58.2, 81.7) starting 14 days and 28 days after vaccination, respectively), but vaccine efficacy against severe/critical COVID-19 at the two timepoints were similarly high in all 3 countries. Strain sequencing of COVID-19 cases in the study to inform the vaccine efficacy analysis by region is ongoing. As of February 12, 2021, 71.7% of central laboratory confirmed primary analysis cases have been sequenced. In the U.S., 96.4% of the sequenced cases were identified as the SARS-CoV-2 Wuhan-H1 variant D614G. In South Africa, 94.5% of the sequenced cases were identified as 20H/501Y.V2 variant (B.1.351). In Brazil, 69.4% were identified as variant of the P.2 lineage and 30.6% were identified as the Wuhan-H1 variant D614G. As of February 12, 2021, there were no cases identified from B.1.1.7 or P1 lineages.

### 4.2.7   Safety

The safety analyses presented in this review are derived from safety data available through the cutoff date of January 22, 2021.

The protocol specified safety monitoring for the following:

- Solicited local and systemic reactions during the 7 days following vaccination in the safety subset (N=6,736)
- Unsolicited AEs during the 28 days following vaccination in the safety subset
- MAAEs during the 6 months following vaccination in the FAS (N=43,783)
- SAEs and AEs leading to study discontinuation for the duration of the study in the FAS

Overall, the proportions of participants with MAAEs, SAEs, and deaths were balanced between the vaccine and placebo groups. Rates of unsolicited AEs were also balanced across treatment groups; however, a greater percentage of participants in the vaccine group had unsolicited AEs considered to be related to the study product. As compared to the placebo group, a greater percentage of participants in the vaccine group experienced local and systemic solicited ARs. Rates of ARs were lower in participants ≥60 years of age compared to participants 18 to 59 years of age. The table below summarizes rates of AEs by treatment group and age group.

**Table 23. Participants Reporting at Least One Adverse Event, Among All Participants and by Age Group**

| Adverse Event Type | Ad26.COV2.S n/N (%) | Placebo n/N (%) |
|---|---|---|
| **Full analysis set** | **N=21895** | **N=21888** |
| Medically attended adverse event | 304/21895 (1.4) | 408/21888 (1.9) |
| 18-59 years of age | 207/14564 (1.4) | 272/14547 (1.9) |
| ≥60 years of age | 97/7331 (1.3) | 136/7341 (1.9) |
| Related[b] medically attended adverse events | 22/21895 (0.1) | 22/21888 (0.1) |
| 18-59 years of age | 15/14564 (0.1) | 18/14547 (0.1) |
| ≥60 years of age | 7/7331 (0.1) | 4/7341 (0.1) |
| Serious adverse event | 83/21895 (0.4) | 96/21888 (0.4) |
| 18-59 years of age | 45/14564 (0.3) | 56/14547 (0.4) |
| ≥60 years of age | 38/7331 (0.5) | 40/7341 (0.5) |

Janssen COVID-19 Vaccine Emergency Use Authorization Review Memorandum

| Adverse Event Type | Ad26.COV2.S n/N (%) | Placebo n/N (%) |
|---|---|---|
| Related[b] serious adverse event | 7/21895 (<0.1) | 2/21888 (<0.1)[c] |
| 18-59 years of age | 4/14564 (<0.1) | 1/14547 (<0.1) |
| ≥60 years of age | 3/7331 (<0.1) | 1/7341 (<0.1) |
| Deaths | 3/21895 (<0.1) | 16/21888 (0.1) |
| 18-59 years | 1/14564 (<0.1) | 7/14547 (<0.1) |
| ≥60 years | 2/7331 (<0.1) | 9/7341 (0.1) |
| Related[b] deaths | 0 | 0 |
| AEs leading to study discontinuation | 0 | 0 |
| **Safety subset** | **N=3356** | **N=3380** |
| Solicited local adverse reaction | 1685/3356 (50.2) | 657 /3380 (19.4) |
| 18-59 years of age | 1218/2036 (59.8) | 413/2049 (20.2) |
| ≥60 years of age | 467/1320 (35.4) | 244/1331 (18.3) |
| Grade 3 solicited local adverse reaction[a] | 23/3356 (0.7) | 6/3380 (0.2) |
| 18-59 years of age | 18/2036 (0.9) | 4/2049 (0.2) |
| ≥60 years of age | 5/1320 (0.4) | 2/1331 (0.2) |
| Solicited systemic adverse reaction | 1850/3356 (55.1) | 1185/3380 (35.1) |
| 18-59 years of age | 1252/2036 (61.5) | 745/2049 (36.4) |
| ≥60 years of age | 598/1320 (45.3) | 440/1331 (33.1) |
| Grade 3 solicited systemic adverse reaction[a] | 61/3356 (1.8) | 21/3380 (0.6) |
| 18-59 years of age | 47/2036 (2.3) | 12/2049 (0.6) |
| ≥60 years of age | 14/1320 (1.1) | 9/1331 (0.7) |
| Unsolicited adverse event up to 28 days after vaccination | 440/3356 (13.1) | 407/3380 (12.0) |
| 18-59 years of age | 285/2036 (14.0) | 275/2049 (13.4) |
| ≥60 years of age | 155/1320 (11.7) | 132/1331 (9.9) |
| Grade 3 unsolicited adverse event | 16/3356 (0.5) | 16/3380 (0.5) |
| 18-59 years of age | 10/2036 (0.5) | 10/2049 (0.5) |
| ≥60 years of age | 6/1320 (0.5) | 6/1331 (0.5) |
| Grade 4 unsolicited adverse event | 3/3356 (0.1) | 2/3380 (0.1) |
| 18-59 years of age | 2/2036 (0.1) | 2/2049 (0.1) |
| ≥60 years of age | 1/1320 (0.1) | 0/1331 (0.0) |
| Related[b] unsolicited adverse events | 242/3356 (7.2) | 154/3380 (4.6) |
| 18-59 years of age | 163/2036 (8.0) | 96/2049 (4.7) |
| ≥60 years of age | 79/1320 (6.0) | 58 /1331 (4.4) |

Source: Sponsor tables TSFAE04, TSFAE05, TSFAESOLLOC27, TSFAESOLSYS27, TSFAESOL02, TSFAEUNSOL01 & TSFAEUNSOL12.

n = number of participants with specified event; N = number of exposed participants who submitted any data for the event, percentages are based on n/N.

[a] There were no reports of Grade 4 solicited adverse reactions

[b] Related as assessed by investigator

[c] 1 participant reported 2 SAEs

The following issues were identified during the safety review:

1. Several reports of solicited reactions and non-serious, unsolicited adverse events were omitted from the analyses due to incorrectly coded start dates. However, the omissions did not have a major impact on the estimated event rates (0% to 0.3% of the safety subset of the respective treatment group) and thus did not impact the safety conclusions.

2. Discrepancies were identified between the number of solicited reactions reported by participants in source documents and the number of events reported by the investigator and included in the datasets upon which the safety analyses were based. In response to an FDA information request, the Sponsor conducted queries of potential missing clinical event data for 210 participants, of which 40% of the queried events were determined to

Janssen COVID-19 Vaccine Emergency Use Authorization Review Memorandum

not meet reporting criteria (e.g., participants who did not experience any solicited symptom during the planned 7-day evaluation period or those who experienced an event with toxicity <grade 1). Other than 44 open queries, the remaining queries resulted in corrected reporting of previously missing clinical event data to the relevant datasets that will be included in final safety analyses with the submission of the licensure application. However, based on FDA evaluation of the impacted data, and the fact that these participants represent a small proportion of the safety subset, the corrected solicited ARs are expected to have a minor impact on the rates submitted by the Sponsor in its EUA request.

## Solicited Adverse Reactions

Solicited local and systemic ARs with onset within 7 days after vaccination were assessed across groups and are presented in the tables below stratified by age (18 to 59 years; ≥60 years) for participants in the safety subset (N=6,736). Solicited ARs were recorded daily by study participants using eDiaries and included the assessment of local injection site reactions (pain, erythema and swelling) and systemic reactions (fatigue, headache, myalgia, nausea and fever).

Local Adverse Reactions

Solicited local ARs were reported at higher rates in vaccine recipients than placebo recipients. The proportions of participants reporting any local AR were 50.2% and 19.4% in vaccine and placebo groups, respectively. The proportions reporting at least one grade 3 local AR were 0.7% and 0.2% in vaccine and placebo groups, respectively. There were no reports of grade 4 local reactions in either group.

The most frequently reported local AR was injection site pain, reported by 48.6% of vaccine recipients and 16.7% of placebo recipients. Grade 3 pain was reported in 0.3% of vaccine recipients and <0.1% of placebo recipients. Erythema (vaccine versus placebo: 7.3% versus 3.9%) and swelling (5.3% versus 1.6%) were reported less frequently.

All local ARs were reported more frequently among younger (18-59 years) than older (≥60 years) participants. Among participants in the vaccine group, injection site pain was reported in 58.6% of 18-59-year-olds and 33.3% of ≥60-year-olds. Erythema and swelling were similarly reported at higher rates among younger than older participants in the vaccine group (Table 24).

Among participants in the vaccine group, the overall rate of local ARs was similar between those who were seronegative for SARS-CoV-2 at baseline (n=3,202) and those who were seropositive at baseline (n=154): 50.0% versus 53.9%. Rates for local ARs by baseline serostatus were as follows (seronegative vs. seropositive): injection site pain 48.4% vs. 53.2%; swelling 5.2% vs. 6.5%; erythema 7.4% vs. 4.5%.

The table below provides rates of local ARs by treatment group and age group.

41

Janssen COVID-19 Vaccine Emergency Use Authorization Review Memorandum

**Table 24. Frequency of Solicited Local Adverse Reactions Within 7 Days Following Vaccination, Safety Subset[a], Study 3001**

| Adverse Reaction | 18-59 Years Ad26.COV2.S N=2036 n (%) | 18-59 years Placebo N=2049 n (%) | ≥60 Years Ad26.COV2.S N=1320 n (%) | ≥60 Years Placebo N=1331 n (%) |
|---|---|---|---|---|
| Any Local | 1218 (59.8%) | 413 (20.2%) | 467 (35.4%) | 244 (18.3%) |
| Grade 3 | 18 (0.9%) | 4 (0.2%) | 5 (0.4%) | 2 (0.2%) |
| Pain[b] | 1193 (58.6%) | 357 (17.4%) | 439 (33.3%) | 207 (15.6%) |
| Grade 3 | 8 (0.4%) | 0 | 3 (0.2%) | 2 (0.2%) |
| Erythema[c] | 184 (9.0%) | 89 (4.3%) | 61 (4.6%) | 42 (3.2%) |
| Grade 3 | 6 (0.3%) | 2 (0.1%) | 1 (0.1%) | 0 |
| Swelling[b] | 142 (7.0%) | 32 (1.6%) | 36 (2.7%) | 21 (1.6%) |
| Grade 3 | 5 (0.2%) | 2 (0.1%) | 2 (0.2%) | 0 |

Source: Sponsor Table TSFAESOLLOC27
[a] Safety subset: Subset of Full-Analysis Set for analysis of solicited and unsolicited AEs
n = number of participants with specified reaction
N = number of exposed participants who submitted any data for the event, percentages are based on n/N.
[b] Pain- Grade 3: any use of Rx pain reliever/prevents daily activity;
[c] Erythema and Swelling/Induration- Grade 3: >100mm;
Note: No grade 4 solicited local adverse reactions were reported.

The median time to onset of local ARs was within 2 days of vaccination, and the median duration was 2 days for erythema and pain and 3 days for swelling. Pain was reported to last greater than 7 days in 2.3% of participants in the vaccine group and 2.1% of participants in the placebo group. Among participants in the vaccine group, erythema and swelling had a duration >7 days in 0.8% and 0.5% of participants, respectively.

The table below provides time to onset and duration of local ARs by treatment group.

**Table 25. Time (Days) to Onset and Duration of Solicited Local Adverse Events, Safety Subset[a], Study 3001**

| Adverse Reaction | Ad26.COV2.S N=3356 | Placebo N=3380 |
|---|---|---|
| Pain, n (%) | 1632 (48.6%) | 564 (16.7%) |
| Median time to onset (min, max) | 2.0 (1, 8) | 2.0 (1, 8) |
| Median duration (min, max) | 2.0 (1, 67) | 2.0 (1, 67) |
| >7 days duration | 38 (2.3%) | 14 (2.1%) |
| Erythema, n (%) | 245 (7.3%) | 131 (3.9%) |
| Median time to onset (min, max) | 2.0 (1, 7) | 1.0 (1, 8) |
| Median duration (min, max) | 2.0 (1, 9) | 2.0 (1, 19) |
| >7 days duration | 13 (0.8%) | 4 (0.6%) |
| Swelling, n (%) | 178 (5.3%) | 53 (1.6%) |
| Median time to onset (min, max) | 2.0 (1, 8) | 1.0 (1, 8) |
| Median duration (min, max) | 3.0 (1, 14) | 1.0 (1, 19) |
| >7 days duration | 9 (0.5%) | 2 (0.3%) |

Source: Sponsor Table TSFAESOLLOC25
[a] Safety subset: Subset of Full-Analysis Set for analysis of solicited and unsolicited AEs
n = number of participants with specified reaction
N = number of exposed participants who submitted any data for the event, percentages are based on n/N.

Systemic Adverse Reactions

Solicited systemic ARs were reported at higher rates in vaccine than placebo recipients. The proportions of participants reporting any systemic ARs were 55.1% in the vaccine group and 35.1% in the placebo group. The proportions reporting at least one grade 3 systemic AR were

1.8% in the vaccine group and 0.6% in the placebo group. There were no reports of grade 4 systemic reactions in either group.

The most frequently reported systemic ARs were headache (vaccine versus placebo: 38.9% versus 23.7%) and fatigue (38.2% versus 21.5%). Rates of other systemic ARs in the vaccine versus placebo groups were as follows: myalgia (33.2% versus 12.7%); nausea (14.2% versus 9.7%); and fever (9.0% versus 0.6%).

Grade 3 systemic ARs were reported infrequently. The most frequently reported grade 3 systemic ARs were fatigue and myalgia, reported in 1.0% vs 0.3% and 1.0% vs. 0.2% of vaccine recipients and placebo recipients, respectively. Grade 3 fever (102.1-104°F) was reported in 0.2% of vaccine recipients and no placebo recipients.

Among participants in the vaccine group, all systemic ARs were reported more frequently among younger (18-59 years) than older (≥60 years) participants, although nausea was reported at more similar rates: 15.5% in participants 18-59 years and 12.3% in participants ≥60 years. Among vaccine group participants, rates of other systemic ARs by age group were as follows (18-59 and ≥60 years): headache (44.4% and 30.4; fatigue (43.8% and 29.7%); myalgia (39.1% and 24.0%); fever (12.8% and 3.1%).

A higher percentage of participants in the vaccine group used antipyretics/analgesics in the 7 days following vaccination compared to participants the placebo group; 19.9% versus 5.7%. This was primarily driven by participants 18-59 years old. Among participants in the vaccine group, 26.4% of those 18-59 years used antipyretics/analgesics compared to 9.8% of those ≥60 years old.

The overall rate of systemic ARs was similar in vaccine recipients who were seronegative for SARS-CoV-2 at baseline (n=3,202) and those who were seropositive at baseline (n=154): 55.4% versus 50.0%. Rates for systemic ARs by baseline serostatus were as follows (seronegative vs. seropositive): headache 38.9% vs. 38.3%; fatigue 38.3% vs. 37.0%; myalgia 33.2% vs. 32.5%; nausea 14.3% vs. 12.3%; fever 9.1% vs. 6.5%.

The table below provides rates of systemic ARs by treatment group and age group.

**Table 26. Frequency of Solicited Systemic Adverse Reactions Within 7 Days Following Vaccination, Safety Subset[a], Study 3001**

| Adverse Reaction | Ad26.COV2.S 18-59 Years N=2036 n/N (%) | Placebo 18-59 Years N=2049 n/N (%) | Ad26.COV2.S ≥60 Years N=1320 n/N (%) | Placebo ≥60 Years N=1331 n/N (%) |
|---|---|---|---|---|
| Any Systemic | 1252 (61.5%) | 745 (36.4%) | 598 (45.3%) | 440 (33.1%) |
| Grade 3 | 47 (2.3%) | 12 (0.6%) | 14 (1.1%) | 9 (0.7%) |
| Fatigue[b] | 891 (43.8%) | 451 (22.0%) | 392 (29.7%) | 277 (20.8%) |
| Grade 3 | 25 (1.2%) | 4 (0.2%) | 10 (0.8%) | 5 (0.4%) |
| Headache[b] | 905 (44.4%) | 508 (24.8%) | 401 (30.4%) | 294 (22.1%) |
| Grade 3 | 18 (0.9%) | 5 (0.2%) | 5 (0.4%) | 4 (0.3%) |
| Myalgia[b] | 796 (39.1%) | 248 (12.1%) | 317 (24.0%) | 182 (13.7%) |
| Grade 3 | 29 (1.4%) | 1 (<0.1%) | 3 (0.2%) | 5 (0.4%) |
| Nausea[c] | 315 (15.5%) | 183 (8.9%) | 162 (12.3%) | 144 (10.8%) |
| Grade 3 | 3 (0.1%) | 3 (0.1%) | 3 (0.2%) | 3 (0.2%) |

Janssen COVID-19 Vaccine Emergency Use Authorization Review Memorandum

| Adverse Reaction | Ad26.COV2.S 18-59 Years N=2036 n/N (%) | Placebo 18-59 Years N=2049 n/N (%) | Ad26.COV2.S ≥60 Years N=1320 n/N (%) | Placebo ≥60 Years N=1331 n/N (%) |
|---|---|---|---|---|
| Fever[d] | 261 (12.8%) | 14 (0.7%) | 41 (3.1%) | 6 (0.5%) |
| Grade 3 | 7 (0.3%) | 0 | 1 (0.1%) | 0 |
| Antipyretic/Analgesic Use | 538 (26.4%) | 123 (6.0%) | 130 (9.8%) | 68 (5.1%) |

Source: Sponsor table TSFAESOLSYS27
n = number of participants with specified reaction
N = number of exposed participants who submitted any data for the event, percentages are based on n/N.
[a] Safety subset: Subset of Full-Analysis Set for analysis of solicited and unsolicited AEs
[b] Fatigue, Headache, Myalgia – Grade 3: incapacitating; prevents daily activity; use of Rx pain reliever. Grade 4: Requires E.R. visit or hospitalization
[c] Nausea –Grade 3: incapacitating; prevents daily activity. Grade 4: Requires E.R. visit or hospitalization
[d] Fever - Grade 3: ≥39.0 to ≤40.0°C or ≥102.1 to ≤104.0° F; Grade 4: >40.0°C or >104.0°F
Note: No grade 4 solicited local adverse reactions were reported.

Among participants in the vaccine group, the median time to onset of all solicited systemic ARs was within 2 days of vaccination. Median durations of systemic reactions in vaccine group participants were as follows: 2 days for fatigue, headache, and myalgia and 1 day for nausea and fever. Systemic reactions with a duration longer than 7 days were reported in vaccinated participants for all systemic ARs with the exception of fever. Percentages of vaccine group participants reporting systemic ARs with duration longer than 7 days were as follows: fatigue 1.6%, myalgia 1.1%, headache 0.7%, nausea 0.3%.

The table below provides time to onset and duration of systemic ARs by treatment group.

**Table 27. Time (Days) to Onset and Duration of Solicited Adverse Events, Safety Subset[a], Study 3001**

| Adverse Reaction | Ad26.COV2.S N=3356 | Placebo N=3380 |
|---|---|---|
| Fatigue, n (%) | 1283 (38.2%) | 728 (21.5%) |
| Median time to onset (min, max) | 2.0 (1, 8) | 2.0 (1, 8) |
| Median duration (min, max) | 2.0 (1, 113) | 2.0 (1, 110) |
| >7 days duration | 29 (1.6%) | 25 (2.1%) |
| Headache, n (%) | 1306 (38.9%) | 802 (23.7%) |
| Median time to onset (min, max) | 2.0 (1, 8) | 2.0 (1, 8) |
| Median duration (min, max) | 2.0 (1, 68) | 1.0 (1, 62) |
| >7 days duration | 13 (0.7%) | 8 (0.7%) |
| Myalgia, n (%) | 1113 (33.2%) | 430 (12.7%) |
| Median time to onset (min, max) | 2.0 (1, 8) | 2.0 (1, 8) |
| Median duration (min, max) | 2.0 (1, 32) | 2.0 (1, 44) |
| >7 days duration | 20 (1.1%) | 15 (1.3%) |
| Nausea, n (%) | 477 (14.2%) | 327 (9.7%) |
| Median time to onset (min, max) | 2.0 (1, 8) | 3.0 (1, 8) |
| Median duration (min, max) | 1.0 (1, 15) | 1.0 (1, 8) |
| >7 days duration | 5 (0.3%) | 4 (0.3%) |
| Fever, n (%) | 302 (9.0%) | 20 (0.6%) |
| Median time to onset (min, max) | 2.0 (1, 8) | 2.0 (1, 5) |
| Median duration (min, max) | 1.0 (1, 7) | 1.0 (1, 3) |
| >7 days duration | 0 | 0 |

Source: Sponsor Table TSFAESOLSYS25
[a] Safety subset: Subset of Full-Analysis Set for analysis of solicited and unsolicited AEs
n = number of participants with specified reaction
N = number of exposed participants who submitted any data for the event, percentages are based on n/N.

**Unsolicited AEs**

Through the January 22, 2021 data cutoff, 54.6% of participants in the FAS (N=43,783) had at least 2 months of follow-up. The median duration of follow-up post-vaccination for all participants was 58 days. In the safety subset (N=6,736), 99.9% of participants completed the study through Day 28. The following unsolicited AEs were specified in the protocol:

- Unsolicited AEs during the 28 days following vaccination in the safety subset
- MAAEs during the 6 months following vaccination in the FAS
- SAEs for the duration of the study in the FAS
- AEs leading to discontinuation from study participation in the FAS

Additional unsolicited AEs collected from the spontaneous reports were also analyzed in the FAS. Determination of severity for all unsolicited AE were made by investigator assessment based on definitions of severity as grades 1 through 4 (mild to potentially life threatening). Causal relationship to study vaccine was determined by study investigator and classified as "related" or "not related."

AEs associated with molecularly confirmed SARS-CoV-2 infection were not included in the analysis of AEs.

<u>Unsolicited Adverse Events</u>

The table below shows rates of unsolicited AEs in the safety subset that occurred within 28 days of vaccination and at rates of ≥1% in the vaccine group. The proportions of participants with unsolicited AE were 13.1% and 12.0% in the vaccine and placebo groups, respectively. Overall, rates of unsolicited adverse events, including events grade 3 or higher, were similar between the treatment groups.

**Table 28. Unsolicited Adverse Events Occurring in ≥1% of Vaccine Group Participants Within 28 Days Following Vaccination, by MedDRA Primary System Organ Class and Preferred Term, Safety Subset[a], Study 3001**

| System Organ Class Preferred Term | Ad26.COV2.S N=3356 Any Grade n (%) | Ad26.COV2.S N=3356 ≥Grade 3 n (%) | Placebo N=3380 Any Grade n (%) | Placebo N=3380 ≥Grade 3 n (%) |
|---|---|---|---|---|
| General disorders and administration site | 211 (6.3%) | 5 (0.1%) | 134 (4.0%) | 2 (0.1%) |
| Chills | 67 (2.0%) | 1 (<0.1%) | 19 (0.6%) | 0 |
| Fatigue | 64 (1.9%) | 1 (<0.1%) | 77 (2.3%) | 1 (<0.1%) |
| Vaccination site pain | 42 (1.3%) | 1 (<0.1%) | 22 (0.7%) | 0 |
| Musculoskeletal and connective tissue disorders | 103 (3.1%) | 3 (0.1%) | 89 (2.6%) | 4 (0.1%) |
| Myalgia | 49 (1.5%) | 0 | 58 (1.7%) | 2 (0.1%) |
| Arthralgia | 35 (1.0%) | 1 (<0.1%) | 24 (0.7%) | 2 (0.1%) |
| Nervous system disorders | 98 (2.9%) | 3 (0.1%) | 108 (3.2%) | 5 (0.1%) |
| Headache | 72 (2.1%) | 1 (<0.1%) | 82 (2.4%) | 1 (<0.1%) |
| Respiratory, thoracic and mediastinal disorders | 93 (2.8%) | 3 (0.1%) | 88 (2.6%) | 4 (0.1%) |
| Nasal congestion | 40 (1.2%) | 1 (<0.1%) | 38 (1.1%) | 2 (0.1%) |
| Cough | 33 (1.0%) | 1 (<0.1%) | 33 (1.0%) | 0 |

Janssen COVID-19 Vaccine Emergency Use Authorization Review Memorandum

| System Organ Class Preferred Term | Ad26.COV2.S N=3356 Any Grade n (%) | Ad26.COV2.S N=3356 ≥Grade 3 n (%) | Placebo N=3380 Any Grade n (%) | Placebo N=3380 ≥Grade 3 n (%) |
|---|---|---|---|---|
| Gastrointestinal disorders | 87 (2.6%) | 2 (0.1%) | 90 (2.7%) | 2 (0.1%) |
| Diarrhea | 33 (1.0%) | 2 (0.1%) | 35 (1.0%) | 0 |
| Infections and infestations | 57 (1.7%) | 3 (0.1%) | 87 (2.6%) | 6 (0.2%) |

Source: Sponsor Tables TSFAEUNSOL02_D & TSFAEUNSOL03_D
a safety subset: Subset of Full-Analysis Set for analysis of solicited and unsolicited AEs
n = # of participants with specified reaction
N = number of exposed participants who submitted any data for the event, percentages are based on n/N.

Unsolicited AEs considered related by the investigator to study vaccination were reported by 7.2% of vaccine recipients and 4.6% of placebo recipients. The proportions of participants who reported grade 3 or higher unsolicited AEs were 0.6% following vaccine (19 participants) and 0.5% following placebo (18 participants).

**Unsolicited Adverse Events of Clinical Interest**

FDA conducted both broad and narrow Standardized MedDRA Queries (SMQs) using FDA-developed software to evaluate unsolicited adverse events of clinical interest by searching preferred terms (PTs) that could together represent various conditions, including but not limited to allergic, neurologic, inflammatory, vascular, and autoimmune disorders. Narrow searches were done to identify cases highly likely to be the condition of interest whereas broad searches were done to identify all possible cases. Ten SMQs (broad and narrow combined) were conducted on AEs reported through the data cutoff date (requiring 2 months median follow-up following vaccination) and included events that occurred in the FAS (N=43,783). AEs in the FAS were collected through protocol specified collection methods as well as spontaneous reporting by study participants.

SMQs and associated PTs for which adverse events were reported at higher rates in vaccine recipients compared to placebo recipients are discussed below. For the additional SMQs, rates were comparable between vaccine and placebo recipients.

The SMQ for "embolic and thrombotic events" in the FAS demonstrated a slight numerical imbalance; data through the cutoff date includes reports of such events among 0.06% of vaccine recipients (15 events in 14 participants) compared to 0.05% of placebo recipients (10 events in 10 participants). By PT, deep vein thrombosis (including PTs for "deep vein thrombosis," "venous thrombosis limb" and "embolism venous") was reported in 6 vaccine recipients (5 events within 28 days of vaccination) and 2 placebo recipients (2 events within 28 days of vaccination). Pulmonary embolism was reported in 4 vaccine recipients (2 events within 28 days of vaccination) and 1 placebo recipient (1 event within 28 days of vaccination). Cerebrovascular events (including PTs "cerebral infarction", "transverse sinus thrombosis", "hemiparesis", "cerebrovascular accident", "carotid artery occlusion" and "ischemic stroke") were reported in 3 vaccine recipients (4 events, 3 events within 28 days of vaccination) and 3 placebo recipients (3 events within 28 days of vaccination). Myocardial infarction was reported in 1 vaccine recipient (1 event within 28 days of vaccination) and 3 placebo recipients (2 events within 28 days of vaccination). One placebo recipient reported thrombosed hemorrhoids within 28 days of vaccination. Table 29 summarizes thromboembolic events in both vaccine and placebo recipients including investigator assessment of grade, seriousness and causality.

Janssen COVID-19 Vaccine Emergency Use Authorization Review Memorandum

**Table 29. Thromboembolic Events in Vaccine and Placebo Recipients, Full Analysis Set, Study 3001**

| Investigational Product | Adverse Event (PT) | Age/Sex | Day of Onset | Resolution Status | Grade/SAE[a] | Related[a] |
|---|---|---|---|---|---|---|
| Ad26.COV2.S | Deep vein thrombosis | 90/M | 13 | Resolving | 2/N | No |
| Ad26.COV2.S | Deep vein thrombosis | 42/M | 19 | Unresolved | 2/N | No |
| Ad26.COV2.S | Deep vein thrombosis | 63/M | 22 | Resolved | 4/Y | No |
| Ad26.COV2.S | Venous thrombosis limb | 63/M | 23 | Resolved | 2/N | No |
| Ad26.COV2.S | Deep vein thrombosis | 52/M | 27 | Resolving | 2/N | Yes |
| Ad26.COV2.S | Embolism venous | 72/M | 36 | Unresolved | 2/Y | No |
| Ad26.COV2.S | Pulmonary embolism | 30/F | 3 | Resolved | 4/Y | No |
| Ad26.COV2.S | Pulmonary embolism | 68/M | 7[c] | Unresolved | 2/N | No |
| Ad26.COV2.S | Pulmonary embolism | 54/M | 45 | Resolved | 3/Y | No |
| Ad26.COV2.S | Pulmonary embolism | 66/M | 57 | Unresolved | 3/Y | No |
| Ad26.COV2.S | Transverse sinus thrombosis | 25/M | 21 | Resolved | 4/Y | No |
| Ad26.COV2.S | Cerebral infarction[b] | 82/M | 23 | Resolving | 4/Y | No |
| Ad26.COV2.S | Hemiparesis | 49/F | 28 | Unresolved | 1/Y | No |
| Ad26.COV2.S | Ischemic stroke[b] | 82/M | 41 | Resolving | 4/Y | No |
| Ad26.COV2.S | Myocardial infarction | 70/M | 12 | Resolved | 3/Y | No |
| Placebo | Deep vein thrombosis | 57/M | 3 | Unresolved | 2/N | No |
| Placebo | Deep vein thrombosis | 44/M | 6 | Resolving | 4/Y | Yes |
| Placebo | Pulmonary embolism | 53/M | 29 | Resolving | 4/Y | No |
| Placebo | Carotid artery occlusion | 58/F | 9 | Resolving | 4/Y | No |
| Placebo | Hemiparesis | 45/M | 9 | Resolving | 2/N | No |
| Placebo | Cerebrovascular accident | 71/F | 22 | Unresolved | 3/Y | No |
| Placebo | Acute myocardial infarction | 78/M | 3 | Resolved | 3/Y | No |
| Placebo | Acute myocardial infarction | 52/F | 4 | Resolved with sequelae | 4/Y | No |
| Placebo | Acute myocardial infarction | 61/M | 62 | Fatal | 4/Y | No |
| Placebo | Hemorrhoids thrombosed | 42/F | 24 | Resolved | 1/N | No |

[a] Classification of events as SAEs and relatedness determined by study investigators
[b] Events occurred in the same study participant
[c] This event was initially reported with day of onset of 20 days. Day updated based on Sponsor clarification obtained on 2/17/21.

Janssen COVID-19 Vaccine Emergency Use Authorization Review Memorandum

Additional details are provided for selected events among vaccine recipients for which a contributory effect of the vaccine could not be excluded based on FDA assessment of the clinical information provided:

- A 25-year-old male with no past medical history and no concurrent medications experienced a transverse sinus thrombosis on Day 21 following vaccination. On Day 9 the participant experienced symptoms of fever, myalgia, headache, fatigue, abdominal pain, congestion and rhinorrhea. He tested negative for SARs-CoV-2 during this acute illness. Aside from headache, his symptoms improved. On Day 19 he experienced a tonic-clonic seizure. A CT scan without contrast demonstrated a cerebral hemorrhage. On Day 21, a transverse sinus thrombosis was reported on a venogram. The participant underwent a thrombectomy as well as stent placement for stenosed right sigmoid sinus on Day 22. On Day 23 repeat venogram showed the presence of a new clot in the transverse sinus. A second thrombectomy with venoplasty was performed. Treating clinicians reported observing rapid thrombus formation during the two thrombectomy procedures that was consistent with a clinically hypercoagulable state. In their assessment, the transverse sinus thrombosis most likely occurred days before the participant's clinical presentation with a seizure; the seizure was reported to be a consequence of a secondary bleed caused by elevated venous pressure from the venous flow obstruction. Workup for hematologic and infectious causes of the thrombosis did not reveal an etiology. This event was initially thought to be related to the study product by the investigator and prompted a study pause. After thorough investigation and expert consultation no clear cause of the event was identified; however possible contributing factors, such as preceding infection and an anatomical anomaly, were suggested. The investigator's brochure and informed consent form were updated accordingly, and the study pause was lifted. The investigator and Sponsor's final assessment of this event was that it was not related to the study product.

- A 30-year-old female with hypothyroidism, obesity (body mass index: 36.5 kg/m$^2$), headaches, anxiety and depression and use of multiple medications including medroxyprogesterone, experienced a pulmonary embolism on Day 3 following vaccination. The participant was hospitalized following a syncopal episode and CT scan of the chest demonstrated an occlusive thrombus in a pulmonary artery. Treating clinicians attributed the pulmonary embolism to hypercoagulability due to medroxyprogesterone acetate birth control. The event was not considered related to the study product by the investigator or the Sponsor. The last date of medroxyprogesterone acetate is not recorded.

- A 52-year-old male with obesity (body mass index: 32.4 kg/m$^2$) experienced a deep vein thrombosis (DVT) on Day 27 following vaccination. The participant experienced calf pain following physical activity on Day 13. An ultrasound on Day 27 demonstrated a DVT in a vein of the left calf. The event was considered non-serious by the investigator and related to the study product. The Sponsor considered the event not related to the study product.

- A 63-year-old male with type 2 diabetes, hypertension and osteoarthritis experienced a DVT on Day 23 following vaccination. The event was considered non-serious and not related to the study product by the investigator.

- A 49-year-old female with no past medical history and medication use including medroxyprogesterone experienced hemiparesis on Day 28 following vaccination. The event was considered serious by the investigator. No laboratory or imaging results were reported.

The event was unresolved and ongoing on Day 51. The event was not considered related to the study product by the investigator or the Sponsor.

Assessment of the cases above is confounded by the presence of risk factors in the individual participants. Nevertheless, given the numerical imbalance between vaccine and placebo recipients and temporal relationship, vaccine cannot be excluded as a contributing factor. As such, data at this time are insufficient to determine if there a causal relationship between the vaccine and thromboembolic events. FDA will continue surveillance for further evaluation of thromboembolic events with deployment of the vaccine into larger populations.

The SMQ for "convulsions" in the FAS demonstrated a numerical imbalance, with single events in 4 vaccine recipients and 1 event in a placebo recipient. All of the convulsion events reported by the vaccine recipients occurred within 28 days of vaccination. Two events in the vaccine groups were considered serious. Of the two serious events, one event was discussed above and occurred secondary to a cerebral hemorrhage in a participant with a transverse sinus thrombosis. The other serious event and one of the non-serious events occurred in participants with a history of seizures. FDA's assessment is that these events are unlikely related to the study vaccine.

The SMQ for "hearing and vestibular disorders" included the PT "tinnitus" for which was a numerical imbalance was observed across treatment groups. Tinnitus was reported in 6 vaccine recipients (6 events) compared to no placebo recipients. Events of tinnitus are summarized in the table below.

**Table 30. Tinnitus in Vaccine Recipients, Full Analysis Set, Study 3001**

| Investigational Product | Age/Sex | Day of Onset | Resolution Status | Grade/ SAE[a] | Possible Risk Factor(s) | Related[a] |
|---|---|---|---|---|---|---|
| Ad26.COV2.S | 58/M | 1 | Resolving | 1/N | Hypertension | No |
| Ad26.COV2.S | 63/F | 1 | Resolved | 1/N | Hypothyroidism | Yes |
| Ad26.COV2.S | 25/F | 2 | Resolved | 1/N | Allergic rhinitis, medication use | Yes |
| Ad26.COV2.S | 51/M | 12 | Unresolved | 1/N | Hypertension, hypothyroidism, medication use | No |
| Ad26.COV2.S | 54/M | 17 | Resolving | 1/N | Allergic rhinitis | No |
| Ad26.COV2.S | 65/F | 22 | Resolving | 2/N | History of tinnitus | No |

[a] Classification of events as SAEs and relatedness determined by study investigators

An additional event of tinnitus was reported in the clinical development of Ad26.COV2.S. The event, reported in Study 1002, occurred in 21-year-old male with no reported past medical history and no concomitant medications who experienced sudden hearing loss on Day 34 post-vaccination with Ad26.COV2.S. The hearing loss was associated with tinnitus and blocked ear sensation. Testing revealed sensorineural hearing loss. Workup for etiology including laboratory tests and imaging did not reveal an etiology. Hearing improved and the event was resolved by Day 69. The event was not considered related to the study product by the investigator or the Sponsor.

Assessment of these cases is confounded by the presence of risk factors in the individual participants. As such, data at this time are insufficient to determine if there a causal relationship between the vaccine and tinnitus.

Janssen COVID-19 Vaccine Emergency Use Authorization Review Memorandum

The SMQ for "angioedema" in the FAS demonstrated a numerical imbalance, with events reported among 0.2% of vaccine recipients (44 events in 44 participants) compared to 0.12% of placebo recipients (28 events in 27 participants). By PT, "urticaria" was reported in 8 vaccine recipients compared to 3 placebo recipients. Within 7 days of vaccination, 5 events occurred in the vaccine group and 1 event occurred in the placebo group, all of which were grade 1 or 2. Based on temporal association and biologic plausibility, FDA's assessment is that the events of urticaria are possibly related to study vaccine.

The PT "wheezing" was reported in 12 vaccine recipients (0.05%) and 7 placebo recipients (0.03%). However, there was no meaningful imbalance in events within 7 days of vaccination, with 4 events occurring each group; one event in the placebo group was grade 3 and all others were grade 1 or 2.

The SMQ for "arthritis" in the FAS demonstrated a numerical imbalance, with events reported among 0.5% of vaccine recipients (110 events in 109 participants) compared to 0.36% of placebo recipients (83 events in 78 participants). By PT, "arthralgia" was reported in 91 vaccine recipients (92 events) compared to 62 placebo recipients (67 events). In vaccine recipients, 56 of these events (60.8%) occurred within 7 days following vaccination compared to 24 events (35.8%) in placebo recipients. FDA's assessment is that these events likely represent vaccine reactogenicity.

The SMQ for "peripheral neuropathy" in the FAS demonstrated a numerical imbalance, with events reported among 0.21% of vaccine recipients (47 events in 45 participants) compared to 0.16% of placebo recipients (36 events in 35 participants). By PT, "muscular weakness" was reported by 31 vaccine recipients compared to 18 placebo recipients. In vaccine recipients, 18 of these events (58.1%) occurred within 7 days following vaccination compared to 6 events (33.3%) in placebo recipients. FDA's assessment is that these events likely represent vaccine reactogenicity.

<u>Immediate Adverse Events</u>

Immediate unsolicited reactions occurring within 30 minutes of vaccination were infrequent and occurred in 0.2% of participants in both the vaccine and placebo groups. There were no reports of anaphylaxis immediately following vaccination.

**Serious Adverse Events**

<u>Deaths</u>

As of January 22, 2021, 19 deaths were reported (3 vaccine, 16 placebo). Two deaths in the vaccine group were secondary to respiratory infections not due to COVID-19. A 61-year-old participant died of pneumonia on Day 24 following onset of symptoms on Day 13. A 42-year-old participant with HIV died on Day 59 following diagnosis of a lung abscess on Day 33. A 66-year-old participant died of unknown causes after waking up with shortness of breath on Day 45. The placebo recipients died of pneumonia (n=2), suicide (n=1), accidental overdose (n=1), myocardial infarction (n=1), malaise (n=1), unknown cause (n=3) and confirmed COVID-19 (n=6). An update on deaths reported from the time period of January 22 to February 5 included an additional 6 deaths. Of these 6 deaths, 2 occurred in the vaccine group and 4, including 1 due to COVID-19, occurred in the placebo group. None were related to the study product.

Janssen COVID-19 Vaccine Emergency Use Authorization Review Memorandum

Non-fatal Serious Adverse Events

The proportions of participants who had at least one SAE reported through January 22, 2021 were 0.4% in the vaccine group and 0.4% in the placebo group. The most commonly reported SAE was appendicitis occurring in 6 vaccine recipients and 5 placebo recipients. There were no significant numerical imbalances in SAEs by preferred term.

Seven SAEs occurring in 7 vaccine recipients and 3 SAEs occurring in 2 placebo recipients were assessed by the investigator as related to study vaccination (Table 31). Of the 7 SAEs in the vaccine group, the Sponsor assessed 3 as related/likely related, 2 as possibly related, 2 as unrelated to the vaccine.

**Table 31. SAEs Considered Related by Investigator, Full Analysis Set, Study 3001**

| Investigational Product | SAE (PT) | Age/Sex | Day of Onset | Resolution Status | Grade | Related (Sponsor Assessment) |
|---|---|---|---|---|---|---|
| Ad26.COV2.S | Radiculitis brachial | 30/M | 1 | Unresolved | 3 | Yes (Reassessed as injection site pain) |
| Ad26.COV2.S | Post-vaccination syndrome | 35/M | 2 | Resolved | 3 | Yes (Reassessed as reactogenicity) |
| Ad26.COV2.S | Facial paralysis | 62/M | 3 | Resolving | 2 | No |
| Ad26.COV2.S | Vaccination site hypersensitivity | 42/M | 3 | Resolved | 3 | Likely |
| Ad26.COV2.S | Facial paralysis | 43/M | 16 | Resolving | 2 | No |
| Ad26.COV2.S | Guillain-Barre Syndrome | 60/F | 16 | Unresolved | 4 | Possibly |
| Ad26.COV2.S | Pericarditis | 68/M | 17 | Resolved | 4 | Possibly |
| Placebo | Deep vein thrombosis | 44/M | 6 | Resolving | 4 | Indeterminate |
| Placebo | Epstein-Barr infection[a] | 69/M | 14 | Resolved | 3 | No |
| Placebo | Atrial flutter[a] | 69/M | 21 | Resolving | 3 | No |

[a] Events occurred the same study participant

In FDA's opinion following review of narratives, the following 3 SAEs in the vaccine group are considered likely related to the study vaccine:

- A 42-year-old male with no personal or family history of allergic reactions experienced diffuse urticaria beginning on Day 3 following vaccination accompanied with systemic symptoms of fatigue, myalgia and arthralgia. Over the following two days the urticaria progressed, and the participant experienced angioedema of the lips as well as the sensation of itchy and tight throat, but no hypoxia or respiratory distress. The event did not meet Brighton Criteria for anaphylaxis. FDA's assessment is that this event was likely a hypersensitivity reaction to the study vaccine.

- A 30-year-old male was reported to have "brachial neuritis following vaccination" (PT: "radiculitis brachial") with pain at the site of vaccine administration on Day 1 which persisted and worsened over several days and was unresponsive to non-prescription analgesics. Evaluation included electroconductive studies, which revealed intact nerves with no denervation of the evaluated muscles, and MRI of the cervical spine, which did not reveal an etiology of the participant's symptoms. FDA's assessment of this event is that the pain at injection site is likely related to the vaccine, however the diagnosis of brachial neuritis is unlikely given the findings on electroconductive studies.

Janssen COVID-19 Vaccine Emergency Use Authorization Review Memorandum

- A 35-year-old male experienced generalized malaise, weakness, myalgia, shortness of breath, headache, sensation of numbness and tingling in upper extremities, chest pain and fever beginning on Day 2 following vaccination. The participant was hospitalized for exacerbated generalized weakness. Abnormal vital signs included fever (39.4°C), blood pressure (129/103 mmHg), heart rate (112bpm) and respiratory rate (19 breaths per minute). There was no hypoxia. On exam he complained of diffuse tenderness in the extremities. No abnormalities were noted on neurologic exam which included normal reflexes. Abnormal laboratory findings included a mild elevation of creatine kinase attributed to mild myositis. Laboratory testing was negative for COVID-19, influenza and RSV. Symptoms resolved by Day 4. FDA's assessment of this event is that it is likely systemic reactogenicity related to the study vaccine.

For the SAE of pericarditis, as no alternative etiology was determined, FDA's assessment is that the possibility that the vaccine contributed to the event cannot be excluded. Review of Janssen's safety database including all Ad26-based vaccines did not reveal any additional reports of pericarditis.

Reports of facial paralysis (Bell's Palsy) were overall balanced between vaccine and placebo recipients (2 vaccine, 2 placebo). In addition to the 2 SAEs of facial paralysis presented in Table 31 above, a third event in a 54-year-old vaccine recipient occurred on Day 19, described as facial swelling and "droopiness" with no facial asymmetry and intact cranial nerves II-XII. This event was not considered related by the investigator. In FDA's assessment, description of this event is not consistent with facial paralysis. Two events of facial paralysis were reported in placebo recipients on Days 2 and 29.

There were single reports of Guillain-Barre Syndrome (GBS) in a 60-year-old vaccine recipient and a 75-year-old placebo recipient occurring on Days 16 and 10, respectively. The event in the vaccine group was preceded by symptoms of chills, nausea, diarrhea and myalgia. In FDA's assessment the events of facial paralysis and GBS are unlikely related to study vaccine but a causal relationship cannot be definitively excluded.

During FDA's review of the EUA request, the Sponsor reported an SAE of anaphylaxis following vaccination with Ad26.COV2.S in an ongoing, open-label study in South Africa. The Sponsor reported that based on available information, the SAE met the Brighton Collaboration case definition for anaphylaxis with level 2 diagnostic certainty, although the event remains under investigation with additional details being collected.

Subgroup Analyses

With the exception of more frequent, generally mild to moderate reactogenicity in participants 18-59 years of age, there were no specific safety concerns identified in subgroup analyses by age, race, ethnicity, medical comorbidities, or prior SARS-CoV-2 infection. Occurrence of solicited, unsolicited, and serious adverse events in these subgroups were generally consistent with the overall study population.

**Pregnancies**

Study participants of childbearing potential were screened for pregnancy prior to vaccination. Participants were excluded if they were pregnant or planned to become pregnant within 3 months of vaccine administration. The study is collecting outcomes for all reported pregnancies in study participants.

Janssen COVID-19 Vaccine Emergency Use Authorization Review Memorandum

Eight pregnancies were reported through January 22, 2021 (4 vaccine, 4 placebo). In 7 participants (3 vaccine, 4 placebo) vaccination was within 30 days after last menstrual period (LMP) and in 1 vaccine recipient vaccination was prior to LMP. Unsolicited AEs related to pregnancy include spontaneous abortion (1 vaccine, 0 placebo), incomplete abortion (0 vaccine, 1 placebo), elective abortion (0 vaccine, 2 placebo) and ectopic pregnancy (1 vaccine, 0 placebo). Among participants in the vaccine group, two pregnancies are ongoing with outcomes unknown at this time.

A combined developmental and perinatal/postnatal reproductive toxicity study of Ad26.COV2.S in rabbits was submitted to FDA on January 19, 2021. FDA review of this study concluded that Ad26.COV.S given prior to mating and during gestation periods at dose of $1 \times 10^{11}$ vp (2 times the human dose) did not have any adverse effects on female reproduction, fetal/embryonal development, or postnatal development.

**Safety Summary**

The information provided by the Sponsor was adequate for review and to make conclusions about the safety of the Ad26.COV2.S vaccine in the context of the proposed indication and population for intended use under EUA. The number of participants in the Phase 3 safety population (N=43,783; 21,895 vaccine, 21,888 placebo) meets the expectations for efficacy in FDA's guidance for industry Development and Licensure of Vaccines to Prevent COVID-19 (June 2020). A subset of participants (N=6,736) was followed for solicited reactions within 7 days following vaccination and unsolicited reactions within 28 days following vaccination. The demographic and baseline characteristics of the all-enrolled population and the safety subset were similar with respect to age and sex but had imbalances with respect to race, baseline comorbidities, SARS-CoV-2 serostatus and geographic distribution.

Local site reactions and systemic solicited events among vaccine recipients were frequent and mostly mild to moderate. The most common solicited adverse reactions were injection site pain (48.6%), headache (38.9%), fatigue (38.2%) and myalgia (33.2%); 0.7% and 1.8% of local and systemic solicited adverse reactions, respectively, were reported as grade 3. Overall, solicited reactions were reported more commonly in younger participants.

There were no meaningful imbalances in unsolicited adverse events in 28 days following vaccination between vaccine and placebo recipients in the safety subset. Among all adverse events collected through the data cutoff of January 22, 2021, a numerical imbalance was seen in urticaria events reported in the vaccine group (n=5) compared to placebo group (n=1) within 7 days of vaccination which is possibly related to the vaccine. Numerical imbalances were reported between vaccine and placebo recipients for thromboembolic events (15 versus 10) and tinnitus (6 versus 0). Based on currently available information, a contributory effect of the vaccine could not be excluded, although the imbalance was small (representing a difference of 0.06% of vaccine recipients vs. 0.05% of placebo recipients), and many of the participants had predisposing conditions. FDA will recommend surveillance for further evaluation of thromboembolic events with deployment of the vaccine into larger populations. There were no other notable patterns or numerical imbalances between treatment groups for specific categories of adverse events that would suggest a causal relationship to Ad26.COV2.S.

As of February 5, 2021, a total of 25 deaths were reported in the study (5 vaccine, 20 placebo). These deaths represent events and rates that occur in the general population of individuals in these age groups and include 7 deaths in the placebo group due to COVID-19 infection. Non-fatal serious adverse events, excluding those due to COVID-19, were infrequent and balanced

Janssen COVID-19 Vaccine Emergency Use Authorization Review Memorandum

between treatment groups with respect to rates and types of events (0.4% in both groups). A serious event of a hypersensitivity reaction, not classified as anaphylaxis, beginning 2 days following vaccination was likely related to receipt of the vaccine. A single event of anaphylaxis following vaccination with Ad26.COV2.S, the details of which are still under investigation, was reported by the Sponsor to have occurred in an ongoing open-label study in South Africa.

## 5.   FDA Review of Other Information Submitted in Support of the EUA

### 5.1 Sponsor's Plans for Continuing Blinded, Placebo-Controlled Follow-up

In the event that the Ad26.COV2.S vaccine receives FDA authorization for emergency use, the Sponsor proposes to submit a protocol amendment to Study 3001 that would allow all participants who received placebo to receive the vaccine (Figure 2). This would effectively result in unblinding of participants and investigators. However, participants who crossover from placebo will be encouraged to remain in the study up to 2 years after vaccination so that they may be followed for efficacy/effectiveness, safety, and immunogenicity. The Sponsor anticipates that open-label crossover vaccination would also be offered to placebo recipients in the ongoing Phase 1 and 2 studies. Janssen also proposes offering a single dose of Ad26.COV2.S to enrolled participants who initially received two doses of placebo in study COV3009. Because the study is expected to still be enrolling, participants who received a first dose of placebo will receive a dose of Ad26.COV2.S as their second dose and participants yet to be enrolled will be randomized to either a single-dose or a two-dose schedule of Ad26.COV2.S. Crossover vaccination would be made available to U.S. participants as soon as operationally feasible following the issuance of an EUA. Study investigators will be encouraged to consider current local public health guidance for determining the scheduling priority of participants.

**Figure 2. Sponsor's Proposed Crossover Design Following Issuance of an EUA**

### 5.2 Pharmacovigilance Activities

Janssen submitted a Pharmacovigilance Plan (PVP) to monitor safety concerns that could be associated with the Janssen COVID-19 vaccine. The Sponsor identified vaccine-associated enhanced disease (including vaccine-associated enhanced respiratory disease), anaphylactic reactions (including anaphylaxis), and thromboembolic events as Important Potential Risks.

Important Missing Information includes: use during pregnancy and lactation, use in immunocompromised patients, use in patients with autoimmune or inflammatory disorders, use in frail patients with comorbidities (e.g., chronic obstructive pulmonary disease, diabetes, chronic neurological disease, and cardiovascular disorders), interaction with other vaccines, long-term safety, and use in pediatrics.

The Sponsor will conduct both passive and active surveillance activities for continued vaccine safety monitoring. Passive surveillance activities will include submitting spontaneous reports of the following events to the Vaccine Adverse Event Reporting System (VAERS) within 15 days:

- Serious adverse events (regardless of attribution to vaccination)
- Multisystem inflammatory syndrome
- COVID-19 disease resulting in hospitalization or death

The Sponsor will submit monthly safety reports containing a review of safety information received during the reporting interval, as well as cumulative data. Each periodic safety report is required to contain descriptive information which includes:

- A narrative summary and analysis of adverse events submitted during the reporting interval, including interval and cumulative counts by age groups, special populations (e.g., pregnant women), and adverse events of special interest
- A narrative summary and analysis of vaccine administration errors whether or not associated with an adverse event, that were identified since the last reporting interval
- Safety concerns newly identified in the interval
- Actions taken since the last report because of adverse experiences (e.g., changes made to fact sheets given to vaccination providers, changes made to studies, or studies initiated)

The Sponsor plans to conduct long-term follow-up of participants in the ongoing clinical trials. The Sponsor has also submitted protocols for the post-authorization studies listed below. FDA is reviewing the protocols and will provide feedback.

**Pregnancy study**: multi-country, observational, prospective cohort study of pregnant women vaccinated with Ad26.COV2.S to assess obstetric, neonatal, and infant outcomes

**Active surveillance study of safety**: retrospective, observational, propensity-scored matched cohort study using health insurance claims and electronic health records to assess the risk of prespecified adverse events of special interest following vaccination with Ad26.COV2.S

**Active surveillance study of effectiveness:** retrospective, observational propensity-scored matched cohort study using health insurance claims and electronic health records to estimate the effectiveness of Ad26.COV2.S to prevent medically attended COVID-19 in individuals vaccinated according to national immunization recommendations

Janssen COVID-19 Vaccine Emergency Use Authorization Review Memorandum

**Reporting to VAERS and Janssen**

Providers administering the Ad26.COV2.S vaccine must report to VAERS and, to the extent feasible, report to Janssen the following information associated with the vaccine of which they become aware:

- Vaccine administration errors whether or not associated with an adverse event
- Serious adverse events (regardless of attribution to vaccination)
- Multisystem inflammatory syndrome
- COVID-19 disease resulting in hospitalization or death

**Additional VAERS Reporting**

An additional source of VAERS reports will be through a program administered by the CDC known as v-safe, a smartphone-based opt-in program that uses text messaging and web surveys to help COVID-19 vaccine recipients monitor for and report side effects. The system also will provide telephone follow-up to anyone who reports medically important adverse events. Responses indicating missed work, inability to do normal daily activities, or receipt of care from a doctor or other healthcare professional will trigger the VAERS Call Center to reach out to the participant and collect information for a VAERS report, if appropriate.

**5.3 Non-Clinical Studies**

**Toxicology Studies**

To support their EUA request, Janssen submitted the following toxicology studies:
(1) Repeat-dose toxicity study of Ad26.COV2.S by repeated intramuscular administration to New Zealand White rabbits, Study# TOX14382, reviewed under IND 22657.

(2) Intramuscular combined developmental and perinatal/postnatal reproductive toxicity study of Ad26.COV2.S in New Zealand White rabbit, Study# TOX14389, reviewed under IND 22657.

Based on the nonclinical toxicity assessment, there were no significant safety issues to report. Three intramuscular injections of Ad26.COV2.S at a dose of $1\times10^{11}$ vp were well tolerated in rabbits. Intramuscular administrations of Ad26.COV2.S at a dose of $1\times10^{11}$ vp to rabbits prior to mating and during the gestation period did not reveal adverse effects on female reproduction, fetal/embryonic development and postnatal development.

**Other Non-Clinical Studies**

Several nonclinical studies in mice, rabbits, Syrian hamsters, and non-human primates (NHP) (rhesus monkeys, Macaca mulatta) were conducted to support the safety and efficacy of Ad26.COV2.S. The vaccine was assessed for immunogenicity and for protection against SARS-CoV-2 following challenge with wild-type virus. Ad26.COV2.S elicited SARS-CoV-2 neutralizing and S protein binding antibodies in all species following intramuscular inoculation. Immunization with Ad26.COV2.S consistently induced IFN-γ production in mice, rabbits, and NHP and elicited a Th1 skewed immune response in mice and NHP. In a SARS-CoV-2 Syrian hamster challenge model, Ad26.COV2.S significantly reduced viral load in the lung compared with mock vaccinated controls. In all Syrian hamsters vaccinated with Ad26.COV2.S, including animals showing breakthrough infection in the lung, no increased lung histopathology, infectious viral load, or body weight loss was observed compared with the control group, indicating the absence of any signs of Vaccine-Associated Enhanced Respiratory Disease (VAERD). In an NHP challenge model, immunization with Ad26.COV2.S resulted in reduced lung and nasal swab

Janssen COVID-19 Vaccine Emergency Use Authorization Review Memorandum

viral load. No clinical or histopathologic evidence of VAERD was observed in NHP at any dose level or regimen.

Overall, the submitted non-clinical data were found to be supportive of the safety and effectiveness of Ad26.COV2.S.

## 5.4 Chemistry, Manufacturing, and Control (CMC) Information

The Ad26.COV2.S drug substance (DS) is manufactured in PER.C6 TetR cells. No fetal bovine serum or other materials of animal origin are used during DS manufacture. No antibiotics are used during DS manufacture. PER.C6 TetR cell banks and Ad26.COV2.S virus seeds were found to be free of detectable bacterial and mycoplasma contaminants and adventitious agents. The DS manufacturing process consists of $^{(b)\,(4)}$ stages, which include cell expansion and virus production, (b) (4) purification, formulation, filling and freezing. The Ad26.COV2.S drug product (DP) manufacturing process consists of $^{(b)\,(4)}$ stages, which include formulation buffer preparation, DS thawing, DP formulation, sterile filtration and filling, and visual inspection, labeling, packaging and storage. To support the EUA request, in-process, release, and characterization data for three process performance qualification (PPQ) DS batches for the DS manufacturing facility (Janssen Vaccines & Prevention B.V. Leiden, The Netherlands) (JVL) were provided. In-process, release, and characterization data for three PPQ DP lots from the DP manufacturing facility (Grand Rapids Aseptic Manufacturing, Inc Grand Rapids, MI USA) (GRAM) were provided. The Sponsor will submit the Certificates of Analysis (CoAs) for DS and DP batches to be used under the EUA for review at least 48 hours prior to distribution. This includes batches manufactured at the sites authorized under the initial EUA and additional sites authorized as part of future EUA amendments.

Minor changes were introduced throughout the development of the DS manufacturing process between Phase 1/2, Phase 3 and Phase 3 initial lots; the latter corresponding to the process intended for production of the EUA vaccine lots. The Sponsor performed comparability studies between the DS manufacturing process variations, S-VAL-1, S-VAL-2, S-VAL-3 and S-VAL-4. The submitted data support the comparability of DS produced from the different processes. Minor changes were made to the DP manufacturing process during vaccine development. The clinical DP batches were manufactured at 3 different manufacturing sites compared to the single site used for EUA DP manufacturing.

All available stability data generated using platform Ad26 vaccines and the Ad26.COV2.S DS and DP lots support use of the vaccine under EUA. All stability studies of the DS and DP lots are ongoing and will continue to be monitored. Data will be submitted to the EUA as they become available.

The analytical procedures developed and used for the release and stability monitoring of Ad26.COV2.S DS and DP include tests to ensure safety, identity, purity, quality, and potency. The assays are appropriate and acceptable to be used for the control of DS and DP quality. All analytical procedures used for the release of the DS and DP have been adequately validated. The summaries of the validation results demonstrate precision, accuracy, sensitivity, specificity, and reproducibility for each evaluated analytical assay, indicating that they are suitable for the intended use.

No significant issues were identified during the EUA review of either the DS or DP CMC information.

Janssen COVID-19 Vaccine Emergency Use Authorization Review Memorandum

The manufacture of the Janssen COVID-19 vaccine is performed at a number of facilities.  For each of these facilities, FDA requested and reviewed information on equipment, facilities, quality systems and controls, container closure systems as well as other information as described in the guidance, Emergency Use Authorization for Vaccines to Prevent COVID-19 (February 2021, originally issued October 2020), to ensure that the manufacturers have adequate control of their manufacturing process and facilities.

In particular, the following information was assessed:

- Facilities appear to be adequately designed and maintained and manufacturing process, personnel, air direction and waste flow are suitable for manufacturing.
- Product manufacturing areas and equipment used to manufacture the COVID-19 vaccine were assessed and cleaning and changeover procedures were evaluated and appear adequate. Cross-contamination controls appear suitable to mitigate risk of cross contamination.
- The successful qualification of critical equipment for drug substance and drug product manufacturing was verified.
- Aseptic process information and validation studies were assessed and appear acceptable.
- Drug product solution sterilization by filtration was reviewed and appears acceptable.
- Sterilization and depyrogenation of pertinent equipment and materials, including container/closure components, description and validation studies appear acceptable.
- Utilities qualification studies including HVAC systems, appear adequate. Air cleanliness of the manufacturing cleanrooms was adequately controlled and maintained.
- Container/closure integrity studies to ensure sterility of drug product in the final container were conducted and appear adequate.

FDA also gathered information to determine and document facts at one of the facilities, reviewed the inspectional histories of all applicable facilities and all available information to ascertain whether each facility meets current good manufacturing practice requirements. We find that all the facilities are adequate to support the use of the Janssen COVID-19 vaccine under an Emergency Use Authorization.

## 5.5 Clinical Assay Information

Information for the Abbott RealTime reverse transcriptase (RT) polymerase chain reaction (PCR) assay for detection of SARS-CoV-2 in clinical specimens and the Roche Elecsys Anti-SARS-CoV-2 immunoassay for the evaluation of serostatus to SARS-CoV-2 was submitted to IND 22657/54 and IND 22657/119. The Abbott RT-PCR assay is performed at the University of Washington, Dept of Laboratory Medicine and the Roche Elecsys Anti-SARS-CoV-2 assay is performed by (b) (4)                                    . Both assays were validated at the respective testing sites and found to be acceptable for the intended uses.

## 5.6 Inspections of Clinical Study Sites

BIMO inspections were conducted at five domestic clinical investigator sites participating in the conduct of study Protocol VAC31518COV3001, "A Randomized, Double-blind, Placebo-controlled Phase 3 Study to Assess the Efficacy and Safety of Ad26.COV2.S for the Prevention of SARS-CoV-2-mediated COVID-19 in Adults Aged 18 Years and Older." The inspections did not reveal problems impacting the data submitted in support of this EUA.

Janssen COVID-19 Vaccine Emergency Use Authorization Review Memorandum

**5.7 EUA Prescribing Information and Fact Sheets**

The Prescribing Information, Fact Sheet for Health Care Providers, Fact Sheet for Recipients were reviewed, and suggested revisions sent to the Sponsor. The revised Fact Sheets are accurate, not misleading, and appropriate for the proposed use of the product under EUA.

**6.   Benefit/Risk Assessment in the Context of Proposed Indication and Use Under EUA**

**6.1 Known Benefits**

The known benefits among recipients of the proposed vaccine relative to placebo are:

- Reduction in the risk of confirmed COVID-19 occurring at least 14 days after vaccination
- Reduction in the risk of confirmed severe COVID-19 (including reduction in the risk of COVID-19 requiring medical intervention) occurring at least 14 days after vaccination

The vaccination regimen was effective in preventing PCR-confirmed COVID-19 occurring at least 14 days after receipt of the vaccine. The vaccine was effective in preventing COVID-19 using a less restrictive definition of the disease and for more severe disease, including COVID-19 requiring medical intervention, considering all cases starting 14 days after vaccination. Efficacy findings were also generally consistent across evaluable subgroups, including by age, race, ethnicity, and risk for severe COVID-19. Although VE estimates appeared to be lower in the subgroup of participants 60 years of age and older with comorbidities, an increase in VE estimates and narrowing of the CI was observed with inclusion of more cases (i.e., starting at 14 days post-vaccination and cases not yet centrally confirmed), indicating that the results seen potentially reflect imprecision associated with smaller numbers of cases. Additionally, case splits for COVID-19 requiring medical attention among participants 60 years of age and older with comorbidities further support benefit of the vaccine in this subgroup. Although a lower efficacy overall was observed in South Africa, where there was a predominance of B.1.351 lineage during the time period of this study, vaccine efficacy against severe/critical COVID-19 was similarly high across the United States, South Africa, and Brazil.

The vaccine is administered as a single dose, which provides operational benefits to mass vaccination campaigns.

**6.2 Unknown Benefits/Data Gaps**

**Duration of protection**

As the analyses have a limited length of follow-up, it is not possible to assess sustained efficacy over a period longer than 2 months.

**Effectiveness in certain populations at higher risk of severe COVID-19**

Although the proportion of participants at high risk of severe COVID-19 is adequate for the overall evaluation of safety in the available follow-up period, the subsets of certain groups such as immunocompromised individuals (e.g., those with HIV/AIDS) are too small to evaluate efficacy outcomes.

**Effectiveness in individuals previously infected with SARS-CoV-2**

Limited data suggest that individuals with prior SARS-CoV-2 infection can be at risk of COVID-19 (i.e., re-infection) and may benefit from vaccination. Regarding the benefit of the

Janssen COVID-19 Vaccine Emergency Use Authorization Review Memorandum

Ad26.COV2.S vaccine for individuals with prior infection with SARS-CoV2, there were limited cases of COVID-19 among study participants with positive SARS-CoV-2 infection status at baseline. The study was not designed to assess the benefit in individuals with prior SARS-CoV-2 infection.

**Effectiveness in pediatric populations**

No efficacy data are available from participants ages 17 years and younger.

**Future vaccine effectiveness as influenced by characteristics of the pandemic, changes in the virus, and/or potential effects of co-infections**

The study enrollment and follow-up occurred during the period of September 21, 2020 to January 22, 2021, in sites across the United States, South Africa, and 6 countries in Latin America, which was a setting of high disease incidence with several regionally circulating SARS-CoV-2 variants. The evolution of the pandemic characteristics, including potential changes in the virus infectivity, antigenically significant mutations to the S protein, and/or the effect of co-infections may potentially limit the generalizability of the efficacy conclusions over time. Continued evaluation of vaccine effectiveness following issuance of an EUA and/or licensure will be critical to address these uncertainties.

**Vaccine effectiveness against asymptomatic infection**

Available Day 71 N-serology data from a small subset of participants in the study, with infrequent evaluations of serological and virological measurements, are limited to assess the effect of the vaccine in preventing asymptomatic infection. There is uncertainty about the interpretation of these data and definitive conclusions cannot be drawn at this time.

Additional evaluations will be needed to assess the effect of the vaccine in preventing asymptomatic infection, including data from clinical trials and from the vaccine's use post-authorization and including additional data to support the sensitivity of serologic and virologic surveillance methods.

**Vaccine effectiveness against long-term effects of COVID-19 disease**

COVID-19 disease may have long-term effects on certain organs, and at present it is not possible to assess whether the vaccine will have an impact on specific long-term sequelae of COVID-19 disease in individuals who are infected despite vaccination. Demonstrated high efficacy against symptomatic COVID-19 should translate to overall prevention of COVID-19-related sequelae in vaccinated populations, though it is possible that asymptomatic infections may not be prevented as effectively as symptomatic infections and may be associated with sequelae that are either late-onset or undetected at the time of infection (e.g., myocarditis). Additional evaluations will be needed to assess the effect of the vaccine in preventing long-term effects of COVID-19, including data from clinical trials and from the vaccine's use post-authorization.

**Vaccine effectiveness against mortality**

A larger number of individuals at high risk of COVID-19 and higher attack rates would be needed to confirm efficacy of the vaccine against mortality. However, non-COVID vaccines (e.g., influenza) that are efficacious against disease have also been shown to prevent disease-associated death.[9-12] Benefits in preventing death should be evaluated in large observational studies following authorization.

Janssen COVID-19 Vaccine Emergency Use Authorization Review Memorandum

**Vaccine effectiveness against transmission of SARS-CoV-2**

Data are limited to assess the effect of the vaccine against transmission of SARS-CoV-2 from individuals who are infected despite vaccination. Demonstrated high efficacy against symptomatic COVID-19 may translate to overall prevention of transmission in populations with high enough vaccine uptake, though it is possible that if efficacy against asymptomatic infection were lower than efficacy against symptomatic infection, asymptomatic cases in combination with reduced mask-wearing and social distancing could result in significant continued transmission. Additional evaluations including data from clinical trials and from vaccine use post-authorization will be needed to assess the effect of the vaccine in preventing virus shedding and transmission, in particular in individuals with asymptomatic infection.

## 6.3 Known Risks

The vaccine elicited increased local and systemic adverse reactions as compared to those in the placebo arm, usually lasting 1 to 2 days. The most common solicited adverse reactions were injection site pain (48.6%), headache (38.9%), fatigue (38.2%) and myalgia (33.2%). Adverse reactions characterized as reactogenicity were generally mild to moderate; 0.7% and 1.8% of local and systemic solicited adverse reactions, respectively, were reported as grade 3. Overall, solicited reactions were reported more commonly in younger participants. Among all adverse events collected through the data cutoff of January 22, 2021, a numerical imbalance was seen in urticaria events reported in the vaccine group (n=5) compared to placebo group (n=1) within 7 days of vaccination with is possible related to vaccination. Numerical imbalances were also observed between vaccine and placebo recipients for thromboembolic events (15 versus 10) and tinnitus (6 versus 0), with many of the participants experiencing these events having predisposing risk factors. Data at this time are insufficient to determine a causal relationship between these events and the vaccine.

Serious adverse events, while uncommon (0.4% in both treatment groups), represented medical events that occur in the general population at similar frequency as observed in the study. Of the 7 SAEs that occurred in the vaccine group, FDA considered 3 as related: hypersensitivity reaction, not classified as anaphylaxis (n=1), severe and persistent injection site pain (n=1), and severe systemic reactogenicity (n=1). For the serious adverse events of pericarditis, facial paralysis and GBS, data are insufficient to determine a causal relationship to vaccination. A single event of anaphylaxis following vaccination with Ad26.COV2.S, the details of which are still under investigation, was reported by the Sponsor to have occurred in an ongoing open-label study in South Africa.

No specific safety concerns were identified in subgroup analyses by age, race, ethnicity, medical comorbidities, or prior SARS-CoV-2 infection.

## 6.4 Unknown Risks/Data Gaps

**Safety in certain subpopulations**

There are currently insufficient data to make conclusions about the safety of the vaccine in subpopulations such as children less than 18 years of age, pregnant and lactating individuals and their infants, and immunocompromised individuals.

FDA review of a combined developmental and perinatal/postnatal reproductive toxicity study of Ad26.COV2.S in female rabbits concluded that Ad26.COV2.S given prior to mating and during

61

Janssen COVID-19 Vaccine Emergency Use Authorization Review Memorandum

gestation periods at dose of $1\times10^{11}$ vp (2 times human dose) did not have any effects on female reproduction, fetal/embryonal development, or postnatal development.

**Adverse reactions that are very uncommon or that require longer follow-up to be detected**

Following authorization of the vaccine, use in large numbers of individuals may reveal additional, potentially less frequent and/or more serious adverse events not detected in the trial population of approximately 20,000 vaccine recipients over the period of follow-up at this time. Active and passive safety surveillance will continue during the post-authorization period to detect new safety signals.

**Vaccine-enhanced disease**

Available data do not indicate a risk of vaccine-enhanced disease, and conversely suggest effectiveness against severe disease within the available follow-up period. However, risk of vaccine-enhanced disease over time, potentially associated with waning immunity, remains unknown and needs to be evaluated further in ongoing clinical trials and in observational studies that could be conducted following authorization and/or licensure.

## 7.   VRBPAC Meeting Summary

The Vaccines and Related Biological Products Advisory Committee (VRBPAC) convened on February 26, 2021 to discuss Janssen's EUA request. The meeting agenda included: an overview by FDA on EUA and considerations specific to COVID-19 vaccines; presentations by the CDC on the epidemiology of COVID-19 strain variants and post-marketing surveillance data from currently authorized COVID-19 vaccines; an FDA overview of plans for additional post-marketing surveillance; a public comment period; presentations of data from studies of the Janssen COVID-19 vaccine by representatives of Janssen; an FDA presentation of its independent review of the data submitted in support of the EUA request; and a discussion and vote by the VRBPAC.

Prior to casting their votes, committee members discussed how data from the currently ongoing Phase 3 clinical trial evaluating a two-dose schedule will impact the use of the product when authorized under the EUA as a single dose; in particular, if a two-dose regimen demonstrates improved efficacy and immunogenicity. It was thought that health policy makers, including ACIP, would have to address this issue. From a regulatory perspective, if a two-dose schedule were shown to be more effective, the EUA could be amended to authorize a two-dose schedule and/or these data could be considered under a biologics license application. Some committee members expressed concerns about the case definition used by Janssen, in particular the category of "moderate to severe" disease. It was noted that this definition is not consistent with FDA's case definitions. FDA clarified that Janssen's definition does include all severe COVID-19 disease. Because very few cases of "mild" disease were observed in the trial, operationally this definition of "moderate to severe" disease may have captured cases that would have been considered mild under other definitional frameworks. However, use of this more restrictive description of the vaccine's efficacy was considered to be reasonable.

Other members asked about the efficacy of the vaccine in participants who were SARS-CoV-2 positive at baseline. Janssen clarified that this will require further evaluation as cases in individuals seropositive at baseline were too infrequent to allow a robust analysis at this time. Additional work will also be performed to more precisely define rates of asymptomatic infections in vaccinated participants. The ability to accurately estimate efficacy against asymptomatic

Janssen COVID-19 Vaccine Emergency Use Authorization Review Memorandum

infection will in part depend on whether nucleocapsid serology will allow a distinction between the SARS-CoV-2 virus and other coronaviruses.

Some committee members raised concerns about emerging variants and the data FDA would require to support authorization of a modified COVID-19 vaccine to protect against variants of concern. FDA referred to its recently revised guidance document on EUA of vaccines to prevent COVID-19, which explains that immunogenicity bridging studies could be used where the original vaccine was demonstrated to be effective in clinical trials. The ability of sera derived from participants vaccinated with the current vaccine to neutralize emerging SARS-CoV-2 variants will be important to assess. Janssen discussed preliminary data showing a drop in neutralizing ability in studies using the B.1.1.7 variant, but the drop in neutralizing activity decreases when sera are evaluated at increasing time intervals following vaccination.

FDA asked the committee members to discuss the observed vaccine efficacy estimates in participants 60 years of age and older with comorbidities. Committee members pointed out that wide confidence intervals around the point estimate of efficacy are expected as the number of COVID-19 cases is small and that these results are likely attributable to shorter follow-up times due to staged enrollment that resulted in older participants with comorbidities entering the study later. The tightening of confidence intervals and increases in point estimates for efficacy in this group in analyses that included more cases (e.g., after 14 days or those whose PCR results have not yet been centrally confirmed) were discussed. In addition, there was no evidence for decreasing efficacy as age increased, and overall efficacy among participants with comorbidities was similar to that in those without comorbidities. Additional data to further refine these efficacy estimates will be collected. Other committee members suggested that if the additional data still showed the vaccine to be less effective in this subgroup, and the two-dose study indicated greater efficacy, then older participants with comorbidities could be offered a second dose of the vaccine. Overall, committee members did not express concern about vaccine efficacy among older adults with or without comorbidities.

Committee members asked when studies in pediatric populations would begin and opined that it is important to ensure their adequate geographic representation. FDA clarified that discussions regarding studies in pediatric populations, including how to demonstrate efficacy and safety, are currently ongoing.

Following this discussion, the VRBPAC was asked to vote on whether, based on the totality of scientific evidence available, the benefits of the Janssen COVID-19 vaccine outweigh its risks for use in individuals 18 years of age and older.

The results of the vote were as follows: Yes: 22; No: 0; Abstain: 0

## 8.   Overall Summary and Recommendation

Following review of information submitted in support of the EUA request and considering VRBPAC recommendations from the February 26, 2021 meeting, the review team concludes that:

- As summarized in Section 2 of this review, the chemical, biological, radiological, or nuclear (CBRN) agent referred to in the March 27, 2020 EUA declaration by the Secretary of HHS (SARS-CoV-2) can cause a serious or life-threatening disease or condition.

Janssen COVID-19 Vaccine Emergency Use Authorization Review Memorandum

- Based on the totality of scientific evidence available, including data from adequate and well-controlled trials described in Section 4 of this review, it is reasonable to believe that the Janssen COVID-19 vaccine may be effective in preventing such a serious or life-threatening disease or condition that can be caused by SARS-CoV-2. Vaccine efficacy against central laboratory-confirmed, protocol-defined moderate to severe/critical COVID-19 across all geographic areas in which the trial was conducted was 66.9% (95% CI 59.0, 73.4) when considering cases occurring at least 14 days after the single-dose vaccination, and 66.1% (55.0, 74.8) when considering cases occurring at least 28 days after vaccination. VE against central laboratory-confirmed and blind-adjudicated severe/critical COVID-19 occurring at least 14 days and at least 28 days after vaccination was 76.7% (54.6, 89.1) and 85.4% (54.2, 96.9), respectively. Among all hospitalizations due to COVID-19 with onset at least 14 days after vaccination, including non-centrally confirmed cases, there were 2 cases in the vaccine group (with no cases after 28 days) and 29 cases in the placebo group (with 16 cases after 28 days). As of February 5, 2021, there were 7 COVID-19-related deaths in the study in the placebo group and none in the vaccine group.

  In general, VE among the subgroups (age, comorbidity, race, ethnicity) appears to be similar to the VE in the overall study population. A lower VE estimate was observed for the subgroup of participants 60 years of age and older with comorbidities compared with the overall population, but with an observed trend of increasing VE with narrower confidence intervals as numbers of cases included in the analysis increased (i.e., counting cases from 14 days rather than 28 days and including cases not yet centrally confirmed). There were no COVID-19-related deaths and no COVID-19 cases requiring medical intervention occurring 28 days or more post-vaccination among participants age 60 years or older with medical comorbidities in the vaccine group.

  There was country-to-country variation in VE estimates for the prevention of moderate to severe/critical COVID-19 and severe/critical COVID-19, but the confidence intervals were overlapping. Predominant strains among those sequenced were Wuhan-H1 variant D614G in the United States (96.4% of sequenced cases), 20H/501Y.V2 variant (B.1.351) in South Africa (94.5% of sequenced cases), and variant of the P.2 lineage in Brazil (69.4% of sequenced cases, with the remaining 30.6% Wuhan-H1 variant D614G). There were no cases identified as B.1.1.7 or P1 lineages as of February 12, 2021.

- Based on the data summarized in Sections 4 and 5 of this review and assessment of benefits and risks in Section 6 of this review, the known and potential benefits of the vaccine outweigh the known and potential risks of the vaccine when used for active immunization to prevent COVID-19 caused by SARS-CoV-2 in individuals 18 years of age and older. Known benefits are reduction in the risk of COVID-19 occurring at least 14 days and at least 28 days post-vaccination among individuals not previously infected with SARS-CoV-2, including evidence of protection against COVID-19 of any severity, protection against more severe COVID-19, and protection against COVID-19-related hospitalizations and deaths. These benefits were demonstrated in regions where SARS-CoV-2 variants of concern were circulating during the clinical trial, including the Wuhan-H1 variant D614G (predominant in the United States), B.1.351 variant (predominant in South Africa), and P.2 variant (predominant in Brazil). Potential benefits that could be further evaluated but are not necessary to support an EUA include prevention of COVID-19 in individuals with previous SARS-CoV-2 infection, prevention of long-term

complications of COVID-19, reduction in asymptomatic SARS-CoV-2 infection and reduction of SARS-CoV-2 transmission.

Known risks include common local and systemic adverse reactions (notably injection site pain, headache, myalgia, and fatigue, all of which are usually mild to moderate and lasting 1-2 days, with higher frequency in younger vaccine recipients compared with older vaccine recipients). Potential risks that should be further evaluated include uncommon to rare clinically significant adverse reactions that may become apparent with more widespread use of the vaccine and with longer duration of follow-up (including further evaluation of risk of thromboembolic events, tinnitus, and hypersensitivity reactions following vaccination), risks associated with vaccination of specific populations such as children younger than 18 years of age and pregnant and breastfeeding women, and whether vaccine-enhanced disease could occur with waning of immunity.

- As summarized in Section 2 of this review, there is no adequate, approved, and available alternative to the product to prevent COVID-19 caused by SARS-CoV-2 in individuals 18 years of age and older.

The review team therefore recommends issuance of an EUA for use of the Janssen COVID-19 vaccine for active immunization to prevent COVID-19 caused by SARS-CoV-2 in individuals 18 years of age and older.

## 9.   References

1.    FDA. Guidance for Industry: Emergency Use Authorization for Vaccines to Prevent COVID-19. February 2021. https://www.fda.gov/media/142749/download.
2.    Zhu N, Zhang D, Wang W, et al. A Novel Coronavirus from Patients with Pneumonia in China, 2019. *The New England journal of medicine.* 2020;382(8):727-733.
3.    Coronaviridae Study Group of the International Committee on Taxonomy of V. The species Severe acute respiratory syndrome-related coronavirus: classifying 2019-nCoV and naming it SARS-CoV-2.
4.    Lu R, Zhao X, Li J, et al. Genomic characterisation and epidemiology of 2019 novel coronavirus: implications for virus origins and receptor binding. *Lancet (London, England).* 2020;395(10224):565-574.
5.    Hoffmann M, Kleine-Weber H, Schroeder S, et al. SARS-CoV-2 Cell Entry Depends on ACE2 and TMPRSS2 and Is Blocked by a Clinically Proven Protease Inhibitor. *Cell.* 2020;181(2):271-280.e278.
6.    Federal Food, Drug and Cosmetic Act, 21 U.S.C. § 360bbb–3 and 360bbb-3b. (2011).
7.    FDA. Guidance for Industry: Development and Licensure of Vaccines to Prevent COVID-19. June 2020. https://www.fda.gov/regulatory-information/search-fda-guidance-documents/development-and-licensure-vaccines-prevent-covid-19.
8.    National Vaccine Injury Compensation Program. Vaccine Injury Table, Revised and Effective March 21, 2017. https://www.hrsa.gov/sites/default/files/hrsa/vaccine-compensation/vaccine-injury-table.pdf.
9.    Roush SW, Murphy TV, Vaccine-Preventable Disease Table Working Group, the. Historical Comparisons of Morbidity and Mortality for Vaccine-Preventable Diseases in the United States. *JAMA.* 2007;298(18):2155-2163.
10.   Verhees RAF, Dondorp W, Thijs C, Dinant GJ, Knottnerus JA. Influenza vaccination in the elderly: Is a trial on mortality ethically acceptable? *Vaccine.* 2018;36(21):2991-2997.
11.   Flannery B, Reynolds SB, Blanton L, et al. Influenza Vaccine Effectiveness Against Pediatric Deaths: 2010–2014. 2017;139(5):e20164244.

Janssen COVID-19 Vaccine Emergency Use Authorization Review Memorandum

12.    Rolfes MA, Flannery B, Chung JR, et al. Effects of Influenza Vaccination in the United States During the 2017-2018 Influenza Season. *Clinical infectious diseases : an official publication of the Infectious Diseases Society of America.* 2019;69(11):1845-1853.

Janssen COVID-19 Vaccine Emergency Use Authorization Review Memorandum

## 10. Appendix A. Other Clinical Studies Ad26.COV2.S

### Study 1001

**Design:** Study 1001 is an ongoing, randomized, double-blind, placebo-controlled, first-in-human Phase 1/2a study, conducted in Belgium and the United States in healthy adults ages 18 to 55 years and in adults ≥65 years in good health with and without stable underlying conditions. Participants are randomized to placebo or Ad26.COV2.S administered at either of two dose levels ($5\times10^{10}$ vp or $1\times10^{11}$ vp) and either as a single dose or as 2 doses 56 days apart. The total study population will include 1,045 adults. By the cutoff date of January 11, 2021, the median follow-up time for participants in the 18 to 55 and ≥65 age groups were 166 and 144 days, respectively.

**Objectives/Endpoints Relevant to the EUA:** The primary objective is to assess the safety and reactogenicity of Ad26.COV2.S at 2 dose levels. In addition, immunogenicity of the Ad26.COV2.S regimens is being assessed. Humoral immunogenicity is assessed via SARS-CoV-2 neutralizing antibody response as measured by a wild type SARS-CoV-2 neutralization assay (wtVNA). Spike protein binding antibody responses after one vaccination are measured by S-ELISA. Cellular immunogenicity is measured by S-specific CD4+ and CD8+ T-cell responses. All participants are followed for solicited adverse reactions through 7 days post each vaccination. Unsolicited AEs are collected through 28 days after each vaccination. All SAEs and medically attended adverse events are collected through the end of the study.

**Results:** A single dose of Ad26.COV2.S at the $5\times10^{10}$ vp dose level (the dose level selected for the Phase 3 studies) elicited a SARS-CoV-2 neutralizing antibody (wtVNA) and SARS-CoV-2 Spike binding antibody response that was detected by Day 15 and is increased by the Day 57 timepoint. Ad26.COV2.S was able to elicit cellular responses in participants consistent with a Th-1 phenotype. Ad26.COV2.S, given as a single dose was found to have an acceptable safety and reactogenicity profile in adults ≥18 years of age and did not raise safety concerns in any of the assessed populations.

### Study 1002

**Design:** Study 1002 is a randomized, double-blind, placebo-controlled Phase 1, non-US IND study being conducted in Japan. The study population is comprised of healthy adults ages 20 to 55 years and ≥65 years in good health with or without stable underlying conditions. The primary objective is to assess the safety and reactogenicity of Ad26.COV2.S at two dose levels, $5\times10^{10}$ vp and $1\times10^{11}$ vp, administered IM with a 56-day interval. The immunogenicity of the Ad26.COV2.S regimens is also being assessed.

**Results:** In an interim analysis (data cutoff October 3, 2020), a single dose of Ad26.COV2.S elicited SARS-CoV-2 neutralizing antibody responses in participants 20-55 years of age by Day 29 post-vaccination, consistent with results of Study 1001. Both dose levels had acceptable tolerability and no safety concerns have been identified.

### Study 2001

**Design:** Study 2001 is a randomized, double-blind, placebo-controlled Phase 2a study being conducted in Germany, Spain, and the Netherlands in healthy adults ≥18 to ≤55 years of age and adults in good or stable health ≥65 years of age. The study will also include a cohort of adolescents ≥12 to ≤17 years of age (not yet enrolled). Adults receive placebo or Ad26.COV2.S

Janssen COVID-19 Vaccine Emergency Use Authorization Review Memorandum

at one of four dose levels: $1 \times 10^{11}$ vp, $5 \times 10^{10}$ vp, $2.5 \times 10^{10}$ vp, and $1.25 \times 10^{10}$. A target of approximately 550 adult participants will be enrolled, with approximately one third ≥65 years of age.

**Objectives/Endpoints Relevant to the EUA:** The study will evaluate the safety, reactogenicity, and humoral immune response of Ad26.COV2.S in 1- and 2-dose vaccination regimens followed by antigen presentation after 4 months (2-dose regimen) or 6 months (1-dose regimen).

**Results:** Ad26.COV2.S elicited SARS-CoV-2 neutralizing antibody responses by Day 29 post-vaccination, consistent to those of the Phase 1/2a Study 1001. No safety concerns have been identified in any of the assessed populations.

**Study 3009**

**Design:** Study 3009 is a multicenter, randomized, double-blind, placebo-controlled, Phase 3, pivotal efficacy and safety study in adults ≥18 years of age being conducted in 10 countries. Participants living in, or going to, locations with high risk for acquisition of SARS-CoV-2 infection are randomized 1:1 to receive Ad26.COV2.S $5 \times 10^{10}$ vp or placebo as 2-dose regimen with a 56-day interval. The objectives and endpoints are similar to those of Study 3001.

**Results:** Enrollment is ongoing. No safety concerns had been identified based on blinded reports of SAEs and deaths with a cutoff date of February 5, 2021.

Janssen COVID-19 Vaccine Emergency Use Authorization Review Memorandum

## 11.  Appendix B. Case Definitions for Mild COVID-19 and FDA Harmonized COVID-19

**Case Definition for Mild COVID-19**

- A SARS-CoV-2 positive RT-PCR or molecular test result from any available respiratory tract sample (e.g., nasal swab sample, sputum sample, throat swab sample, saliva sample) or other sample;

AND at any time during the course of observation:

- One of the following symptoms: fever (≥38.0°C or ≥100.4°F), sore throat, malaise (loss of appetite, generally unwell, fatigue, physical weakness), headache, muscle pain (myalgia), gastrointestinal symptoms, cough, chest congestion, runny nose, wheezing, skin rash, eye irritation or discharge, chills, new or changing olfactory or taste disorders, red or bruised looking feet or toes, or shaking chills or rigors.

A case was considered mild when it met the above case definition but not the moderate to severe/critical definition.

**FDA Harmonized Case Definition for COVID-19**

- A SARS-CoV-2 positive RT-PCR or molecular test result from any available respiratory tract sample (e.g., nasal swab sample, sputum sample, throat swab sample, saliva sample) or other sample;

AND

- Any COVID-19 symptom: fever or chills, cough, shortness of breath or difficulty breathing, fatigue, muscle or body aches, headache, new loss of taste or smell, sore throat, congestion or runny nose, nausea or vomiting, diarrhea.

**EXHIBIT E**

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**

Food and Drug Administration
Silver Spring MD

April 23, 2021

Janssen Biotech, Inc.
Attention:  Ms. Ruta Walawalkar
920 Route 202
Raritan, NJ 08869

**Re:**   EUA 27205 - Emergency Use Authorization of Janssen COVID-19 Vaccine, Issued on
February 27, 2021, Under Section 564 of the Federal Food, Drug, and Cosmetic Act
(FDCA) (21 U.S.C. 360bbb-3)
Multiple Amendments dated April 20, 2021 - April 23, 2021 to Update the Authorized Fact
Sheet for Healthcare Providers Administering Vaccine (Vaccination Providers), the
Authorized Fact Sheet for Recipients and Caregivers.

Dear Ms. Walawalkar:

This letter is to notify you that we have reviewed the changes in response to our requested  revisions
to your Authorized Fact Sheets and that these changes to your Authorized Fact Sheets are granted.

We concur with the updates to the EUA Fact Sheet for Healthcare Providers Administering Vaccine
(Vaccination Providers) to include the following changes and clarifications:

**WARNINGS AND PRECAUTIONS**
- Subsection 5.2 'Thrombosis with Thrombocytopenia' including the information below was
added to this section:
- Reports of adverse events following use of the Janssen COVID-19 Vaccine under
emergency use authorization suggest an increased risk of thrombosis involving the cerebral
venous sinuses and other sites (including but not limited to the large blood vessels of the
abdomen and the veins of the lower extremities)  combined with thrombocytopenia and with
onset of symptoms approximately one to two weeks after vaccination.
- Most cases of thrombosis with thrombocytopenia reported following the Janssen COVID-19
Vaccine have occurred in females ages 18 through 49 years; some have been fatal.
- Specific risk factors for thrombosis with thrombocytopenia following the Janssen COVID-
19 Vaccine and the level of potential excess risk due to vaccination are under investigation.
- Based on currently available evidence, a causal relationship between thrombosis with
thrombocytopenia and the Janssen COVID-19 Vaccine is plausible.
- Healthcare professionals should be alert to the signs and symptoms of thrombosis
with thrombocytopenia in individuals who receive the Janssen COVID-19 Vaccine.
- The clinical course shares features with autoimmune heparin-induced thrombocytopenia.
- In individuals with suspected thrombosis with thrombocytopenia following the Janssen
COVID-19 Vaccine, the use of heparin may be harmful and alternative treatments may be
needed.

Page 2

- Consultation with hematology specialists is strongly recommended.
- The American Society of Hematology has published considerations relevant to the diagnosis and treatment of thrombosis with thrombocytopenia following the Janssen COVID-19 Vaccine. (https://www.hematology.org/covid-19/vaccine-induced-immune-thrombotic-thrombocytopenia)
- Recipients of Janssen COVID-19 Vaccine should be instructed to seek immediate medical attention if they develop shortness of breath, chest pain, leg swelling, persistent abdominal pain, neurological symptoms (including severe or persistent headaches or blurred vision), or petechiae beyond the site of vaccination.

**OVERALL SAFETY SUMMARY**

The following information was added to this section:

- Thrombosis involving large blood vessels, including the cerebral venous sinuses, portal vein, lower extremity veins, and pulmonary artery, with thrombocytopenia have been reported following the Janssen COVID-19 vaccine.

**Clinical Trials Experience, Serious Adverse Events (SAEs) and other events of interest**

- Information was added to convey that the case of transverse sinus thrombosis observed in study COV3001 also included thrombocytopenia and that onset of symptoms was 8 days post-vaccination.
- Clarification was made to state that for adverse events for which imbalances were observed in vaccine recipients compared to placebo recipients, a causal relationship with the Janssen COVID-19 Vaccine could not be determined based on study COV3001.
- The following information was also added: However, taking into consideration post-authorization experience, a causal relationship with Janssen COVID-19 Vaccine is plausible for thrombosis with thrombocytopenia.

**Post Authorization Experience**

Subsection 6.2 'Post Authorization Experience" including the  information below was added:

- The following adverse reactions have been identified during post-authorization use of the Janssen COVID-19 Vaccine. Thrombosis involving large blood vessels, including the cerebral venous sinuses, portal vein, lower extremity veins, and pulmonary artery, combined with thrombocytopenia.

Minor editorial changes to the EUA Fact Sheet for Healthcare Providers Administering Vaccine (Vaccination Providers) were made for clarity and consistency. In addition, other changes consistent with those described above were made to the Short Version of the Fact Sheet.

In addition, the EUA Fact Sheet for Recipients and Caregivers has been updated: to include information about the remote risk of blood clots that involve blood vessels in the brain, abdomen, and legs, along with low levels of platelets; to note that most people who developed these blood clots and low levels of platelets were females ages 18 through 49 years; to note that for people who have developed blood clots and low levels of platelets following vaccination, symptoms began approximately one to two-weeks following vaccination; and to inform vaccine recipients that they should seek medical attention right away if they have any of the following symptoms after receiving Janssen COVID-19 Vaccine: shortness of breath, chest pain, leg swelling, persistent abdominal pain, severe or persistent headaches or blurred vision, or easy bruising or tiny blood spots under the skin beyond the site of the injection.

Page 3


By submitting these amendments for review and concurrence by the Food and Drug Administration (FDA), you have complied with the Conditions of Authorization stated in the February 27, 2021, letter re-authorizing the emergency use of Janssen COVID-19 Vaccine.


Sincerely,


--/S/--


Marion Gruber, PhD
Director
Office of Vaccines Research and Review
Center for Biologics Evaluation and Research

**EXHIBIT F**

# UPDATE (Revised Dates): Vaccination and Testing Guidance for Team Members

Health System Announcements

Wed 7/7/2021 9:03 AM

Dear UVA Health Team Members,

UVA Health considers it our duty — and our honor — to protect the health and safety of our patients, team members and community. To that end, UVA Health expects all team members to be vaccinated for COVID-19. Consistent with Policy OCH-002, which grants the Medical Center Hospital Epidemiologist authority to require team members to undergo any additional screening, vaccinations or tests as may be necessary for infection control and patient safety, UVA Health is instituting the following enhanced requirements:

- **Newly hired team members** – All newly hired UVA Health faculty and team members receiving an offer as of June 25 or later with a start date of July 11 or later are required to receive the COVID-19 vaccine. New team members can either provide proof of vaccination or receive their first dose at their Employee Health visit or any independent or UVA Health vaccination clinic. Those previously infected with COVID-19 are not exempt from this vaccination requirement. New team members may schedule a vaccination appointment in VaxTrax once they receive their UVA Health user ID.
- **Team members whose work requires them to be physically present in a UVA Health facility at any time** – At this time, unvaccinated team members in this group will be required to undergo weekly prevalence testing beginning **August 2**.
- **Team members whose work does not require them to be physically present in UVA Health facilities at any time** – No change at this time.

In making these decisions, the executive leadership team thoroughly reviewed data and recommendations from the Centers for Disease Control and Prevention and consulted with our own clinical and Infectious Disease leaders. Evidence continues to show that COVID-19 vaccines are very safe and highly effective — preventing transmission, hospitalizations, and serious illness from the virus.

The following procedures apply to the Medical Center, School of Medicine, School of Nursing, UVA Physicians Group and Claude Moore Health Sciences Library:

1. Vaccinated team members who did not schedule their vaccinations through VaxTrax should provide proof of vaccination to Employee Health by **July 12**. Please send a scanned image or photo of your immunization records, such as a CDC card or official medical record, along with your UVA computing ID to covidvax@hscmail.mcc.virginia.edu. Employee Health will use this information to validate and update team members' records (VaxTrax data will be available to managers). Any other forms of documentation will be reviewed on a case-by-case basis.
2. Vaccinated team members who have lost their CDC card should contact their vaccination site for a replacement. **Team members who received their COVID vaccination at UVA Health can now download a replacement vaccination card here.**
3. Unvaccinated team members should make arrangements to be fully vaccinated at any vaccination site (this is considered paid time for team members). Those who were previously infected with

COVID-19 are encouraged to get vaccinated as soon as they have recovered from clinical illness. Team members may schedule appointments at a UVA Health vaccination site through VaxTrax.

4. Employee Health will monitor the compliance of all unvaccinated team members undergoing weekly prevalence testing.

5. Prevalence testing should not be used for symptomatic tests or post-exposure testing. If there are symptoms or a recent exposure, you should contact Employee Health before testing.

6. Exceptions for the weekly prevalence testing will be granted for team members who:
   - are fully vaccinated (two weeks since final shot) with a vaccine listed on WHO's Emergency Use List (EUL)
   - have tested positive for COVID-19 in the last 150 days
   - are working remotely 100% of the time indefinitely

7. UVA Health team members can view testing location information and self-schedule prevalence tests online using the Time2Test application. Prevalence testing procedures for UVA Health team members outside of the Charlottesville area are being finalized; testing locations and other details will be shared as soon as they are available.

8. Team members should talk with their manager if they need to schedule vaccination or testing during working hours.

We understand you may have questions about the vaccine. There are many resources available to help answer those questions on our COVID-19 Vaccination Program page.

We are so grateful for your ongoing commitment to delivering exceptional care and service to our patients. Thank you for taking these steps to help protect against COVID-19 here at UVA Health and throughout our community. If you have any questions regarding these new requirements, please contact CovidVax@hscmail.mcc.virginia.edu.

Sincerely,

K. Craig Kent, MD
Executive Vice President for Health Affairs, University of Virginia
Chief Executive Officer, UVA Health

Bobby Chhabra, MD
President, University Physicians Group

Pam Cipriano, PhD
Dean, School of Nursing

Wendy Horton, PharmD, MBA
Chief Executive Officer, Medical Center

David Wilkes, MD
Dean, School of Medicine

**EXHIBIT G**

# Q&A for Comirnaty (COVID-19 Vaccine mRNA)

Español (https://www.fda.gov/vaccines-blood-biologics/preguntas-y-respuestas-sobre-comirnaty-vacuna-de-arnm-contra-el-co

**How did the FDA arrive at the decision to approve Comirnaty (COVID-19 Vaccine mRNA)? What is different now when compared to the December 2020 authorization of Pfizer-BioNTech COVID-19 Vaccine?**

FDA conducted a thorough evaluation of the data and information submitted in the Biologics License Application (BLA) for Comirnaty before making a determination that the vaccine is safe and effective in preventing COVID-19 in individuals 16 years of age and older.

The EUA (https://www.fda.gov/news-events/press-announcements/fda-takes-key-action-fight-against-covid-19-issuing-emergency-use-authorization-first-covid-19) for the Pfizer-BioNTech COVID-19 Vaccine for individuals 16 years of age and older was based on safety and effectiveness data from a randomized, controlled, blinded ongoing clinical trial in approximately 18,000 individuals who received the vaccine and approximately 18,000 who received a placebo. The vaccine was 95% effective in preventing COVID-19 disease among these clinical trial participants with eight COVID-19 cases in the vaccine group and 162 in the placebo group. The duration of safety follow-up for the vaccinated and placebo participants was a median of two months after receiving the second dose.

Follow-up data from this ongoing clinical trial was analyzed by FDA to determine the safety and effectiveness of Comirnaty. The updated analysis to determine effectiveness for individuals 16 years of age and older included approximately 20,000 Comirnaty and 20,000 placebo recipients who did not have evidence of SARS-CoV-2 infection through seven days after the second dose. Overall, the vaccine was 91% effective, with 77 cases of COVID-19 occurring in the vaccine group and 833 COVID-19 cases in the placebo group.

The safety was evaluated in approximately 22,000 Comirnaty and 22,000 placebo recipients 16 years of age and older. More than half of the vaccine and placebo recipients were followed for safety for at least four months after the second dose. After issuance of the EUA, participants were unblinded in a phased manner over a period of months to offer placebo participants Comirnaty. Overall, in blinded and unblinded follow-up, approximately 12,000 Comirnaty recipients have been followed for at least 6 months.

**How safe and effective is Comirnaty (COVID-19 Vaccine mRNA)?**

Overall, the vaccine was 91% effective in preventing COVID-19 disease, with 77 cases of COVID-19 occurring in the vaccine group and 833 COVID-19 cases in the placebo group.

The most commonly reported side effects by those clinical trial participants who received Comirnaty were pain, redness and swelling at the injection site, fatigue, headache, muscle pain, chills, joint pain and fever.

The FDA conducted a rigorous evaluation of the of post-authorization safety surveillance data pertaining to myocarditis and pericarditis following administration of Pfizer-BioNTech COVID-19 Vaccine and determined that the data demonstrate increased risks, particularly within the seven days following the second dose. The observed risk is higher among males under 40 years of age compared to females and older males. The observed risk is highest in males 12 through 17 years of age. Available data from short-term follow-up suggest that most individuals have had resolution of symptoms. However, some individuals required intensive care support Information is not yet available about potential long-term health outcomes.  The Comirnaty Prescribing Information (https://www.fda.gov/media/151707/download) includes a warning about these risks.

**What are the most commonly reported side effects by those who received Comirnaty (COVID-19 Vaccine mRNA)?**

The most commonly reported side effects by those clinical trial participants who received Comirnaty were pain, redness and swelling at the injection site, fatigue, headache, muscle pain, chills, joint pain, and fever.

**How long will Comirnaty provide protection?**

Data are not yet available to inform about the duration of protection that the vaccine will provide.

**Can people who have already had COVID-19 get Comirnaty?**

Yes. Available data suggest that previously infected individuals are at risk of COVID-19 (i.e., reinfection) and could benefit from vaccination.

**Does Comirnaty protect against asymptomatic SARS-CoV-2 infection (i.e. the individual is infected with SARS-CoV-2, but does not have signs or symptoms of COVID-19)?**

It is not known if Comirnaty protects against asymptomatic SARS-CoV-2 infection.

**If a person has received Comirnaty, will the vaccine protect against transmission of SARS-CoV-2 from individuals who are infected despite vaccination?**

Most vaccines that protect from viral illnesses also reduce transmission of the virus that causes the disease by those who are vaccinated. While it is hoped this will be the case, the scientific community does not yet know if Comirnaty will reduce such transmission.

**Can Comirnaty cause infertility in women?**

There is no scientific evidence to suggest that the vaccine could cause infertility in women. In addition, infertility is not known to occur as a result of natural COVID-19 disease, further demonstrating that immune responses to the virus, whether induced by infection or a vaccine, are not a cause of infertility. Reports on social media have falsely asserted that the vaccine could cause infertility in women and the FDA is concerned that this misinformation may cause women to avoid vaccination to prevent COVID-19, which is a potentially serious and life-threatening disease. SARS-CoV-2 is the virus that causes COVID-19. The symptoms of COVID-19 vary and are unpredictable; many people have no symptoms or only mild disease, while some have severe respiratory disease including pneumonia and acute respiratory distress syndrome (ARDS), leading to multi-organ failure and death. Comirnaty is a mRNA vaccine. It contains a piece of the SARS-CoV-2 virus's genetic material that instructs cells in the body to make the virus's distinctive "spike" protein. After a person is vaccinated, their body produces copies of the spike protein, which does not cause disease, and triggers the immune system to learn to react defensively, producing an immune response against SARS-CoV-2. Contrary to false reports on social media, this protein is not the same as any involved in the formation of the placenta.

**After FDA granted the emergency use authorization of the Pfizer BioNTech COVID-19 Vaccine were clinical trial participants unblinded so that the placebo recipients could be offered the vaccine?**

Yes. After issuance of the EUA, clinical trial participants were unblinded in a phased manner over a period of months to offer the authorized Pfizer-BioNTech COVID-19 Vaccine to placebo participants. These participants were followed for safety outcomes. Overall, in blinded and unblinded follow-up, approximately 12,000 Pfizer-BioNTech COVID-19 Vaccine recipients have been followed for at least 6 months.

**Will the emergency use authorization (EUA) for Pfizer-BioNTech COVID-19 Vaccine remain in effect after the approval?**

Yes. The EUA remains in effect for the two dose primary series in individuals 12 years of age (https://www.fda.gov/news-events/press-announcements/coronavirus-covid-19-update-fda-authorizes-pfizer-biontech-covid-19-vaccine-emergency-use) and older and as a third primary dose for individuals 12 years of age and older who have been determined to have certain kinds of immunocompromise. Additionally, the FDA authorized the vaccine for emergency use to allow for a single booster dose administered at least 6 months after completion of the vaccination primary series in certain populations.

**How is Comirnaty (COVID-19 Vaccine, mRNA) related to the Pfizer-BioNTech COVID-19 Vaccine?**

The FDA-approved Comirnaty (COVID-19 Vaccine, mRNA), made by Pfizer for BioNTech and the FDA-authorized Pfizer-BioNTech COVID-19 Vaccine under EUA have the same formulation and can be used interchangeably to provide the COVID-19 vaccination series without presenting any safety or effectiveness concerns.Therefore, providers can use doses distributed under EUA to administer the vaccination series as if the doses were the licensed vaccine.  For purposes of administration, doses distributed under the EUA are interchangeable with the licensed doses. The Vaccine Information Fact Sheet for Recipients and Caregivers (https://www.fda.gov/media/144414/download) provides additional information about both the approved and authorized vaccines.

**Is Comirnaty interchangeable with other COVID-19 vaccines?**

Comirnaty has the same formulation as the FDA-authorized Pfizer-BioNTech COVID-19 vaccine and can be used interchangeably to provide the COVID-19 vaccination series without presenting any safety or effectiveness concerns. The products are legally distinct with certain differences that do not impact safety or effectiveness.

There are no data available on the interchangeability of Comirnaty with either Moderna COVID-19 Vaccine or Janssen COVID-19 Vaccine.

**EXHIBIT H**

# UVA Health to Require COVID-19 Vaccination for Team Members Effective Nov. 1

### UVA Health Leadership

Wed 8/25/2021 2:06 PM

📎 2 attachments

COVID-19 Vaccination Timeline.png; Required COVID Vaccination FAQs 8_25_21.pdf;

Dear Colleagues,

After seeing a steady decline in positive COVID-19 tests and hospitalizations this spring and early summer, the increasing number of new COVID-19 cases in recent weeks (particularly the highly transmissible delta variant) is a reminder that we must remain committed to protecting the health and well-being of our teams, communities and every patient who entrusts us with their care. In the interest of keeping our environment as safe and healthy as possible, the University of Virginia is working hard to ensure strong vaccination rates across faculty and staff as well as mandating vaccination for students. At UVA Health, we take this commitment — *and this responsibility* — seriously and will now require all team members without a religious or medical exemption to be vaccinated against COVID-19 by November 1, 2021. Any team member not meeting the vaccination requirement deadline will be subject to disciplinary action up to and including termination.

We firmly believe that a mandatory COVID-19 vaccination program is the most important thing we can do to protect our team members, our patients and our communities. The available vaccines are effective and safe and are proven to prevent against serious infection, hospitalization and death. For any team member who has been reluctant to receive the vaccine, we want to address any questions or concerns you have. Details about the vaccine requirement and resources for more information are available at our COVID-19 Vaccination Program site, including instructions for applying for a medical or religious exemption.

We do not take this important step lightly. We have some of the world's foremost infectious disease experts and epidemiologists, and their expertise continues to guide UVA Health's strong response to COVID-19 as do the recommendations from major public health and professional organizations — including the American Medical Association, the American Hospital Association, the American Nurses Association, the Virginia Hospital and Healthcare Association and many others — regarding the requirement of healthcare workers to get vaccinated.

Unvaccinated team members should make arrangements to be fully vaccinated at any vaccination site (this is considered paid time for team members). Team members may schedule appointments at a UVA Health vaccination site through VaxTrax. Please note that weekly COVID-19 testing is still required between vaccination doses (Moderna and Pfizer) and for 14 days after the last dose (or the first/only dose with the Johnson & Johnson vaccine). Those who were previously infected with COVID-19 are encouraged to get vaccinated as soon as they have recovered from clinical illness. A detailed timeline

Case 3:21-cv-00042-NKM-JCH Document 9 Filed 11/30/21 Page 222 of 231 Pageid#: 480

about key dates in this process is attached. Please take some time to read through the attached details and Frequently Asked Questions.

Thank you for your steadfast dedication to UVA Health and the care of our patients. Together, we have an opportunity and responsibility to take this next important step toward protecting our patients, communities and each other.

Sincerely,

K. Craig Kent, MD
Executive Vice President for Health Affairs, University of Virginia
Chief Executive Officer, UVA Health

Bobby Chhabra, MD
President, University Physicians Group

Pam Cipriano, PhD
Dean, School of Nursing

Wendy Horton, PharmD, MBA
Chief Executive Officer, Medical Center

David Wilkes, MD
Dean, School of Medicine

**EXHIBIT I**

11/11/21, 4:03 PM
Vision and Voice | Mandatory COVID-19 Vaccines Protect Ourselves and Our Communities - Vision and Voice
Case 3:21-cv-00042-NKM-JCH   Document 9   Filed 11/30/21   Page 224 of 231   Pageid#: 482

# Mandatory COVID-19 Vaccines Protect Ourselves and Our Communities



*Ebony Hilton, MD, receives the first COVID-19 vaccine administered at UVA Health.*

**Update**    **9/7/2021**

The important step to require all UVA Health team members to be vaccinated is not one we took lightly. We considered several major public health and professional organizations' recommendations, including the American Medical Association, the American Hospital Association, the American Nurses Association, and the Virginia Hospital and Healthcare Association. We also consulted with some of the world's foremost infectious disease experts and epidemiologists we have in-house, who have guided our strong response to the pandemic. Earlier this summer, I wrote a LinkedIn article about the facts UVA Health was considering regarding a vaccine mandate. We've learned a lot since I wrote this in July.

The Delta variant has become the dominant strain of COVID-19 and is now the primary driver of recent high transmission rates because it spreads more easily than earlier strains of the virus. As a result, the national rate of hospitalizations for unvaccinated COVID-19 patients continues to grow, filling Emergency Departments, occupying inpatient beds, deferring elective surgeries, and

putting more strain on an already exceptionally weary workforce. The FDA gave full approval of the Pfizer vaccine, with others expected in the near future. States, including Virginia, have announced vaccine requirements for state workers, and courts have upheld these requirements. (Read this piece by Margaret Foster Riley, UVA Law professor and public health sciences professor in our School of Medicine, about vaccine mandates and the law.) Finally, more recently, many health systems around Virginia have similarly required vaccines for their team members— including Augusta Health, Bon Secours, Centra, Inova, Mary Washington, Valley Health, VCU, Sentara, and more.

This week, I wanted to re-share that LinkedIn piece to give you some insight into how I thought about this important step for UVA Health. What you see below was originally published on July 2, 2021.

### 

The question of whether an employer can mandate workforce coronavirus vaccination is reverberating throughout all industries, but it is an especially critical issue in the world of health care. At UVA Health, it is our primary responsibility to safeguard the health and well-being of our entire UVA family, which includes patients, faculty, team members, administrators, and the entire Charlottesville community. A key part of protecting the public health involves making sure that we have a high level of vaccinated personnel. A vaccinated staff creates the safest possible environment for the clinical care of patients, and it ensures that a vulnerable population is protected from the threat of the deadly virus. To that end, UVA Health will plan to take a stepwise approach to achieving a fully vaccinated staff.

Some hospitals have already begun mandating vaccinations for all employees. Houston Methodist Hospital and Health System and the University of Pennsylvania Health System (UPHS) are among the first health systems to do so. **UPHS** is one of the nation's largest health systems, and they are asking their workforce to set an example to end the pandemic. Other health institutions are following suit. **RWJBarnabas** Health in West Orange, NJ, is now requiring supervisors and above to be vaccinated for COVID-19, with plans to extend the mandate to all employees. As we head into the second half of the year, we expect **more hospitals** and health systems nationwide to require their workforce to get the COVID-19 vaccine.

At the same time, many healthcare systems are still undecided about requiring staff to be vaccinated. The issue is a complex one, as it involves many sensitive and overlapping issues including **public health, ethics, law, labor relations**, as well as an individual's right to autonomy. The question that must be answered is this: *How do you balance the need for personal freedom against the necessity to provide a safe hospital environment, if not everyone who works at the health system is willing to get vaccinated?*

**Regarding a vaccine mandate for UVA Health, here are the facts we are considering:**

**Is it Safe?**

The science behind vaccines is vigorous and sound, and the science community overwhelmingly believes the current US vaccines to be safe. More than a hundred million Americans have received COVID-19 vaccines under the most intense safety monitoring in U.S. history. **The CDC** states that the COVID-19 vaccination will help keep you from getting COVID-19, and all U.S. vaccines have been shown to be safe and effective at preventing the coronavirus. Moreover, the

vaccine helps prevent patients who do get the virus from becoming seriously ill. Finally and importantly, getting vaccinated not only protects you, but it may also protect people around you, particularly people **at increased risk for severe illness**.

**Is it Legal?**

This is unclear, but there is some historical precedent for having a public mandate for vaccines. As early as 1905, **the Supreme Court ruled** that the Cambridge, Mass., board of health had the authority to require that the city's population be vaccinated against smallpox, as the disease was sparking outbreaks. Much more recently, **Johns Hopkins School of Public Health** has said that states have the legal and constitutional authority to require that residents be vaccinated. What's more, workplaces like hospitals, health care and long-term care facilities already require their staff be vaccinated against the flu each year. One thorny legal question remains, however. COVID-19 vaccines are currently approved under the **FDA**'s emergency use authorization, they do not have full FDA approval yet.

Organizations that provide public health guidance like the CDC and the Occupational Safety and Health Administration (OSHA) have not commented on the question of requiring vaccinations. However, the Equal Employment Opportunity Commission **(EEOC)** said that employers **may mandate vaccinations** with some limitations, as mandating coronavirus vaccines would not conflict with federal disability law or civil rights statutes on discrimination. Furthermore, the EEOC said an employer could exclude an employee from a workplace if vaccine refusal posed too great a threat, but the worker must be offered the option of telework or a leave, and employers must allow exemptions for medical and religious reasons.

**Is it Ethical?**

This depends on who you ask. The World Health Organization (WHO) **weighed in** on the ethics of mandatory vaccines by saying that "they should be considered only if it is necessary for, and proportionate to, the achievement of an important public health goal identified by a legitimate public health authority. If such a public health goal (e.g., herd immunity, protecting the most vulnerable) can be achieved with less coercive COVID-19 or intrusive policy interventions (e.g., public education), a mandate would not be ethically justified."

In another opinion, Professor Lawrence O. Gostin, a professor at Georgetown University Law Center with expertise in health law recently told the **Washington Post:** "Vaccination mandates are ethical. Everyone has a right to make decisions about their own health and welfare, but they don't have a right to expose other people to potentially dangerous or even lethal diseases."

A final consideration that cannot be ignored is that unvaccinated populations risk enabling new virus mutations that cannot be contained by our current vaccinations. **William Schaffner**, an infectious disease expert at Vanderbilt University Medical Center stated that: "Every time this virus finds a new person, it multiplies. Every time it multiplies, it creates mutations....and those mutations can create a variant that is so different that our current vaccine protection might not work or might not work as well."

Throughout the health care world, we have all faced a year of unprecedented and relentless challenges to keep our communities safe and healthy. We have changed policies and amended procedures in rapid succession to limit exposure, treat the sick and provide comfort to hospital staff, patients and families as we fought to contain the virus. Now we have come to a point where the situation is becoming more manageable. We can look forward to a time when life can return

Case 3:21-cv-00042-NKM-JCH Document 9 Filed 11/30/21 Page 227 of 231 Pageid#: 485

to what we used to consider normal, when we have the freedom to go out into the world with fewer restrictions and a lot less fear. At the same time, we still have an obligation to do everything in our power to keep ourselves and others safe. We know that the COVID-19 vaccine is safe, mandating it is ethical, and although the legal question might be still up in the air, getting the vaccination as soon as possible is the right thing to do. It is the right choice to protect ourselves, our families, and our communities from future harm.

###

**EXHIBIT J**

_____

From: Antunes, Catherine M *HS
Sent: Sunday, August 29, 2021 10:46 PM
To: CovidVax
Subject: EUA or FDA

To whom it may concern,
Is the FDA approved COMIRNATY (COVID-19 Vaccine, mRNA) BNT162b2 available to
employees? Or are we required to take one of the Emergency Authorized Use vaccines to retain
employment?
If you are not able to answer this question, to whom should I redirect this question?
Thanks,
Catherine Antunes

_____

From: covidvax@hscmail.mcc.virginia.edu <covidvax@hscmail.mcc.virginia.edu>
Sent: Monday, August 30, 2021 7:57 AM
To: Antunes, Catherine M *HS
Subject: [VaxTrax] Issueid {22017}

Dear Team member, Comirnaty is the same vaccine Pfizer/Biontech vaccine, formulated and
manufactured in the same way by the same company. They can't state a brand name until after
it is FDA approved. That is the vaccine that will be administered. Currently using vials labeled as
EUA. No specific date on when the vial names will change here. Thank you, EH

_____

From: Antunes, Catherine M *HS
Sent: Monday, August 30, 2021 11:18 AM
To: CovidVax
Subject: Re: [VaxTrax] Issueid {22017}

Just to clarify, you will only be administering  vaccines, labelled EUA as you put it,  that has a
liability shield and will have a liability shield  for the manufacturer through November 1st?

_____

From: covidvax@hscmail.mcc.virginia.edu <covidvax@hscmail.mcc.virginia.edu>
Sent: Monday, August 30, 2021 3:28 PM
To: Antunes, Catherine M *HS

Subject: [VaxTrax] Issueid {22017}

The pharmacy has told me that they will get the vials labelled as Comirnaty whenever they show up and they can not predict when that will be.

_____

From: covidvax@hscmail.mcc.virginia.edu <covidvax@hscmail.mcc.virginia.edu>
Sent: Wednesday, September 1, 2021 11:25 AM
To: Antunes, Catherine M *HS
Subject: [VaxTrax] Issueid {22018}

Hi Catherine, Team members will be able to choose between Pfizer (which has been granted full FDA approval), Moderna, and J&J. Comirnaty is the trade name for the Pfizer vaccine.

_____

From: Antunes, Catherine M *HS
Sent: Friday, September 3, 2021 12:08 AM
To: CovidVax
Subject: Re: [VaxTrax] Issueid {22018}

It is my understanding that there are two vaccines made by Pfizer: BNT162 mRNA vaccine and COMIRNATY BNT162b2. The BNT162 Emergency Use Authorization has been extended, and BNT162b2 (Comirnaty) has FDA approval.

Is the BNT162b2 being offered for use before the November 1st deadline for employees?

Thank you for your time in clarifying this.

**From:** Antunes, Catherine M *HS
**Sent:** Wednesday, September 8, 2021 2:56 PM
**To:** CovidVax
**Subject:** Re: [VaxTrax] Issueid {22018}

To whom it may concern,
It is very important for my decision making about the different vaccines that I have this question answered. I sent this question a few days ago, but if you could get back to me ASAP that would be great.

It is my understanding that there are two vaccines made by Pfizer: BNT162 mRNA vaccine and COMIRNATY BNT162b2. The BNT162 Emergency Use Authorization has been extended, and BNT162b2 (Comirnaty) has FDA approval.

Is the BNT162b2 being offered for use before the November 1st deadline for employees?

Thank you for your help,

Catherine Antunes

---

**From:** covidvax@hscmail.mcc.virginia.edu <covidvax@hscmail.mcc.virginia.edu>
**Sent:** Tuesday, September 14, 2021 3:34 PM
**To:** Antunes, Catherine M *HS
**Subject:** [VaxTrax] Issueid {22018}

Hi Catherine, The vaccines you referenced are both the same. There is no chemical difference between the two. Comirnaty is simple the trade name of the Pfizer vaccine, the same as Tylenol is the same thing as Acetaminophen. The Pfizer vaccine (Comirnaty) has full FDA approval.